AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:21-cr-00040-TNM-7 |
| PATRICK MCCAUGHEY, III, ET AL | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DAVID MEHAFFIE                                                                                    .

Date:      10/12/2021                                                  /s/ John M. Pierce
                                                                         *Attorney's signature*


                                                                  jpierce@piercebainbridge.com
                                                                   *Printed name and bar number*

                                                                      PIERCE BAINBRIDGE P.C.
                                                                   355 S. Grand Avenue, 44th Floor
                                                                      Los Angeles, CA 90071

                                                                            *Address*


                                                                  jpierce@piercebainbridge.com
                                                                         *E-mail address*


                                                                        (213) 400-0725
                                                                       *Telephone number*


                                                                         *FAX number*