UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00040-TNM |
| | ) | |
| DAVID MEHAFFIE, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF APPEARANCE

The Defendant DAVID MEHAFFIE, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the December 17, 2021, status conference on the Fifth Superseding Indictment.

Mr. Mehaffie has received a copy of the Fifth Superseding Indictment and reviewed it with counsel. He understands the general nature of the charges alleged therein including the maximum possible penalties.

Mr. Mehaffie enters a plea of not guilty as to each count against him in the Fift Superseding Indictment and requests a jury trial on all counts.

Mr. Mehaffie has discussed with counsel his rights to be present for the status conference and arraignment, and as indicated by his signature below, Mr. Mehaffie waives his right to be present in Court for that purpose.

<<<SIGNATURE NEXT PAGE>>>

Dated: December 13, 2021

_____
DAVID MEHAFFIE

Dated: December 13, 2021

_____
JOHN M. PIERCE
*Attorney for David Mehaffie*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, December 14, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

          /s/ John M. Pierce
John M. Pierce