UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| DAVID MEHAFFIE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
RYAN JOSEPH-GENE MARSHALL**

Pursuant to Local Civil Rule 83.2(d), John M. Pierce, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission *pro hac vice* of Ryan Joseph-Gene Marsja; in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Mr. Marshall is an attorney with Law Office of Pierce Bainbridge P.C., 355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071. Mr. Marshall resides in Uniontown, Pennsylvania where he practices remotely.

3. As set forth in the attached declaration, Mr. Marshall is an active member in good standing of the state bar of California (PL-560767).

4. Mr. Marshall does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Ryan Joseph-Gene Marshall to appear *pro hac vice* in the above-captioned case.

Dated: December 16, 2021　　　/s/ John M. Pierce
　　　　　　　　　　　　　　　John M. Pierce
　　　　　　　　　　　　　　　355 S. Grand Avenue, 44th Floor
　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　Tel: (213) 262-9333
　　　　　　　　　　　　　　　jpierce@piercebainbridge.com

　　　　　　　　　　　　　　　*Attorneys for Defendant Nathaniel DeGrave*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 26, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce