UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 1:21-cr-00040-TNM |
| | ) |
| DAVID MEHAFFIE, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF RYAN JOSEPH-GENE MARSHALL IN SUPPORT FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Ryan Joseph-Gene Marshall, hereby certify under penalty of perjury that the following is true and correct:

1. I am an associate with the Law Office of Pierce Bainbridge P.C., located at 355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071, tel: (213) 400-0725. I reside in Uniontown, Pennsylvania where I practice remotely.

2. I am an active member in good standing of the state bar of California (SBN (PL-560767)).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5. During the past two years, I have not applied for admission *pro hac vice* in this Court.

6. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal

Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: December 16, 2021

s/ Ryan Joseph-Gene Marshall
Ryan Joseph-Gene Marshall
**PIERCE BAINBRIDGE P.C.**
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: ryan9374@gmail.com
