AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cr-00040-TNM |
| DAVID MEHAFFIE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DAVID MEHAFFIE                                                                                    .

Date:      12/16/2021

/s/ Ryan Joseph-Gene Marshall
*Attorney's signature*

Ryan Joseph-Gene Marshall
*Printed name and bar number*

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

*Address*

ryan9374@gmailcom
*E-mail address*

(213) 400-0725
*Telephone number*

*FAX number*