# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF REJECTION OF PLEA.

Pursuant to the Order in the Minute Entry for proceedings held on 12/17/2021, Defendant, David Mehaffie hereby gives notice that he is rejecting the plea offered by the Government in this case.

Dated: February 3, 2022

/s/ John M. Pierce

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 349-0054
jpierce@johnpiercekaw.com
Attorney for Defendant David Mehaffie

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 3, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce
