UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00040-TNM** |
| | ) | |
| **DAVID MEHAFFIE,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT DAVID MEHAFFIE'S MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT**

> John M. Pierce
> 21550 Oxnard Street
> 3rd Floor, PMB #172
> Woodland Hills, CA 91367
> Tel: (213) 400-0725
> Email: jpierce@johnpiercelaw.com
> *Attorney for Defendant*

NOW comes Defendant, David Mehaffie, by and through his counsel of record, John M. Pierce, Esq., respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Sever, ECF No. 206. The relevant law and arguments in Mr. Judd's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Date: March 30, 2022                    Respectfully Submitted,

*John M. Pierce*

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I, John M. Pierce, hereby certify that on this day, March 30, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                               /s/ John M. Pierce
                                               John M. Pierce