FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF APPEARANCE

The Defendant DAVID MEHAFFIE, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the April 22, 2022, status conference.

Dated: April 21, 2022

                                                  DAVID MEHAFFIE

Dated: April 21, 2022

                                  /s/ William L. Shipley
                                  William L. Shipley
                                  *Attorney for David Mehaffie*

## **CERTIFICATE OF SERVICE**

I, William L. Shipley, hereby certify that on this day, April 22, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

      /s/ William L. Shipley
      William L. Shipley