**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00040-TNM** |
| | ) | |
| **PATRICK EDWARD MCCAUGHEY,** | ) | |
| **III** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ERRATA AS TO DEFENDANT DAVID MEHAFFIE'S**
**REPLY TO GOVERNMENT OPPOSITION TO MOTION *IN LIMINE***
**NO.1— NARRATION OF VIDEO EVIDENCE**

The Amended Reply corrects an inadvertent quotation error taken from the cited case United States v. Torralba-Mendia, 784 F.3d 652 (9th Cir. 2015), and includes a mistakenly omitted citation to a quoted passage from that opinion.

Date: July 16, 2022                          Respectfully Submitted,

                                             /s/ William L. Shipley
                                             William L. Shipley
                                             PO Box 745
                                             Kailua, Hawaii 96734
                                             Tel: (808) 228-1341
                                             Email: 808Shipleylaw@gmail.com

                                             *Attorney for Defendant David*
                                             *Mehaffie*