## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00040-TNM |
| | ) | |
| DAVID MEHAFFIE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## JOSE M. LOPEZ

Pursuant to Local Civil Rule 83.2(d), William L. Shipley, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission *pro hac vice* of Jose M. Lopez in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Jose M. Lopez is an attorney with Lopez, Severt & Pratt Co., located at 18 East Water Street, Troy, Ohio 45373.

3. As set forth in the attached declaration, Jose M. Lopez is an active member in good standing of the state bar of Ohio, Attorney Registration No. 0019580.

4. Jose M. Lopez does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Jose M. Lopez to appear *pro hac vice* in the above-captioned case.

Dated: August 12, 2022

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00040-TNM |
| | ) | |
| DAVID MEHAFFIE, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JOSE M. LOPEZ IN SUPPORT FOR
## ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jose M. Lopez, hereby certify under penalty of perjury that the following is true and correct:

1.      I am a partner with Lopez, Severt & Pratt Co., located at 18 East Water Street, Troy, Ohio 45373, Telephone (937) 335-5658.

2.      I am an active member in good standing of the state bar of Ohio, Attorney Registration No. 0019580.

3.      I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4.      I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5.      During the past two years, I have not applied for admission *pro hac vice* in this Court.

6.      I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of

Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: August 12, 2022

_____
Jose M. Lopez

   Sworn to before me and subscribed in my presence by the said Jose M. Lopez this 12th day of August, 2022.

_____
Notary Public
My Commission Expires

TINA K BROWNING
Notary Public
State of Ohio
My Comm. Expires
October 26, 2025