UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:21-cr-00040-TNM |
| PLAINTIFF, | : | |
| VS. | : | |
| DAVID MEHAFFIE | : | **NOTICE OF APPEARANCE** |
| DEFENDANT. | : | |

    Now comes Attorney Jose M. Lopez of the law firm of Lopez, Severt & Pratt Co., 18 East Water Street, Troy, Ohio 45373, and hereby notifies this Court and all interested parties as to his appearance as co-counsel of record on behalf of Defendant, David Mehaffie.

Dated: August 23, 2022               Respectfully submitted,

                                                     /s/ Jose M. Lopez
                                                   Jose M. Lopez - #0019580
                                                   LOPEZ, SEVERT & PRATT CO.
                                                   18 East Water Street
                                                   Troy, OH 45373
                                                   Phone: (937) 335-5658
                                                   Fax: (937) 339-6446
                                                   jml@lsplaw.org
                                                   Attorney for Defendant

## CERTIFICATE OF SERVICE

     I, Jose M. Lopez, do hereby certify that a copy of the foregoing was sent electronically this 23rd day of August, 2022, to the United States Attorney.

/s/ Jose M. Lopez  
Jose M. Lopez - #0019580  
Attorney for Defendant

LOPEZ, SEVERT & PRATT CO.