# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                               ) | Case No. 21-cr-00040-TNM |
| ) | |
| **PATRICK EDWARD MCCAUGHEY,** ) | |
| **III, et. al.,**                ) | |
| ) | |
| **Defendant**        ) | |

## DEFENDANT DAVID MEHAFFIE'S EXHIBIT LIST

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

| Presiding Judge: | Counsel for Government | Counsel for Defendant David Mehaffie |
|---|---|---|
| Hon. Trevor N. McFadden | Jocelyn Bond Kimberly Paschall James Pearce | William L. Shipley |
| Trial Date: August 29, 2022 | Court Reporter: Lisa Edwards | |

| Exh. | Document | Marked For ID | Admitted |
|---|---|---|---|
| AAA-1 | Bogner Video Still Image @14:41:42 | | |
| AAA-2 | Bogner Video Still Image @14:42:00 | | |
| AAA-3 | Bogner Video Still Image @14:42:10 | | |
| BBB-1 | Sills Video Still Image @ 00:51 | | |
| BBB-2 | Sills Video Still Image @ Prior to 1:20 | | |
| BBB-3 | Sills Video Still Image @ 1:20 | | |
| BBB-4 | Sills Video Still Image @ 1:26 | | |
| BBB-5 | Sills Video Still Image @ 1:27 | | |
| BBB-6 | Sills Video Still Image @ 1:28 | | |
| BBB-7 | Sills Video Still Image @ 1:30 | | |
| BBB-8 | Sills Video Still Image @ 1:29 | | |
| BBB-9 | Sills Video Still Image @ 1:33 | | |
| BBB-10 | Sills Video Still Image @ 1:35 | | |
| BBB-11 | Sills Video Still Image @ 1:40 | | |
| BBB-12 | Sills Video Still Image @ 1:43 | | |
| BBB-13 | Sills Video Still Image @ 1:45 | | |
| BBB-14 | Sills Video Still Image @ 1:46 | | |
| BBB-15 | Sills Video Still Image @ 1:47 | | |
| BBB-16 | Sills Video Still Image @ 1:49 | | |
| BBB-17 | Sills Video Still Image @ 1:51 | | |
| BBB-18 | Sills Video Still Image @ 2:03 | | |
| BBB-19 | Sills Video Still Image @ 2:07 | | |
| CCC-1 | Farina Video Still Image | | |
| CCC-2 | Farina Video Still Image | | |
| CCC-3 | Farina Video Still Image | | |
| CCC-4 | Farina Video Still Image | | |
| CCC-5 | Farina Video Still Image | | |
| CCC-6 | Farina Video Still Image | | |
| CCC-7 | Farina Video Still Image | | |
| CCC-8 | Farina Video Still Image | | |
| CCC-9 | Farina Video Still Image | | |
| CCC-10 | Farina Video Still Image | | |
| CCC-11 | Farina Video Still Image | | |

| | | | |
|---|---|---|---|
| CCC-12 | Farina Video Still Image | | |
| CCC-13 | Farina Video Still Image | | |
| CCC-14 | Farina Video Still Image | | |
| CCC-15 | Farina Video Still Image | | |
| CCC-16 | Farina Video Still Image | | |
| CCC-17 | Farina Video Still Image | | |
| CCC-18 | Farina Video Still Image | | |
| CCC-19 | Farina Video Still Image | | |
| CCC-20 | Farina Video Still Image | | |
| DDD | YouTube "Storm Arrived" Pt. 4 | | |
| DDD-1 | Storm Arrived Pt 4 Still Image | | |
| DDD-2 | Storm Arrived Pt 4 Still Image | | |
| DDD-3 | Storm Arrived Pt 4 Still Image | | |
| DDD-4 | Storm Arrived Pt 4 Still Image | | |
| DDD-5 | Storm Arrived Pt 4 Still Image | | |
| DDD-6 | Storm Arrived Pt 4 Still Image | | |
| DDD-7 | Storm Arrived Pt 4 Still Image | | |
| DDD-8 | Storm Arrived Pt 4 Still Image | | |
| DDD-9 | Storm Arrived Pt 4 Still Image | | |
| DDD-10 | Storm Arrived Pt 4 Still Image | | |
| EEE | YouTube "Storm Arrived" Pt. 5 | | |
| EEE-1 | Storm Arrived Pt. 5 Still Image | | |
| EEE-2 | Storm Arrived Pt. 5 Still Image | | |
| EEE-3 | Storm Arrived Pt. 5 Still Image | | |
| EEE-4 | Storm Arrived Pt. 5 Still Image | | |
| EEE-5 | Storm Arrived Pt. 5 Still Image | | |
| EEE-6 | Storm Arrived Pt. 5 Still Image | | |
| EEE-7 | Storm Arrived Pt. 5 Still Image | | |
| EEE-8 | Storm Arrived Pt. 5 Still Image | | |
| EEE-9 | Storm Arrived Pt. 5 Still Image | | |
| EEE-10 | Storm Arrived Pt. 5 Still Image | | |
| FFF | YouTube "Storm Arrived" Pt. 6 | | |
| FFF-1 | Storm Arrived Pt. 6 Still Image | | |
| FFF-2 | Storm Arrived Pt. 6 Still Image | | |
| FFF-3 | Storm Arrived Pt. 6 Still Image | | |
| FFF-4 | Storm Arrived Pt. 6 Still Image | | |
| FFF-5 | Storm Arrived Pt. 6 Still Image | | |
| FFF-6 | Storm Arrived Pt. 6 Still Image | | |
| FFF-7 | Storm Arrived Pt. 6 Still Image | | |
| FFF-8 | Storm Arrived Pt. 6 Still Image | | |
| FFF-9 | Storm Arrived Pt. 6 Still Image | | |
| FFF-10 | Storm Arrived Pt. 6 Still Image | | |
| GGG | 98C-Toren- BWC Video | | |
| GGG-1 | 98C-Toren- BWC Video Still Image | | |
| GGG-2 | 98C-Toren- BWC Video Still Image | | |
| GGG-3 | 98C-Toren- BWC Video Still Image | | |

| GGG-4 | 98C-Toren- BWC Video Still Image | | |
| GGG-5 | 98C-Toren- BWC Video Still Image | | |

Dated: August 26, 2022          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*