Government                    United States of America           Criminal No. 21-cr-00040
Plaintiff
Defendant          X                      David Mehaffie
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| AAA | Left Blank Intentionally | | | | |
| BBB-1 | Sills Video Still Image @ 00:51 | | | | |
| BBB-2 | Sills Video Still Image @ Prior to 1:20 | | | | |
| BBB-3 | Sills Video Still Image @ 1:20 | | | | |
| BBB-4 | Sills Video Still Image @ 1:26 | | | | |
| BBB-5 | Sills Video Still Image @ 1:27 | | | | |
| BBB-6 | Sills Video Still Image @ 1:28 | | | | |
| BBB-7 | Sills Video Still Image @ 1:30 | | | | |
| BBB-8 | Sills Video Still Image @ 1:29 | | | | |
| BBB-9 | Sills Video Still Image @ 1:33 | | | | |
| BBB-10 | Sills Video Still Image @ 1:35 | | | | |
| BBB-11 | Sills Video Still Image @ 1:40 | | | | |
| BBB-12 | Sills Video Still Image @ 1:43 | | | | |
| BBB-13 | Sills Video Still Image @ 1:45 | | | | |
| BBB-14 | Sills Video Still Image @ 1:46 | | | | |
| BBB-15 | Sills Video Still Image @ 1:47 | | | | |
| BBB-16 | Sills Video Still Image @ 1:49 | | | | |
| BBB-17 | Sills Video Still Image @ 1:51 | | | | |
| BBB-18 | Sills Video Still Image @ 2:03 | | | | |
| BBB-19 | Sills Video Still Image @ 2:07 | | | | |
| CCC | Left Blank Intentionally | | | | |
| DDD | YouTube "Storm Arrived" Pt. 4 | | | | |
| EEE | YouTube "Storm Arrived" Pt. 5 | | | | |
| FFF | YouTube "Storm Arrived" Pt. 6 | | | | |

| | | | | |
|---|---|---|---|---|
| GGG | 98C-Toren- BWC Video | | | |
| HHH | NY TIMES Article- Who Concert | | | |
| III | Transcript of GJ Testimony of SA Benjamin Fulp | | | |
| JJJ | Left Blank Intentionally | | | |
| KKK | FD 1023 Pos I.D. D.M. 3/3/21 | | | |
| LLL | Accuprint Comp Person Report | | | |
| MMM | Rap Sheet 3/2/21 | | | |
| NNN | 302 Spot Check 4/1/21 | | | |
| OOO | 302 Spot Check and UC Call 4/2/21 | | | |
| PPP | 302 UC Approach of Dave at Gym 4/20/21 | | | |
| QQQ | Application for Search Warrant with Affidavit | | | |
| RRR | Traffic Cam Photo of David Mehaffie Vehicle of 1/5/21 | | | |
| SSS | FD 1055 Re SSG Surveillance of David Mehaffie on 5/3/21 | | | |
| TTT | FD 1055 Re SSG Surveillance of David Mehaffie on 5/6/21 | | | |
| UUU | FD 1055 Re SSG Surveillance of David Mehaffie 5/11/21 | | | |
| VVV | FD 1055 Re SSG Surveillance of David Mehaffie 5/21/21 | | | |
| WWW | Grand Jury Exhibit- 84A | | | |
| XXX | Grand Jury Exhibit- 84B | | | |
| YYY | Grand Jury Exhibit- 86A | | | |
| ZZZ | Grand Jury Exhibit- 98D | | | |

Dated: September 1, 2022                                Respectfully submitted,

                                                                /s/ William L. Shipley

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*