UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
                             )
v.                           )          Case No. 21-cr-00040-TNM
                             )
PATRICK EDWARD MCCAUGHEY, )
III, et. al.,                )
                             )
            Defendant        )
                             )

DEFENDANT DAVID MEHAFFIE'S REQUEST FOR COURT
TO TAKE JUDICIAL NOTICE PURPSUANT TO FED R. EVIDENCE 201


On December 3, 1979, eleven (11) people were crushed to death by a crowd of thousands attempting to enter the "General Admission" doors at Riverfront Coliseum in Cincinnati, Ohio.  The Crowd was attending a concert by the English band, "The Who" and recorded music played inside the stadium cause the crowd outside to believe the concert as beginning.  Thousands of "General Admission" ticket holders rushed two open doors into the stadium which were for General Admission ticket holders, leading to the deaths and injuries of dozens who were at the front of the crowd and were crushed against other doors that were locked.

A digital copy of the front page of the New York Times dated December 4, 1979 is attached hereto, marked as Trial Exhibit HHH.

Pursuant to Federal Rule of Evidence 201, a court may judicially notice a fact that is not subject to reasonable dispute because it "Can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Defendant David Mehaffie requests the Court take judicial notice of the facts of that incident based on the New York Times article published contemporaneously with the event.

Dated: September 6, 2022                                Respectfully submitted,

                                                       /s/ William L. Shipley
                                                       William L. Shipley, Jr., Esq.
                                                       PO BOX 745
                                                       Kailua, Hawaii 96734
                                                       Tel: (808) 228-1341
                                                       Email: 808Shipleylaw@gmail.com

                                                       *Attorney for Defendant*