| | | United States of America | Criminal No. 21-cr-00040 |
|---|---|---|---|
| Government Plaintiff | | vs. | |
| Defendant | X | David Mehaffie | |
| Joint | | | |
| Court | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| AAA-1 | Withdrawn | | | | |
| AAA-2 | Withdrawn | | | | |
| AAA-3 | Withdrawn | | | | |
| BBB-1 | Sills Video | | | | |
| BBB-2 | Withdrawn | | | | |
| BBB-3 | Withdrawn | | | | |
| BBB-4 | Withdrawn | | | | |
| BBB-5 | Withdrawn | | | | |
| BBB-6 | Withdrawn | | | | |
| BBB-7 | Withdrawn | | | | |
| BBB-8 | Withdrawn | | | | |
| BBB-9 | Withdrawn | | | | |
| BBB-10 | Withdrawn | | | | |
| BBB-11 | Withdrawn | | | | |
| BBB-12 | Withdrawn | | | | |
| BBB-13 | Withdrawn | | | | |
| BBB-14 | Withdrawn | | | | |
| BBB-15 | Withdrawn | | | | |
| BBB-16 | Withdrawn | | | | |
| BBB-17 | Withdrawn | | | | |
| BBB-18 | Withdrawn | | | | |

| | | | | | |
|---|---|---|---|---|---|
| BBB-19 | Withdrawn | | | | |
| CCC | Withdrawn – Duplicates Govt Exh. | | | | |
| DDD | YouTube "Storm Arrived" Pt. 4 | | | | |
| EEE | YouTube "Storm Arrived" Pt. 5 | | | | |
| FFF | YouTube "Storm Arrived" Pt. 6 | | | | |
| GGG | Withdrawn | | | | |
| HHH | NY TIMES Article- "The Who" Concert | | | | |
| III | Withdrawn | | | | |
| JJJ | YouTube "Storm Arrived" Pt. 7 | | | | |
| KKK | Withdrawn | | | | |
| LLL | Withdrawn | | | | |
| MMM | Withdrawn | | | | |
| NNN | Withdrawn | | | | |
| OOO | Withdrawn | | | | |
| PPP | Withdrawn | | | | |
| QQQ | Application for Search Warrant with Affidavit | | | | |
| RRR | Withdrawn | | | | |
| SSS | Withdrawn | | | | |
| TTT | Withdrawn | | | | |
| UUU | Withdrawn | | | | |
| VVV | Withdrawn | | | | |
| WWW | Withdrawn – Duplicates Gov't Exh. | | | | |
| XXX | Withdrawn – Same | | | | |
| YYY | Withdrawn – Same | | | | |
| ZZZ | Withdrawn – Same | | | | |

Dated: September 7, 2022                                    Respectfully submitted,

                                                         /s/ William L. Shipley
                                                       William L. Shipley, Jr., Esq.

PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*