Government Plaintiff  
Defendant X  
Joint  
Court

United States of America  
vs.  
David Mehaffie

Criminal No. 21-cr-00040

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| AAA-1 | Withdrawn | | | | |
| AAA-2 | Withdrawn | | | | |
| AAA-3 | Withdrawn | | | | |
| BBB-1 | Sills Video | 9-6-2022 | 9-6-2022 | David Mehaffie | |
| BBB-2 | Withdrawn | | | | |
| BBB-3 | Withdrawn | | | | |
| BBB-4 | Withdrawn | | | | |
| BBB-5 | Withdrawn | | | | |
| BBB-6 | Withdrawn | | | | |
| BBB-7 | Withdrawn | | | | |
| BBB-8 | Withdrawn | | | | |
| BBB-9 | Withdrawn | | | | |
| BBB-10 | Withdrawn | | | | |
| BBB-11 | Withdrawn | | | | |
| BBB-12 | Withdrawn | | | | |
| BBB-13 | Withdrawn | | | | |
| BBB-14 | Withdrawn | | | | |
| BBB-15 | Withdrawn | | | | |
| BBB-16 | Withdrawn | | | | |
| BBB-17 | Withdrawn | | | | |
| BBB-18 | Withdrawn | | | | |

| BBB-19 | Withdrawn | | | |
|---|---|---|---|---|
| CCC | Withdrawn – Duplicates Govt Exh. | | | |
| DDD | YouTube "Storm Arrived" Pt. 4 | 9-6-2022 | 9-6-2022 | David Mehaffie |
| EEE | YouTube "Storm Arrived" Pt. 5 | 9-6-22 | 9-6-22 | David Mehaffie |
| FFF | YouTube "Storm Arrived" Pt. 6 | 9-6-22 | 9-6-22 | David Mehaffie |
| GGG | Withdrawn | | | |
| HHH | NY TIMES Article- "The Who" Concert | | | |
| III | Withdrawn | | | |
| JJJ | YouTube "Storm Arrived" Pt. 7 | 9-6-22 | 9-6-22 | David Mehaffie |
| KKK | Withdrawn | | | |
| LLL | Withdrawn | | | |
| MMM | Withdrawn | | | |
| NNN | Withdrawn | | | |
| OOO | Withdrawn | | | |
| PPP | Withdrawn | | | |
| QQQ | Application for Search Warrant with Affidavit | 9-1-22 | — | Kyle Metz |
| RRR | Withdrawn | | | |
| SSS | Withdrawn | | | |
| TTT | Withdrawn | | | |
| UUU | Withdrawn | | | |
| VVV | Withdrawn | | | |
| WWW | Grand Jury Transcript | 9-6-22 | 9-6-22 | |
| XXX | Withdrawn – Same | | | |
| YYY | Withdrawn – Same | | | |
| ZZZ | Withdrawn – Same | | | |

Dated: September 7, 2022

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.