1

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00040-TNM |
| | ) | |
| PATRICK MCCAUGHEY, III, et. al., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT DAVID MEHAFFIE's UNOPPOSED MOTION
TO CONTINUE SENTENCING**

1

NOW COMES defendant David Mehaffie, by and through his counsel of record, William L. Shipley, and requests that this Honorable Court vacate the sentencing currently set for January 27, 2023.

Attorney Shipley began trial on December 5, 2022, in the second "Oath Keepers" case.  See United States v. Rhodes, et al.  22-cr-00015-APM.  The case is expected to continue into the week of January 23, 2023.

When the sentencing hearing for Defendant Mehaffie was set by this Court, the above-listed case was scheduled to start on November 29, 2022, and anticipated to conclude prior to the holidays.  On October 28, 2022, the trial date was rescheduled for December 5, 2022.  See United States v. Rhodes, et al. 22-cr-00015-APM ECF. No. 377.

Continuing with the current sentencing date would require Attorney Shipley to prepare and file various sentencing pleadings on behalf of Defendant Mehaffie while still in trial.  Counsel for Defendant Mehaffie has communicated with Government counsel about this issued and the Government does not oppose delaying the sentencing hearing.

Attorney Shipley has confer with the Government's attorney, Jocelyn Bond, who does not oppose.

Upon review of both Defense and Government's Counsel schedules, Defendant Mehaffie respectfully requests that the sentencing hearing for Defendant Mehaffie set for January 27, 2023, be rescheduled for February 17, 2023.

Dated: January 4, 2023               Respectfully submitted,

                                                            /s/ William L. Shipley
                                                            William L. Shipley, Jr., Esq.
                                                            PO BOX 745

Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*