UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                  )<br>)<br>PATRICK MCCAUGHEY, III, et. al.,)<br>)<br>)<br>Defendant        )<br>) | Case No. 21-cr-00040-TNM |

**DEFENDANT DAVID MEHAFFIE'S ERRATA**

On February 17, 2023, undersigned filed Defendant David Mehaffie's Sentencing Statement in advance of the sentencing hearing set for February 24, 2023.  *See* EFC No. 528.

Undersign now submits this notice of errata and refiles Defendant David Mehaffie's Sentencing Statement.

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1