UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00040-TNM |
| | ) | |
| **DAVID MEHAFFIE,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT DAVID MEHAFFIE'S RESPONSE TO COURT'S
REQUEST FOR AN ACCOUNTING OF ONLINE FUNDRAISING
BY THE FAMILY OF DAVID MEHAFFIE**

1

NOW COMES Defendant David Mehaffie by and through his undersigned counsel of record, William L. Shipley, Esq., responding to this Court's request that Defendant Mehaffie provide an accounting with respect to funds raised through the GiveSendGo.com relating to the charges in this matter. The information herein is the best approximation of an accounting that could be accomplished in the time constraints associated with the Court's Request.

A "GiveSendGo" fundraising page was created by Kym Mehaffie and all funds paid by the site went to a bank account controlled by Kym Mehaffie.

Through March 6, 2023, donations to the site totaled $20,252. The entity that operates the GiveSendGo site deducts fee of small percentage from each donation for website hosting services and processing the contributions. The funds received by Kym Mehaffie totaled $19,909.25. All funds donated to the site have been delivered and no additional funds are anticipated.

The Mehaffies paid three attorneys during the course of the criminal case. The combined total paid to those three attorneys was $21,350 – a sum greater than the funds received from online donations. The difference of slightly less than $1500 was paid by the Mehaffies from personal funds.

Dated: March 8, 2023					Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

2