<pre>
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * *   )
 3    UNITED STATES OF AMERICA,     )      Criminal Action
                                    )       No. 21-00040
 4                  Plaintiff,      )
                                    )
 5       vs.                        )
                                    )
 6    PATRICK EDWARD McCAUGHEY, III, )      Washington, D.C.
      TRISTAN CHANDLER STEVENS and  )      August 31, 2022
 7    DAVID MEHAFFIE,               )      9:34 a.m.
                                    )
 8                  Defendants.     )
                                    )
 9    * * * * * * * * * * * * * *   )

10                TRANSCRIPT OF BENCH TRIAL - DAY 3
11             BEFORE THE HONORABLE TREVOR N. McFADDEN,
                   UNITED STATES DISTRICT JUDGE
12


13
      APPEARANCES:
14
      FOR THE GOVERNMENT:     KIMBERLY L. PASCHALL, ESQ.
15                            JOCELYN P. BOND, ESQ.
                              ASHLEY AKERS, ESQ.
16                            UNITED STATES ATTORNEY'S OFFICE
                                FOR THE DISTRICT OF COLUMBIA
17                            555 Fourth Street, Northwest
                              Eleventh Floor
18                            Washington, D.C. 20530

19
      FOR THE DEFENDANT       LINDY R. URSO, ESQ.
20          McCAUGHEY:        LAW OFFICES OF LINDY R. URSO
                              810 Bedford Street
21                            Suite 3
                              Stamford, Connecticut 06901
22


23    FOR THE DEFENDANT       LAUREN COBB, ESQ.
            STEVENS:          OFFICE OF THE FEDERAL DEFENDER
24                            NORTHERN DISTRICT OF FLORIDA
                              3 West Garden Street
25                            Suite 200
                              Pensacola, Florida 32502
</pre>

1    <u>APPEARANCES, CONT'D:</u>

2    FOR THE DEFENDANT              WILLIAM L. SHIPLEY, JR., ESQ.
              MEHAFFIE:            LAW OFFICES OF WILLIAM L. SHIPLEY
3                                  Post Office Box 745
                                   Kailua, Hawaii 96734
4
                                   JOSE M. LOPEZ, ESQ.
5                                  LOPEZ, SEVERT & PRATT CO.
                                   18 East Water Street
6                                  Troy, Ohio 45373

7
     REPORTED BY:                  LISA EDWARDS, RDR, CRR
8                                  Official Court Reporter
                                   United States District Court for the
9                                    District of Columbia
                                   333 Constitution Avenue, Northwest
10                                 Room 6706
                                   Washington, D.C. 20001
11                                 (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

|                                         | Direct | Cross | Red. |
|-----------------------------------------|--------|-------|------|
| **WITNESSES FOR THE GOVERNMENT:**       |        |       |      |
| Calvin Peter John                       | 6      | 13    |      |
| Aquilino Antonio Gonell                 | 15     | 66    |      |
|                                         |        | 102   | 115  |
| Henry Foulds                            | 119    | 146   |      |
|                                         |        | 172   |      |
| Gregory Conner                          | 174    | 206   |      |
| Steven Weatherhead                      | 209    |       |      |

| EXHIBITS RECEIVED IN EVIDENCE                     | PAGE |
|---------------------------------------------------|------|
| Government's Exhibit No. 218                       | 124  |
| Government's Exhibit No. 415                       | 133  |
| Government's Exhibit No. 220                       | 135  |
| Government's Exhibit No. 101.6                     | 141  |
| Government's Exhibit No. 802                       | 177  |
| Government's Exhibit No. 601                       | 178  |
| Government's Exhibit No. 914                       | 188  |
| Government's Exhibit No. 928                       | 190  |
| Government's Exhibit No. 407                       | 194  |
| Government's Exhibit No. 951                       | 196  |
| Government's Exhibit No. 953                       | 197  |
| Government's Exhibit No. 957                       | 199  |
| Government's Exhibit No. 961                       | 200  |
| Government's Exhibit No. 103.1                     | 209  |
| Government's Exhibit No. 804                       | 214  |
| Government's Exhibit Nos. 607 and 608             | 217  |
| Government's Exhibit Nos. 419.1 and 419.3         | 223  |
| Government's Exhibit Nos. 225, 307 and 901        | 225  |
| Government's Exhibit No. 927                       | 227  |
| Government's Exhibit Nos. 405 and 926             | 228  |
| Government's Exhibit No. 925                       | 229  |
| Government's Exhibit No. 930                       | 230  |
| Government's Exhibit No. 934                       | 231  |
| Government's Exhibit No. 935                       | 232  |
| Government's Exhibit No. 938                       | 233  |
| Government's Exhibit No. 947                       | 235  |
| Government's Exhibit No. 952                       | 236  |
| Government's Exhibit No. 955                       | 238  |

```
1              THE COURT:  Good morning.

2              THE COURTROOM DEPUTY:  This is Criminal Case

3     21-40, the United States of America versus Patrick Edward

4     McCaughey, III, Tristan Chandler Stevens and David Mehaffie.

5              Counsel, please come forward to identify

6     yourselves for the record, starting with the Government.

7              MS. PASCHALL:  Good morning, your Honor.  Kimberly

8     Paschall for the United States with my colleagues Jocelyn

9     Bond, Ashley Akers and paralegal Kyle Metz.

10             THE COURT:  Good morning, folks.

11             MR. URSO:  Good morning, your Honor.  Lindy Urso

12    for Mr. McCaughey.

13             THE COURT:  Good morning, Mr. Urso.

14             Good morning, Mr. McCaughey.

15             MS. COBB:  Good morning, your Honor.  Lauren Cobb

16    for Tristan Stevens.

17             THE COURT:  Good morning, Ms. Cobb.

18             Good morning, Mr. Stevens.

19             MR. LOPEZ:  José Lopez on behalf of Mr. Mehaffie,

20    along with Bill Shipley.

21             THE COURT:  Good morning, Mr. Lopez.

22             Good morning, Mr. Shipley.

23             And good morning, Mr. Mehaffie.

24             Mr. Shipley, could I have you and Ms. Paschall

25    approach?
```

1            (Whereupon, the following proceedings were had at

2     sidebar:)

3            THE COURT:  You mentioned off the record yesterday

4     about Mr. Marshall being admitted.  My understanding is that

5     he has some sort of 30-day probation that he is undergoing.

6     So I'm not at all suggesting how you do this, but I'm not --

7     I don't think --

8            THE COURT REPORTER:  Judge, if you could get

9     closer to the microphone, please.

10           THE COURT:  I'm saying my understanding is he has

11    a 30-day probation after which the charges would be

12    dismissed if he successfully completes it, and I have no

13    reason to think he wouldn't.

14           But this is not some sort of -- I guess this is an

15    indicative ruling.  I haven't heard from the Government.  I

16    haven't heard argument from you.  But in terms of kind of

17    Mr. Marshall's -- kind of sparing his feelings and all, I'll

18    let you know that.

19           MR. SHIPLEY:  Can I add to the Court's

20    understanding?  In fact, that was the sentence imposed, 30

21    days' suspended sentence subject to -- at the conclusion of

22    the hearing, the judge said:  Mr. Marshall, are you able to

23    pay the fine today?

24           Mr. Marshall said:  Yes, I am, your Honor.

25           He said:  If you pay the fine today, I'm going to

```
 1    declare your sentence served and expunge the record this

 2    afternoon.

 3              And that happened.  But it's not a big deal.

 4              THE COURT:  Yes.  I think it best to leave it just

 5    as it is.

 6              MR. SHIPLEY:  That's fine.  We have other cases.

 7    And I don't think there would be any objection if he comes

 8    back into the other cases.  But this case, we're going to be

 9    done in a few days.

10              THE COURT:  Thank you.

11              (Whereupon, the following proceedings were had in

12    open court:)

13              THE COURT:  Mr. Shipley?

14              MR. SHIPLEY:  Your Honor, the Government has

15    extended the courtesy to allow us to call a character

16    witness out of order who is here from out of town.  And with

17    the Government's permission and the Court's permission, we

18    would like to just call Dr. Calvin John.

19              THE COURT:  Okay.

20              (Thereupon, the witness entered the courtroom and

21    the following proceedings were had:)

22              THE COURT:  Sir, if you could just remain right

23    there for one moment.

24         CALVIN PETER JOHN, DEFENSE WITNESS, SWORN.

25              THE COURT:  Good morning, sir.  Please have a seat
```

1    right up there, and you can adjust the microphone to your

2    comfort.

3                        DIRECT EXAMINATION

4    BY MR. LOPEZ:

5    Q.  Good morning, sir.

6    A.  Good morning.

7    Q.  Would you tell the Court, please, your name, your

8    address and your occupation.

9    A.  First name is Calvin, middle name Peter, last name John.

10   Address is 120 Dellwood Avenue, Dayton, Ohio 45419.  I work

11   as an emergency physician.

12   Q.  Sir, if you would, would you tell the Court about where

13   you grew up, your family situation, things of that sort?

14   A.  I grew up in a small town in Northeast Oregon, two

15   brothers, a sister.  My father was the town doctor.  The

16   town had about 600 people in it.  I graduated with a class

17   of 27 from high school, went two years to community college

18   and then finished undergraduate at the College of Idaho in

19   Boise, Idaho.

20   Q.  Sir, if you would kind of keep the microphone in front

21   of you so everyone can hear you, please.

22   A.  Sure.

23   Q.  Did you do any further education in regards to your

24   medical training?

25   A.  Yeah.  I went on to medical school, ultimately

1    graduating from Wright State University School of Medicine

2    in Dayton, Ohio.

3    Q.  So subsequent to your graduation from medical school,

4    did you do a residency?

5    A.  Yes.  I did a residency in Dayton, Ohio, at Miami Valley

6    Hospital in family practice, actually.

7    Q.  Miami Valley, as I understand it, is the only level-one

8    trauma center in the Dayton area?

9    A.  It's the oldest and the largest.  That's correct.

10   Q.  And so you began work at Miami Valley when?

11   A.  I was there for a residency through 2000 and 2003 and

12   then returned as an attending physician after working

13   elsewhere in 2007.

14   Q.  Did you do work at other facilities in the Dayton area?

15   A.  I worked at a couple of smaller hospitals for four

16   years, Madison Hospital and Greenfield Hospital.

17   Q.  Did you have anything to do with the Dayton VA and

18   assist at the VA?

19   A.  I actually did a -- we do overnight shifts there a few

20   times a month before I returned to the current hospital I'm

21   at, which is Miami Valley Hospital.

22   Q.  Sir, did you seek and did you attain Board certification

23   in a specialty?

24   A.  Yes.

25   Q.  And when did you become Board-certified and in what

1    practice?  What area of medicine?

2    A.  I completed my residency in 2003.  I was Board-certified

3    in the summer of 2003 in family practice.

4    Q.  And, sir, do you have another -- do you do other medical

5    activity in terms of servicing the Dayton community?

6    A.  Yes.  Since I was a licensed physician in 2001, I've

7    volunteered at a clinic for the underinsured there called

8    Reach Out.  Now I serve as a medical director and the board

9    president of that organization.

10   Q.  So how long have you been involved with Reach Out

11   Medical?

12   A.  Twenty-one years.

13   Q.  Sir, let's now talk about your contact with the Mehaffie

14   family and specifically with David.  If you would, tell the

15   Court how you first met the Mehaffie family and David.

16   A.  First, I met his father, who was kind of a handyman and

17   a former baker.  I got to know him.  We remodeled a home,

18   and Dave and his family did that remodel of our home.

19   Q.  All right.  How long did that project take?

20   A.  A lot longer than we would have wanted.  Probably about

21   nine months, I guess.

22   Q.  And during that time that Dave was remodeling your home,

23   was there an incident that occurred where you first had the

24   opportunity to view David's tendency to be nonviolent?

25   A.  Yeah.  We had one of those neighbors next to us who was

1    not very pleasant.  And in the course of -- during the

2    remodel, they took off the roof and a shingle fell and

3    struck their car and made a little black mark on it.  They

4    proceeded to park the car between the houses -- the houses

5    are fairly close together -- after we told them we would be

6    taking off the roof and then they left for a week.

7    Everybody was very careful to not do any damage.

8            But he saw that one little back mark and came over

9    and started screaming, and he knew Dave was the person in

10   charge.  And he kept trying to escalate, but Dave just

11   stayed calm.  He had the entire roofing crew and the rest of

12   his crew watching this whole incident.  And, yeah, I was

13   impressed that he just kept his cool and didn't, you know,

14   respond verbally or in any other way to him.

15   Q.  Now, sir, after that remodel job at the house, did you

16   and Dave become close friends?

17   A.  Yeah.  Over the years, we got to know each other more.

18   And probably over the last ten years we've done a lot of

19   things together, backpacking trips; and over that time, I've

20   gotten to know him better.  He shared with me his

21   involvement in the Right to Life protest, you know, some 20,

22   25 years ago.

23            As -- you know, he wasn't telling me a lot up

24   front, but over time as we got to know each other he shared

25   those experiences.  And I was impressed with the fact that

1    he was nonviolent, and those were very emotional protests.

2    Q.  All right.  And I think you go backpacking to the

3    Sawtooth Mountains?

4    A.  Yeah.

5    Q.  Is that an annual excursion?

6    A.  Yeah.  For the last six years.  Yeah.

7    Q.  During these times that you've spent with Dave, have you

8    had occasion to speak with him about his faith and the Right

9    to Life protests and the things you've described in terms of

10   how those protests went?

11   A.  Yeah; that and a variety of other things.  When you

12   spend three and four and five days with somebody with no

13   electronics, you get to know them pretty well.

14   Q.  And I think you've already indicated, but I'll reiterate

15   it:  You consider Dave Mehaffie a friend?

16   A.  Yeah.

17   Q.  So, sir, in regards to why you're here, there are a

18   couple of pertinent character traits which the Court is

19   permitted to hear evidence on.  I'm going to talk to you

20   about a couple of them.  Okay?

21          The first question is, sir, based on your

22   acquaintance with Dave, his family and others in the

23   community, are you familiar with his reputation for

24   peacefulness in the Dayton community?

25   A.  Yeah.  I would say he's known as a peaceful individual.

John - DIRECT - By Mr. Lopez

1    I don't spend a lot of time with individuals outside of work

2    that I wouldn't trust and wouldn't want to be around.  In my

3    profession, I can't afford to be involved with somebody

4    who's going to have problems with authority or whoever.  And

5    all my time with him, he's always been peaceful.

6    Q.  I think the question I asked, though, sir, is:  Are you

7    familiar with his reputation in the community as --

8    A.  Oh, yes.

9    Q.  Is the answer yes?

10   A.  Yes.  I'm sorry.

11   Q.  Then the next question is, what is the basis for that

12   opinion?  I think you've answered that.

13   A.  Sorry.

14   Q.  That's okay.

15   A.  I took it out of order.

16   Q.  I want the record to be clear that you did in fact

17   believe he had a reputation for peacefulness in the

18   community.

19   A.  That's correct.

20   Q.  All right.  You have your own opinion as to Dave's

21   reputation for peacefulness and noncombativeness in the

22   Dayton community?  Not just the community's; yours.

23   A.  I guess I would say in all the various situations I've

24   been with him, I've never been concerned that he was going

25   to be anything other than nonviolent.

1    Q.  Sir, there's another pertinent character trait that's

2    recognized in this district called peace and good order,

3    which is sort of slang for respect for law and order.

4           Have you had an opportunity to consult with Dave

5    about his feelings about the police and law and order,

6    things of that sort, when you're on these camping trips?

7    A.  Well, yeah.  But also in Dayton as well, he owns a

8    building and he's had a lot of interaction with police with

9    various events there.  And I would say he's always seemed to

10   have a good relationship.  I know he has friends who are

11   police officers.  So I guess I would answer yes to that.

12   Q.  So have you ever heard him express any opinion about

13   wanting to commit a violent act toward a police officer,

14   anything of the sort?

15   A.  No.

16           MR. LOPEZ:  Could I have just a moment, sir?

17           (Confers with co-counsel privately.)

18           MR. LOPEZ:  Thank you very much, sir.

19           THE COURT:  Ms. Paschall?

20           Dr. John, if you'll answer the prosecutor's

21   questions.

22                        CROSS-EXAMINATION

23   BY MS. PASCHALL:

24   Q.  Good morning, Dr. John.

25   A.  Good morning.

1   Q.  Were you present here in the jurisdiction of Washington,

2   D.C., on January 6th, 2021?

3   A.  I think I was working that day.

4   Q.  Working in Ohio?

5   A.  In Ohio.  Yeah.

6   Q.  And have you ever gone with Mr. Mehaffie to any of those

7   Right to Life protests that you've discussed?

8   A.  Those were well before I knew him.

9   Q.  So no?

10  A.  No.  Sorry.

11          MS. PASCHALL:  Thank you.  Those are all my

12  questions.

13          THE COURT:  Thank you.

14          Any redirect?

15          MR. LOPEZ:  No, sir.

16          THE COURT:  Dr. John, I appreciate your testimony

17  here today.  You're free to leave.

18          THE WITNESS:  Thank you.

19          THE COURT:  Thank you.

20          Are we resuming with the Government's case in

21  chief?

22          MS. PASCHALL:  Yes, your Honor.  The Government

23  calls Aquilino Gonell.

24          (Thereupon, the witness entered the courtroom and

25  the following proceedings were had:)

```
 1                THE WITNESS:  Good morning.
 2                THE COURT:  Good morning, Sergeant.
 3           AQUILINO ANTONIO GONELL, GOVERNMENT WITNESS, SWORN.
 4                THE WITNESS:  May I remove my mask?
 5                THE COURT:  You may.  Please feel free to have a
 6      seat.  You can adjust the microphone there.
 7                THE WITNESS:  Sure.
 8                          DIRECT EXAMINATION
 9      BY MS. BOND:
10      Q.  Good morning, sir.
11      A.  Good morning.
12      Q.  Please say your name and spell it for the record.
13      A.  Sorry.  Catching my breath.
14      Q.  That's okay.
15      A.  My name is Aquilino Antonio Gonell, sergeant of the
16      United States Capitol Police.
17      Q.  Let me stop you --
18      A.  A-Q-U-I-L-I-N-O; Antonio, common spelling; G-O-N-E-L-L;
19      last name, Gonell.
20      Q.  Thank you.
21                And where did you say you're employed?
22      A.  United States Capitol Police, and currently am still
23      working there.
24      Q.  Can you say that again?
25      A.  I'm still working, employed by the Capitol Police as of
```

```
1     now.
2     Q.  Thank you.
3           Would you pull the microphone a little bit closer
4     to your mouth.
5     A.  Sure.
6     Q.  How long have you been with Capitol Police?
7     A.  I began my 17 year two months ago.
8     Q.  And what's your current rank?
9     A.  Sergeant.
10    Q.  And what was your rank back on January 6th, 2021?
11    A.  The same.
12    Q.  And what did you do before you joined the Capitol
13    Police?
14    A.  I used to be a student, car washer, supply tech, Army.
15    Also I was part of the Army.
16    Q.  How long were you in the Army?
17    A.  Eight years in total.
18    Q.  And did you go straight from the Army to the Capitol
19    Police?
20    A.  No, ma'am.  After I returned from -- actually, yeah.
21    I'm sorry.  I did.  After returning from Iraq, I became a
22    Capitol Police officer while still in the Army.
23    Q.  And how long were you in Iraq?
24    A.  One year.
25    Q.  Now, as a sergeant, what kind of responsibilities did
```

```
1    you have back in January of 2021?
2    A.  I was -- normally, my task, my assignment, was
3    midnights.  Because of the pending transfer of power, we
4    were -- I was assigned to my secondary duty, which is --
5    which was CDU sergeant and mountain bike during the day.  So
6    they rotated me -- well, detailed me from midnights to day
7    work while the process was still going on.
8    Q.  And when did that rotation take place?
9    A.  Since the summer of 2020, on and off.
10    Q.  And what is the structure of a CDU within the Capitol
11    Police?
12    A.  We have squads, platoons.  Then you have the
13    sergeants -- you mean in terms of the ranking?  Or the
14    setup?
15    Q.  How many officers are in a platoon, a CDU platoon?
16    A.  It ranges from 30, 40, depending if the squads are fully
17    staffed.  It's about 10 to 12 officers per platoon.
18    Q.  As a sergeant, are you in a position of authority?
19    A.  Yes, ma'am.
20    Q.  So how many sergeants would be over a platoon?
21    A.  Four.  One for each squad.
22    Q.  Now, was it a normal part of your job with the Capitol
23    Police to deal with crowd control at the Capitol?
24    A.  Yes, ma'am.
25    Q.  Had you ever worked First Amendment assemblies before
```

1    that actually came onto Capitol grounds?

2    A.  Multiple times over the course of my 16 years.

3    Q.  Can you estimate about how many times you worked those

4    First Amendment assemblies?

5    A.  Off the top of my head, I can't give you a figure.  But

6    I know it's been over hundreds.

7    Q.  Do you think near hundreds?

8    A.  Over 200.

9    Q.  Have you ever dealt with unruly crowds before?

10   A.  Yes, ma'am.

11   Q.  And in all of your years with the Capitol Police, have

12   you ever actually had a physical confrontation with a

13   citizen before?

14   A.  No, ma'am.

15   Q.  In all of your years with the Capitol Police, had you

16   ever encountered an unruly crowd that devolved into a riot?

17   A.  No, ma'am.

18   Q.  Now, on --

19            THE COURT:  Sorry.  You said you've never had a

20   physical confrontation with a citizen?

21            THE WITNESS:  No, ma'am -- no, sir.

22            THE COURT:  Okay.  You're luckier than I was.

23            THE WITNESS:  I try.

24   BY MS. BOND:

25   Q.  So on January 6th, 2021, were you working that day?

1    A.  Yes, sir -- ma'am.

2    Q.  What time did you start?

3    A.  I arrived at the Capitol around 6:10, clocked in around

4    6:35.

5    Q.  And what did you expect to be doing that day?

6    A.  It's hard to tell.  I mean, I'd seen the news, some of

7    the reports about people gathering at the Capitol,

8    supposedly for the Stop the Steal, trying to stop the

9    transfer of power which had, you know -- some are my

10   officers.  They had concern about the online things that

11   were consuming.  But throughout the -- my chain of command

12   and through my emails and stuff like that from the Capitol

13   Police, I didn't see nothing that would change our posture.

14   Q.  So what kind of orders were you giving to your officers

15   at the Capitol --

16   A.  What did I give them?

17   Q.  Yeah.  What did you tell them to do or to expect?

18   A.  I told them that whatever concerns they have, they could

19   have put it in writing or talk to me and I would try to get

20   another official higher than me, high-ranking, to provide

21   guidance on some of those concerns that they had, because

22   they want -- at some point, some of them wanted to deploy

23   the long guns, the rifle, as a deterrent for potential

24   violence or things like that, given the amount of threats

25   that they had seen online.

Gonell - DIRECT - By Ms. Bond

1            At that time, I didn't -- I was not very active on

2    social media and stuff like that, so I didn't pay attention

3    to that.

4            So I told them that I'll get a higher-ranking

5    official, and I did.  We had roll call that day off and the

6    day before to alleviate some of those concerns.  And to that

7    extent, their concerns were alleviated and they seemed more

8    at ease.

9            My direction to them was:  We're gonna stage at

10   the north entrance of the Visitor Center of the Capitol.  We

11   did that after roll call.  Then I told them that we need to

12   be prepared for whatever First Amendment demonstration and

13   stuff like that that would have happened and continued to

14   follow up our training, which is respecting rights of our

15   citizens as long as they are not violent and following

16   directions from the police officer.

17           Normally, we -- throughout my time at the Capitol,

18   we try to separate the groups, pro whatever cause against

19   the other cause.  So normally, that seems to do the trick.

20   And that's the same procedure we had done for 16 years since

21   I've been at the Capitol.  And so I don't think that on that

22   day, we didn't do anything different than to expect that we

23   wouldn't have any violence at all.

24   Q.  You mentioned some of your officers wanted to use long

25   guns.  Are those -- well, what are these?

1    A.  The long guns are the M4 rifles.  We do deploy them

2    occasionally, depending on the threats.  But not for

3    demonstrations --

4    Q.  And so do you --

5    A.  -- because they could get overpowered and then I guess

6    take the weapon away from the officers since we are so

7    focused on the training.  We are so focused on protecting

8    civilians and property.  So...

9    Q.  To your knowledge, were those long guns ever deployed by

10   Capitol Police that day?

11   A.  I believe they did.  I was not aware until after the

12   fact.  By that time, it was too late to deploy them or we

13   would probably be scrambling to get the officers, pulling

14   them out of the line.  So I don't think it was feasible.  So

15   I don't know how many were deployed at that time.  I'm not

16   aware of.  But seems like it would have been backwards at

17   that point.

18   Q.  Okay.  Now, you said that you clocked in about 6:35.

19   Did there come a point in the day that you realized that

20   something a little unusual was going on?

21   A.  I mean, we had roll call like around 8:00.  I joined

22   roll call with the other CDU platoons that were in the

23   Capitol, not the other buildings.  But that was a long roll

24   call.  The officers had a chance and opportunity to ask

25   questions.

Gonell - DIRECT - By Ms. Bond

1              Myself, two other lieutenants and I believe five

2      or six of the sergeants were there.  They were there and

3      they asked all the questions, concerns.  And at the end of

4      the day, we told them:  Look, we're going to do our job just

5      like we normally do.  Yes, there are threats online.  But we

6      don't have that information coming down the pike, so we

7      cannot address that.  And we answered those questions,

8      concerns, the best we could.

9      Q.  Did there come a point in the day where you believed

10     that there was a threat to the Capitol?

11     A.  I think one of the officers was watching or

12     livestreaming the speech on their phone.  And once I

13     heard -- ma'am, don't quote me on this; this is -- I'm

14     paraphrasing -- somebody said:  Trial by combat.  And then I

15     think at the end of or near Trump's speech, it was said:  We

16     going to the Capitol.

17             I told the guys:  Finish up getting ready.  By

18     that time, we were, like, halfway dressed in the protective

19     gear, meaning protector, the chin protector, thigh protector

20     and the bottom from the waist down.  We were having -- we

21     had the CDU gear on.  So when that -- when I heard that,

22     then I told:  Start getting ready.  These people are coming

23     this way.

24             THE COURT REPORTER:  I'm sorry, sir.  Did you say

25     tie or thigh protector?

```
1               THE WITNESS:  Thigh.  My English is not very
2     good-looking sometimes.
3     BY MS. BOND:
4     Q.  So about what time did you start putting on the CDU
5     gear?
6     A.  I'd say around 12:30, if I remember correctly.  I told
7     them "Get ready" around -- I'd say around -- closer to 1:00.
8     I heard over the radio like two, three frantic calls from
9     over the radio asking for all CDU personnel to respond to
10    the west front, because there was a breach in the perimeter.
11    The whole Capitol at that time was closed.  The Capitol
12    grounds was closed.  And people started -- all began to
13    breach the Capitol.
14               There were signs.  There were police officers --
15    Q.  Before you move into that, I just want to make sure I
16    understand all the gear that you were wearing.
17               So you talked about a thigh protector and a chin
18    protector.  What else were you personally wearing as CDU
19    gear?
20    A.  The whole process, putting that uniform or gear on.
21    That was the whole version.  That would have taken us about
22    ten minutes to put it on with the help of another officer.
23    So that includes the thighs, the chin, the back plate and
24    also the chest plate.  We call it the throat, turtle, kind
25    of like -- sorry.  I'm explaining to her.  She's going to
```

```
1   ask me.  T-U-R-T-L-E-S.  Sorry.
2   Q.  Do you --
3   A.  So the turtle gear, because we call it.  And on top of
4   that, we had the -- attached to that we had the shoulder and
5   elbow straps on the arm on both sides.  And then you had the
6   gas mask, I guess, attached to whatever strong side you want
7   it or whichever side you want to.  I'm sorry.  And we also
8   had the helmet as well and the shield.
9   Q.  So what does your helmet look like?
10  A.  The helmet has -- is kind of like a ballistic metal.  It
11  has a face shield, glass you can see through.  Same thing
12  with the gas mask as well.
13  Q.  Now, you talked about having a shield.  What did your
14  shield specifically look like?
15  A.  My shield was round.  I used that, picked that because
16  as an official it helped me maneuver better and coordinate
17  with the other officers if I need to.  And we have three
18  types of shields.  One is an eight-foot shield; the other is
19  six-foot; and then the round one that I used.
20  Q.  Okay.  Now, when you say there were other kinds of
21  shields --
22              MS. BOND:  May I approach the witness, your Honor?
23              THE COURT:  You may.
24  BY MS. BOND:
25  Q.  Sergeant, this has already been marked, I believe, as
```

Gonell - DIRECT - By Ms. Bond

1    801.  Do you recognize Exhibit 801?

2    A.  Yes, ma'am.

3    Q.  And what is that to you?

4    A.  That is a defensive shield that we use to -- it could be

5    used as offensive, too, but mainly defensive.

6    Q.  Now, you said you were not specifically using that on

7    that day.  Correct?

8    A.  Correct.

9    Q.  Were other Capitol Police officers using this kind of

10   shield that day?

11   A.  Yes, ma'am.

12   Q.  And were they out and available for other law

13   enforcement agencies to use that day?

14   A.  The amount of shields we had at that time available was

15   for the officers who were part of the hard-gear CDU control

16   group.

17   Q.  In your experience during the day, did other law

18   enforcement agencies end up picking them up and using them?

19   A.  Some of them, they did as a weapon -- not a weapon, but

20   as a -- something to protect themselves.  I know we don't --

21   at that time, we didn't have everybody trained for it, with

22   it.  But I know they know how to use it.  I mean, it has the

23   handles.  Pretty easy to figure it out.

24   Q.  Thank you.

25        So you talked earlier about -- oh, before moving

 1    on, do Capitol Police officers wear body-worn cameras?

 2    A.  No, ma'am.

 3    Q.  So did you have a body-worn camera that day?

 4    A.  No, ma'am.

 5    Q.  Are you aware of any other body-worn cameras worn by

 6    Capitol Police officers that day?

 7    A.  No, ma'am.

 8    Q.  Okay.  Now, you talked about at 1:00 p.m. getting a call

 9    for assistance on the west front.  Is that right?

10    A.  Around that time.  Close to.  I think it was around

11    12:50, 12:54.  So close to 1:00.

12    Q.  So how did you respond to that call for assistance?

13    A.  Because we were staged at the north Capitol Visitor

14    Center entrance, we quickly put -- completed putting our

15    uniform on.  Then we -- out of that room, there's two sets

16    of double doors, that heavy set of doors.  We opened it.  I

17    had one officer open one, then the other officer.  So that

18    way, we'd leave that area in a hurry on the ground.

19         We made a right, a left, another left, halfway on

20    the other side of the Visitor Center, up the steps, about

21    two flights of steps, up to the Crypt, across the Crypt,

22    down the steps where the president go down to the

23    inauguration.

24         And before you go out to the inauguration stage,

25    you have a hallway, a podium, another hallway, east section.

1    Then you have the x-ray machine, the magnetometer, then two

2    sets of double doors and then a ramp to go out that door.

3    In total, from the north entrance of the Visitor Center all

4    the way to that stage, I think we probably took about two

5    minutes, two or three minutes running on the ground, full

6    gear with the shields and in full armor.

7              THE COURT REPORTER:  I'm sorry.  Did you say

8    "underground" or "on the ground"?

9              THE WITNESS:  On the ground.  On the top left of

10   the Visitor Center.

11   BY MS. BOND:

12   Q.  Was that you and your full platoon that did that?

13   A.  Roughly, yeah.  About 20, 25 officers.

14   Q.  So when you got to the west front, were other members of

15   law enforcement already there?

16   A.  Yes, ma'am.

17   Q.  What were they doing?

18   A.  When I got to the stage, there was hardly anybody on top

19   of the stage.  So we continued going down.  Immediately as

20   soon as you walk out of the building, you could hear the

21   crowd, the roaring of people yelling and all kinds of stuff,

22   kind of like a movie, pretty much.

23              The officers themselves at the bottom, they were

24   already being attacked, pushed, shoved, thrown to the

25   ground, tackled.

Gonell - DIRECT - By Ms. Bond

1          I know the minute I walk out of the Capitol, I'm

2     like:  Holy shit.  This is going to be a long day.

3     Q.  Now --

4     A.  And I pause for a minute, for a second.  Then I looked

5     down and I saw the officers getting kicked and all that

6     stuff.  And I immediately went to -- straight to that.

7     There's no -- there was no time to coordinate anything

8     because they were overwhelming the officers.

9          And the minute we went down there, I got

10    overwhelmed in that southwest corner.  You could see me

11    getting beat up or pushed, shoved and all this stuff.  And

12    until recently, I seen that video of people which -- I sat

13    down with the FBI a couple of -- about a week ago just to

14    identify those individuals who I never seen or attacked --

15    attacked me at that time.

16         So it was overwhelming.  The -- all we could do is

17    try to do what you can.  The officers were overwhelmed.

18    Q.  So when you got down there, was it just Capitol Police

19    at that point?

20    A.  Yes, ma'am.

21    Q.  At some point, did Metropolitan Police Department show

22    up?

23    A.  I think around ten minutes later they show up.

24         MS. BOND:  I'd like to bring up 232.22, an exhibit

25    that's already been admitted.

Gonell - DIRECT - By Ms. Bond

1    BY MS. BOND:

2    Q.  Now, Sergeant Gonell, what do you see in this picture

3    here?  What is this area of the Capitol actually called?

4    A.  That is the lower west terrace plaza.  Some people call

5    it plaza or some people just call it the lower west terrace.

6    Q.  Okay.  And what are we looking at law enforcement doing

7    here?

8    A.  That is police officers trying to maintain the line.  At

9    this time, with the help of Metropolitan Police, we were

10   able to push the crowd back to the first tier of steps on

11   the lower west terrace.

12   Q.  And while you were out there that afternoon -- during

13   the time period when the police line is still intact, did

14   you stay in one specific location the whole time or did you

15   move around?

16   A.  I moved around a lot, trying to do as best as possible

17   to coordinate and also to hold the line, because we had --

18   it was kind of like whack-a-mole at some point that I began

19   to notice that some of the officers were being instigating

20   to react to one way or the other.

21           And when they did react, then the other side of

22   the group, of the mob, was taking back to show that because

23   when they created a commotion, let's say, all the way to my

24   right, then the officer on the left would shift their

25   attention to that specific area and leave the other area

1    vulnerable for the mob to start breaking down the barriers

2    and pulling or striking or attacking the police officers.

3    Q.  So in just two or three sentences, can you sum up what

4    your experience was down on this west plaza area until that

5    police line broke?

6    A.  I'm sorry.  Can you repeat the question?

7    Q.  Just --

8             THE COURT:  I thought you said that it had broken

9    and that MPD helped them push.

10            MS. BOND:  I apologize.

11            THE WITNESS:  So this particular time in this

12   video, it's after Metropolitan Police had helped secure the

13   plaza.

14            THE COURT:  Okay.

15   BY MS. BOND:

16   Q.  So while --

17   A.  But before that, we were cornered in that southwest.  If

18   you could see where those last three officers with the -- I

19   think that's Commander Glover in the trench coat in that

20   left corner.

21            So the officers, we were cornered in that area

22   for -- until MPD arrived.  And then we were able to push

23   out, establishing the perimeter further and further away,

24   bringing bike racks.  I think that's all the tactics that we

25   used that day.

1    Q.  Thank you for clarifying that.

2         So during this time, once MPD had helped you guys

3    establish that police line, how would you sum up what the

4    crowd was doing?

5    A.  They were beating police officers.  They were attacking

6    police officers in full uniform.  So it's not like I'm a

7    police officer in civilian clothes and they didn't know who

8    I was.  They knew who I was.  They knew who the police

9    officers were.  We -- most of us, we had the Capitol or

10   Metropolitan Police letters on our uniforms.

11        And yet they continued to become more hostile to

12   us by deploying chemicals against us, throwing and breaking

13   barriers.

14        I know around this time I remember seeing or

15   hearing some of the bike racks, the temporary black bike

16   rack rails -- not bike rack, but rails -- that were in place

17   temporarily for the purpose of the inauguration.  And those

18   were being broken down and you could hear the clinking on

19   the ground when the metal hit the ground every single time.

20   And then they used that, those same pieces of rods, as a

21   projectile and throwing it against the officers without any

22   regard of who they hit, because there were officers there

23   without gas masks or any protections.  And they did use

24   that, along with the flags and things like that, the items

25   that they used to beat up the officers.

1   Q.  Did there come a point when this police line that we're

2   looking at, that it became overwhelmed?

3   A.  Yes.

4   Q.  What do you remember about that happening?

5   A.  I was probably -- probably all the way to the right when

6   this happened.

7   Q.  Can you mark on the screen approximately where you were

8   when this line was overwhelmed?

9   A.  Somewhere right here further to the right.

10  Q.  Okay.

11  A.  Because I remember once the police line broke, I had to

12  retreat a couple of steps.  And they got so overwhelmed that

13  we lost completely the line.  Some of the officers were

14  being tackled, assaulted.

15          And around that time, that's when a rioter hit my

16  hand.  I felt the pain, but yet I didn't think it was that

17  bad, perhaps because of my adrenaline and fear.  So I didn't

18  pay too much attention to it until later on when I was

19  inside the tunnel that I noticed my hand was bleeding.

20          MS. BOND:  So I'd like to pull up Exhibit 232.10

21  and start it at approximately the one-minute-and-50-second

22  mark.

23  BY MS. BOND:

24  Q.  Now, Sergeant, would you watch this two-minute clip as

25  it plays?  Then I'm going to ask you at the end if you can

1    identify yourself in this.

2    A.  Can you remove the marking, please?

3    Q.  Yes, sir.  Thank you.

4        (Whereupon, segments of Government's Exhibit

5    No. 232.10 were published in open court.)

6        THE WITNESS:  That is me on the right.

7    BY MS. BOND:

8    Q.  You said on the --

9    A.  Go back.  Right there with the round shield.  The radio

10   cord is dangling because there was no way for me to retain

11   it after somebody tried to grab it.

12       MS. BOND:  So I'd like to play forward for two

13   minutes in this video.

14       (Whereupon, segments of Government's Exhibit

15   No. 232.10 were published in open court.)

16       MS. BOND:  Stop it there.

17   BY MS. BOND:

18   Q.  Sergeant, do you see yourself again in this clip?

19   A.  Yes, ma'am.

20   Q.  And what are you experiencing in this moment?

21   A.  What am I not?  Fear.

22   Q.  What just happened to you?

23   A.  We lost the police line completely, being overwhelmed.

24   You got multiple people, rioters, who are assaulting police

25   officers without regard of whether they have family, whether

1    they're doing their job, simultaneously attacking.  So it's

2    not like just one person attacking us.  It's hard to focus.

3    It's chaos.  And this is just the beginning.

4    Q.  Now, can you please circle yourself on the screen right

5    there?

6    A.  (Witness complies.)

7    Q.  Now, you talked about having a round shield.  Is that

8    shield the round shield you talked about earlier?

9    A.  Yes, ma'am.

10   Q.  Now, did something happen in these few minutes that

11   damaged your shield?

12   A.  I believe the -- I didn't know at that time, but the guy

13   in the green jacket on the right, he -- as you can play it

14   out, he used a weapon of opportunity or whatever weapon he

15   has, a rod or a metal or a piece of wood -- I don't know --

16   but he used that and strike -- to strike me.  Had I not seen

17   him, he probably would have hit my head or my neck area.

18   Luckily, I did see him coming with the corner of my eye and

19   I turned to my right and I blocked it with my shield, my

20   left hand.

21         At that time, the hit was so hard that he broke

22   the shield and compromised it.  I knew it was cracked.  But

23   I kept it because I would be worse off hadn't I -- had I

24   disposed of it or let them take it.

25   Q.  Now, if this had been a normal day, would you have used

1    a cracked shield?

2    A.  Yeah.

3    Q.  Yeah?  Do cracked shields -- are they as safe as a fully

4    intact shield?

5    A.  No, it's not.

6    Q.  Why is that?

7    A.  I mean, the structure's already compromised.  So I would

8    have used it to the best I could, but, you know, any other

9    day I would have just turned it over to property and

10   exchanged it for a new one.

11   Q.  So you used that same cracked shield for the rest of the

12   day?

13   A.  I kept it the whole time with me that day.

14   Q.  Now, after this police line broke down here, what did

15   you do?

16   A.  After that, there was a -- I think we were all flanked

17   and cornered into the southwest corner of the stage.  The

18   crowd continued to be belligerent and forceful and pushing

19   us back to the point that we lost all ground and we are

20   almost tripping over each other.  I know back there behind

21   me there was a frame of a giant sign that they used as a

22   ramming device to push against the officers.  And that was

23   in the way of us, in a way, as we were trying to retreat up.

24            So after that, I think I stayed for another two or

25   three minutes in that area.  Then I realized that we had no

1    more room to maneuver.

2            And I also overheard, I think, one of the MPD

3    commanders saying -- asking, "Where should we retreat at?"

4    So I began to use hand signals, telling the officers to go

5    back up the stage.  I think I did that hand signal about two

6    or three times, like "Go back up."  And through my gas mask

7    at I screamed it as well.

8            The rioters, the mob continued to press against

9    the officers, continued to tell us what to do.  But because

10   we lost so much ground, there was no other way or no way

11   that we could sustain the fighting, given that we -- the

12   close quarters we were in.

13           I think usually the force wasn't out of the

14   question, given the fact that we were surrounded and we

15   didn't know how many of the thousands of people who were in

16   front of us had weapons.  And one strategy that they

17   continued to deploy was, one of them attacked us, then raise

18   the hand; and then somebody from behind them come and attack

19   us and they raise the hand.

20           So as the training that we normally go through,

21   once the person is not a threat to you, you try to

22   deescalate.  But it was difficult for me to even entertain

23   the thought of using lethal force because even though it was

24   just violence in some situations, I knew that there was a

25   lot of people that were probably not doing the violence.

1    And if I missed, then that would be a problem for me.

2           I told them to go up.  But there was no device.  I

3    didn't have a device on me.  I'm screaming through the gas

4    mask, but I don't know if they heard me.

5    Q.  Were you also using hand signals?

6    A.  Hand signals.

7           THE COURT:  Why would it be a problem for you if

8    you missed?

9           THE WITNESS:  Given the -- I guess you could say

10   that, being conscious about the police brutality, the

11   demonstrations, stuff like that that was happening since the

12   summer of 2020.  I'm not that type of person that would

13   unjustifiably use police force on somebody for no reason.

14   So that was, I guess, in the back of my mind.

15          I don't know if that made any difference in my

16   justification of not to use it.  I know -- I knew I was

17   justified.  I just didn't think that -- well, we didn't know

18   that -- how many of those people in the crowd were armed.

19   And my fear was if I deployed my -- if I used lethal force,

20   would they respond in kind and therefore create a bloodbath,

21   given that we were outnumbered?

22          I don't think that was a feasible solution for our

23   problem at that time.

24          THE COURT:  Understood.

25

1   BY MS. BOND:

2   Q.  So you said you gave hand signals.  Was that to send

3   officers up to the upper level?

4   A.  Yes, ma'am.

5   Q.  Did you eventually follow suit?

6   A.  About a minute or two.  Yes.  We all -- all the officers

7   began to corral through that entrance.  And some of us were

8   pushing each other, kind of like panicking a little bit.

9   Q.  When you say "entrance," which entrance are you talking

10   about?

11   A.  While they -- the southwest corner of the stage.  It had

12   an entrance with a -- I guess an escape route.  But that's

13   the door that we had.  It's mainly there for escaping and

14   coming down the stage.

15        On that particular staircase, normally one person

16   fit in.  But we were using, like, two at a time, two

17   officers.  And some of the officers behind me began to push.

18   I guess they were trying -- they were fearful not to get

19   caught up, like being left behind.

20        So inside that staircase, you have a lot of smoke

21   and all the things being thrown up.  I think it was either

22   teargas or a fire extinguisher that was deployed to prevent

23   the mob from going up.  To an extent, that worked for a few

24   minutes, but then they began to come up.

25   Q.  And did you yourself make it to the top of those stairs?

1   A.  Once I went to the top, I looked down to see:  How can

2   we close that door?  I saw an officer from MPD try to close

3   that door.  Then I went further toward where there was other

4   officers trying to block the entrance of that stage for the

5   people who were coming up the steps on the south side of

6   that.  We call it the House side.

7       They had climbed the walls through the

8   scaffoldings and also through the steps.  And there were, I

9   think, one or two officers on that end.  And I went -- I see

10  that they had it somewhat handled, so I went back.

11      I think I went -- if my memory serves me right, I

12  think I went down or told the guy trying to close the door,

13  "Leave it; it's not locking.  And come back up."  And I

14  think he did.

15  Q.  And after -- is it fair to say that once you got to that

16  higher level, you could see rioters coming up through

17  multiple different avenues?

18  A.  Yeah.  At that time, we were surrounded.  The only place

19  that we could defend was the Capitol itself inside.

20  Q.  So what did you do next to defend the Capitol?

21  A.  Before I went in, I noticed that some of the officers

22  were being left behind.  So I tried to tell them, "Hey,

23  we're losing ground.  There's no way for us to keep it.  So

24  go inside."  If I remember correctly, I think I was one of

25  the last three people to go back inside --

```
 1    Q.  And did --
 2    A.  -- to the point that I was being left behind myself.
 3    And I think there's a video of it.  I seen the picture of
 4    it, where there's a group of protesters in front of me and
 5    then a couple of officers, I guess, waiting for me to go
 6    back in, because I was being left behind.
 7    Q.  So when you say you went inside, what did you go inside
 8    of?
 9    A.  Inside the Capitol through the lower west terrace
10    entrance or as many people call it now the tunnel.
11    Q.  And why did you go there specifically?
12    A.  I knew we had to defend the location, that entrance.
13    Q.  Why was that --
14    A.  I didn't know -- at that time, I didn't know that there
15    were other breaches to the Capitol.  I did not know that
16    there were other breaches in the Capitol until, like, 5:00
17    or 6:00 p.m. after taking care of another incident.
18            But at that point, I realized that if we had let
19    those people go in through that entrance, there were secure
20    locations there for the members of Congress and Senate in
21    the area.  I worked there for 16 years-plus, so it's pretty
22    obvious what was at stake to me.
23            I don't know about anybody else.  I can only say
24    what -- I can only attest to what I felt and what I did.
25    Q.  What did you think was at stake?
```

1    A.  Well, I had worked the inauguration for George Bush, the

2    second one; for Obama, both of them.  For Trump, I didn't do

3    it because I was nursing a right shoulder injury.  But

4    nobody ever during those times attacked the Capitol.  And I

5    knew back then it was peaceful.  The transfer of power of --

6    sorry.  The transfer of power is a big event.  But normally,

7    under normal circumstances, it was peaceful.

8            Inside, during this process, we have the vice

9    president, the speaker of the House, the Senate *pro tempore*,

10   the nuclear codes along with the vice president with the

11   nuclear football and both the House and the Senate, the

12   senators.

13           So it's a big event and very treacherous to take

14   advantage if you would.  And all that was at stake.  We had

15   the next three people in line to the presidency along with

16   the nuclear codes; and if anybody would publish them, like

17   they did on some of those desks of the senator when they

18   breached the Capitol, that would have been terribly -- a

19   national security threat to our nation if you look at it.

20           I knew that was happening inside.  The vice

21   president's family was inside.  I knew he was coming,

22   because I seen the email of his arrival.

23           So all these things are happening.  Yet we were

24   getting attacked for -- by our own citizens and putting our

25   national security at risk.  And I understood that along with

Gonell - DIRECT - By Ms. Bond

1    the members.  And so they were being hunted and targeted,

2    room by room.

3    Q.  Now, when you walked into that tunnel, were the double

4    doors, double glass doors, still intact?

5    A.  Yes, ma'am.

6    Q.  And what was law enforcement doing inside the tunnel

7    when you went in?

8    A.  When I went in, I know the officer who locked the door.

9    I passed.  I assumed it was secure.  I continued to go past

10   those double doors, past the metal detector all the way

11   behind the podium, which is across the hallway, probably

12   like from here to that desk.

13          And I got behind the podium because the podium has

14   the door, the buttons to lock the door in case he didn't

15   lock it.  We lock the door and we stand behind the second

16   set of double doors.

17          Then I just listened for the radio for a few

18   minutes.  Then they began to break the door, probably like a

19   couple seconds after it was locked.

20          After that, I overheard -- I think it was Ramey

21   Kyle.  I didn't know him at the time, but an MPD officer

22   with the gray trench coat with a George Patton hat on kind

23   of gave me the impression that he was a high-ranking member

24   of Metropolitan Police.  So I let him -- I knew he was

25   giving commands.  He was saying, "We're not letting these

Gonell - DIRECT - By Ms. Bond

1    motherfuckers come into the Capitol," along those lines.

2    "We're going to defend the Capitol CDU-style."

3            And I took that as a rallying call to defend the

4    Capitol.  I didn't have to do anything other than just be in

5    the front.  Once they breached the door, I think they began

6    to request shields to the front.

7            And I immediately --

8    Q.  When you say "they," who is "they"?

9    A.  Capitol -- I mean, Metropolitan Police officers and the

10   officers who were by the east -- they were by the second set

11   of double doors and near the magnetometer and the x-ray

12   machine.

13           And once I heard that they were calling for

14   shields to the front, I immediately went to the front.  And

15   I knew I didn't had to worry about coordinations and tactics

16   behind me because I heard that particular officer saying,

17   "We're not letting these motherfuckers take the Capitol,"

18   along those lines.  I don't remember the exact words.  But

19   we were determined not to let those people come in through

20   that door.  And that's what we did.

21   Q.  And how long did you stay on that front line?

22   A.  I remember leaving that area about two or three times.

23   I cannot tell you for sure when did I do that.

24           But I do remember the reason why I left.  And the

25   reason why I left was two times for calling reinforcements

1    and one to use the bathroom, because I couldn't hold it no

2    more.  And Michael Fanone was the person who relieved me.

3    By the time I came back, he was already gone.

4    Q.  And when you --

5    A.  But I was there almost the entire time.

6    Q.  And when you say "the entire time," do you mean all the

7    way until that tunnel was resecured by law enforcement at

8    the end of the day?

9    A.  Roughly around that time.  I know I left -- I think the

10   last time I was in at forefront was right after the other

11   individual injured my shoulder and then I went to the back.

12   And then I began -- at some point when I was catching my

13   breath, then the other incident happened that required my

14   attention to help coordinate medical assistance for another

15   individual.

16   Q.  Now, you mentioned another individual.  You've testified

17   in at least one other case.  Is that right?

18   A.  Yes, ma'am.

19   Q.  And you've given a couple of victim impact statements?

20   A.  Yes, ma'am.

21   Q.  So you're just referring to other Defendants that you

22   have had some contact with?

23   A.  Correct.  I don't know if you want me to say the name.

24   Q.  No.

25   A.  But that's fine.

Gonell - DIRECT - By Ms. Bond

 1    Q.  It's not necessary.

 2          So can you describe in just a couple of sentences

 3    what your overall experience in that tunnel was that day?

 4    A.  It was claustrophobic.  It was brutal.  We got the mob

 5    yelling, screaming, chanting, the fire alarm going off, the

 6    sprinklers going off, the pepper spray, the bear spray, the

 7    WD-40 spray, the firecrackers being thrown at us, the

 8    weapons that they used, flagpoles, the heave-ho, push,

 9    movement, back and forth.

10    Q.  What's that?

11    A.  They were -- originally they were not coordinated

12    tactically, disorganized.  At some point they began working

13    in unison and pushing against the officers, the police line,

14    back and forth, to the point of trying to break the police

15    line, to breach the Capitol and continue doing whatever they

16    were trying to achieve.

17          We were hit with guardrails, ladders, cones,

18    speakers from the stage, broken furnitures, broom, frozen

19    cans of soda, along with those many other things that it's

20    hard to describe for me because of the language barrier.

21    But --

22    Q.  So I want to focus on just a few specific minutes while

23    you're in the tunnel.  I'd like to pull up an exhibit that's

24    already been admitted, 232.18.  Sergeant Gonell, as we watch

25    this brief clip, if you see yourself, can you point yourself

 1    out in this clip?

 2    A.  Sure.

 3              (Whereupon, segments of Government's Exhibit

 4    No. 232.18 were published in open court.)

 5              THE WITNESS:  I see.

 6              MS. BOND:  Stop it there.

 7    BY MS. BOND:

 8    Q.  So have you marked on the --

 9    A.  That's my right hand, bleeding.

10    Q.  So you believe that this is you right here?

11    A.  I know it's me.

12    Q.  How do you know it's you?

13    A.  My hand's bleeding.

14    Q.  And how --

15    A.  That's the same spot where I was defending near Officer

16    Hodges.  I didn't know him at that time, but I think this

17    was after they breached the Capitol that we were trying to

18    hold, push all those people out of the room.

19    Q.  So you said that that's your hand up against the wall

20    and it's bleeding.  Are you holding something there?

21    A.  My shield was on the left hand.  You cannot see it

22    there, but I know it's me pushing against the wall, trying

23    to, I guess, match the force or the level or intensity of

24    the force that the crowd is using against the police line.

25    Q.  Now, do you get any training -- actually, what is your

1    baton made of?

2    A.  That one is the collapsible baton.  That one is made out

3    of metal and is collapsible.  The other one that I had, it

4    was taken from me when I first got to the police line at the

5    bottom.  My first interaction with the mob.

6    Q.  Do you get any training on how to use that baton?

7    A.  Yes.

8    Q.  And in the course of your training, how are you taught

9    to use it?

10              THE COURT:  Which one are you talking about,

11   ma'am?

12              MS. BOND:  The one that he has in his hand.

13   BY MS. BOND:

14   Q.  Are the different batons used differently?

15   A.  Not necessarily.  Well, there is specific training for

16   the PR-24 baton.  But this one is almost the same thing.  It

17   applies the same red and green areas, which is -- the red

18   areas are the areas where you're not supposed to be

19   targeting and you have to do everything possible to avoid

20   those areas.

21              Now, if they move as you're targeting them, then

22   it's justifiable still.  But we don't target the head, the

23   chest, the spine or the groin area.

24   Q.  So you're taught not to target those areas when

25   encountering a citizen?

 1    A.  Correct.

 2    Q.  And so what areas of the body are you taught to target

 3    when encountering a citizen?

 4    A.  The muscle areas, like the shoulder, the thighs, the

 5    lower extremities, but not the groin, not the head, not the

 6    chest or the spine.

 7    Q.  And in this moment while you're out there, did you still

 8    have your shield?

 9    A.  On my left hand.  Yes.

10    Q.  That was the one that was cracked earlier?

11    A.  Yes, ma'am.

12    Q.  Okay.

13         MS. BOND:  Pulling up -- it'll be five exhibits in

14    a row, 301.1, 2, 3, 4 and 5.  If you would show Sergeant

15    Gonell each of those in turn.

16    BY MS. BOND:

17    Q.  Sergeant, if you see yourself, would you please let us

18    know.

19    A.  I already see myself.

20    Q.  This is Exhibit 301.1.  Sergeant, you say you already

21    see yourself there?

22    A.  That is my hand.  That is me and that is my shield.  So

23    that's my right hand pushing against the wall.

24    Q.  And does this moment here correspond to the moment we

25    saw in the previous exhibit with your hand against the wall?

1    A.  Correct.  You can see also the broken shield, this line

2    right here.  Above that line, that's where the shield is

3    broken, the crack is.

4    Q.  And --

5    A.  That happened earlier at the -- with the other incident

6    that you had mentioned earlier.

7    Q.  Thank you.

8              MS. BOND:  So the timestamp on this particular

9    video is -- or in this particular still is 16:46.  So I'd

10   like to bring up Exhibit 301 and play a portion of that.

11             (Whereupon, segments of Government's Exhibit

12   No. 301 were published in open court.)

13             MS. BOND:  Let me clear the screen.

14   BY MS. BOND:

15   Q.  Sergeant Gonell, I'm going to ask Mr. Clements to play

16   about a two-minute-and-15-minute [sic] period.  It'll be

17   from timestamp 16:45.  And I'd like to watch it all the way

18   through.  And then I'd like you to unpack it for me, what

19   we've just seen here.

20             (Whereupon, segments of Government's Exhibit

21   No. 301 were published in open court.)

22   BY MS. BOND:

23   Q.  So, Sergeant Gonell, the first thing I want to ask you

24   about is your shield and what you were actually able to see.

25   You testified earlier that you had a face shield on.  Is

Gonell - DIRECT - By Ms. Bond

1    that right?

2    A.  Yes, ma'am.

3    Q.  And in many of those moments, it seemed like there were

4    various shields in front of you as well.  Is that right?

5    A.  Mine's still the same, the round shield.  I kept it the

6    whole time with me.

7    Q.  Could you actually see through all of those layers?

8    A.  Yes, ma'am.

9    Q.  Were you able to make out facial features at that point?

10   A.  Yes, ma'am.

11   Q.  Okay.

12          MS. BOND:  Then I would like to bring up

13   Government's Exhibit 301.6.

14          (Whereupon, Government's Exhibit No. 301.6 was

15   published in open court.)

16   BY MS. BOND:

17   Q.  Now, this individual right here in the center, do you

18   recognize that person from that day?

19   A.  Yes, ma'am.

20   Q.  And during this two-minute-and-15-second period that we

21   were just watching, what do you remember her doing?

22   A.  Well, before this particular moment, there was another

23   moment that she's at the forefront and she's claiming and

24   yelling and screaming in pain out of lack of oxygen and

25   saying, "I can't breathe."  So she's beginning to scream.

1          So in my intent to help her, I raised my hand

2     telling the crowd, "Stop."  The reason why I know it's me is

3     because I could see my crooked finger in that video.

4          And my wife is the one who identified me because

5     of that, just a side note.

6          But I tried to help her.  And I told her, "You

7     can't come in through here."  This is me talking to her as

8     everything happened.  "You can't come in.  You've got to go

9     back."

10          And I don't know whether she's being identified or

11     not.  I hope so.  But she moved away.  And she -- I thought

12     she was leaving that entrance altogether, the tunnel.

13          And then about ten minutes later, I find her doing

14     the same thing again in front of me on the right side

15     instead of the middle, where she was.  And I told her,

16     "Aren't you the same person who was saying, 'I couldn't

17     breathe'?"

18          And she -- instead of saying, "Yes, it was me,"

19     she said, "Keep pushing.  Keep pushing."  And she said that

20     to the individual that was right next to her.  And he did

21     that.  He began to push even harder.

22     Q.  So to make sure that I understand the timeline that

23     you're talking about, the moment when she's saying "Keep

24     pushing" is the moment that we are seeing here in the video?

25     A.  Correct.  And then she steps away slightly and the other

1    persons moves in and takes her place.

2    Q.  So let's talk about that other person.

3           MS. BOND:  If you would pull up Exhibit 301.7.

4           THE WITNESS:  By that time, both my hands were

5    bleeding from the pushing against the rioter.  How do I know

6    that's my hands bleeding?  Because I looked down and I saw

7    the blood on the inside of my shield.  And prior to that,

8    when the fire sprinklers were deployed and I had my hand

9    raised like this, it was burning my skin.

10   BY MS. BOND:

11   Q.  How did your hand feel at that time?

12   A.  Burning.  It was burning.

13   Q.  Did you feel anything else?

14   A.  Pain.  It was very painful.  But I knew I couldn't stop

15   to take care of myself.  Again, I knew what was at stake,

16   and I was willing to die that day.  Not ideal, but I knew I

17   have to.  And that was -- that possibility of me doing that

18   and not surviving it was real.

19   Q.  So you spoke about the woman just a moment ago.  Now, is

20   this the hat of that same woman that you spoke about just a

21   second ago?

22   A.  Yes, ma'am.

23   Q.  Okay.  So looking -- you talked about her telling an

24   individual to keep pushing.  Is that this individual here?

25   A.  Yes, ma'am.

1    Q.  So what do you remember about this individual?

2    A.  Once she removed herself slightly, then he steps in with

3    a shield just like that one that you have here --

4    Q.  For the record, that would be Exhibit 801.

5    A.  -- and he had it in a way kind of like slanted,

6    sideways, diagonal.

7          And he began to press against my face shield, my

8    helmet, to the point of lifting the face shield and exposing

9    my head.  I could see -- feel the chemical interacting,

10   pepper spray and things like that that was in the air,

11   interacting with my sweat.  It was burning my head, too,

12   whenever he was doing that, pressing against me --

13   Q.  And --

14   A.  -- to the point that I could hardly see.  I was trying

15   to keep my head straight to see what I was doing or how to

16   do anything possible to help myself from leaving or

17   preventing him from continuing doing that.

18          At one point, I had to -- I had to pretty much

19   stop altogether and say, "What the fuck?  Why is this guy

20   continuing?"  There's nothing I could do.  He got two

21   shields.  One he's holding.  I couldn't do anything to, I

22   guess, hit him.  And that was getting frustrating to me.

23          Like at one point, I kind of give up for a second

24   and I reorient myself and I tried a different way.  I was

25   able to use the baton that I had in my right hand and I was

 1    able to hit him around the ribs or the stomach.

 2              And that's when he called me pussy to the point,

 3    "That's all you got to do?" or "That's all you got,"

 4    something along lines.  And he continued to press against me

 5    to the point that he cornered me literally against the wall,

 6    against the door frame and the shield, pushing me against --

 7    with the shield that he had stolen from the officers.

 8    Q.  So as he's pushing on you with the shield, where on your

 9    body was he making contact?

10    A.  My chest, my face and my head.

11    Q.  And when you say your face, was --

12    A.  With the gas mask on.

13    Q.  Okay.

14    A.  So luckily I had the gas mask on that prevented him from

15    injuring me in my face.

16    Q.  And how about -- did he ever make contact with you --

17    you said your head.  But do you mean your skull or your

18    helmet?

19    A.  The helmet.  The helmet.

20              And another thing that he was trying to do, and

21    you can see on the video that you play, is that he's trying

22    to grab my baton multiple times, not just once.  Again, I'm

23    in full uniform.  There's no mistaking about who I am and

24    what I'm doing and what is the position and responsibility

25    that I'm doing as I try to do my job.

1    Q.  And what position was your head in as you're being

2    pressed against?

3    A.  Multiple.  Different.  Like when he first started

4    pushing me, my head was kind of like slanted to the side and

5    he was pushing against it this way.  Because the way the

6    helmet and face shield is, it's kind of like diagonal.  So I

7    had to -- in order -- when he was pressing against my

8    shield, face shield, I had to turn around in order for me to

9    keep an eye on him.  Otherwise, I wouldn't be able to look

10   and try to address the threats that we were facing.

11   Q.  And --

12   A.  The other -- in order for me to get out of that

13   situation, I kind of like duck a little bit and push his

14   shield along with the other officer behind me.  He tried to

15   help assist me because he knew I was struggling.  So he also

16   helped me push the shield up.  That way, I could reorient

17   myself and put it another way.

18   Q.  Why do you need to reorient yourself?

19   A.  I was getting pushed -- you know, I'm asthmatic, myself,

20   due to my service in Iraq.  And that was creating issues for

21   me to breathe when he was pushing me against the wall as

22   well.

23        MS. BOND:  I'd like to bring up -- I believe it's

24   going to be Exhibit 301.8.  Actually, I think it may be

25   301.9.

1              THE WITNESS:  You can see the blood on the

2     previous one, too, inside, on the shield.

3              MS. BOND:  Can you just move through -- I

4     apologize -- 301.11.

5              (Whereupon, segments of Government's Exhibit No.

6     301.9 were published in open court.)

7              THE WITNESS:  Right there, you can see the -- me

8     trying to get the shield off my face and you can see the --

9     there you go.  That's even better.

10    BY MS. BOND:

11    Q.  So this is 301.9.  But tell me what you were going to

12    say a moment ago.

13    A.  There, I think that was when I started struggling with

14    trying to keep up my eyes and my face straight to address

15    the crowd, the mob.  And he was forcing me to turn my head

16    to the right -- to the left because of the force that he was

17    applying to my face and my neck area.

18    Q.  And for the record, that is timestamp 17:38.

19             MS. BOND:  Can we move to 301.10.

20             (Whereupon, segments of Government's Exhibit No.

21    301.10 were published in open court.)

22    BY MS. BOND:

23    Q.  Can you describe to me what is happening here in this

24    moment at timestamp 18 minutes?

25    A.  If I remember correctly, that's when I tried to strike

1    him to make him stop whatever actions he was doing, pressing

2    against my head.  And you could see my helmet shield lift up

3    because he continued to apply the force against me.

4    Probably around this time, that's when I strike him on the

5    ribs and stomach area.

6    Q.  And based on your training, where were you aiming for?

7    A.  I'm sorry?

8    Q.  Based on your training with the baton, where were you

9    aiming for?

10   A.  The green area.

11   Q.  Thank you.

12   A.  You know, the ribs is not the red area.  So...

13   Q.  And moving to 301.11, timestamp 18:01, what was going on

14   in this moment?

15   A.  The same.

16              MS. BOND:  301.12.

17              (Whereupon, segments of Government's Exhibit No.

18   301.12 were published in open court.)

19              THE WITNESS:  Can you go back, please?  My helmet

20   face shield is completely over my head.  You could see it

21   lift up, exposing.  Luckily, I had my gas mask on, and that

22   helped me protect myself.

23   Q.  So moving to 301.12, timestamp 18:06, what's happening

24   here in this moment?

25   A.  That is the moment where I had to duck a little bit to

1   try to relieve the pressure that it was -- that I was

2   sustaining on my helmet and kind of like avoiding like a

3   neck injury, pretty much.

4            MS. BOND:  And 301.13, timestamp 18:08.

5            (Whereupon, segments of Government's Exhibit No.

6   301.13 were published in open court.)

7   BY MS. BOND:

8   Q.  Now, this individual again, what do you see in his hand

9   there?

10  A.  A stolen police baton.

11  Q.  Do you know where that came from?

12  A.  No, ma'am.

13  Q.  And do you recall what was happening to you in this

14  particular moment?

15  A.  At that time, he was striking me with that and also

16  trying to grab my -- I think before this moment he was

17  trying to grab my baton.  I don't know where he got it.  But

18  he does make gestures towards me on the video trying to

19  either strike me or grab me.

20  Q.  Now, when you say strike you, what was he trying to

21  strike you with?

22  A.  The shield, the hand, plain hand or with the baton

23  itself.

24  Q.  And --

25  A.  At that time, there was multiple things happening at the

1    same time and it's hard to recall some of the details.

2            MS. BOND:  Moving on to 301.14, which is timestamp

3    18:36.

4            (Whereupon, segments of Government's Exhibit No.

5    301.14 were published in open court.)

6    BY MS. BOND:

7    Q.  Do you recall what was happening at this point?

8    A.  Yes, ma'am.  That's when he began to push against me,

9    press me against the wall.  As I said, I think this is one

10   of the moments that I pretty much gave up for a few seconds.

11   I can't believe this guy is continuing doing whatever he's

12   doing.

13           MS. BOND:  And finally, 301.15.  And that is

14   timestamp 18:50.

15           (Whereupon, segments of Government's Exhibit No.

16   301.15 were published in open court.)

17   BY MS. BOND:

18   Q.  What do you see this individual doing with his arm right

19   here?

20   A.  Well, he's holding -- using the door frame that I was

21   pressed against or cornered against the wall, against the

22   wall, the frame, and then applying his body weight or

23   pressure towards me.

24   Q.  So by holding the door frame, did that change his

25   ability to put weight against you?

```
1    A.  I'm -- say that again.

2    Q.  By holding onto that door frame, did that change his

3    ability to interact or put weight against you in --

4    A.  At that point, he pressed even harder to the point that

5    I was having -- began to have issues.  And luckily, I think

6    the officer behind me or I made an effort and got out of it

7    by pushing against him, trying to match his force.

8               MS. BOND:  So going back to the main exhibit of

9    301, I'd like to move it forward to timestamp 18:33.

10   Mr. Clements, if you'd be willing to put it in slow motion

11   from 18:33 to 18:44.

12              (Whereupon, segments of Government's Exhibit

13   No. 301 were published in open court.)

14   BY MS. BOND:

15   Q.  So, Sergeant Gonell, what were you just experiencing

16   during those few seconds?

17   A.  Frustration, among other things.

18   Q.  What happened with that shield?

19   A.  The shield was completely being used against me to the

20   point that there's hardly anything I could do.  You can see

21   me shaking my head right there, like, "What the fuck?"

22   Q.  And where did that shield make contact with your body?

23   A.  My face, my chest.

24   Q.  How did it feel when it hit your face?

25   A.  Angry.
```

1    Q.  Pain-wise, did you feel any pain?

2    A.  Yeah.

3    Q.  How would you describe that pain on your face?

4    A.  It was -- it was pain, but not -- it was bearable.  And

5    even if it wasn't, I knew I had to still be there.  I wanted

6    to be there to do my job.  Any other day, I would have gone

7    home on any of those interactions that I had that day.

8         But this was not peaceful.  It was not a tour.

9    And again, I knew had we let those people come in through

10   there it would have been a bloodbath, not only to ourselves,

11   but to the members themselves.

12   Q.  You also mentioned that it hit your chest as well.  Did

13   you experience any pain in your chest?

14   A.  I don't remember.

15   Q.  Okay.

16   A.  Honestly, I don't.

17   Q.  Now, you talked about a few of the things that you

18   remember this individual saying.  Other than what you've

19   already testified to, do you remember anything else that he

20   said?

21   A.  No, ma'am.

22        MS. BOND:  Now, I'd like to pull up Exhibit 414.

23   It's already been admitted.  I would like to play timestamp

24   five minutes and 20 seconds through five minutes and 45

25   seconds.

Gonell - DIRECT - By Ms. Bond

1          (Whereupon, segments of Government's Exhibit

2    No. 414 were published in open court.)

3    BY MS. BOND:

4    Q.  Now, Sergeant Gonell, do those 20 seconds that we just

5    watched overlap to some degree with the clip we saw earlier?

6    A.  Can you play it again?  I'm sorry.  I wasn't sure what I

7    was looking for.

8    Q.  Sure.  I apologize.  If you see yourself or know you're

9    in a particular spot, please let us know.

10          (Whereupon, segments of Government's Exhibit

11   No. 414 were published in open court.)

12   BY MS. BOND:

13   Q.  Does that ring a bell for you at all?

14   A.  It does only show part of it, what happened.  So I think

15   there's more to it.

16   Q.  Sure.  But so what -- the 20 seconds we just watched

17   right now, does that partly overlap with the two minutes we

18   just saw a little bit ago?

19   A.  When you say "overlap," I'm sorry.  I'm having --

20   Q.  So the Exhibit 301, where you identified yourself and

21   talked about what happened, does that correspond to the time

22   period that we're just watching here in Exhibit 414?

23   A.  Yes, ma'am.

24   Q.  Thank you.

25          Moving on, how long did you stay in the tunnel

Gonell - DIRECT - By Ms. Bond

```
1    that day?
2    A.   Roughly the entire time since the breach began.  From
3    the moment that they breached that first set of double doors
4    all the way probably like around 4:30, 5:00, if I -- if my
5    memory serves me right.
6    Q.   Was there ever a point where you needed to provide
7    medical assistance to one of the rioters?
8    A.   In the tunnel?
9    Q.   Yes.
10   A.   Yes.
11   Q.   And so just very briefly, describe just the assistance
12   that you provided.
13   A.   There was an individual that was pulled to the back of
14   the police line.  She needed -- she was unresponsive, so she
15   needed medical aid.  I told -- I helped the officers
16   coordinate resuscitations, CPR, to the point that -- until
17   we waited for D.C. Fire.  Initially, we were told that they
18   would not come down to our area because of the violence.
19          So we happened to come across one of the FBI
20   agents that was in military fatigue.  He began to do -- put
21   a medical device on her, trying to help her, jump-start her,
22   AED.  He jump-start her heart.  But she was not responding.
23   Any other day, had we not been dealing with anything else,
24   more resources who had been called for and more expedient
25   possibly would have happened.
```

Gonell - DIRECT - By Ms. Bond

1    Q.  Do you know what happened to that woman that day?

2    A.  She passed away as we tried to give her CPR.  She was

3    not responding at all.

4            THE COURT REPORTER:  I'm sorry, sir.  Just for the

5    record, did I hear correctly that the FBI agent was in

6    military fatigues?

7            THE WITNESS:  Yes, ma'am.  I believe it was an FBI

8    agent, from what I've been told.  First I thought it was

9    either a National Guard or an Air Force.  But I was told

10   later on it was an FBI agent.

11   BY MS. BOND:

12   Q.  Were you injured from that day?

13   A.  I'm sorry?

14   Q.  Were you injured from that day?

15   A.  Yes, ma'am.

16   Q.  Can you just very briefly describe your injuries?

17   A.  I had multiple injuries.  The most severe is my right

18   hand.  I have a cyst on my right thumb.  Both hands were

19   bleeding.  I sustained a foot injury.  Then later on I

20   aggravated it as I continued to work for almost 15 days

21   after.  My left shoulder, I sustained a labrum tear, rotator

22   cuff and another injury which I don't remember the term,

23   medical term.

24           So it's in total, plus the mental trauma, you're

25   talking about roughly about ten, 11 injuries all together,

Gonell - DIRECT - By Ms. Bond

1    with lacerations, contusions and injuries.

2    Q.  So are you -- have you been able to return to the same

3    duties?

4    A.  No, ma'am.  The collateral duties that I had at that

5    time, which was the mountain bike unit and the CDU, I'm not

6    able to perform those.  I'm in the process of leaving the

7    department under medical retirement because of those

8    injuries.

9         In the process of my recovery, I took the

10   lieutenant test.  I passed it.  And I don't know.  Instead

11   of getting ready to take that higher position, now I have to

12   begin to do my résumé, which is something I have not done

13   since 2003.  So I'm not able to do my police functions.

14        One of the things that -- and the reason why is

15   because, being injured, if I were to go back in uniform and

16   there is another scuffle, another fight, another struggle or

17   trying to arrest somebody, I'll be pretty much fighting or

18   trying to assist my fellow officers one hand tied.  The last

19   thing I want to do is get him to worry about what I'm doing

20   or not doing.

21        And that is a hard decision, but I know it's the

22   right decision for me and for the -- so I don't put the

23   safety of my fellow officers in jeopardy, if that ever comes

24   into play.

25        I know that as a civilian I could avoid things.

```
 1    But as a police officer, I know I have to -- there are

 2    moments that you have to make a split-second decision; and

 3    if I'm not able to do those decisions, then I'll put my life

 4    and the other officers at risk.

 5              MS. BOND:  I have no further questions.  Thank you

 6    so much for your time, Sergeant Gonell.

 7              THE WITNESS:  You're welcome.

 8              THE COURT:  Why don't we take a ten-minute break.

 9              Sergeant Gonell, I'll ask you not to discuss the

10    contents of your testimony with anyone over the break.

11              THE WITNESS:  Understood, sir.

12              (Thereupon a recess was taken, after which the

13    following proceedings were had:)

14              THE COURT:  Sergeant Gonell, you may retake the

15    stand.

16              THE WITNESS:  (Complies.)

17              THE COURT:  Ms. Cobb.

18              MS. COBB:  Thank you, your Honor.

19                        CROSS-EXAMINATION

20    BY MS. COBB:

21    Q.  Good morning, Sergeant Gonell.

22    A.  Good morning, ma'am.

23    Q.  My name's Lauren Cobb.  I represent Tristan Chandler.  I

24    have a few questions for you.

25    A.  Okay.
```

1    Q.  If at any point you can't hear me or understand me,

2    please let me know.

3    A.  Got it.

4    Q.  Since January 6th, 2021, how many times have you

5    testified under oath?

6    A.  This will be the third one, if I remember.

7    Q.  And have each of the two prior times been in criminal

8    cases similar to the one we're here for today?

9    A.  Yes, ma'am.

10    Q.  Okay.  Before January 6th, in your capacity as a police

11    officer, approximately how many times had you testified

12    under oath?

13    A.  Zero.

14    Q.  You had never testified in a criminal case?

15    A.  No, ma'am.  Only in training, if that counts.

16    Q.  I guess so.

17          I'm going to tell you the truth:  I'm a little bit

18    shocked by that number, and so that's why I'm going to ask

19    the next question:  Approximately how many arrests did you

20    make during your career prior to January 6th?

21    A.  Zero.

22    Q.  Okay.  And again, I'm a little bit shocked by that

23    number.  I truly did not know.  Is that something that's

24    common for United States Capitol Police, to never make an

25    arrest in 16 years?

Gonell - CROSS - By Ms. Cobb

1    A.  It's not common.  I mean, I know multiple people who

2    haven't had their first arrest.  I mean, the Capitol itself

3    is fairly -- not fairly -- it's a secure location.  So you

4    hardly have any interactions, or the interactions that you

5    have most of the time are positive.  And the big events,

6    where you have either a shooting or things like that, not

7    everybody gets involved with it.

8             I guess I was fortunate enough during my career as

9    an officer and later on as a supervisor that I had not been

10   able to, not because of -- that there was no reason, but

11   just to, like, get the experience of other officers who just

12   are beginning their career.

13   Q.  I --

14   A.  So I'm seeing plenty of things throughout my life, both

15   overseas and here, that somebody who's beginning to -- their

16   career that, you know, that would be positive and

17   reinforcement and have confidence in their capability of

18   doing things.  But it's not because I don't desire or I

19   guess I didn't have the opportunity to.

20   Q.  I understand.  I'm not trying to imply that you were

21   shirking away from arrests.

22   A.  That's fine.

23   Q.  That's not what I was trying to imply.  I just truly

24   wanted to know the number.

25             I've got another sort of before-and-after January

1    6th question for you:  Before January 6th, how many

2    interviews or news appearances did you give that were

3    related to your position as a Capitol Police officer?

4    A.  I had given multiple interviews in relationship of me

5    trying to hold people accountable for --

6    Q.  No, no.  Before January 6th.

7    A.  Well, before January 6th, high school, in college.  When

8    I came back from the Army, there was a news station at the

9    base when -- that interviewed me, probably either Univision

10    or Telemundo, back in 2005 when I came back from Iraq.  And

11    that's it.

12    Q.  I'm sorry I interrupted you a second go.

13         That was my next question, I think, that you were

14    trying to answer, which was:  How many interviews or

15    appearances have you done since January 6th?

16    A.  Multiple interviews; like I said, in relationship of me

17    trying to voice and let people, the American people, know

18    what happened to me.  It was not a tour.  It was not a

19    political discourse or anything like that.  So for me

20    raising my voice, I have done that with the approval of

21    United States Capitol.  It's been vetted.  It's been -- as

22    long as I stay within certain guidelines, I'm not restrained

23    to not to speak up about what happened to me.

24         As a matter of fact, it helped me with my healing,

25    to speak about it and holding people accountable.  If that

1    means exposing myself to ridicule or being berated, that's

2    on them.  I know what I did was right and I continue to

3    voice my experience because I know what happened to me was

4    horrific, and people need to be held accountable for it.

5    Q.  Understood.  And I'm certainly not here to berate you or

6    make fun of you in any way.  I just wanted to know the

7    number.

8          And so you testified that you've done multiple.

9    Do you have a number, I guess, a specific number for how

10   many?

11   A.  Let's say over 40 and a couple op-eds.  Two of them have

12   been paid for.  And that was -- that has been gone through

13   the department's approval as well.

14   Q.  So over 40 appearances.  And then you've written several

15   op-eds that you have been compensated for?

16   A.  Let's say a thousand dollars, compared to the suffering

17   that I had sustained and the injuries.  I guess people who

18   say that I'm taking advantage or trying to make some gains,

19   I don't think it's what I went through is enough or that I'm

20   trying to gain for.  If I did wanted to make any gain for

21   it, I would just set up a GoFundMe account and I wouldn't be

22   in the situation where I am.

23   Q.  Sergeant Gonell, I know we don't know each other.

24   Right?  We've never met before today, right?

25   A.  Uh-huh.

```
 1                 THE COURT REPORTER:  Is that yes?

 2                 THE WITNESS:  Yes, ma'am.

 3      BY MS. COBB:

 4      Q.  I am just asking questions about facts.  I'm not trying

 5      to imply --

 6      A.  No, no, no.  I'm not taking anything personally.  I'm

 7      just elaborating on my response to you.

 8      Q.  I understand.  But I just want you to know, I'm not

 9      trying to imply that you're a money grubber or whatever it

10      is that you think I might be trying to imply.  I'm just -- I

11      just want the facts of your participation, obviously, on

12      January 6th and then what has happened since.  I think

13      they're important to the case.  So that's why I'm asking

14      these questions.

15      A.   Okay.  That's fine.

16      Q.   Okay.

17      A.   Again, I am -- my voice, I speak for a lot of people who

18      were on that day.  And coming forward to speak about these

19      things, the trauma, the events of January 6th is not for

20      everybody.  Otherwise, all the other officers, including the

21      leadership who had done it already.  And if you could look

22      at some of the members themselves and the senators, they

23      went through this whole thing and they were running scared

24      that day and they look the other way.  So I'm doing

25      everything possible for me to raise that voice --
```

1    Q.  I understand.

2    A.  -- and hold people accountable regardless who they were

3    and how involved they were on that day.

4    Q.  I understand.  I don't want to interrupt you or be rude,

5    but I would ask that you let me ask the question and then

6    respond to that question.  Then I'll ask another one.

7    A.  I apologize.

8    Q.  It's totally okay.  Totally fine.

9            You said during your testimony that you had not

10   been very active on social media before January 6th.  I just

11   this morning pulled up your Twitter page, and that is no

12   longer the case.  Is that fair to say?

13   A.  To raise my voice, yes.  That's correct.

14   Q.  Yes.  So since January 6th, you've become very active on

15   social media?

16   A.  Depending on the topics, yes.

17   Q.  And I think it's fair to say particularly on topics

18   related to January 6th and politics.  Is that fair to say?

19   A.  Yes, ma'am.

20   Q.  Okay.  And you actually, I think, are almost sort of

21   anticipating some of my next questions, because you

22   mentioned a second ago that there are not many other Capitol

23   Police officers or Metropolitan Police officers who have

24   been as outspoken as you are.

25   A.  Correct.

1    Q.  Correct.

2           And let's go -- there's one thing we haven't

3    talked about besides the articles and the news appearances

4    and the social media.  But you're actually also writing a

5    book right now about January 6th.  Is that correct?

6    A.  Correct.

7    Q.  Okay.  And are you being paid to write that book?

8    A.  As of right now, I don't have a contract.  But in

9    principle, I do.

10   Q.  What does that mean?

11   A.  I had not signed a piece of paper saying that I am

12   responsible to provide a book at a certain timing in the

13   future.  So I don't have a signed print copy of it by me.

14          One of the things that perhaps the reason why

15   other officers are not being vocal about it is because of

16   they see how us four, the four officers who testified at

17   Congress and including common areas, how people demonize

18   them and the way they were being treated, as if we were

19   faking it, as if we were not there on January 6th, as if

20   what happened to us was never happened.

21          And it did happen to me.  It happened to the

22   officers.  It happened.  It's traumatic.  And if I could

23   talk to the American people --

24   Q.  I'm going to ask --

25   A.  -- and use my platform, it's helpful for me, for my

1    healing.

2    Q.  Let me stop you right there.

3         So today is the day to talk about the case of the

4    United States versus Patrick McCaughey and his other

5    Co-Defendants.  So it's not the day, unfortunately, to tell

6    the people of the United States what you want to tell them.

7    And I would ask again that you just answer my questions,

8    please.  And, you know, I didn't ask -- I did not ask you

9    why you're writing the book; I just wanted to know if you

10   are.  I want to know if you're getting paid.

11   A.  Again, I apologize.

12   Q.  That's okay.

13   A.  Just making clarifications, because I know these are

14   questions that are alluded or insinuated; and to me, it's

15   unfair because if that happened to you or to your client, I

16   would believe him.  But then again, that's --

17   Q.  I understand.  And I understand that this is a strange

18   process, I think, particularly when you've only done it a

19   few times.

20        Now, you have an agreement in principle.  And so

21   is there an amount of money that you expect to be paid for

22   the book?

23   A.  Yes, ma'am.

24   Q.  And what is that amount?

25   A.  Over 30.

1    Q.  Over 30?

2    A.  30 grands.  Yeah.

3    Q.  Was that --

4    A.  With the cowriter and the editor.  So I'll probably get

5    less than $10,000.  I don't know the details yet.

6    Q.  Okay.  I'm sorry.  I don't think I heard you correctly.

7    You said over 30 grand?

8    A.  Yes, ma'am.

9    Q.  Okay.  But you split that with --

10   A.  The editors, the ghostwriter.  So again, I don't have

11   the details for me to tell you and give you an accurate

12   description of what would be, if anything, I would be

13   gaining out of my whole traumatic details of that day.

14   Q.  That's okay.  That makes sense.

15          As far as you know, are there any other Metro

16   police or Capitol police who are working on books about

17   their experiences?

18   A.  To my knowledge, there are other officers, and I talked

19   to them about their details.  As soon as the -- I don't

20   think there's a process, a mechanism, put in place by

21   Capitol Police to prevent that from happening.  If they did,

22   they would have told me already.

23   Q.  All right.

24   A.  But then again, I don't know who they are and I don't

25   know their circumstances or their experience.  All I know,

1    all I can do is tell you what happened to me and that's it.

2    Q.  Understood.  And truly, I don't know the answer either.

3    You are the only witness that I've come into contact with in

4    this case who's writing a book.  But I don't know if other

5    people are writing them or not.  That's why I asked the

6    question.

7    A.  People have their own --

8              THE COURT:  Sir, there's not a question pending,

9    actually.

10             MS. COBB:  Thank you.

11             THE WITNESS:  Thank you.

12   BY MS. COBB:

13   Q.  I want to ask you about something you said in your

14   direct examination now.

15             You talked about when you first got into the

16   tunnel that there was a man in a trench coat who -- type

17   coat who you believe was a high-ranking MPD officer who was

18   telling the other MPD officers and then the Capitol Police

19   officers who were there that "We are going to defend the

20   Capitol."

21             Is that a fair paraphrase of what you testified

22   to?

23   A.  Close enough.

24   Q.  Okay.  I want to ask you, though, about something that

25   you told the FBI after January 6th.  Not in that moment, but

Gonell - CROSS - By Ms. Cobb

1    after.  And I'm going to paraphrase, so you will have the

2    opportunity to clarify if you need to.

3    A.  Okay.  Can I see the text instead of -- that way, I can

4    read along.

5    Q.  I don't have the text.  So I don't have it.

6         Is it true that -- again, this is a paraphrase --

7    that you told the FBI that you felt like if you or the other

8    Capitol Police officers had turned to leave that the Metro

9    Police officers would have left?  And I think the

10   implication is maybe that you felt like you were more

11   invested in protecting the Capitol that day.  Is that fair?

12   A.  No, ma'am.  The context of -- I don't know if it is

13   being described as -- properly.

14   Q.  Okay.

15   A.  What I said was, I told the FBI that I felt, even though

16   I knew that that commander had said that, that we gonna

17   defend the Capitol old CDU-style and we gonna defend the

18   fucking Capitol Building, they're not taking over, that I

19   felt, because I look back and I didn't see -- at one point,

20   I looked back, left and right, and I did not see other

21   Capitol Police officers.  Maybe they were behind me.  I did

22   not see them.  But the uniform that I see, that I saw on

23   that particular moment, were the bright black and yellow

24   florescent, the bike uniform that MPD officers were wearing.

25        And to me, that particular moment, I felt like if

1    I had left that area, what was there to say to them, Well,

2    Capitol Police is not here.  Why should we defend the

3    Capitol?

4            So in order for me to not give that impression or

5    have them even consider that, what I just thought about,

6    that I was gonna stay there.  And I did stay there for the

7    long time until other officers come in.

8            Now, that does not mean that they were letting

9    people in or that they would not defend the Capitol or that

10   there were no other officers from Capitol Police there

11   because, yes, some of them, they left, but they left to

12   other areas where multiple breaches were happening.

13           Me personally, I did not know that there were

14   other breaches in the Capitol when I was there in the

15   tunnel.  And that's why I made it a conscious decision to

16   remain there the whole time and defend the Capitol to the

17   point of sustaining multiple injuries and risking my life

18   being dragged through the crowd by another Defendant and

19   also getting crushed just like Hodges was getting --

20   happening to him, because I was right next to him, one

21   officer behind him at that time.

22           All I could hear was his scream and I couldn't do

23   anything about it because my hands were crisscrossed and not

24   even to the point of reaching for my gun or anything like

25   that.  I was like this, crisscrossed.  And all I could do is

```
 1    look at the time:  3:11, around that time, 3:15.  That's
 2    when I saw that on my watch, when messages were coming from
 3    my family frantically calling me and texting me, trying to
 4    find out whether I was alive or not.  And that was scary.
 5    My family was from another country watching what was
 6    happening in the United States here, in the Capitol, and our
 7    own citizens attacking us.  And in one of them was your
 8    Defendant.
 9              THE COURT:  Sir, I think we've sort of strayed
10    beyond the question.
11              Do you have another question, Ms. Cobb?
12              MS. COBB:  I do.  I do.
13    BY MS. COBB:
14    Q.  I just want to be as respectful as I can and to ask you
15    please to let me ask the question --
16    A.  I'll try to keep it short.
17    Q.  Yes.  I understand that you have a lot of things you
18    want to say.  But we have to keep it within the confines of
19    this case.
20              THE WITNESS:  I apologize, Judge.
21    BY MS. COBB:
22    Q.  Do you recall testifying in the case of Mr. Fitzsimons
23    about a week or two ago?
24    A.  Yes.
25    Q.  Do you recall in that case agreeing that anyone who
```

1    breached the perimeter of the Capitol grounds should be

2    charged with a coup and prosecuted to the fullest extent of

3    the law?

4    A.  My statement was that if they breached the Capitol or

5    Capitol grounds, the Capitol grounds were closed.

6    Q.  Right.

7    A.  Capitol grounds were closed.  They had signs.  They

8    had --

9    Q.  No, no, no.  I'm not trying to say whether they were

10   closed or they weren't closed.  I just want to know if you

11   said that anyone who breached the Capitol grounds should be

12   charged with a coup and prosecuted to the fullest extent of

13   the law.

14   A.  If they assaulted a police officer, if they breached the

15   Capitol grounds when the Capitol grounds were closed, the

16   building was closed, the only people who were allowed on

17   Capitol grounds on that day were police officers, staffers

18   that work for the senators and the congressmen --

19          THE COURT:  Sir, that was a "yes" or "no"

20   question.  I'm going to ask you to answer "yes" or "no."

21   And the Government can certainly ask on redirect, have you

22   explain further.

23          THE WITNESS:  Yes.

24   BY MS. COBB:

25   Q.  So yes, you did say that in the trial of Mr. Fitzsimons?

1    A.  Yes, ma'am.

2    Q.  Okay.  There's something I actually forgot to ask you

3    about when we were talking about the things that are

4    different in your life since January 6th, the news media,

5    the book, the Twitter posts.  There's one more thing that I

6    wanted to ask you about.  And I've read this and so I'm --

7    you can tell me if it's true or not.

8              Isn't it true or do you agree that you are also in

9    the process or investigating bringing civil suit against

10   people you came into contact with on January 6th?

11   A.  I had considered it, but I had not make a decision.

12   Q.  So that would be fair, then, to say you're investigating

13   or considering bringing civil suit?

14   A.  You mean myself investigating them or -- can you

15   rephrase it, please?

16   Q.  Sure.

17             Let's -- this is an easy one:  Do you have an

18   attorney who is investigating or helping you decide whether

19   you will bring civil suits against people you came into

20   contact with on January 6th?

21   A.  I had counsel, two of them, and we had talk about

22   potentially who can we go and press charges.  We had not

23   come to any determinations, given all the facts that are

24   coming out, including from the former president down.  So at

25   this point, I don't have a specific member of the rioters or

1    anybody who orchestrated it, the insurrection.

2    Q. So understood. But I just want to know, is this

3    something generally you are considering?

4              THE COURT: I think he's answered that.

5              THE WITNESS: Yeah. I answered.

6    BY MS. COBB:

7    Q. And I want to clarify one more thing, which is by "civil

8    suit," you mean asking a judge to order that person to pay

9    you money. Is that correct?

10   A. Could be jail time, too, for the injuries I sustained.

11   So it's not specifically about money. If that means holding

12   people accountable, whatever charges or -- the legal court

13   system awards, then that's -- I'll take that. But it's not

14   my goal to go and sue them for money. What I want is

15   accountability. And if people don't see it that way, then

16   that's on them. I'm sure if they were themselves the one

17   being injured and all that, they would want people to be

18   held accountable.

19   Q. I'm not trying to make an implication as to what your

20   motivations are. I'm just asking if a civil suit is a

21   lawsuit where you ask a judge to order someone to pay you

22   money.

23   A. Again, I had considered it. I had not considered who am

24   I gonna press charges against because there were multiple

25   people who injured me that day, that assaulted me, that hit

1    me, that pushed me, that -- so I cannot -- at this time, I

2    don't know.  I don't know who, if that's what -- answers

3    your question.

4    Q.  Do you believe that the charges that have been brought

5    so far in the January 6th cases are too lenient?

6    A.  I do.

7    Q.  Do you believe that the sentences that have been handed

8    down so far are too lenient?

9    A.  For the most part, yes, because some of them, they are

10   getting picketing and parading.  We did not have a parade on

11   January 6th at the Capitol.  The Capitol was closed.  And

12   it's not fair to the officer who sustained multiple

13   injuries.  I have my classmates and myself who still remain

14   injured from that horrific day almost two years later.  And

15   for picketing and parade, 40 days in jail or home arrest?

16   So I don't think that constitute a deterrence from this

17   happening again.

18   Q.  So --

19   A.  Next time, hopefully, there's an officer -- many

20   officers who stand the ground and protect the Capitol.

21   Q.  Your opinion, then, is that the sentence imposed in a

22   January 6th case should be the highest sentence allowed

23   under the law?

24   A.  That you award or are you asking me?

25   Q.  I'm asking you.

1    A.  If the charges are merit and the judge consider those,

2    so be it.  But we did not have parade or --

3    Q.  No, no, no.

4    A.  -- tour on January 6th.

5    Q.  Let me ask the question one more time.

6         Is it your opinion that if someone is convicted in

7    a January 6th case, they should receive the highest sentence

8    possible under the law?

9    A.  If they committed a felony, if they breached the Capitol

10   grounds, they should be a deterrent for people from --

11   Q.  It's just a "yes" or "no."

12   A.  Okay.  You didn't answer -- ask that.  But yeah.  I

13   think it is possible if they're -- yes.

14   Q.  So yes, they should receive the highest sentence

15   possible?

16   A.  Not of 30 days of home arrest.  Yes.  Or -- yes.

17   Q.  Okay.  Let's do this:  Let's switch gears for a minute,

18   and I want to ask you specific questions about some of the

19   videos we've already watched.

20        MS. COBB:  Mr. Clements, will you please play what

21   has already been admitted as Government's Exhibit 301.

22   Actually, if you'll just pull it up.  Let's not play it yet

23   because I've got a few questions for -- a few more questions

24   for Sergeant Gonell.

25

Gonell - CROSS - By Ms. Cobb

1    BY MS. COBB:

2    Q.  Do you agree, Sergeant Gonell, that my client,

3    Mr. Stevens, the one that you've been testifying about, his

4    use of the shield in that tunnel frustrated you because it

5    kept you from being able to strike or move your arms the way

6    that you wanted to?

7    A.  That is correct.

8    Q.  Okay.  His use -- do you agree that his use of the

9    shield essentially blocked the things that you wanted to do?

10   A.  With a stolen shield, yes.

11   Q.  Yes.  Okay.

12          MS. COBB:  Mr. Clements, if you'll play 301 at

13   17:11, please.

14          (Whereupon, segments of Government's Exhibit

15   No. 301 were published in open court.)

16          MS. COBB:  Actually, this is fine.  You don't even

17   have to play it.  Just let it sit here.

18   BY MS. COBB:

19   Q.  I have a question about this image, Sergeant Gonell:  Do

20   you agree that in this image, you see the hat that was on

21   the girl that you talked about?  Is that right?

22   A.  Yes, ma'am.

23   Q.  And then right next to her we see Mr. Stevens's shaggy

24   hair.  Is that correct?

25   A.  Correct.

1    Q.  And then behind Mr. Stevens, do you agree that there is

2    another protester with a shield pushing it into

3    Mr. Stevens's back?

4    A.  If appears that way.

5    Q.  Okay.

6             MS. COBB:  If you'll fast-forward, Mr. Clements,

7    to 17:42.  That's fine right there.  Just play for just a

8    second.

9    BY MS. COBB:

10   Q.  If you'll watch this clip, Sergeant Gonell.

11            (Whereupon, segments of Government's Exhibit

12   No. 301 were published in open court.)

13            MS. COBB:  Pause it.  It took too long for me to

14   say "Pause it."  It's already gone.

15   BY MS. COBB:

16   Q.  But did you see in the clip, Sergeant Gonell, that he --

17   there we go -- there's actually two shields pressed up

18   against Mr. Stevens's back in that clip?

19   A.  I think I mentioned that earlier.

20   Q.  Okay.  But do you see it now?

21   A.  Yes, ma'am.

22            MS. COBB:  Mr. Clements, if you'll just continue

23   to play right there.

24            (Whereupon, segments of Government's Exhibit

25   No. 301 were published in open court.)

```
 1                 MS. COBB:  Pause it right there.
 2    BY MS. COBB:
 3    Q.  In this frame, Sergeant Gonell, is that Mr. Stevens
 4    blocking a blow from a baton?
 5    A.  Correct.
 6                 MS. COBB:  If you could continue to play, please.
 7                 THE COURT:  Sorry.  I missed that.
 8                 MS. COBB:  Mr. Stevens is blocking a blow from a
 9    baton.
10                 THE WITNESS:  Well, he didn't block it.  He just
11    put the shield.  So I didn't never strike him in that moment
12    if you play it.  I almost did, but I didn't strike him.
13    BY MS. COBB:
14    Q.  Right.  Because he blocked it with the shield.  Correct?
15    A.  I'm assuming, yes.
16                 MS. COBB:  If you'd just back up maybe five, six
17    seconds, we'll play it one more time.
18                 (Whereupon, segments of Government's Exhibit
19    No. 301 were published in open court.)
20                 MS. COBB:  Pause it.
21    BY MS. COBB:
22    Q.  Right there.
23    A.  Right there what?
24    Q.  Was that Mr. Stevens blocking a baton strike with the
25    shield?
```

1    A.  Correct.  He also was trying to grab my baton and the

2    other baton behind me from the other officer.

3    Q.  I'm going to get to that.  It's coming up in just a

4    second.

5              MS. COBB:  If you'll push play again,

6    Mr. Clements.

7              (Whereupon, segments of Government's Exhibit

8    No. 301 were published in open court.)

9              MS. COBB:  Pause it, please.

10   BY MS. COBB:

11   Q.  Sergeant Gonell, you testified on direct examination

12   while looking at this image that that was Mr. Stevens trying

13   to hit officers with a stolen baton.  After watching it

14   again, do you agree that he was being hit and grabbed the

15   baton to prevent himself from being hit?

16   A.  My memory served correct.  I think we, the officers,

17   were the ones on duty that day, not him.

18   Q.  Do you want to watch it again?

19   A.  Sure.

20             MS. COBB:  Can you rewind it?

21             THE WITNESS:  I would like to see him in uniform.

22             (Whereupon, segments of Government's Exhibit

23   No. 301 were published in open court.)

24             MS. COBB:  Pause it, please.

25

Gonell - CROSS - By Ms. Cobb

1    BY MS. COBB:

2    Q.  I'm going to ask you again --

3    A.  He stole the baton from the officer behind him -- me.

4    Q.  The officer was hitting it and he grabbed it.  Is that

5    correct?

6    A.  It appears that way.

7    Q.  Okay.  When you said on direct examination that he

8    was -- by "he," I mean Mr. Stevens -- that Mr. Stevens was

9    hitting an officer with a stolen baton, that was not

10   correct?

11   A.  What I said was that on that angle, it appears that he

12   was grabbing me or hitting me with his left arm.  And then I

13   saw the baton when the prosecutor showed it to me.  And

14   that's why I even say, I don't know where the baton came

15   from.  Now I see that he stole it from the officer who was

16   trying to hit his hands so he could release the shield that

17   was being -- he was using, applying force on my face and the

18   other officer.

19          MS. COBB:  Mr. Clements, will you rewind it about

20   five seconds and then play it again?  And we will see what

21   happens with that.

22          THE WITNESS:  Do you see my helmet being lifted?

23          THE COURT:  Sorry, sir.  There's not a question

24   pending right now.

25          (Whereupon, segments of Government's Exhibit

```
1     No. 301 were published in open court.)
2              MS. COBB:  Pause it, please.
3     BY MS. COBB:
4     Q.  Did you see that Mr. Stevens never got control of the
5     baton?  It was swung towards him.  He grabbed it and then it
6     was ripped from his hands back.
7     A.  Can you replay it again?
8     Q.  Yes.
9     A.  I was looking for something else.
10    Q.  Yes.  No problem.
11             (Whereupon, segments of Government's Exhibit
12    No. 301 were published in open court.)
13             THE WITNESS:  This video don't show what he do
14    with it after he grabbed it from that clip that you showed
15    just the moment.
16    BY MS. COBB:
17    Q.  Okay.  We'll play it one more --
18    A.  Unless you play it longer.  Maybe I could see it.
19    Q.  We'll play it one more time.  Before we do, I would ask
20    you to just watch a baton being yanked back.  You can see it
21    in the frame right next to you.
22    A.  Okay.
23    Q.  And then it'll come back and show Mr. Stevens without a
24    baton in his hands.
25             MS. COBB:  Go ahead.  Thank you.
```

```
 1                (Whereupon, segments of Government's Exhibit
 2      No. 301 were published in open court.)
 3                MS. COBB:  Pause it, please.
 4                THE WITNESS:  I don't see it on his left hand now.
 5      BY MS. COBB:
 6      Q.  Right.  And so --
 7      A.  I don't see him passing the baton to anybody.  But he
 8      doesn't have it at this time.
 9      Q.  No.  So I guess, then, let me ask it this way:  Is it
10      possible that one of the officers -- I don't know if it was
11      you or Sergeant Mastony who was behind you; I don't know who
12      it was -- but if one of the officers was hitting at
13      Mr. Stevens with a baton, Mr. Stevens grabbed the baton and
14      the officer yanked it right back out of Mr. Stevens's hand?
15      Is that possible?
16      A.  I did not see any of that officer reaching above the
17      shield to grab his baton that was taken --
18      Q.  Never letting go of it.  Hitting -- Mr. Stevens grabs
19      here.  The officer never let go and then pulls back.  That's
20      what I'm asking.  Is that possible?
21      A.  It's possible he lost it because of the retention from
22      the wet surface on the baton.
23      Q.  Of course.  I guess let me ask you one more thing,
24      though.  We've watched this clip a couple of times now.  In
25      that clip, do you see anywhere Mr. Stevens hitting law
```

```
 1    enforcement with a baton?
 2    A.  From that angle, no.
 3    Q.  So is it possible, then, that when you testified on
 4    direct examination that Mr. Stevens was hitting officers
 5    with a stolen baton, that wasn't actually correct, because
 6    now you've seen the full video?
 7    A.  This is not the full video.  With that clip you're
 8    showing, it doesn't show that he was being -- what do you
 9    call it?  Can you repeat the question, please?
10    Q.  I'm going to try to say it in a better way this time.
11         Do you remember when you were testifying when
12    Ms. Bond was asking you questions?  And she paused it at the
13    spot where Mr. Stevens's hand was on a baton.  Do you recall
14    that?
15    A.  I recall that he had his hands on a baton.  Yes.
16    Q.  Right.  And you testified then that Mr. Stevens had a
17    baton and was hitting officers with it.
18    A.  I think I made that -- that statement.  However, you're
19    talking about a traumatic event.
20    Q.  Of course.
21    A.  It's hard for me to remember every single detail of who
22    did what to me.  But I know certain things happened to me.
23    Q.  Right.
24    A.  One of them was -- one of the videos that Ms. Bond was
25    showing was that it appears to me that the individual had a
```

Gonell - CROSS - By Ms. Cobb

1    baton and he was either striking me or trying to hit me with

2    it.

3             But then I see your video, which shows that he

4    probably threw it back or passed it along.  But then he was

5    trying to grab my baton and disarm me from doing my job and

6    preventing me from doing my job as a police officer at the

7    Capitol.

8    Q.  I understand.  And this is the same video that Ms. Bond

9    showed you.

10   A.  Okay.

11   Q.  So this is Government's Exhibit 301.  We've been

12   watching between 16 and 18 and a half minutes of that video.

13            I know you said that you recall Mr. Stevens

14   calling you some names.  Is that right?

15   A.  Yes, ma'am.

16   Q.  Do you know Metropolitan Police Sergeant Jason Mastony?

17   A.  Never met him in my life.

18   Q.  That's fine.  You don't need to know him.  He was here a

19   few days ago testifying in this case.

20            Do you see on the screen right in front of you the

21   arm that is right behind your helmet --

22   A.  Yes, ma'am.

23   Q.  -- the black arm?

24            He actually testified that that was him.  He was

25   standing right behind you during this incident.  And he also

Gonell - CROSS - By Ms. Cobb

1    told the Court that he remembered --

2              MS. BOND:  Objection to counsel testifying.

3              THE COURT:  Why don't you think about how you can

4    rephrase this.

5              MS. COBB:  I'm sorry.  I didn't hear you.

6              THE COURT:  Can you think about how to rephrase

7    this?  I agree that you can't testify about what somebody

8    else testified to.

9    BY MS. COBB:

10   Q.  If Sergeant Mastony said that he heard Mr. Stevens

11   saying something other than what you heard, even though you

12   guys were right here on the same spot, do you think it's

13   possible that either your memory or his memory could have

14   been wrong?

15   A.  It's possible.  But if you play that video or the other

16   video that Ms. Bond probably has, it says -- clearly states

17   what he called me.  And I clearly remember that he called me

18   pussy when I struck him because he was jabbing the -- not

19   jabbing -- using the shield forcibly on my chest and on my

20   face.  And the reason why I hit him and he called me that

21   was because of that, because I hit him.

22   Q.  I understand.

23              Do you recall early on in 2021 talking with FBI

24   agents about what you remembered and who did what to you at

25   different times?  I mean, I'm sure you have had multiple

1    interviews with the FBI.  Is that right?

2    A.  There has so many interviews.  I'm still involved with

3    some.  So it's hard for me to remember, especially after

4    living and surviving that traumatic event.  So what I

5    remember in the way I remember or the way I said it, the

6    timeline may be wrong for me.  To this day, even after being

7    treated for mental trauma and going through mental

8    treatment, I still struggle with some of the timeline.

9            But I do remind your Defendant doing whatever he

10   did to me and saying -- calling me that, what he says on

11   that day.

12   Q.  Do you also remember, though, telling the FBI that my

13   Defendant, Tristan Stevens, shaggy hair, did other things

14   such as hit you with a flagpole, punch you?  Do you remember

15   telling that to the FBI?

16   A.  I may have said that other people that I said had done

17   that.  I don't know if I attributed it specifically to him.

18   But I know there were multiple individuals doing different

19   things to me in the span of four hours-plus.

20           And what you are doing is probably quoting me by

21   verbatim of what it was said to the officer.  I don't know

22   whether he wrote everything that I said the way I said it to

23   the FBI.  So...

24   Q.  Okay.  So I guess my -- let's break that down a little

25   bit.

1     My question is:  Do you remember telling the FBI

2     that Mr. Stevens also hit you with a flagpole and punched

3     you?

4     A.  It's possible that I did say.  Again, it's hard for me

5     to attribute that particular statement because I don't

6     remember saying that about your Defendant.

7     Q.  We'll just leave it at that.

8          I want to ask you a little bit about your

9     injuries.  Actually, wait.  You know what?  I'm sorry.  I'm

10    going to come back to injuries.

11         MS. COBB:  I was going to say before you turn that

12    off, I have one more question about the video.  Actually,

13    let's just keep playing it for a few minutes.

14    BY MS. COBB:

15    Q.  And then I'm going to ask you a question, Sergeant

16    Gonell.  Thank you.

17         (Whereupon, segments of Government's Exhibit

18    No. 301 were published in open court.)

19         MS. COBB:  Pause it right there.

20    BY MS. COBB:

21    Q.  Sergeant Gonell, do you see right here Mr. Stevens with

22    his hand on his head?

23    A.  Yes, ma'am.

24    Q.  Okay.  Is it possible that he is putting his hand on his

25    head because something has knocked into his head?  And I am

1    not going to pretend to know what.

2    A.  I wouldn't know that, ma'am.

3    Q.  Okay.  So --

4    A.  He could also be protecting himself from pepper spray

5    behind him they were throwing maybe.  I don't know.

6    Q.  But we can agree on one thing, which is that his hand is

7    on his head right here?

8    A.  I don't know if it's above his head or it hit him or it

9    looks as if it is beyond his head.

10   Q.  Okay.

11          MS. COBB:  Let's keep playing.  Maybe this will

12   help you.

13          (Whereupon, segments of Government's Exhibit

14   No. 301 were published in open court.)

15          MS. COBB:  Pause it, please.

16   BY MS. COBB:

17   Q.  Could you clearly see before he just took it off that

18   his hand was on the top of his head?

19   A.  Yes.

20   Q.  Now he appears to be reaching, and I think that he may

21   be reaching for this pull, which you testified about a few

22   minutes ago.  So let's watch a few more minutes.

23          (Whereupon, segments of Government's Exhibit

24   No. 301 were published in open court.)

25          MS. COBB:  Pause it, please.

1    BY MS. COBB:

2    Q.  I think you testified in response to a question from

3    Ms. Bond about this door frame right here.  And you said

4    that you believe Mr. Stevens was bracing on the door frame.

5    Is that right?

6    A.  Correct.

7    Q.  Correct.  After watching this again, is it possible --

8    obviously, nobody knows what's in someone else's head -- but

9    is it possible, particularly since we have now seen

10   Mr. Stevens moving out of the frame, is it possible that he

11   was using the door frame to actually move back out of the

12   frame and out of the tunnel?

13   A.  Well, if you consider him attacking me and pushing --

14   Q.  Is it possible?  Yes or no.

15   A.  It's not possible.

16   Q.  Okay.

17   A.  His intent was to push against me onto the police

18   officer, push him out.  You can see on the video you just

19   played.

20   Q.  I did see it.  Yes.  I watched it.  And what I saw is it

21   looked like he put his hand on his head, then grabbed the

22   doorway and then turned and left.

23   A.  Did you see what he did in that corner?

24   Q.  I wasn't in -- I saw --

25   A.  I'm saying on the video.  Play it again.

Gonell - CROSS - By Ms. Cobb

1    Q.  Okay.

2              THE COURT:  Let's look for a place to wrap up.

3              MS. COBB:  Excuse me?

4              THE COURT:  Let's look for a place to wrap up for

5    lunch.

6              MS. COBB:  Two more minutes.

7              (Whereupon, segments of Government's Exhibit

8    No. 301 were published in open court.)

9              THE WITNESS:  It's further back.  Right there.

10              (Whereupon, segments of Government's Exhibit

11    No. 301 were published in open court.)

12              THE WITNESS:  Watch his hand.  What is he doing to

13    me?

14    BY MS. COBB:

15    Q.  I think your testimony, though, was that he used his

16    hand to brace to do whatever he was doing when he in fact

17    was using his hand to brace to turn.  And whatever he did

18    with that hand after, we can't see in the video.

19    A.  I'm just telling you.

20              THE COURT:  Was there a question there?  I didn't

21    hear a question.

22    BY MS. COBB:

23    Q.  I guess it goes back to my original question.  It's

24    just:  Is it possible after you've watched that now that he

25    was putting his hand on the door frame to move himself

1  backwards and walk out of the tunnel?

2  A.  My recollection of his intent that day --

3  Q.  I'm not asking about his intent, because we don't know

4  his intent.  That's the whole point.  So nobody knows what

5  he was intending to do except for him.

6       I'm asking if it's possible that that's what he

7  was doing.

8  A.  It's less than likely that that's what he was trying.

9  Q.  Understood.

10      I want to talk about injuries very quickly.  You

11  testified that you had an injury to your hand.  Correct?

12  A.  Yes, ma'am.

13  Q.  That occurred before you went into the tunnel?

14  A.  That is correct.

15  Q.  Okay.  You testified that you had an injury to your

16  shoulder.  And isn't the shoulder injury, according to you,

17  caused by Mr. Fitzsimons?

18  A.  That is correct.

19  Q.  Okay.  So not by Mr. Stevens.

20      You testified you have a foot injury?

21  A.  That is correct.

22  Q.  And I believe I actually read in one of your interviews

23  that you said that was caused by a speaker or a heavy object

24  being dropped on your foot?

25  A.  Correct.

1    Q.   Okay.  And then besides that, bruises?

2    A.   Yes.

3    Q.   Okay.

4    A.   Contusions, bruises.

5    Q.   Which is just another word for bruises.  Right?

6    A.   Yeah.

7              MS. COBB:  I don't have any other questions.

8    Thank you.

9              THE COURT:  Thank you, Ms. Cobb.

10             Let's take our lunch break.  We'll resume at 1:40.

11             Sergeant Gonell, I'll just ask you again not to

12   discuss the substance of your testimony with anyone over the

13   break.

14             Thank you.

15             THE WITNESS:  Thank you.

16             (Thereupon, a luncheon recess was taken, after

17   which the following proceedings were had:)

18             THE COURT:  Sergeant Gonell, if you wouldn't mind

19   retaking the stand.  Am I pronouncing your name correctly,

20   sir?

21             THE WITNESS:  Sergeant "Gonell."

22             THE COURT:  "Gonell."  Sorry about that.

23             Mr. Urso, do you have any questions for this

24   witness?

25             MR. URSO:  Yes.  Thank you, your Honor.

 1          THE COURT:  Sergeant Gonell, I'll remind you

 2   you're still under oath.

 3          THE WITNESS:  Got it.

 4                    CROSS-EXAMINATION

 5   BY MR. URSO:

 6   Q.  Good afternoon, Sergeant Gonell.

 7   A.  Good afternoon, sir.

 8   Q.  You've been a CDU officer, CDU duty, for how many years?

 9   A.  On and off, when I first came out of the academy I was

10   there for -- on that program for about eight years.  Then

11   after I got -- well, sorry.  Longer than that.

12          And after I got the promotion, I was off for the

13   training for the mountain bike.  And in one of the

14   requirements that they had, because they were trying to

15   integrate both the CDU and the mountain bike as a response

16   unit all together into 2018, I went back.

17   Q.  So maybe like --

18   A.  So roughly --

19   Q.  -- 12 years?

20   A.  Yes.

21   Q.  You spoke earlier about there are three types of

22   shields.  And you said 8-foot, 6-foot and round?

23   A.  Yes, sir.

24   Q.  Pointing your attention to Government's Exhibit 801,

25   that's not 6 feet.  Right?  It looks like about, what, 4

1    feet?

2    A.  About.

3    Q.  So were you mistaken?  They may be 6 feet, 4 feet and

4    round?

5    A.  Correct.  I apologize for that.

6    Q.  And you're trained to use those kind of shields?

7    A.  Yes, sir.

8    Q.  And you testified earlier that they're defensive

9    shields.  Correct?

10   A.  It could be defensive, depending on how you use it.

11   Q.  How are you trained to use it not defensively?

12   A.  Continue -- well, you could use it differently in terms

13   of -- in offense, to push back the crowd tactically.  We

14   have -- you normally have about two weeks of training on

15   formations, tactics, how to protect yourself from throwing

16   objects and how to use it when somebody flanks you from

17   either the rear or left.

18   Q.  So when you say you're trained to use it, like to push

19   people, that's to push the line away from whatever you're

20   protecting?

21   A.  In formation, yes, to interlock them and so forth.

22   Q.  You're not trained to do that to inflict harm.  You're

23   trained to do that to just move the people.  Correct?

24   A.  Correct.

25   Q.  Okay.  So you wouldn't expect if you pushed one of those

1    4-foot shields up against another person and pressed them,

2    pushed them, that you would cause them harm.  Right?

3    A.  It depends how you use it.  I mean, you could also

4    strike somebody --

5    Q.  I'm just --

6    A.  -- on the --

7            THE COURT:  Sorry.  I'll ask you to let the

8    sergeant answer the question.

9            MR. URSO:  I'm sorry.

10           THE WITNESS:  It depends how you want to use it.

11   If you want to hit somebody in the head with the edges,

12   that's a weapon right there instead of as the intended

13   purpose.

14   BY MR. URSO:

15   Q.  You're not trained to use the shield that way.  Correct?

16   A.  No, sir.

17   Q.  It's not designed to be used that way.  Correct?

18   A.  I wouldn't know.  But I'm not trained to --

19   Q.  Let me ask the question again that I asked.

20           So if you're using it in the way you are trained,

21   say, to push a line back, to push some people back away

22   from --

23   A.  There are multiple ways to train with it.

24   Q.  Let me just finish a question.

25   A.  I apologize.

1    Q.  If you're -- the way you're trained to push -- you said

2    sometimes you use it offensively.  The example you gave for

3    offensively is to push people back, like push a line back.

4    Right?

5    A.  It's a way.

6    Q.  That's -- you wouldn't expect that pushing somebody with

7    that kind of shield would cause injury to that person.

8    Correct?

9    A.  Depends.  Again, depends how you use that.

10   Q.  I'm talking about using it like this.  Let me get the

11   shield.  I'm talking about using it like you're trained,

12   like you just talked about being trained to use it, holding

13   it in front of you and using it to push people --

14   A.  Now you're pressing against my body and I don't have no

15   way for me to retreat?  Or --

16   Q.  Let's just say --

17   A.  -- or open field?

18   Q.  Let's just say it's just like January 6th, in the

19   tunnel.  There's eight rows deep of police, 20 rows deep of

20   protesters.  The shield is pressed up against you.  Did it

21   hurt you?  Would it hurt you like this?

22   A.  If it is pressed with force, yes.

23   Q.  How would it hurt you?

24   A.  It prevent my breathing and my movement from --

25   Q.  And the --

1    A.  -- and prevent my official capacity to work as a police

2    officer.

3    Q.  Okay.  That --

4    A.  And the other way you can use it is slamming onto

5    somebody's feet.

6    Q.  It hurts you to be prevented from doing your work.  Is

7    that what you mean?

8    A.  I'm sorry?

9    Q.  Did you say it hurts you to prevent you -- when you're

10   prevented --

11   A.  It hurts me when I breathe.  It prevents me from

12   breathing properly.  It prevents me from using my arm to

13   defend myself and to do my job in the capacity as a United

14   States Capitol Police officer.

15   Q.  Let's just go back to your training and the way you're

16   trained to use the shield.

17          The way you're trained to use it, to push people,

18   you're not trained to use it to inflict harm to people.

19   Correct?

20   A.  Correct.

21   Q.  Just to move them.  Correct?

22   A.  Correct.

23   Q.  Okay.  Thank you.

24          And by the way, during your time in the tunnel,

25   there were -- like I said, there were multiple rows of

1    police officers at given times pushing in one direction and

2    protesters on the other side.  Right?

3    A.  That is correct.

4    Q.  And would you agree at times there were rows of police

5    officers and not just officers in the front row, but other

6    officers, second, third, fourth row deep, that had shields

7    in their possession?

8    A.  My recollection is that the shields were at the front

9    and I was one of them.

10   Q.  They were never shields in the second row or third row?

11   A.  My recollection is that I did not see shields being

12   applied behind me, multiple rows behind me.  All I know is

13   that when I was in the front, most of the shields that were

14   available and that had not been taken away from the officers

15   were at the front along the line.  I even -- I believe right

16   before Michael Fanone gets to the front line, I pass a

17   shield to one of the officers as well.

18   Q.  Thank you.

19              MR. URSO:  Can you pull up Government's Exhibit

20   232.22, please.

21   BY MR. URSO:

22   Q.  Do you see that photo, Sergeant?

23   A.  Yes, sir.

24   Q.  You testified about that earlier a little bit?

25   A.  Yes.  I don't know -- well, now it's not showing.  Now

1    it's clear, the whole picture, like before.

2    Q.  I understand.

3           So if you're looking at this picture from the

4    vantage point of whoever took the picture or whatever the

5    camera was that took the picture, what's that big structure

6    to the right there?

7    A.  To the right?  That is the TV stand for the

8    inauguration.

9    Q.  And would you agree that that TV stand is basically

10   located basically center of the Capitol on the west side?

11   A.  That is correct.  It's erected every four years.

12   Q.  So wherever the camera was, that would be on the

13   northwest side of the Capitol?

14   A.  Yeah.  It appears that way.

15   Q.  And -- because I think you had indicated at some point

16   you were in the southwest corner; but this picture shows the

17   southwest corner, but it's taken from the northwest corner.

18   Correct?

19   A.  Correct.  I mean, I was moving around, so maybe I was in

20   the middle.  Maybe -- I know around where we -- when we lost

21   the police line, I was near the middle somewhere.

22   Q.  You were in the middle, maybe even a little north?

23   A.  It could be slightly to the left of the tower.  It could

24   be slightly on the right of the tower.  My recollection is

25   not --

Gonell - CROSS - By Mr. Urso

1    Q.  The scaffolding you see on the left side of the picture,

2    that's in the southwest corner?

3    A.  That is correct.

4    Q.  And that would lead sort of over to the lower west

5    terrace tunnel?

6    A.  Yes, sir.

7    Q.  I think you testified earlier at some point you saw

8    people on that scaffolding.  Correct?

9    A.  There was one individual that had climbed all the way to

10   the top initially, and two or three officers tried to arrest

11   him and they tackled him and took him down.  I don't know

12   whether they arrested him or they put him back on the line

13   because of the lack of resources to make arrests.

14   Q.  Thank you, Sergeant.

15          Now, you testified earlier that in your 17 years

16   you have not had occasion to make an arrest.  Right?

17   A.  I had the opportunity.

18   Q.  You did, but you didn't?

19   A.  Correct.

20   Q.  But it's not unusual for people to be arrested by U.S.

21   Capitol Police.  Correct?

22   A.  No, sir.

23   Q.  And it's not unusual for people to be arrested inside

24   the Capitol Building.  Correct?

25   A.  Depending what the, I guess, intent of it, because we

1    have a lot of discretion on how to do things unless it's

2    criminal or a felony.

3    Q.  But it's not unusual.  That does happen?

4    A.  Correct.  As well, not unusual that the officer don't

5    make arrests throughout the whole career at the Capitol.

6    Q.  What I'm trying to ask you is, it's not unusual for

7    protesters inside the Capitol to be arrested?

8    A.  Protesters?

9    Q.  Yeah.

10   A.  Any other time before January 6th?

11   Q.  Yeah.

12   A.  No.

13   Q.  So protesters weren't arrested in 2017 during the

14   certification process of President Trump's election?

15   A.  I wasn't there, so I wouldn't know.  I was -- at that

16   time, on -- when he got elected, I was recovering from a

17   right shoulder surgery that I had.

18   Q.  That was the whole time period from the time of the --

19   when did that happen?  Like you weren't available --

20   A.  I was --

21   Q.  -- for the certification or the inauguration?  The

22   inauguration was two weeks --

23   A.  I did not work neither the inauguration or the election.

24   I was recovering from my right shoulder injury.

25   Q.  Okay.  Were protesters arrested during the, say,

Gonell - CROSS - By Mr. Urso

1    Kavanaugh confirmation hearings?

2    A.  I believe so.  Yes.

3    Q.  That was inside the Capitol Building.  Correct?

4    A.  No, sir.  That was at the -- either the Dirksen,

5    D-I-I-S-E-N [sic], the Hart and the Russell Building.

6    That's where most of those --

7    Q.  Hearings were?

8    A.  -- most of the First Amendment procedures were

9    happening.  I know the Capitol itself was closed to the

10   public due to COVID-19 protocol, I believe, if my memory

11   serves me right.

12   Q.  And by the way, aside from COVID, the Capitol Building

13   is generally -- when the House and Senate are in session, is

14   the Capitol Building open to the public?

15   A.  Since the declaration of the pandemic, it was closed the

16   entire --

17   Q.  Before the COVID.

18   A.  What's your question?

19   Q.  Before the COVID, when the House and Senate are in

20   session, the building is open to the public.  Correct?

21   A.  There's --

22   Q.  There's a gallery for the public.  Correct?

23   A.  Prior to the pandemic, yes.  They had a ticket to be

24   issued or gallery passes.  The tickets were going -- were

25   normally where you used to get into the Capitol.  A staffer

1    could bring in the individuals or the tourists.  And if they

2    wanted to go to the galleries, the chambers, Senate or the

3    House, they would need a gallery pass.

4              Other than that, only members of Congress would

5    be -- would have been allowed to -- or a police officer or a

6    staffer.  But not the public itself.

7    Q.  You testified earlier that there's not many officers

8    that were on duty that day that are speaking out.  There's

9    just a handful of you guys.  Right?

10   A.  To my knowledge, yes.

11   Q.  And you mentioned speaking to Congress, speaking to the

12   media, right, things like that?

13   A.  I had.

14   Q.  And one of those people, one of those handful with you

15   that's doing that, is Officer Hodges.  Correct?

16   A.  Yes.

17   Q.  And you talked earlier about you helped one of the

18   protesters that was in distress?

19   A.  Yes, sir.

20   Q.  None of the nonpolice officers in that area were helping

21   this particular protester?

22   A.  There were other officers assisting that individual.

23   Q.  Were there any protesters helping this person?

24   A.  I did not see that.  By the time I -- she was taken to

25   the back of the police line, that's when I believe right

```
 1    after Mr. Fitzsimons had already injured me.  And when he

 2    did that, I went to the back, called for reinforcement.  I

 3    think I went back for -- way past the police line and either

 4    drank some water, rinsed my police shield -- helmet with

 5    water, assisted another police officer.  And then I went

 6    back to near the podium, and that's when I saw the

 7    individual being pulled to the back of the police line.  And

 8    some officers were rendering CPR to her and she was not

 9    responsive.  So therefore, I began to coordinate the

10    assistance with that.

11    Q.  And in your time on duty that day, did you see other

12    officers helping other people in distress?

13    A.  Yes.

14    Q.  And did you see any nonpolice officers helping anybody

15    in distress?

16    A.  Not to my -- no, sir.

17    Q.  Would it surprise --

18    A.  I did see at the beginning.  When an individual got hit

19    in the cheek, there was blood on the floor.  I stepped on

20    those blood.  That individual, I tried to help myself and I

21    think several of my other colleagues.  That incident, I

22    believe -- then people, the mob thought we were trying to

23    arrest him instead of helping him.  So it became a melee.

24             There was another incident before the police

25    line -- before we lost it, that there was an older gentleman
```

 1     that I guess he got pepper sprayed and he fell to the

 2     ground.  I tried to help that individual myself.  And

 3     somebody from the crowd said:  If you need a medic, we can

 4     get you a medic.  And then I stepped forward trying to get

 5     him to the back of the -- behind the police line.  I reached

 6     out to him, took him behind the police line, had him sat

 7     down, gave him a bottle of water and then had another

 8     officer stay nearby him.  Then I went back to the police

 9     line.  Later on, I found out that he was part of the mob and

10     began pushing later on, too.

11          So I did help -- try to help individuals who were

12     in distress.

13     Q.  Would it surprise you to know that one of the nonofficer

14     protesters actually helped a police officer that day?

15     A.  Say that again.

16     Q.  Would it surprise you to learn that one of the nonpolice

17     officer protesters, rioters, helped one of the officers that

18     day?

19          MS. BOND:  Objection.

20          THE COURT:  Overruled.

21          I think this is a yes-or-no question.

22          THE WITNESS:  Would it surprise me?  I can only

23     attest to what my -- what I witnessed and what I experienced

24     that day.  So I wouldn't know.

25

```
 1    BY MR. URSO:

 2    Q.  Just one final question.  The person that you ended

 3    up -- that ended up passing away, that woman, she died of a

 4    drug -- the medical examiner said she died of a drug

 5    overdose.  Correct?

 6    A.  I had no idea.  What I know is that once --

 7              THE COURT:  Thank you.

 8              MR. URSO:  Thanks, Sergeant.

 9              THE COURT:  Thank you.

10              Mr. Shipley?

11              MR. SHIPLEY:  Nothing.

12              THE COURT:  Redirect, Ms. Bond?

13              MS. BOND:  Thank you.

14                        REDIRECT EXAMINATION

15    BY MS. BOND:

16    Q.  Sergeant Gonell, I am going to start by going back to

17    Exhibit 301.

18              MS. BOND:  I will ask Mr. Clements to move it

19    forward.  We're going to play from 18 minutes and 22 seconds

20    to 18 minutes and 30 seconds.

21    BY MS. BOND:

22    Q.  But before we start, Sergeant Gonell, I'm going to ask

23    Mr. Clements to turn it up as loud as he possibly can so

24    everyone in the courtroom can hear it.  I want you to focus

25    on it and listen as closely as you can, please.  18:22 to
```

```
 1    18:30.

 2              (Whereupon, segments of Government's Exhibit

 3    No. 301 were published in open court.)

 4              MS. BOND:   Thank you.   You can stop there.

 5    BY MS. BOND:

 6    Q.  Did you hear somebody?  Did you hear someone say

 7    something there?

 8    A.  Yes.

 9    Q.  What did you hear?

10    A.  He called me pussy.  This is the same thing that -- when

11    the defense was asking me --

12    Q.  You don't need to say more than that.

13              Now, on cross-examination, Ms. --

14              THE COURT:   Sorry.   Can you play it again?   I

15    didn't hear that.

16              MS. BOND:   18:22 to 18:30.

17              (Whereupon, segments of Government's Exhibit

18    No. 301 were published in open court.)

19              THE COURT:   Thank you.

20    BY MS. BOND:

21    Q.  On cross-examination, Ms. Cobb asked you about being

22    frustrated by that shield.

23              Do you remember that question?

24    A.  Yes, ma'am.

25    Q.  Now, were you also -- did that shield, in addition to
```

Gonell - REDIRECT - By Ms. Bond

1    causing you frustration, did it also cause you physical

2    pain?

3    A.  It did.

4    Q.  Did that shield --

5    A.  My neck area; my shoulder, too, the way the pressure was

6    being applied, pushing forward.

7    Q.  Did that shield also concentrate the weight of the crowd

8    on you?

9    A.  Yes.

10    Q.  Did that shield also prevent your ability to defend

11    yourself?

12    A.  Yes.

13    Q.  Thank you.

14          Now, you got some questions about the fact that

15    you are very outspoken about January 6th.  Isn't that right?

16    A.  Correct.

17    Q.  You've been out in the media.  Correct?

18    A.  Correct.

19    Q.  And you have testified in several cases.  Correct?

20    A.  Yes.

21    Q.  You're even writing a book.  Is that right?

22    A.  Yes.

23    Q.  Now, are you here testifying today for the publicity?

24    A.  No.

25    Q.  Are you here testifying today for the money?

1    A.  No.

2    Q.  Why are you here testifying today?

3    A.  I'm here testifying to hold the person who impeded me

4    from doing my job on January 6th, blocking me, preventing me

5    from rendering aid to that person that was -- people who

6    were being hurt, my fellow officers, people who were

7    attacking the Capitol, going room by room, hunting for the

8    lawmakers and the senators.

9          And again, had it not been because of January 6th,

10    whatever happened that day, I would have stayed that whole

11    entire day at the north entrance of the Visitor Center

12    stage.  And I would have been quiet --

13    Q.  I'm going to stop you there, Sergeant Gonell.

14          With what you said on the stand today, were you

15    telling the truth today?  Yes or no.

16    A.  Yes.

17          MS. BOND:  Thank you.

18          THE COURT:  Sergeant Gonell, you may step down.

19    You're free to go.  Thank you for your testimony and thank

20    you for your service to the country.  Good luck with the

21    next chapter of your career, sir.

22          THE WITNESS:  Thank you, sir.

23          THE COURT:  The Government may call its next

24    witness.

25          MS. PASCHALL:  Thank you, your Honor.

```
 1                  The Government calls Officer Henry Foulds.

 2                  THE WITNESS:  Have a good day.

 3                  THE COURT:  You, too, sir.

 4                  (Witness excused.)

 5                  (Thereupon, Officer Henry Foulds entered the

 6        courtroom and the following proceedings were had:)

 7                  HENRY FOULDS, GOVERNMENT WITNESS, SWORN.

 8                  THE COURT:  Sir, feel free to have a seat and

 9        adjust the microphone.

10                            DIRECT EXAMINATION

11        BY MS. PASCHALL:

12        Q.  Good afternoon.  Could you please state and spell your

13        full name for the Court?

14        A.  My name is Henry Foulds, H-E-N-R-Y F-O-U-L-D-S.

15        Q.  Where do you work?

16        A.  The Seventh District of the Metropolitan Police

17        Department.

18        Q.  And what is your current rank in the Metropolitan Police

19        Department?

20        A.  Police officer.

21        Q.  How long have you been a police officer with the

22        Metropolitan Police Department?

23        A.  In October, it'll be five years.

24        Q.  What is your current duty assignment with the Seventh

25        District?
```

```
 1    A.  I am in PSA 705 as a patrol officer.

 2    Q.  Do you also on occasion work with the civil disturbance

 3    unit?

 4    A.  Yes.

 5    Q.  What civil disturbance unit battalion are you with?

 6    A.  CDU 74.

 7    Q.  And on January 6th, 2021, were you working in your

 8    capacity as an officer with CDU 74?

 9    A.  I was.

10    Q.  Where were you originally stationed on the morning of

11    January 6th, 2021?

12    A.  We were stationed a few blocks down from the Capitol.

13    Q.  What did you expect you would be doing that day?

14    A.  I didn't expect we were going to be doing anything.  At

15    most, I thought we were going to be blocking some streets

16    with our bicycles.

17    Q.  And you mentioned the bicycle.  Is CDU 74 one of the

18    bike units?

19    A.  It is.

20    Q.  So what type of gear were you wearing when you were

21    originally stationed a few blocks from the Capitol?

22    A.  So originally we were just wearing our regular patrol

23    gear, like our armor and our bike shorts.  And we had our

24    ballistic helmets on standby in a car in case we needed to

25    put them on quickly.
```

1  Q.  Did there come a time when you needed to put on those

2  ballistic helmets?

3  A.  Yes.

4  Q.  Who made that decision for you to put on all that gear?

5  A.  One of my sergeants came and talked to me, told us that

6  we were putting the helmets on and we were going to back up

7  units at the Capitol.

8  Q.  And did your unit ultimately go to the Capitol?

9  A.  Yes.

10  Q.  And when you came to the Capitol, what area did you

11  start off supporting the police who were already there?

12  A.  We were in a lower area, I believe, on the west side of

13  the building.

14  Q.  And how long would you estimate you were down on that

15  west -- lower west front of the building?

16  A.  I think maybe under an hour.

17  Q.  Did there come a time when you needed to retreat from

18  that area and go up to the next level of the inaugurational

19  platform?

20  A.  Yes.

21  Q.  What happened when you went up to the next level of the

22  inauguration platform?

23  A.  Shortly after we went up to that next level, we had

24  retreated even further back and we retreated down this

25  hallway into the west side of the building.  Then we held

1    that hallway.

2    Q.  Now, on January 6th, 2021, were you wearing a body-worn

3    camera?

4    A.  I was.

5    Q.  Did you activate it at several points during the day?

6    A.  I did.

7    Q.  Did it become deactivated at certain points during the

8    day?

9    A.  Yes.  You deactivate them by pushing on them.  So

10   whenever there was an altercation, it would often get pushed

11   off.

12   Q.  So when you reactivate your body-worn camera after it's

13   been off, is there a portion of the recording that is

14   silent?

15   A.  Yeah.  So the camera records -- has a buffer of the

16   video for two minutes whenever it's on but not activated.

17   And that two-minute buffer doesn't have audio, but it has

18   video.

19   Q.  And in preparation for your testimony, did you and I

20   review some of your body-worn camera from January 6th, 2021?

21   A.  Yes.

22   Q.  And was there a time when you were in that tunnel where

23   that body-worn camera got turned off?

24   A.  Yes.

25   Q.  And then did you ultimately reactivate that body-worn

1     camera?

2     A.  Yes.

3             MS. PASCHALL:  If we could please pull up Exhibit

4     218.

5             (Whereupon, segments of Government's Exhibit No.

6     218 were published in open court.)

7             MS. PASCHALL:  If we could stop Exhibit 218.

8     BY MS. PASCHALL:

9     Q.  Officer Foulds, do you recognize what's on the screen

10    here as 218?

11    A.  I believe I do.

12            MS. PASCHALL:  Let's actually play it a little bit

13    further.

14            (Whereupon, segments of Government's Exhibit

15    No. 218 were published in open court.)

16            MS. PASCHALL:  Let's stop at 15:13:30.

17    BY MS. PASCHALL:

18    Q.  Do you recognize this as your body-worn camera?

19    A.  Yes.

20    Q.  And is this a fair and accurate representation of what

21    you were witnessing on January 6th, 2021?

22    A.  Yes.

23            MS. PASCHALL:  At this time, the Government would

24    move the admission of Exhibit 218.

25            THE COURT:  Seeing no objection, 218 is in.

```
 1                    (Whereupon, Government's Exhibit No. 218 was
 2          entered into evidence.)
 3                    MS. PASCHALL:  If we could start the video again
 4          here at 15:13:30.
 5                    (Whereupon, segments of Government's Exhibit
 6          No. 218 were published in open court.)
 7                    MS. PASCHALL:  If we could stop.
 8          BY MS. PASCHALL:
 9          Q.  We've stopped the video at 15:13:34.  Officer, I'm going
10          to circle an individual who's all the way to the left here
11          of the video.  Do you see that person?
12          A.  Yes.
13          Q.  And what does it appear that person is holding?
14          A.  The person is holding one of our riot shields.
15          Q.  Now, I'm going to play this a little bit further.  We'll
16          look closely at that shield.
17                    (Whereupon, segments of Government's Exhibit
18          No. 218 were published in open court.)
19                    MS. PASCHALL:  Go back just a couple of frames
20          here.
21                    (Whereupon, segments of Government's Exhibit
22          No. 218 were published in open court.)
23          BY MS. PASCHALL:
24          Q.  Officer, can you actually see the logo that's on the
25          shield there?  I'm going to circle it here for you.  Do you
```

1    see that?

2    A.  I see it kind of --

3    Q.  Is that --

4    A.  -- vaguely, but I recognize the design.

5    Q.  Is that actually a Capitol Police shield instead of a

6    Metropolitan Police shield because it has the Capitol on it?

7    A.  I don't actually know the difference in the insignias

8    between our two shields.

9            MS. PASCHALL:  Let's play again from 15:13:32.

10           (Whereupon, segments of Government's Exhibit

11   No. 218 were published in open court.)

12           MS. PASCHALL:  And let's stop at 15:14:02.

13   BY MS. PASCHALL:

14   Q.  We're going to go back and look at that a little more

15   closely frame by frame.  But just generally speaking, do you

16   remember this interaction with that person who I had

17   previously circled on your body-worn camera?

18   A.  Yes.

19   Q.  And what do you remember about that?

20   A.  I remember that he shoved at me with the shield he had

21   in his hands and I struck back with a wooden baton that I

22   had picked up from the ground.

23   Q.  So I just saw you make a motion that I wanted to

24   describe for the record.  You can correct me if I'm wrong:

25   I saw you have both of your hands kind of at fists near your

1    chest and then you moved those fists forward in unison.  Is

2    that -- am I describing that accurately?

3    A.  Yes.

4    Q.  Is that what you recall this person in the video using

5    to push that shield towards you in the moments we've just

6    watched on your body cam?

7    A.  Yes.

8              MS. PASCHALL:  Now, Mr. Clements, if we could go

9    back to 15:13:29, please.  That's fine.  Thank you.  We'll

10   start at 15:13:29 and try to stop at 15:13:38.

11             (Whereupon, segments of Government's Exhibit

12   No. 218 were published in open court.)

13             MS. PASCHALL:  Now let's stop at 15:13:38.

14   BY MS. PASCHALL:

15   Q.  Now, in the moments before that, is it accurate to say

16   that there was another officer in front of you who just

17   moved out of the way?

18   A.  Yes.

19   Q.  And how is your body turned compared to the person who

20   you've described as pushing that shield towards you?  Are

21   you facing him straight on?  Are you turned to the side?

22   Something else?

23   A.  I think at the moment from the angle of the body-worn

24   camera that I am turned to the side.

25   Q.  So that would mean that this individual is sort of off

1    of your left shoulder.  Is that accurate?

2    A.  Yes.

3    Q.  Okay.

4            MS. PASCHALL:  Now let's continue for another two

5    seconds until 15:13:40.

6            (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8    BY MS. PASCHALL:

9    Q.  In those previous two seconds, what did we just see

10   there?

11   A.  He shoved me with the shield and I struck back with the

12   baton.

13   Q.  And --

14           THE COURT:  Sorry.  Is that the same one we just

15   saw?  Have you just replayed this?

16           MS. PASCHALL:  No.  It's actually the next moment

17   in time.

18           THE COURT:  Okay.

19   BY MS. PASCHALL:

20   Q.  The baton, I believe you described it.  Did you say that

21   was a duty baton that you had?

22   A.  So it was -- I believe it belonged to one of the other

23   officers.  It had fallen on the ground and I picked it up so

24   no one else had taken control of it.  It was a wooden baton

25   similar to the asp baton that I use.

```
 1    Q.  And I've watched you kind of move your hands out.  Is
 2    that one of those kind of collapsible-style batons?
 3    A.  Yes.  I had a collapsible-style baton.  The one I had in
 4    my hand at the moment was wooden and was solid.
 5    Q.  Thank you for that.
 6              Now, once again, as we're looking at 15:13:40, how
 7    is your body faced compared to the person who's using the
 8    shield to strike at you?  Again, are you straight-on
 9    forward?  Are you to the side?  Or something else?
10    A.  It appears that I'm to the side or facing away.
11              MS. PASCHALL:  If we could go forward another two
12    seconds, please, to 15:13:42.
13              (Whereupon, segments of Government's Exhibit
14    No. 218 were published in open court.)
15    BY MS. PASCHALL:
16    Q.  Now, what have we just seen in that moment there?
17    A.  I believe that's another shove.
18    Q.  Are you now able to see your body cam facing forward
19    towards the person with the shield?
20    A.  Yes.
21              MS. PASCHALL:  If we could start again at 15:13:42
22    and go for another two seconds.
23              (Whereupon, segments of Government's Exhibit
24    No. 218 were published in open court.)
25              MS. PASCHALL:  I'm sorry to do this to you,
```

1    Mr. Clements.  If we could go back just one second to

2    15:13:43.

3            (Whereupon, segments of Government's Exhibit

4    No. 218 were published in open court.)

5    BY MS. PASCHALL:

6    Q.  Right there, we've stopped at 15:13:43.  I'm going to

7    circle here all the way off to the upper left.  Do you see

8    what I've circled there?

9    A.  Yes.  That's my hand.  I'm trying to close the door to

10   put the door between us and the protesters.

11           MS. PASCHALL:  Let's start again at 14:30:43 and

12   we'll go ahead another three seconds.

13           (Whereupon, segments of Government's Exhibit

14   No. 218 were published in open court.)

15   BY MS. PASCHALL:

16   Q.  It's a little bit blurry in this stopped shot.  But at

17   15:13:46 seconds, do we see kind of a long object going from

18   the center of the screen diagonally down to the right?

19   A.  Yes.  That's the wooden baton I mentioned.

20           MS. PASCHALL:  Let's start again and go forward to

21   15:13:58.

22           (Whereupon, segments of Government's Exhibit

23   No. 218 were published in open court.)

24           MS. PASCHALL:  Actually, we can continue to play

25   until 15:14:05.

 1          (Whereupon, segments of Government's Exhibit

 2     No. 218 were published in open court.)

 3     BY MS. PASCHALL:

 4     Q.  We've stopped the video at 15:14:05.  Have you just

 5     grabbed something from another officer?

 6     A.  Yes.

 7     Q.  What is that?

 8     A.  That is another -- one of the riot shields of the same

 9     type that he was using.

10     Q.  And in the interaction that we've watched in the 30

11     seconds or so before this, did you have a shield or no?

12     A.  I did not.

13          MS. PASCHALL:  If we could now please pull up what

14     is already in evidence as Exhibit 301.

15          (Whereupon, segments of Government's Exhibit

16     No. 301 were published in open court.)

17          MS. PASCHALL:  If we could pull that ahead to 20

18     minutes and 22 seconds.

19          (Whereupon, segments of Government's Exhibit

20     No. 301 were published in open court.)

21     BY MS. PASCHALL:

22     Q.  Now, Officer Foulds, when we have watched some videos

23     that were taken from the members of the crowd that day, how

24     have you been able to identify yourself in those videos?

25     A.  I was wearing a sort of neon green mask.

Foulds - DIRECT - By Ms. Paschall

1    Q.  And of the officers who are in this tunnel area with

2    you, do you know if any of them -- anyone else other than

3    yourself had that neon green mask?

4    A.  I don't think so.

5            MS. PASCHALL:  Let's start Government's Exhibit

6    301 at 22:20.

7            (Whereupon, segments of Government's Exhibit

8    No. 301 were published in open court.)

9            MS. PASCHALL:  Let's stop there at 22:33.

10   BY MS. PASCHALL:

11   Q.  Does that interaction that we've shown from 22:20 to

12   22:33 look like the inverse of what we just watched on your

13   body-worn camera of that interaction where you mentioned

14   that the person in front of you pushed the shield at you and

15   then you struck with your baton?

16   A.  It seems to be the same event.

17           MS. PASCHALL:  Let's continue for about another

18   ten seconds here.

19           (Whereupon, segments of Government's Exhibit

20   No. 301 were published in open court.)

21           MS. PASCHALL:  Stop there at 22:43.

22   BY MS. PASCHALL:

23   Q.  Officer, did you see yourself there going for what's

24   kind of in the foreground here this sort of metal frame?

25   A.  Yes.

1    Q.  What is happening there?  What are you trying to do?

2    A.  I'm trying to close the door to put it between the two

3    groups.  And whenever I do that, I get shoved with the

4    shield.

5    Q.  Now, in your training for CDU, when are you trained to

6    use your baton?

7    A.  So the specific CDU baton they issue us, we're trained

8    to use that as a prying tool.  This baton is not my issued

9    CDU baton and it's more similar to my asp baton, which I'm

10   trained in routine patrol if someone is being assaultive, I

11   can strike them in the arm, the leg or the chest with the

12   asp baton.

13   Q.  And what were to happen if you were to strike at

14   somebody who was not being assaultive to you in the first

15   instance?

16   A.  I would probably be -- I would be investigated by the

17   department.

18   Q.  So fair to say that your training does not allow you to

19   use that asp baton unless someone is being assaultive to you

20   first?

21   A.  Correct.

22          MS. PASCHALL:  Can we please pull up Exhibit 415.

23          Actually, your Honor, this is a good time to

24   mention, we played 415 yesterday with Officer Hodges.  But

25   my team noted for me that I don't believe we actually moved

1   that into evidence.  I'm happy to lay a foundation with this

2   officer or just move it in at this point in time.

3              MR. URSO:  We'll stipulate, your Honor.

4              THE COURT:  Thank you.  I thought we had it as in.

5   But if it wasn't in, it is now.

6              MS. PASCHALL:  Thank you.

7              (Whereupon, Government's Exhibit No. 415 was

8   entered into evidence.)

9              MS. PASCHALL:  If we could please move Exhibit 415

10  ahead to time marker 2:17.  Let's play through until minute

11  2:38.

12             (Whereupon, segments of Government's Exhibit

13  No. 415 were published in open court.)

14  BY MS. PASCHALL:

15  Q.  Officer Foulds, right here in the center of the frame

16  that I've just circled, is that you in the green mask?

17  A.  Yes.

18  Q.  And so would it be accurate to say this is a similar

19  view to what we've seen in Government's Exhibit 301 but more

20  from a higher-up vantage point?

21  A.  Yes.

22  Q.  Officer Foulds, do you recall sustaining any injuries

23  from this interaction with this Defendant?

24  A.  From this particular interaction, no.

25  Q.  Do you recall receiving injuries throughout the day on

```
1    January 6th?

2    A.  Yeah.  I had a number of abrasions on my forehead from

3    being struck on the helmet multiple times.

4           MS. PASCHALL:  I am going to now ask that we pull

5    up Exhibit 220.

6           (Whereupon, segments of Government's Exhibit

7    No. 220 were published in open court.)

8    BY MS. PASCHALL:

9    Q.  Officer Foulds, did you remain in this tunnel area for a

10   longer period of time after the incident that we have just

11   been watching?

12   A.  I believe so.  Yes.

13   Q.  And so now I've pulled up Exhibit 220.  Do you see the

14   timestamp here?

15   A.  I do.

16   Q.  What is that?

17   A.  16:08.

18   Q.  I'm going to play a little bit of this; and let me know

19   if you recognize this as your body-worn camera.

20           (Whereupon, segments of Government's Exhibit

21   No. 220 were published in open court.)

22           MS. PASCHALL:  If we could stop there at 16:09:11.

23   BY MS. PASCHALL:

24   Q.  Officer, does this appear to be your body-worn camera?

25   A.  I believe so.  I need to hear it turn on to be
```

1  completely sure.  But I believe this is.

2  Q.  Some of the audio?  Sure.

3          MS. PASCHALL:  If we can move it ahead in time to

4  16:14:00.

5          (Whereupon, segments of Government's Exhibit

6  No. 220 were published in open court.)

7          THE WITNESS:  Yeah.  It's my body-worn.

8  BY MS. PASCHALL:

9  Q.  We've stopped at 16:14:07.  Were you able to hear your

10  own voice?

11  A.  Yes.

12  Q.  Is that fair and accurate to what you would have sounded

13  like on January 6th, 2021?

14  A.  Yes.

15          MS. PASCHALL:  At this time, the Government would

16  move the admission of Exhibit 220.

17          THE COURT:  Seeing no objection, 220 is in.

18          (Whereupon, Government's Exhibit No. 220 was

19  entered into evidence.)

20  BY MS. PASCHALL:

21  Q.  So, Officer, at this point in time, are you now closer

22  to that outer archway of the tunnel as opposed to earlier

23  where we viewed you sort of in between those two sets of

24  double doors?

25  A.  Yes.

1    Q.  Did there come a time when the police line that was at

2    that outer archway got pushed back further inside the tunnel

3    and lost some ground?

4    A.  Yes.

5             MS. PASCHALL:  Now let's continue to watch Exhibit

6    220 here from 16:14:00.

7             (Whereupon, segments of Government's Exhibit

8    No. 220 were published in open court.)

9             MS. PASCHALL:  Let's stop the video at 16:14:20.

10   BY MS. PASCHALL:

11   Q.  Just before we moved away there, were you able to see an

12   individual that looked like they were dressed head to toe in

13   red?

14   A.  Yes.

15            MS. PASCHALL:  Start again at 16:14:20.

16            (Whereupon, segments of Government's Exhibit

17   No. 220 were published in open court.)

18            MS. PASCHALL:  Let's stop the video there at

19   16:16:15.

20   BY MS. PASCHALL:

21   Q.  Were you able to hear your own voice there?

22   A.  Yes.

23   Q.  What were you saying?

24   A.  I believe I'm talking to someone who's -- talking to one

25   of the protesters and saying, "Help us move back.  Only more

1    people are going to get hurt."

2            MS. PASCHALL:  Let's start again at 16:16:15.

3            (Whereupon, segments of Government's Exhibit

4    No. 220 were published in open court.)

5            MS. PASCHALL:  Let's stop the video at 16:16:33.

6    BY MS. PASCHALL:

7    Q.  Were you able to hear somebody a little bit further away

8    than you screaming "Forward, forward, forward"?

9    A.  Yes.

10           MS. PASCHALL:  Let's start again at 16:16:33.

11           (Whereupon, segments of Government's Exhibit

12   No. 220 were published in open court.)

13           MS. PASCHALL:  Stop the video.

14   BY MS. PASCHALL:

15   Q.  At 16:17:01, what have we just heard happening there?

16   A.  So I believe right there I'm saying, "Give me some

17   space.  I can't stand," because everyone's getting pressed

18   up against each other.  And I was losing my footing.

19           MS. PASCHALL:  Let's play the video again at

20   16:17:01.

21           (Whereupon, segments of Government's Exhibit

22   No. 220 were published in open court.)

23           MS. PASCHALL:  Let's stop the video there at

24   16:17:39.

25

 1    BY MS. PASCHALL:

 2    Q.  Were you able to hear a voice a little bit further away

 3    from you in that moment saying, "Will you surrender now, you

 4    fucking pussies?"

 5    A.  Yes.

 6          MS. PASCHALL:  Let's start the video again at

 7    16:17:39.

 8          (Whereupon, segments of Government's Exhibit

 9    No. 220 were published in open court.)

10          MS. PASCHALL:  Stop the video at 16:18:09.

11    BY MS. PASCHALL:

12    Q.  Officer, did we just hear your voice there?

13    A.  Yeah.  I said that if they broke through where we were

14    at at the Capitol, a lot of people were going to get killed

15    in the riot that follows.

16    Q.  And what are you trying to accomplish in this moment

17    with the people who are directly in front of you?

18    A.  So the hope is because this is -- if people push through

19    this big inlet, you would have hundreds of people more in

20    that were already storming into the Capitol.  And we were

21    heavily outnumbered.  And the only thing that we could do to

22    have some control and prevent all the bad actors in the

23    crowd from hurting or killing people was hold this choke

24    point where a small amount of our number could hold off a

25    larger number of protesters.

1          MS. PASCHALL:  Let's keep going here at 16:18:09.

2              (Whereupon, segments of Government's Exhibit

3      No. 220 were published in open court.)

4          MS. PASCHALL:  Stop the video.

5      BY MS. PASCHALL:

6      Q.  Officer Foulds, we're now at 16:19:04.  We started

7      playing this video for you at about 16:14.  We're not seeing

8      much on the screen at this point.  Is that accurate?

9      A.  Yes.

10     Q.  And why is that?

11     A.  Because my body-worn camera is being pushed right up

12     against the mass of people so that, like, I am chest to

13     chest and everyone next to me is chest to chest with all of

14     the protesters who were pushing against us.

15     Q.  Are you in fact the front line of that group so that

16     your chest is now up against directly the mob in front of

17     you?

18     A.  I believe so.

19         MS. PASCHALL:  Let's continue here at 16:19:04.

20             (Whereupon, segments of Government's Exhibit

21     No. 220 were published in open court.)

22         MS. PASCHALL:  If we could stop at 16:19:37.

23     BY MS. PASCHALL:

24     Q.  Did we just hear your voice again?

25     A.  Yeah.  I think I said, "I can't see anything."  I don't

1    know why I bring it up.  But --

2    Q.  But in that moment -- well, let me ask you this:

3    Earlier, you talked about a helmet that you would put on as

4    a part of your CDU gear.

5              Do you remember that?

6    A.  Yeah.

7    Q.  Did that have a shield?

8    A.  Yeah, it did.  And probably what I'm talking about is

9    over the course of the day it got covered with all sorts of

10   stuff from mostly pepper spray getting exchanged from both

11   sides.  I imagine at this point it must be covered.

12             MS. PASCHALL:  Let's now move ahead to 16:20:43.

13             (Whereupon, segments of Government's Exhibit

14   No. 220 were published in open court.)

15             MS. PASCHALL:  Let's stop the video.

16   BY MS. PASCHALL:

17   Q.  We've stopped at 16:21:02.  At this point in the video,

18   what are we able to see?

19   A.  I think people are -- protesters are moving out of the

20   hallway and I'm trying to push people along and make sure

21   that everyone gets out of the hallway.

22   Q.  So we've now -- is it accurate to say we've now broken

23   away from that moment where you are chest to chest with

24   protesters for several minutes and now we've got a little

25   bit more room to breathe?

1    A.  Yes.

2            MS. PASCHALL:  Your Honor, I have another question

3    about whether something is in evidence or not.  We admitted

4    Exhibit 101 and all of its subcomponents, but I don't think

5    we admitted 101.6, which is going to be camera 74 from 4:15

6    onwards.  Since we've already admitted Exhibit 101 in its

7    entirety, I would ask if defense counsel have any objection

8    to admitting that subcomponent 101.6.

9            MR. LOPEZ:  I have a question on your revised

10   exhibit list.  I don't have a 101.6.  It stops at --

11           MS. PASCHALL:  We can get you one that will have

12   101.6.

13           THE COURT:  Without objection, 101.6 is in.

14           (Whereupon, Government's Exhibit No. 101.6 was

15   entered into evidence.)

16           MS. PASCHALL:  Can we please pull up

17   Exhibit 101.6.

18           (Whereupon, segments of Government's Exhibit

19   No. 101.6 were published in open court.)

20           MS. PASCHALL:  We can stop that there.

21   BY MS. PASCHALL:

22   Q.  Now, Officer, when you and I were preparing for your

23   testimony, did we watch some of the surveillance camera

24   video from that tunnel area at the U.S. Capitol?

25   A.  Yes.

1    Q.  What is the timestamp up in the upper left-hand corner,

2    please?

3    A.  4:15 p.m.

4    Q.  And I'm going to circle in this center right of the

5    photograph there -- or the still shot there.  Do you see

6    that individual all in red?

7    A.  Yeah.

8            MS. PASCHALL:  If we could please start to play

9    Exhibit 101.6 at 4:15:01 -- I'm sorry.  Where you had it,

10   actually.  I meant 4:15:01 p.m.

11           (Whereupon, segments of Government's Exhibit

12   No. 101.6 were published in open court.)

13           MS. PASCHALL:  Stop the video.

14   BY MS. PASCHALL:

15   Q.  We're stopped now at 4:15:40 p.m.  Officer Foulds, where

16   is the police line?  You can use your finger on the screen

17   there to annotate.  Where is the police line in this

18   photograph?

19   A.  (Witness indicates.)

20   Q.  So fair to say about the dead middle of the screen right

21   here at 4:15:40.  Is that accurate?

22   A.  Yes.

23           MS. PASCHALL:  Let's continue playing from this

24   point.

25           (Whereupon, segments of Government's Exhibit

1    No. 101.6 were published in open court.)

2            MS. PASCHALL:  If we could stop the video.

3    BY MS. PASCHALL:

4    Q.  We've stopped at 14:16:19 p.m.  Officer, I'm circling an

5    individual for you right in the middle there of the

6    photograph.  Do you see that individual?

7    A.  Yes.

8    Q.  And what does it appear that individual is doing right

9    at this moment?

10   A.  I think he's about to climb up the archway.

11   Q.  Does he have his hand out on that kind of outer archway

12   there?

13   A.  Yeah, he does.

14           MS. PASCHALL:  If we could start the video again,

15   please.

16           (Whereupon, segments of Government's Exhibit

17   No. 101.6 were published in open court.)

18           MS. PASCHALL:  If we could stop the video.

19   BY MS. PASCHALL:

20   Q.  We've stopped at 14:16:59 p.m.  Officer, can you draw

21   for us on the screen if you can see the police line anymore

22   at 14:16:59?

23   A.  (Witness indicates.)

24   Q.  So would it be accurate to describe your line here as

25   now all the way at the bottom of the screenshot here at

Foulds - DIRECT - By Ms. Paschall

1    14:16:59?

2    A.  Yes.

3          MS. PASCHALL:  If we could start the video again,

4    please.

5          (Whereupon, segments of Government's Exhibit

6    No. 101.6 were published in open court.)

7          MS. PASCHALL:  If we could stop the video.

8    BY MS. PASCHALL:

9    Q.  We've stopped the video at 14:17:59.  In that

10   intervening minute there, what is happening to the police

11   line?

12   A.  It's -- I believe it's being pushed back further.

13   Q.  And immediately off the bottom of the screen here in the

14   direction that the police line is being pushed, what are you

15   being pushed into?

16   A.  We're being pushed into the main Capitol Building.

17          MS. PASCHALL:  Let's start the video again at

18   14:17:59.

19          (Whereupon, segments of Government's Exhibit

20   No. 101.6 were published in open court.)

21          MS. PASCHALL:  Let's stop the video.

22   BY MS. PASCHALL:

23   Q.  We're now at 14:19:06.  Are we able to see the police

24   line again yet in this video?

25   A.  I'm not sure.  I don't think so.

 1           MS. PASCHALL:  Let's move forward in time to

 2     timestamp 4:20:27 p.m., so about a minute and a half.

 3     That's fine.  We're at 4:20:27 p.m.  I'll ask that we start

 4     the video again here.

 5           (Whereupon, segments of Government's Exhibit

 6     No. 101.6 were published in open court.)

 7           MS. PASCHALL:  If we could stop the video and

 8     actually go back about three or four seconds here.

 9           (Whereupon, segments of Government's Exhibit

10     No. 101.6 were published in open court.)

11           MS. PASCHALL:  Right there is fine.

12     BY MS. PASCHALL:

13     Q.  Officer, I am circling an individual right in the middle

14     of the screen at 4:20:28 p.m.  Do you see that individual?

15     A.  Yes.

16     Q.  I'm going to ask that you watch that individual here for

17     the next couple of seconds while we play the video again.

18           (Whereupon, segments of Government's Exhibit

19     No. 101.6 were published in open court.)

20           MS. PASCHALL:  Stop at 4:20:32.

21     BY MS. PASCHALL:

22     Q.  Were you able to see that individual kind of wave his

23     arm in the air there during that five or so seconds?

24     A.  Yes.

25     Q.  Officer Foulds, in the time that you've been with CDU

```
 1    74, are you one of the main units that gets called out for

 2    large rallies, marches and First Amendment assemblies?

 3    A.  Yes.

 4    Q.  How many would you estimate large rallies, marches and

 5    First Amendment assemblies that you've manned as a member of

 6    CDU 74 in your time with MPD?

 7    A.  I think probably a few dozen.

 8    Q.  Have you ever experienced any of those marches, rallies

 9    or First Amendment assemblies devolve into violence?

10    A.  Yes.

11    Q.  Has any of them been anything like what you experienced

12    this day on January 6th?

13    A.  No.

14              MS. PASCHALL:  Thank you.  I have no further

15    questions for you.

16              THE COURT:  Mr. Urso?

17              MR. URSO:  Thank you, your Honor.

18                      CROSS-EXAMINATION

19    BY MR. URSO:

20    Q.  Good afternoon, Officer Foulds.

21    A.  Good afternoon.

22    Q.  Give me a minute here.

23              MR. URSO:  May I have a moment, your Honor?

24              THE COURT:  You may.

25              MR. URSO:  (Confers with counsel.)
```

1          I'm going to use my version of one of the

2    Government's exhibits.  It's easier.

3          THE COURT:  Okay.

4    BY MR. URSO:

5    Q.  Just following up on that last point, this was an

6    unprecedented event for you.  Correct?

7    A.  Yes.

8    Q.  And so is it your testimony -- you testified earlier

9    about your use-of-force policy and your baton strikes.  Is

10   it your testimony that you think you would have been

11   unjustified in baton-striking people like, for instance,

12   Mr. McCaughey to move them back when they were that close to

13   the Capitol, to entering the Capitol?

14   A.  No.  That's not my testimony.

15   Q.  You said you could only hit baton strikes if you'd been

16   assaulted.

17   A.  If someone is being assaultive.

18   Q.  Oh.

19   A.  So if someone's trying to, like, forcibly push me back,

20   that's assaultive.

21   Q.  Assaultive.

22   A.  Assaultive is physically attacking someone.  It doesn't

23   have to be a specific -- it doesn't have to be a specific

24   punch.  It could be pushing someone to the ground.

25   Q.  Okay.  But you think that you would have been violating

1    policy if in that tunnel you were trying to move the line

2    back of people and you started whacking people in the front

3    with the baton?  You think you would have been violating

4    policy if they had not pushed you or been assaultive?

5    A.  If they had not pushed me but we -- we would not have

6    been pushed back if we were not pushed.

7    Q.  So let me just --

8    A.  So if they're trying to push their way past us, that

9    would be some way where we could asp-strike someone.

10   Q.  Okay.  If there was a stalemate at the moment and the

11   protesters were here, the police were here and nobody was

12   advancing but you wanted to move them out of the tunnel,

13   you're saying it would have been -- you would have violated

14   policy if you started using the baton at that point?

15   A.  If everyone was just standing peacefully, yes, possibly.

16   Q.  Okay.  I just want to be clear.  I believe you did

17   testify about that encounter you had with Mr. McCaughey.

18   That's what you testified about earlier.  Right?  This

19   gentleman here?

20   A.  I believe so.

21   Q.  The guy with the brown -- sort of reddish-brown

22   sweatshirt?

23   A.  Yes.

24   Q.  You said you were not injured as a result of that

25   encounter.  Correct?

Foulds - CROSS - By Mr. Urso

1    A.  Correct.

2    Q.  By the way, there was some video later played after the

3    encounter you had with him of another person with a brown

4    sweatshirt.  That was not Mr. McCaughey.  Correct?

5    A.  I don't believe so.

6    Q.  Well, didn't you confuse Mr. McCaughey with another

7    gentleman when you were interviewed by the detectives,

8    Detective McCarthy?

9    A.  I didn't confuse the two.  The detectives at that time

10    were asking about things that I remember from that day.  So

11    I was talking about another interaction I had, because the

12    guy was very memorable.

13          I then immediately -- I think there was a little

14    confusion initially where the agent thought I was talking

15    about Mr. McCaughey and I wasn't.  And I went back and

16    cleared that up and said, like, "No.  I'm talking about a

17    different guy.  The guy with the shield is not the person I

18    was talking about."

19    Q.  And you were -- the confusion was because they both had

20    brown hoodies.  Right?

21    A.  No.  I simply just brought up the other guy because he

22    was relevant and I didn't -- the two look very different.

23    So I was not confusing the two.

24    Q.  And let me just ask you this:  After your brief

25    encounter that we witnessed earlier here in these exhibits

1    with Mr. McCaughey, you did not see Mr. McCaughey again ever

2    that day.  Correct?

3    A.  Not that I recall.

4    Q.  Now, I want to -- you were pretty liberal with the baton

5    during this encounter with Mr. McCaughey.  Would you agree

6    with that?

7    A.  No.

8    Q.  Okay.  Let me -- I'm going to take you through what's

9    been marked as Defendant's Exhibit A.  I'm going to hook it

10   up.  Let me back up just a little bit.  I'm going to play a

11   little bit and then I'm going to try to go frame by frame.

12   I'm trying to catch the beginning of your encounter with

13   Mr. McCaughey.

14            Right here at 1:38, you're not at the front of the

15   line yet.  Correct?

16   A.  Correct.

17   Q.  You can see you, because you had a green mask.  Right?

18   A.  Yep.

19   Q.  Let me just play it a little bit.

20            (Whereupon, segments of Defendant McCaughey's

21   Exhibit A were published in open court.)

22   BY MR. URSO:

23   Q.  There is an officer between you and Mr. McCaughey at

24   that point.  Correct?

25   A.  Yes.

1          (Whereupon, segments of Defendant McCaughey's

2     Exhibit A were published in open court.)

3     BY MR. URSO:

4     Q.  Now, at that point, you're still behind that other

5     officer and you have your baton cocked.  Is that correct?

6     You have it --

7     A.  So everyone was packed really tight.  So often, like, I

8     don't have space to have my hands out in front of me.  I

9     have to have them pressed up against me because everyone's

10    so close to each other.

11    Q.  So you wanted to be in be-ready position?

12    A.  No.  So I had someone in front of me forcing my hand all

13    the way.  So I'm holding something in my hand and my arm's

14    being forced against my body.

15    Q.  So you're saying that you holding this baton up in this

16    little snippet is involuntary?

17    A.  I'm saying that I'm just holding things in my hand and

18    that's how my --

19    Q.  Did you lift up the baton on purpose or was it in -- did

20    somebody force your arms in the air?  That's all I'm asking.

21    A.  I mean, I'm just holding it in the air.

22    Q.  Did you put it in the air yourself or did somebody force

23    you --

24    A.  I put it in the air myself.

25              MR. URSO:  I'm going to play a little bit more.

Foulds - CROSS - By Mr. Urso

1              (Whereupon, segments of Defendant McCaughey's

2    Exhibit A were published in open court.)

3              MR. URSO:  I'm going to stop at 1:48.

4    BY MR. URSO:

5    Q.  Would you agree this is the first time you're face to

6    face with Mr. McCaughey?

7    A.  Sure.

8    Q.  I'm going to actually try to go frame by frame.  I don't

9    have that.  I'm just going to click it, unclick it.  I don't

10   have that feature.

11             You have the baton in your right hand holding it

12   in the air.  Correct?

13   A.  Yes.

14   Q.  I'll go ahead.

15             (Whereupon, segments of Defendant McCaughey's

16   Exhibit A were published in open court.)

17   BY MR. URSO:

18   Q.  Now your left hand is in the door?

19   A.  Yes.

20   Q.  Where the glass used to be?

21   A.  Yes.

22   Q.  Mr. McCaughey is sort of in the doorway and sort of in

23   your way from closing the door?

24   A.  Yes.

25             (Whereupon, segments of Defendant McCaughey's

1    Exhibit A were published in open court.)

2    BY MR. URSO:

3    Q.  We didn't see -- we missed something from the flag there

4    for a split second, but it looks like you guys are face to

5    face again.  It doesn't look like there's been much

6    movement.  Correct?

7    A.  I believe in the body-worn camera that's when he shoves

8    me.

9    Q.  I'm going to do the body-worn camera, too.  I'm trying

10   to do both angles.

11   A.  Correct.

12   Q.  You think you got shoved while that flag was in the way?

13   A.  I distinctly remember I go to grab the door to pull it

14   closed and then he shoves me.

15   Q.  Okay.  Let me do it again.

16          (Whereupon, segments of Defendant McCaughey's

17   Exhibit A were published in open court.)

18   BY MR. URSO:

19   Q.  Now, he's not making contact with you there, is he?

20   A.  I believe this is just after the shove.

21          (Whereupon, segments of Defendant McCaughey's

22   Exhibit A were published in open court.)

23   BY MR. URSO:

24   Q.  You just swung the baton at him.  Right?

25   A.  Correct.

1          (Whereupon, segments of Defendant McCaughey's

2    Exhibit A were published in open court.)

3    BY MR. URSO:

4    Q.  Now, he was in your way from closing the door.  Right?

5    Right before you --

6    A.  No.  I --

7    Q.  Right before you whacked him?

8    A.  No.  I went to close the door and he shoved me and so I

9    whacked him.  Sorry.  I delivered a strike with the baton.

10   Sorry.

11          THE COURT:  "Whack" isn't the official term?

12          THE WITNESS:  Not the technical term.

13   BY MR. URSO:

14   Q.  But he's still alive.  I don't mean it that way.  I'm

15   going to go ahead.

16          (Whereupon, segments of Defendant McCaughey's

17   Exhibit A were published in open court.)

18   BY MR. URSO:

19   Q.  At that point, it looks like you reached for his shield

20   to try to pull it and strike.  Correct?

21   A.  Can you go back a second or two?

22          (Whereupon, segments of Defendant McCaughey's

23   Exhibit A were published in open court.)

24   BY MR. URSO:

25   Q.  Is that back enough?

1     A.  I can't tell from here whether I'm going for the shield

2     or whether I'm going for the door again.

3     Q.  You did at least once or twice try to pull his shield

4     aside and hit him with the baton.  Right?  You don't recall?

5     A.  I mean, I might have tried to disarm him of the shield

6     that he had been hitting me with.

7                (Whereupon, segments of Defendant McCaughey's

8     Exhibit A were published in open court.)

9     BY MR. URSO:

10    Q.  Right there, what are you reaching for?  Is this the

11    door or the shield?

12    A.  I can't tell from this angle.

13                (Whereupon, segments of Defendant McCaughey's

14    Exhibit A were published in open court.)

15    BY MR. URSO:

16    Q.  Now, Mr. McCaughey is raising the shield or you pushed

17    it up.  One or the other.  Right?  Your hand reached out to

18    the shield?

19    A.  It looks like.

20    Q.  But the shield's not touching your torso.  Right?

21    You're touching the shield?

22    A.  Okay.

23    Q.  Would you agree with that?

24    A.  Yes.

25                (Whereupon, segments of Defendant McCaughey's

```
 1    Exhibit A were published in open court.)
 2    BY MR. URSO:
 3    Q.  Now his shield came down, but it didn't strike you.
 4    Correct?
 5    A.  Yes.  But it looks like he swung it towards me.
 6    Q.  Well, he didn't hit you.  Correct?  As the shield came
 7    down, it didn't strike you?
 8    A.  Yes.  But it looks like he swung it towards me.
 9    Q.  That's a simple "yes" or "no."
10    A.  I -- I can't necessarily tell from this angle whether it
11    struck me or not.
12    Q.  Don't you think you would have flinched a little if you
13    got struck with it?
14    A.  I mean, I had been struck --
15            MS. PASCHALL:  Objection.
16            THE COURT:  Sustained.  Let's keep going.
17            MR. URSO:  I'm going to keep going forward.
18            (Whereupon, segments of Defendant McCaughey's
19    Exhibit A were published in open court.)
20    BY MR. URSO:
21    Q.  So right there, did you grab the shield and move it out
22    of the way and strike Mr. McCaughey?  Or about to strike
23    him?
24    A.  Yes.  It looks like I got struck with the shield or he
25    attempted to strike me with the shield and then I struck him
```

1    in response.

2                    (Whereupon, segments of Defendant McCaughey's

3    Exhibit A were published in open court.)

4    BY MR. URSO:

5    Q.  And now he puts the shield up again to protect himself.

6    Right?

7    A.  So I'm putting my hand in the way so that he's not able

8    to strike me with the shield.

9    Q.  And in the screenshot which we just showed, did he not

10   just bring the shield back up to --

11   A.  He brung the shield back up.  I can't speak to his

12   intention.

13                   (Whereupon, segments of Defendant McCaughey's

14   Exhibit A were published in open court.)

15   BY MR. URSO:

16   Q.  But you were able to speak to his intention when that

17   shield came down.  You said it looked like he was trying to

18   hit you.

19   A.  I mean, I can only say from my perspective.  If

20   something is swinging towards me, I believe it was trying to

21   swing towards me.

22   Q.  Okay.

23                   (Whereupon, segments of Defendant McCaughey's

24   Exhibit A were published in open court.)

25

1    BY MR. URSO:

2    Q.  Now there's nothing happening.  It's sort of just both

3    standing there.  Right?  You were trying to close the door

4    again.  But other than that, nothing happened.  Right?

5    A.  Yes.

6              (Whereupon, segments of Defendant McCaughey's

7    Exhibit A were published in open court.)

8    BY MR. URSO:

9    Q.  And that's the end of your encounter from that

10   perspective.  Right?

11   A.  Yes.

12   Q.  Now I'm going to show your body-worn camera angle.

13   So --

14              THE COURT REPORTER:  Counsel, could I have the

15   exhibit number for the record?

16              MR. URSO:  This is Government's Exhibit 218.

17              Is it?  No.  Yeah.

18              MS. PASCHALL:  Yes.  It's Government's Exhibit

19   218.

20              (Whereupon, segments of Government's Exhibit

21   No. 218 were published in open court.)

22   BY MR. URSO:

23   Q.  By the way, do you recall -- did you hear Officer Hodges

24   when he screamed in this tunnel?

25   A.  I am not familiar with everyone's names.  Is Mr. Hodges

1    the guy that got stuck in the door?

2    Q.  Yeah.

3    A.  Yeah, I did.

4    Q.  And did you -- okay.  That's all.  And this was -- the

5    snippet we're watching now is shortly after that, caught

6    maybe a minute or two after that?

7    A.  I'm not entirely sure when.

8    Q.  Okay.

9            (Whereupon, segments of Government's Exhibit

10   No. 218 were published in open court.)

11   BY MR. URSO:

12   Q.  Now, you can just see in the background Mr. McCaughey

13   was standing there with his shield up, protecting himself.

14   Right?

15   A.  So you can also see that this is where I had my arm

16   raised and an officer's back is right up against me.

17   Q.  Can you just answer the question I asked?  Can you in

18   that snippet -- could you see Mr. McCaughey standing in the

19   background just holding the shield up at his chest?

20   A.  Yes.

21   Q.  You think that's the time that you had your arm raised

22   with the baton?

23   A.  I believe so.

24           (Whereupon, segments of Government's Exhibit

25   No. 218 were published in open court.)

1    BY MR. URSO:

2    Q.  That was -- yeah.  That was when you were still behind

3    the other officer.  Right?

4    A.  Yeah.  The other officer's in the way of me having my

5    hand down.

6              (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8    BY MR. URSO:

9    Q.  Now, here, it looks like Mr. McCaughey must have just

10   got struck with a baton from another officer.  Would you

11   agree with that?  I'll go back.

12   A.  I can't see from this angle.

13   Q.  Let me just play that again.

14             (Whereupon, segments of Government's Exhibit

15   No. 218 were published in open court.)

16   BY MR. URSO:

17   Q.  He had leaned back and he was -- you don't think so?

18   A.  So I have no idea.  From this perspective, it doesn't

19   show anything.

20   Q.  Now, was that your baton that struck Mr. McCaughey right

21   there?

22   A.  Sorry.  Could you go back a few?

23   Q.  Yeah.

24             (Whereupon, segments of Government's Exhibit

25   No. 218 were published in open court.)

1    BY MR. URSO:

2    Q.  Right there.  Did you see the baton?

3    A.  Yes.  He shoved me and I struck him back.

4    Q.  Where did he shove you from this angle before you struck

5    him with the baton?

6    A.  So --

7    Q.  I can go back.

8    A.  Going back, you can see that he leans forward with his

9    shield and strikes me, probably on my left side.

10   Q.  Let me just go back a little, another second or two.

11              (Whereupon, segments of Government's Exhibit

12   No. 218 were published in open court.)

13   BY MR. URSO:

14   Q.  I'm going to actually try to do frame by frame, if I

15   can.

16              (Whereupon, segments of Government's Exhibit

17   No. 301 were published in open court.)

18   BY MR. URSO:

19   Q.  In that split second, you said he shoved you?

20   A.  Yes.  And that's me pushing the shield out of the way.

21   Q.  Let me just do that again.

22              (Whereupon, segments of Government's Exhibit

23   No. 218 were published in open court.)

24   BY MR. URSO:

25   Q.  He struck you in that millisecond?  He reached out and

1    pushed you?  That's what you're saying?

2    A.  Either -- so if he didn't strike me, he was moving to

3    strike.  The shield was moving towards me to strike me.

4    Q.  And -- yeah.  I'm not questioning your use of the baton

5    in any way.

6    A.  I'm just saying.

7    Q.  Yeah.  I'm going to go forward.

8                (Whereupon, segments of Government's Exhibit

9    No. 218 were published in open court.)

10   BY MR. URSO:

11   Q.  And that's when you put your hand on the door, I

12   believe, where the glass was broken?  I'll go back a little

13   bit.

14   A.  I'm sorry.

15               (Whereupon, segments of Government's Exhibit

16   No. 218 were published in open court.)

17   BY MR. URSO:

18   Q.  I'm trying to do frame by frame.  Is that your hand

19   there on the door?

20   A.  I think so.

21   Q.  Leather glove.

22               (Whereupon, segments of Government's Exhibit

23   No. 218 were published in open court.)

24   BY MR. URSO:

25   Q.  Now it looks like you struck Mr. McCaughey again because

1    he was sort of -- got in the way of the door being closed.

2    Right?  He put his foot there?

3    A.  You can also see the shield -- plastic shield accelerate

4    towards me as he shoves me off of the door.

5    Q.  Let me go back, because I don't see the shove.  Hold on.

6            (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8            THE WITNESS:  Right there.

9    BY MR. URSO:

10   Q.  Again, he shoved you in that millisecond right there?

11   A.  So you can see that my hand is all the way on the far

12   side of the door.  And then in that camera, you can see that

13   the shield has gone all the way past the far side of the

14   door to cover up the near side of the door.  So in that --

15   whatever length of time -- I think it's a little more than a

16   millisecond -- he has crossed that 3-foot distance towards

17   me --

18   Q.  And you wanted --

19   A.  -- and pushed me off of the door that I was touching.

20   Q.  Is it possible that you were just annoyed that he was in

21   the way of you shutting the door and you wanted to get him

22   out of the way?

23   A.  No.

24           MS. PASCHALL:  Objection.

25           THE COURT:  Overruled.

Foulds - CROSS - By Mr. Urso

1    BY MR. URSO:

2    Q.  No?  That's not possible?

3    A.  No.

4    Q.  What are we just seeing there?

5    A.  We're seeing him recoil from being struck after he

6    shoved me.

7    Q.  Is this another shove or is this the same shove?

8    A.  No.  This is the same shove after I had my hand on the

9    door.

10   Q.  Let me just play that couple of seconds straight

11   through.

12              (Whereupon, segments of Government's Exhibit

13   No. 218 were published in open court.)

14              THE WITNESS:  I'm sorry.  That is the second one.

15   I think I put my hand on the door again and he shoved me

16   again.

17   BY MR. URSO:

18   Q.  Is that depicted in the video, him shoving you?  Let me

19   do it again.

20              (Whereupon, segments of Government's Exhibit

21   No. 218 were published in open court.)

22              MR. URSO:  I'm at 40 seconds now.

23              (Whereupon, segments of Government's Exhibit

24   No. 218 were published in open court.)

25              THE WITNESS:  Yes.  That's me reaching for the

1   door.

2   BY MR. URSO:

3   Q.  Right.  That's at 42.

4          (Whereupon, segments of Government's Exhibit

5   No. 218 were published in open court.)

6   BY MR. URSO:

7   Q.  That's him still standing with the shield up against his

8   chest.  Right?

9   A.  I think -- with the frame-by-frame, it's hard.

10  Q.  Yeah.  It's less than a second.  I'm still on 42 and I

11  did four clicks.  But in that frame that you're looking at

12  now, he's still got the shield pulled up --

13  A.  It's hard to tell motion in the frame-by-frame.  But

14  okay.

15         (Whereupon, segments of Government's Exhibit

16  No. 218 were published in open court.)

17  BY MR. URSO:

18  Q.  Actually, I think that was already the end of your

19  encounter with him.  Right?  Because I think he backs up and

20  gets sprayed.

21  A.  I think so.  Yes.

22  Q.  Lets just watch that for a second.  You've seen this

23  video a few times?

24  A.  Yeah.

25  Q.  And you noticed he got sprayed with something and then

1    he backed out of the tunnel?

2    A.  I didn't notice that he got sprayed, but I did notice

3    him back out of the tunnel.  Yeah.

4    Q.  Let me go back again.  Just watch as he's looking over

5    to the left of the side of the screen, to your left.

6              (Whereupon, segments of Government's Exhibit

7    No. 218 were published in open court.)

8              MR. URSO:  It already happened.

9              (Whereupon, segments of Government's Exhibit

10    No. 218 were published in open court.)

11    BY MR. URSO:

12    Q.  Right here.  Coming up here.  Did you see him duck his

13    face?

14    A.  Yeah.

15    Q.  Then he just runs out.  Okay.

16              I just -- I really am having a hard time seeing

17    him make contact with you.  I just want to try one more time

18    to see if we can see it.

19    A.  So I don't like being hit by things, so I have my hand

20    in the way because I expected he's going to shove me as he's

21    been doing.  So some of them don't make contact with my

22    torso because, as he brings the shield in, I'm putting my

23    hand in the way to deflect it.

24    Q.  Let me just go back to the other exhibit briefly.  This

25    is Defendant's Exhibit A.

```
 1                    (Whereupon, segments of Defendant McCaughey's
 2        Exhibit A were published in open court.)
 3                    MR. URSO:  I'll jump ahead to 1:26.
 4                    (Whereupon, segments of Defendant McCaughey's
 5        Exhibit A were published in open court.)
 6        BY MR. URSO:
 7        Q.  At this point, Mr. McCaughey is basically either in the
 8        doorway or sort of just being pushed outside the door.
 9        Would you agree with that?
10        A.  I believe.  If we'll go back two seconds, you can just
11        see him shove someone.
12                    (Whereupon, segments of Defendant McCaughey's
13        Exhibit A were published in open court.)
14        BY MR. URSO:
15        Q.  Who did he shove?
16        A.  I couldn't tell.  I think that might be me, but there's
17        the doorjamb in the way.
18        Q.  No.  You're still two deep here.  Do you see your mask
19        back there?
20        A.  Okay.  Yeah.
21        Q.  So he didn't shove you there.  Right?
22        A.  Yes.
23        Q.  Yes, he didn't shove you?
24        A.  At that very moment, yes.
25        Q.  That's what I mean.
```

1           (Whereupon, segments of Defendant McCaughey's

2     Exhibit A were published in open court.)

3     BY MR. URSO:

4     Q.  And now is when that officer is sort of clearing out to

5     the right and then you're going to be facing McCaughey.

6     Right?

7     A.  Yes.

8           MR. URSO:  We're at 1:38 of Exhibit A.

9           (Whereupon, segments of Defendant McCaughey's

10    Exhibit A were published in open court.)

11    BY MR. URSO:

12    Q.  There I kind of saw Mr. McCaughey's hair come back.  Do

13    you see that?  It looked like maybe he got hit with

14    something here.  Let me just go back.  That's his hair, I

15    believe, on the left side of the screen.  I'll go back one

16    more.

17          (Whereupon, segments of Defendant McCaughey's

18    Exhibit A were published in open court.)

19    BY MR. URSO:

20    Q.  Do you see the head come back?

21    A.  No.

22          (Whereupon, segments of Defendant McCaughey's

23    Exhibit A were published in open court.)

24    BY MR. URSO:

25    Q.  He's got long, flowing hair.  Right?

1    A.  Okay.

2              (Whereupon, segments of Defendant McCaughey's

3    Exhibit A were published in open court.)

4    BY MR. URSO:

5    Q.  Do you see his head come back?

6    A.  Yeah.

7    Q.  He must have been dodging something, right, at that

8    point?

9    A.  I mean, everyone's moving around a lot.

10   Q.  That's at 1:45.

11             (Whereupon, segments of Defendant McCaughey's

12   Exhibit A were published in open court.)

13   BY MR. URSO:

14   Q.  This is where you're trying to close the door and he

15   starts stepping into the doorway again.  Right?

16   A.  Yes.

17             (Whereupon, segments of Defendant McCaughey's

18   Exhibit A were published in open court.)

19   BY MR. URSO:

20   Q.  We did miss, like, two milliseconds behind the flag

21   there.

22             Now it looks like -- it kind of looked like you

23   stepped a little forward, doesn't it?

24   A.  I think I was standing about where I was.

25   Q.  That's right.  Okay.  Because you reached for the door.

1    Yeah.  That's about right.  You let go of the door and

2    stayed there.  Okay.

3            (Whereupon, segments of Defendant McCaughey's

4    Exhibit A were published in open court.)

5    BY MR. URSO:

6    Q.  Did you just hit Mr. McCaughey with a baton strike in

7    that snippet?

8    A.  I did not hit him with a down-strike.  I hit him with a

9    diagonal strike.

10   Q.  Cross-strike, whatever?

11   A.  Yeah.

12   Q.  Did you see anywhere where he pushed you in those

13   snippets?

14   A.  Yes.

15   Q.  Where did you see that?

16   A.  Right before I struck.  He shoves me with the shield.  I

17   pushed the shield away; I struck him.

18   Q.  Let me just go back so you can show me where that was.

19   A.  Okay.

20           (Whereupon, segments of Government's Exhibit

21   No. 218 were published in open court.)

22           THE WITNESS:  Yes.  So the shield's moving towards

23   me.

24   BY MR. URSO:

25   Q.  Right there it is.

1    A.  I mean, it's not a good angle.

2    Q.  I didn't even see the shield again.  Isn't it up against

3    his chest, down to the right?

4    A.  I can't tell from this angle.

5    Q.  I think you would see the opaque that the camera was

6    looking through in --

7            THE COURT:  Mr. Urso, I think you're just kind of

8    stuck with his testimony.  He's been very consistent on

9    this.

10           MR. URSO:  The horse is dead, Judge?

11           THE COURT:  Yes.  Speaking of beatings and

12   whackings.

13           MR. URSO:  If I could just have a moment, your

14   Honor.

15           THE COURT:  Yes, sir.

16           MR. URSO:  (Confers with Defendant McCaughey

17   privately.)

18   BY MR. URSO:

19   Q.  Did you see anywhere in these videos where Mr. McCaughey

20   struck you with a deadly weapon?

21           MS. PASCHALL:  Objection.  Calls for a legal

22   conclusion.

23           THE COURT:  Sustained.

24           MR. URSO:  Nothing further.

25           Thank you, Officer.

```
 1                    THE COURT:  Ms. Cobb?

 2                    MS. COBB:  I have no questions for this witness.

 3                    THE COURT:  Mr. Shipley?

 4                    MR. SHIPLEY:  Just one question.

 5                              CROSS-EXAMINATION

 6       BY MR. SHIPLEY:

 7       Q.  Officer Foulds, I heard you testify that you considered

 8       somebody pushing against you with a shield to be an assault

 9       of you.  Is that right?

10       A.  Yes.

11       Q.  Your answer was yes?

12       A.  Yes.

13       Q.  Do you know Sergeant Jason Mastony?

14       A.  Not personally, no.

15       Q.  You know he's a sergeant with CDU 42.  Right?

16       A.  I -- this is news to me.  But I believe you.

17       Q.  Well, if Sergeant Mastony testified in this courtroom

18       two days ago that it's not an assault if they are just

19       pushing against me with their body weight to move my line,

20       would you disagree with that?

21                    MS. PASCHALL:  Objection.  He's testifying.

22                    THE COURT:  I don't think he's testifying,

23       actually.

24                    Overruled.

25
```

Foulds - CROSS - By Mr. Shipley

1    BY MR. SHIPLEY:

2    Q.  If that was Sergeant Mastony's testimony, that he said

3    it's not an assault if they're just pushing against me to

4    move my line, would you disagree with that?

5    A.  So if he's a CDU sergeant, he would have a better

6    understanding.  I am basing this off of what I understand to

7    be an assault if I was in the street in my district.  And if

8    someone attempts to shove me around in the street of my

9    district, I would consider that an assault.

10    Q.  Fair enough.

11           THE COURT:  Any redirect?

12           MS. PASCHALL:  None.  Thank you.

13           THE COURT:  Officer Foulds, thank you for your

14    testimony here today.  You're free to go.

15           THE WITNESS:  Thank you.

16           THE COURT:  You may step down.

17           (Witness excused.)

18           THE COURT:  Let's take a ten-minute break.

19           (Thereupon a recess was taken, after which the

20    following proceedings were had:)

21           THE COURT:  The Government may call its next

22    witness.

23           MS. PASCHALL:  Thank you, your Honor.  The

24    Government calls Deputy United States Marshal Gregory

25    Conner.

```
 1                    (Thereupon, the witness entered the courtroom and
 2        the following proceedings were had:)
 3                    GREGORY CONNER, GOVERNMENT WITNESS, SWORN.
 4                    THE WITNESS:  Good afternoon, your Honor.
 5                    THE COURT:  Good afternoon, Deputy.
 6                              DIRECT EXAMINATION
 7        BY MS. PASCHALL:
 8        Q.  Good afternoon.  Could you please state and spell your
 9        full name for the Court?
10        A.  Certainly.  My name's Gregory, G-R-E-G-O-R-Y, Conner,
11        C-O-N-N-E-R.
12        Q.  And where do you work?
13        A.  I'm employed as a deputy of the United States Marshals
14        Service.  I'm currently --
15        Q.  Are --
16        A.  Sorry.  Go ahead.
17        Q.  And are you currently detailed to the Federal Bureau of
18        Investigation?
19        A.  I am.
20        Q.  And what do you do for the FBI?
21        A.  For the FBI I'm detailed to the District of Columbia
22        violent crimes task force, which primarily investigates bank
23        robberies, kidnappings, felon in possessions, fugitive
24        offenses, assaults on federal officers.
25        Q.  How long have you been working with the FBI in that
```

1    capacity?

2    A.  Since 2018.

3    Q.  And how long have you been a deputy United States

4    Marshal?

5    A.  Approximately 12 years.

6    Q.  Have you been involved in some of the investigations of

7    the January 6th, 2021, attack on the Capitol?

8    A.  I have.

9    Q.  And did you become involved in the investigation of a

10   subject named Patrick McCaughey?

11   A.  I did.

12   Q.  How did you become involved?

13   A.  I was assigned the case initially as AFO-62; so AFO, as

14   in assault on a federal officer, 62.  So after the 6th, the

15   FBI launched a large-scale investigation to start

16   identifying people that were committing crimes at and around

17   the Capitol on January 6th.

18           AFO-62 was identified later on as Mr. McCaughey,

19   but I was assigned the case prior to him being identified.

20   Q.  And did you work to help identify AFO-62 as the

21   Defendant Patrick McCaughey?

22   A.  I did.

23   Q.  And what steps did you take to make that happen?

24           THE COURT:  Let's go quickly on this.  I don't

25   think there's a question that it's him, right?

1          Mr. Urso, you're stipulating it's your client?

2          MR. URSO:  Yes.

3     BY MS. PASCHALL:

4     Q.  Let's skip ahead.

5          Was Patrick McCaughey ultimately arrested for his

6     involvement on January 6th, 2021?

7     A.  He was.

8     Q.  And did that arrest take place outside of the District

9     of Columbia?

10    A.  It did.

11    Q.  And were two items recovered as a part of that arrest?

12    A.  Yes.

13    Q.  At least two items were recovered?

14    A.  Yes.

15          MS. PASCHALL:  Your Honor, may I approach the

16    witness?

17          THE COURT:  You may.

18    BY MS. PASCHALL:

19    Q.  Deputy, I've put a box on the witness stand there for

20    you.  Could you please take the items that are in that box

21    outside of the box, please.

22    A.  (Witness complies.)

23    Q.  Now, that large brown paper bag there we'll mark as

24    Government's Exhibit 802.  Could you please take what is

25    Government's Exhibit 802 out of that bag.

1    A.   (Witness complies.)

2    Q.   What is Government's Exhibit 802?

3    A.   It is a brown-in-color jacket.

4    Q.   Was that jacket actually taken off the Defendant

5    McCaughey at the time of his arrest?

6    A.   Yes.

7    Q.   Is it in the same or substantially the same condition it

8    was when it was taken off Mr. McCaughey at the time of his

9    arrest?

10   A.   Yes, it is.

11            MS. PASCHALL:  At this time, the Government moves

12   the admission of Exhibit 802.

13            THE COURT:  Without objection, 802 is in.

14            (Whereupon, Government's Exhibit No. 802 was

15   entered into evidence.)

16   BY MS. PASCHALL:

17   Q.   Could you please look in the smaller envelope that was

18   also inside of that box.  We'll mark that as Evidence Item

19   601.  What is Evidence Item 601?

20   A.   This is an Apple iPhone.

21   Q.   And where was this recovered?

22   A.   This was recovered from 10 Hoyt Street in South Salem,

23   New York, which was the address of the arrest of

24   Mr. McCaughey.

25   Q.   And is that currently in an evidence bag?

Conner - DIRECT - By Ms. Paschall

1    A.  It is.

2    Q.  Does it appear to be in the same or substantially the

3    same condition it was when it was taken at the time of his

4    arrest?

5    A.  So I have not actually seen it since we brought it here

6    to court today because I was not the seizing officer.  But

7    judging by the seal on it, yes.

8              MS. PASCHALL:  At this time, the Government would

9    move the admission of Exhibit 601.

10             THE COURT:  Without objection, 601 is in.

11             (Whereupon, Government's Exhibit No. 601 was

12   entered into evidence.)

13   BY MS. PASCHALL:

14   Q.  So that iPhone that is Exhibit 601, did the FBI agents

15   who work for what's called your CART department take that

16   phone and make an extraction of the contents therein?

17   A.  Correct.  Pursuant to a search warrant, they extracted

18   the contents of the cell phone.

19   Q.  And then were those contents given to you as the lead

20   agent to review and scope out the contents that were

21   relevant because of that warrant?

22   A.  Yes.  With the assistance of CART agents, we made a

23   scoped copy of the cell phone extraction.

24             MS. PASCHALL:  Could we please bring up

25   Government's Exhibit 602.  Now, I believe Government's

1    Exhibit 602 is already in evidence.  But if we could blow up

2    just the top third of this .pdf.

3    BY MS. PASCHALL:

4    Q.  We've pulled up the first page of Government's Exhibit

5    602.  Does this appear to be the .pdf that you created from

6    scoping the contents of that iPhone that is Government's

7    Exhibit 601?

8    A.  Yes, it does.

9            MS. PASCHALL:  If this is not already in evidence,

10   we would move it in evidence.

11           THE COURT:  It is in evidence.

12   BY MS. PASCHALL:

13   Q.  And so what exactly did you do with this CART upload to

14   create this .pdf?

15   A.  So basically when a cell phone is extracted, all the

16   data that's contained on the phone is extracted.  Some of

17   that data is not relevant to the underlying investigation

18   that we obtained that search warrant for.  So we went

19   through the cell phone with the help of the CART examiner

20   and highlighted items that were relevant to that search

21   warrant and then created a separate file, which is this

22   .pdf, with just those items.

23   Q.  And in your review of the contents of the cell phone,

24   did you review a conversation between the owner of this cell

25   phone, Patrick McCaughey, and an individual who appeared in

 1    the phone as Michael Bellino?

 2    A.  I did.

 3            MS. PASCHALL:  If we could please go to Page 75 of

 4    Government's Exhibit 602.

 5    BY MS. PASCHALL:

 6    Q.  Now, what are we looking at on Page 75 of this .pdf?

 7    A.  This is a text conversation taken from the .pdf that was

 8    taken from the extraction of Mr. McCaughey's iPhone.

 9    Q.  So we have some boxes that are in blue on the left.  Who

10    are those messages from, according to these texts?

11    A.  The blue messages are from Michael Bellino.

12    Q.  Then we have some green messages there on the right.

13    Who does it say those are from?

14    A.  On this .pdf, it says they are from the owner.  And we

15    know the owner of this phone to be Mr. Patrick McCaughey.

16    Q.  And that first text that we see up in the left-hand

17    corner at the top of Page 75, what is the date and

18    timestamp -- thank you, Mr. Clements, who's pulling that up

19    for us -- what is the date and timestamp in the bottom

20    right-hand corner here?

21    A.  It's January 5th, 2021, at 5:13 and 31 seconds p.m.

22    Q.  And what is the text of this message, please?

23    A.  "That's okay.  Really bummed I couldn't come down to

24    D.C."

25            MS. PASCHALL:  We can clear that, please.  And

1  let's pull up the next two messages, which are both those

2  green messages there.

3  BY MR. PASCHALL:

4  Q.  And what is the text of the response to that first

5  message?

6  A.  "It's no problem, dude.  I'll let you know how it goes.

7  If you don't get a text from me by noon tomorrow, then they

8  are probably jamming cell phones."

9  Q.  And what time was that -- what is the timestamp on that

10  message, please?

11  A.  January 5, 2021, at 5:18 and 42 seconds p.m.

12  Q.  And the second text message, what is the text of that?

13  A.  "Not likely, but letting you know."

14  Q.  And what is the timestamp there, please?

15  A.  January 5, 2021, 5:18 and 49 seconds p.m.

16         MS. PASCHALL:  Let's move ahead to Page 77 of the

17  .pdf, please.  If we could start with that blue message

18  that's in the middle of Page 77, please.

19  BY MS. PASCHALL:

20  Q.  Who is the sender of this message?

21  A.  The sender is Michael Bellino.

22  Q.  And what is the text?

23  A.  "Good morning.  How was your night?"

24  Q.  And what is the date and timestamp?

25  A.  January 6th, 2021, at 10:01 and five seconds a.m.

1          MS. PASCHALL:  If we could clear this and look at

2     the two green messages that follow, please.

3     BY MS. PASCHALL:

4     Q.  Who is the sender of this first green message?

5     A.  The owner of the phone, Mr. Patrick McCaughey.

6     Q.  What is the text?

7     A.  "Went well.  Was quiet.  Actually, a pretty big crowd.

8     Would estimate as many as 100 K."

9     Q.  And what is the date and timestamp?

10    A.  January 6th, 2021, at 12:23 and eight seconds p.m.

11    Q.  And what is the second message?

12    A.  "IMessage not sending at the moment."

13    Q.  And who is the sender of that message?

14    A.  Mr. Patrick McCaughey.

15    Q.  And what is the date and time?

16    A.  January 6th, 2021, 12:33 and 22 seconds p.m.

17          MS. PASCHALL:  If we could please go ahead to Page

18    78 of this .pdf.  Actually, if we could just bring up the

19    green message at the bottom here.

20    BY MS. PASCHALL:

21    Q.  Who is the sender of this message that is in the green

22    on Page 78?

23    A.  Mr. Patrick McCaughey.

24    Q.  What does it appear that was sent in the part that says

25    Attachments?

1   A.  It's a picture.

2   Q.  And it's a little difficult to see here.  But have you

3   reviewed the pictures that were sent as attachments on this

4   phone?

5   A.  I have.

6   Q.  And is this a photograph that appears to be taken in

7   Washington, D.C.?

8   A.  Yes, it is.

9   Q.  What is the date and timestamp of this message, please?

10  A.  The message was sent on January 6th, 2021, 3:08 and 51

11  seconds p.m.

12          MS. PASCHALL:  We can clear this one.  If we could

13  please go to Page 79, the very bottom left blue message at

14  the bottom of the screen there.

15  BY MS. PASCHALL:

16  Q.  Who is the sender of this message, please?

17  A.  Michael Bellino.

18  Q.  And what is the text?

19  A.  "Heard that the Capitol Building was stormed."

20  Q.  And what is the timestamp?

21  A.  January 6th, 2021, at 3:45 and nine seconds p.m.

22          MS. PASCHALL:  If we could clear that and go to

23  Page 80.  Please bring up the two green messages up in the

24  right.

25

1    BY MS. PASCHALL:

2    Q.  Who is the sender of that first green message?

3    A.  Mr. Patrick McCaughey.

4    Q.  And is this message a similar one that has an

5    attachment?

6    A.  Yes.

7    Q.  And what does that attachment appear to be?

8    A.  It's a photograph of the United States Capitol.

9    Q.  What time was that sent?

10   A.  January 6th, 2021, at 3:46 and 15 seconds p.m.

11   Q.  And the second message?  Who was the sender?

12   A.  Mr. Patrick McCaughey.

13   Q.  And what is the text?

14   A.  "That's where I took the photo."

15   Q.  And what is the timestamp?

16   A.  January 6th, 2021, 3:46 and 15 seconds p.m.

17          MS. PASCHALL:  Clear this and go to the bottom two

18   messages, please.

19   BY MS. PASCHALL:

20   Q.  The first blue message, who's the sender there?

21   A.  Michael Bellino.

22   Q.  What is the text?

23   A.  "That's a pretty big crowd."

24   Q.  And what is the time?

25   A.  January 6th, 2021, at 3:46 and 39 seconds p.m.

1    Q.  And the subsequent green message:  Who is the sender?

2    A.  Mr. Patrick McCaughey.

3    Q.  What is the text?

4    A.  "Things started to calm down, so I left before the cops

5    descended."

6    Q.  And what is the time, please?

7    A.  January 6th, 2021, at 5:50 and 12 seconds p.m.

8            MS. PASCHALL:  If we could please move ahead to

9    Page 81.  If we could just look at that first blue message,

10   please.

11   BY MS. PASCHALL:

12   Q.  So who's the sender of this message?

13   A.  Michael Bellino.

14   Q.  And the text?

15   A.  "Yeah.  Definitely I'd like to hear about your time

16   there."

17   Q.  And the timestamp?

18   A.  January 6th, 2021, at 5:51 and two seconds p.m.

19           MS. PASCHALL:  If we could pull up the subsequent

20   green message.

21   BY MS. PASCHALL:

22   Q.  Who is the sender of this message?

23   A.  Mr. Patrick McCaughey.

24   Q.  What is the text of that message?

25   A.  "Short answer:  Donald is a pussy."

1    Q.  And what is the timestamp?

2    A.  January 6th, 2021, at 5:53 and 30 seconds p.m.

3          MS. PASCHALL:  And if we could bring up the

4    subsequent blue message.

5    BY MS. PASCHALL:

6    Q.  Who is the sender of this message?

7    A.  Mr. Michael Bellino.

8    Q.  And the text?

9    A.  "Yeah.  I'm pretty disappointed, but also not entirely

10   surprised."

11   Q.  And what is the timestamp of this message?

12   A.  January 6th, 2021, at 5:54 and three seconds p.m.

13         MS. PASCHALL:  And if we could bring up Page 82,

14   please.  Finally, we'll look at this last green message here

15   on the top.

16   BY MS. PASCHALL:

17   Q.  That first message:  Who's the sender?

18   A.  Mr. Patrick McCaughey.

19   Q.  And what is the text?

20   A.  "Same."

21   Q.  What is the timestamp?

22   A.  January 6th, 2021, at 5:55 and 32 seconds p.m.

23   Q.  So two messages before this, we talked about the -- you

24   mentioned the message that was sent by Mr. McCaughey at the

25   timestamp 5:53:30 that says, "Short answer:  Donald is a

1    pussy."

2            Do you recall that?

3    A.  Yes.

4    Q.  Are you familiar through your investigation with the

5    contents of the speech given by then-President Donald Trump

6    on January 6th, 2021?

7    A.  Somewhat, yes.

8    Q.  And just general is fine.  Are you generally aware that

9    the president told the crowd that was gathered there that he

10    would be going to the Capitol with members of the crowd?

11    A.  Yes.

12    Q.  Now I would like to take you through some of the

13    exhibits that are not yet in evidence.

14            MS. PASCHALL:  If we could pull up Exhibit 914,

15    please.

16    BY MS. PASCHALL:

17    Q.  In the course of your investigation, did you watch some

18    of the U.S. Capitol Police cameras that were provided to the

19    FBI for the investigation?

20    A.  I did.

21    Q.  And did you review a camera that is camera angle 0682?

22    A.  I did.

23    Q.  And 0682 is in evidence already as Exhibit 103.  I've

24    pulled up here Exhibit 914.  Does this appear to be

25    Exhibit 103 but with an enhanced modification?

1     A.   Yes.

2     Q.   What do we see here?

3     A.   We are looking northbound from the south side of the

4     west side of the Capitol, so -- actually, let me rephrase

5     that to make it more clear.

6     Q.   Sure.

7     A.   We're on the west front of the Capitol on the south side

8     looking north.  Directly to the right of the picture is the

9     inauguration stage scaffolding.  The structure to your left

10    in the picture is the media tower.

11    Q.   And what is the timestamp here?

12    A.   January 6th, 2021, at 2:33 and 27 seconds p.m.

13    Q.   And have we placed an orange box on top of a portion of

14    this exhibit?

15    A.   Yes.

16    Q.   And what is this orange box surrounding?

17    A.   Mr. Patrick McCaughey.

18              MS. PASCHALL:  At this point, the Government would

19    move the admission of Exhibit 914.

20              THE COURT:  Seeing no objection, 914 is in.

21              (Whereupon, Government's Exhibit No. 914 was

22    entered into evidence.)

23              MS. PASCHALL:  Mr. Clements, if we could please

24    play 914.

25              (Whereupon, segments of Government's Exhibit

1    No. 914 were published in open court.)

2    BY MS. PASCHALL:

3    Q.  What did we just witness in Exhibit 914?

4    A.  Mr. Patrick McCaughey ascending the stairs of the

5    inauguration stage scaffolding to the top.

6            MS. PASCHALL:  If we could now pull up Exhibit

7    504, please.

8    BY MS. PASCHALL:

9    Q.  Government's Exhibit 504 is already in evidence.  But I

10   wanted to ask you if during the course of your investigation

11   you were able to determine where Government's Exhibit 504

12   appears to have been taken.

13   A.  Yes.

14   Q.  And how -- where does it appear to have been taken?

15   A.  It's taken on the top of the scaffolding we saw

16   Mr. McCaughey climbing in the previous Exhibit.

17           MS. PASCHALL:  If we could please pull up Exhibit

18   928.

19   BY MS. PASCHALL:

20   Q.  In the course of your investigation, was one of those

21   USCP cameras that you reviewed camera view 0074, which is

22   already in evidence as Exhibit 101?

23   A.  Yes.

24   Q.  And here in Exhibit No. 928, what is the timestamp in

25   the upper left?

1    A.  January 6th, 2021, at 2:49 and 59 seconds p.m.

2              MS. PASCHALL:  If we could play this for just a

3    few seconds, please.

4              (Whereupon, segments of Government's Exhibit

5    No. 928 were published in open court.)

6              MS. PASCHALL:  If we could stop the video at six

7    seconds.

8    BY MS. PASCHALL:

9    Q.  What are we viewing here on the left-hand side of the

10   screen?

11   A.  The left-hand side of the screen is a screenshot of this

12   camera footage with an orange box around the face of

13   Mr. Patrick McCaughey.

14             MS. PASCHALL:  At this time, the Government would

15   move the admission of Exhibit 928.

16             THE COURT:  Seeing no objection, 928 is in.

17             (Whereupon, Government's Exhibit No. 928 was

18   entered into evidence.)

19             MS. PASCHALL:  Please continue to play Exhibit

20   928.

21             (Whereupon, segments of Government's Exhibit

22   No. 928 were published in open court.)

23             MS. PASCHALL:  If we could stop Exhibit 928.

24   BY MS. PASCHALL:

25   Q.  We're stopped at approximately 2:50:35 p.m.  What can we

 1    see inside the orange box that's on the exhibit here?

 2    A.  Mr. Patrick McCaughey.

 3            MS. PASCHALL:  If we could continue.

 4            (Whereupon, segments of Government's Exhibit

 5    No. 928 were published in open court.)

 6            MS. PASCHALL:  If we could stop the video at 1:28

 7    p.m.

 8    BY MS. PASCHALL:

 9    Q.  What have we just seen the crowd do in those intervening

10    30 seconds or so?

11    A.  Mr. McCaughey made it closer to the bottom of the

12    screen, which is towards the lower west terrace doors and

13    away from outside.  The crowd started swaying back and forth

14    in unison.

15            MS. PASCHALL:  If we could please pull up Exhibit

16    407.

17    BY MS. PASCHALL:

18    Q.  In the course of your investigation, were you able to

19    review some videos that were taken from an iCloud of another

20    January 6th Defendant by the name of Gina Bisignano?

21    A.  I was.

22    Q.  And did those videos show the lower west terrace tunnel

23    area that we have been discussing during this trial?

24    A.  They did.

25    Q.  And is Exhibit 407 one of those videos from the Gina

```
1    Bisignano iCloud?

2    A.  It appears to be.  But if I could watch a few seconds, I

3    could confirm.

4              MS. PASCHALL:  Let's start playing from 0000.

5              (Whereupon, segments of Government's Exhibit

6    No. 407 were published in open court.)

7              THE WITNESS:  Yes.  That's her.

8              MS. PASCHALL:  Let's stop the video at ten

9    seconds.

10   BY MS. PASCHALL:

11   Q.  Is a person's face now in this video?

12   A.  Yes.  That is Gina Bisignano.

13   Q.  Okay.

14             MS. PASCHALL:  Now, if we could continue again

15   from ten seconds.

16             (Whereupon, segments of Government's Exhibit

17   No. 407 were published in open court.)

18             MS. PASCHALL:  If we could pause.

19   BY MS. PASCHALL:

20   Q.  We've now stopped at approximately 14 seconds.  Deputy,

21   I'm going to circle down in the bottom right-hand corner of

22   this screen here.  Can you see what I've circled down there?

23   A.  Yes, I can.

24   Q.  And who is that?

25   A.  That's Mr. Patrick McCaughey.
```

 1          MS. PASCHALL:  At this point, your Honor, the

 2     Government would move the admission of Exhibit 407.

 3          THE COURT:  Are you going to be going through

 4     exactly the same videos with other Defendants?

 5          MS. PASCHALL:  As other Defendants?

 6          THE COURT:  I mean, I feel like I saw one of the

 7     Co-Defendants just in the last blue box here.  I don't see

 8     why we can't do them all at the same time.

 9          MS. PASCHALL:  We can if he feels comfortable

10     mentioning them.  I think --

11          THE COURT:  Well, I doubt the Defendants are

12     questioning that that's them.

13          MS. PASCHALL:  I don't think we need to redo

14     these.  There will be others that will just show those

15     Defendants that we are planning on --

16          THE COURT:  That's fine.  I --

17          MS. PASCHALL:  We do not need to redouble efforts.

18     I think that's fair.

19          THE COURT:  Yes.

20          MS. PASCHALL:  In that vein, if we could please

21     clear Exhibit 407 and go back briefly to Exhibit 928.

22          (Whereupon, segments of Government's Exhibit

23     No. 928 were published in open court.)

24          MS. PASCHALL:  If we could stop for just a second.

25          THE COURT:  Ms. Cobb, are you disputing that

```
 1    that's your client there in the blue box?
 2             MS. COBB:  No, your Honor.
 3             MS. PASCHALL:  Do you need to play it again, your
 4    Honor, or you've seen that video?
 5             THE COURT:  No.  That's fine.
 6             MS. PASCHALL:  Let's go ahead to Exhibit 951.
 7             THE COURT:  Were you looking to move in 407?
 8             MS. PASCHALL:  Oh, yes.  I apologize.  We would
 9    move the admission of Government's Exhibit 407.
10             THE COURT:  Seeing no objection, 407 is in.
11             (Whereupon, Government's Exhibit No. 407 was
12    entered into evidence.)
13             MR. SHIPLEY:  951 or 961?
14             MS. PASCHALL:  951.
15             MR. SHIPLEY:  Thank you.
16    BY MS. PASCHALL:
17    Q.  Deputy, in the course of your investigation, have you
18    reviewed videos taken from an account by -- from another
19    January 6th Defendant Yvonne St. Cyr?
20    A.  I have.
21    Q.  And what I've pulled up here in Exhibit 951, do we see
22    two video panels next to each other?
23    A.  We do.
24    Q.  And on the left there, do we see a video that you've
25    reviewed from the case file for Defendant Yvonne St. Cyr?
```

Conner - DIRECT - By Ms. Paschall

```
 1    A.  Yes.

 2    Q.  And on the right, do we see a portion of Government's

 3    Exhibit 101, camera 0074?

 4    A.  Yes, we do.

 5              MS. PASCHALL:  If we could play just a little bit

 6    of Exhibit 951.

 7              (Whereupon, segments of Government's Exhibit

 8    No. 951 were published in open court.)

 9              MS. PASCHALL:  If we could stop the video there at

10    about 16 seconds.

11    BY MS. PASCHALL:

12    Q.  What have we seen in the first 16 seconds there?

13    A.  So this is Ms. St. Cyr here on the screen that I drew a

14    circle around.  That was the filming vantage point for the

15    other video we just saw.  And then the other individuals

16    with the arrows drawn over them in the left side of the

17    screen, the orange arrow is Mr. Patrick McCaughey and the

18    blue arrow is Mr. Stevens.

19    Q.  And in the previous videos, did corresponding colored

20    boxes follow those two individuals in the video from

21    Ms. St. Cyr?

22    A.  They did.

23    Q.  And just for the record, you've circled an individual

24    who is elevated in Government's Exhibit 101 on a small

25    platform up against the archway in a white coat.  Is that
```

1    accurate?

2    A.  That's accurate.

3              MS. PASCHALL:  The Government would move the

4    admission of Exhibit 941 -- I'm sorry -- 951.

5              THE COURT:  Without objection, 951 is in.

6              (Whereupon, Government's Exhibit No. 951 was

7    entered into evidence.)

8    BY MS. PASCHALL:

9    Q.  Deputy, what is the timestamp here in Government's

10   Exhibit 951?

11   A.  January 6th, 2021, at 3:06 and 37 seconds p.m.

12             MS. PASCHALL:  If we could please pull up Exhibit

13   953.

14   BY MS. PASCHALL:

15   Q.  Deputy, in the course of your investigation, have you

16   reviewed videos from another January 6th Defendant, Lewis

17   Easton Cantwell?

18   A.  Yes, I have.

19   Q.  And in Government's Exhibit 953 here on the right, are

20   we viewing a video that was recovered from Defendant

21   Cantwell?

22   A.  Yes.

23   Q.  And what is on the left of Government's Exhibit 953?

24   A.  On the left is camera angle 0074.

25   Q.  And just for clarity, are you aware that there used to

 1    be another Co-Defendant joined in this matter?

 2    A.  Yes.

 3    Q.  And is there an additional colored box in yellow around

 4    who used to be another Co-Defendant in this matter?

 5    A.  Yes.

 6    Q.  But the orange box, is that still surrounding

 7    Mr. McCaughey?

 8    A.  Yes, it is.

 9    Q.  And the blue box, is that still surrounding Mr. Stevens?

10    A.  Yes, it is.  They're both slightly obscured in this view

11    because of the police shields that you're looking through,

12    but you can see it's them.

13            MS. PASCHALL:  At this point, we would move the

14    admission of Government's Exhibit 953.

15            THE COURT:  Seeing no objection, 953 is in.

16            (Whereupon, Government's Exhibit No. 953 was

17    entered into evidence.)

18            MS. PASCHALL:  If we could please play Exhibit

19    953.

20            (Whereupon, segments of Government's Exhibit

21    No. 953 were published in open court.)

22    BY MS. PASCHALL:

23    Q.  And could you please tell us, what is the timestamp of

24    the exhibit on the left?

25    A.  January 6th, 2021, 3:07 and 15 seconds p.m.

1          MS. PASCHALL:  If we could please pull up Exhibit

2     957.

3     BY MS. PASCHALL:

4     Q.  In the course of the investigation, have you also been

5     able to review footage from a photojournalist by the name of

6     Jon Farina of the events in the tunnel on January 6th?

7     A.  I have.

8     Q.  Now, does Exhibit No. 957 include on the left-hand side

9     that footage from photojournalist Jon Farina and on the

10    right-hand side include footage of the Defendant we've

11    already mentioned, Defendant Cantwell?

12    A.  It appears that way.  But if we played a couple seconds,

13    it would be good.

14          MS. PASCHALL:  If we could please play that.

15          (Whereupon, segments of Government's Exhibit No.

16    957 were published in open court.)

17          THE WITNESS:  Yes.  That appears to be Jon

18    Farina's video footage on the left and Mr. Cantwell's on the

19    right.

20    BY MS. PASCHALL:

21    Q.  And in fact, in this footage that is on the right-hand

22    side of the screen, I'm circling now an item.  Does that

23    appear to be a large camera?

24    A.  Yes.  I believe that is Mr. Farina's camera.

25    Q.  So therefore, does it make sense that the video on the

1    left is Mr. Farina's footage and the video on the right is

2    Defendant Cantwell's footage?

3    A.  That's correct.

4         MS. PASCHALL:  At this time, your Honor, the

5    Government would move the admission of Exhibit 957.

6         THE COURT:  Seeing no objection, 957 is in.

7         (Whereupon, Government's Exhibit No. 957 was

8    entered into evidence.)

9         MS. PASCHALL:  If we could please play Exhibit

10   957.

11        (Whereupon, segments of Government's Exhibit

12   No. 957 were published in open court.)

13   BY MS. PASCHALL:

14   Q.  And in that footage, are you able to see Defendant

15   McCaughey at the bottom of both of those screens?

16   A.  Yes.

17        MS. PASCHALL:  If we could please pull up Exhibit

18   961.

19   BY MS. PASCHALL:

20   Q.  Now, in Exhibit 961, we're going to have three screens

21   going here.  So I will start on the left this time.

22        Does the video that is straight up and down on the

23   left of Government's Exhibit 961 appear to be from Defendant

24   Cantwell?

25   A.  It does.

1    Q.  And I think we've now just lost the footage on the very

2    top.

3                MS. PASCHALL:  Could we put that up?  Then if we

4    can pause.

5                (Whereupon, segments of Government's Exhibit

6    No. 961 were published in open court.)

7    BY MS. PASCHALL:

8    Q.  The footage on the top right corner, does that appear to

9    be the footage from photojournalist Jon Farina?

10   A.  It does.

11   Q.  And then the footage in the bottom right-hand corner,

12   does that appear to be footage from Officer Henry Foulds?

13   A.  Yes, it does.

14               MS. PASCHALL:  At this time, the Government would

15   move the admission of Government's Exhibit 961.

16               THE COURT:  Seeing no objection, 961 is in.

17               (Whereupon, Government's Exhibit No. 961 was

18   entered into evidence.)

19   BY MS. PASCHALL:

20   Q.   In Exhibit 961, do we once again have an orange box

21   around Defendant McCaughey?

22   A.  We do.

23   Q.  And what is the timestamp on Officer Foulds's body-worn

24   camera?

25   A.  January 6th, 2021, at 15:13 and 30 seconds, which would

1    be 3:13 and 30 seconds p.m.

2             MS. PASCHALL:  If we could please play Exhibit

3    961.

4             (Whereupon, segments of Government's Exhibit

5    No. 961 were published in open court.)

6             MS. PASCHALL:  If we could stop Exhibit 961.

7    Thank you.

8             If we could please pull up Exhibit 101.4.

9             (Whereupon, segments of Government's Exhibit

10   No. 101.4 were published in open court.)

11            MS. PASCHALL:  And if we could actually stop right

12   there.  It's fine.

13   BY MS. PASCHALL:

14   Q.  We've stopped here at timestamp 3:15:32 p.m.  I'm going

15   to circle the individual in the middle of the screen near

16   the archway.

17            Deputy, do you know who that is?

18   A.  I do.  It's Mr. Patrick McCaughey.

19            MS. PASCHALL:  And if we could please play just a

20   couple of seconds of 101.4.

21            THE COURT:  Sorry.  You said the person in the

22   green --

23            MS. PASCHALL:  No.  Sorry.

24            THE COURT:  -- circle?

25            MS. PASCHALL:  Let me clear that.

1            If we could just play it for just a few seconds.

2                (Whereupon, segments of Government's Exhibit

3    No. 101.4 were published in open court.)

4            MS. PASCHALL:  Stop.  I'll put another circle.

5    BY MS. PASCHALL:

6    Q.  Do you see an individual in the middle of the frame

7    there?

8    A.  Yes.

9    Q.  And does that individual appear to be wearing a brown

10   hooded sweatshirt?

11   A.  Yes.

12   Q.  Do you believe that to be Patrick McCaughey?

13   A.  I do.

14   Q.  Does it appear at this point in time that he is leaving

15   the lower west terrace tunnel?

16   A.  It does.

17   Q.  What is the timestamp here, please?

18   A.  January 6th, 2021, 3:15 and 38 seconds p.m.

19            MS. PASCHALL:  Does your Honor need to see that

20   portion again?

21            THE COURT:  No.  Thank you.

22            MS. PASCHALL:  If we could please pull up

23   Exhibit 103.1.

24                (Whereupon, segments of Government's Exhibit

25   No. 103.1 were published in open court.)

1    BY MS. PASCHALL:

2    Q.  Are we looking once again at camera 0682 that you've

3    described earlier that is on the west front south side

4    facing north on the U.S. Capitol grounds?

5    A.  Yes.

6            MS. PASCHALL:  If we could please pull ahead to

7    4:22:28 p.m., so an hour and seven minutes.

8            Just play from there.  That's fine.

9            (Whereupon, segments of Government's Exhibit

10   No. 101.4 were published in open court.)

11           MS. PASCHALL:  If we could pause the video.

12   Actually, if we could play one second more.  Sorry.

13           (Whereupon, segments of Government's Exhibit

14   No. 101.4 were published in open court.)

15           MS. PASCHALL:  And if we could stop there.

16   BY MS. PASCHALL:

17   Q.  Deputy, I've circled an individual, and I'd like you to

18   continue to watch this individual because I know it's a

19   little bit difficult to see here in this moment.  But we've

20   stopped at 4:22:32 and I've circled an individual right in

21   the middle of the photograph.  If we could just watch that

22   individual as they continue, and let me know if you

23   recognize them.

24           (Whereupon, segments of Government's Exhibit

25   No. 101.4 were published in open court.)

1           THE WITNESS:  That's Mr. Patrick McCaughey.

2   Actually, this angle here is better.

3           THE COURT:  I don't see who you're referring to.

4           THE WITNESS:  Sorry, your Honor.  I can draw the

5   circle.

6           MS. PASCHALL:  He's now moved.

7           THE WITNESS:  If you were to back the video up, I

8   think there's a better face shot before he comes out under

9   the stairs.

10          MS. PASCHALL:  I'm going to go back maybe ten

11  seconds.

12          (Whereupon, segments of Government's Exhibit

13  No. 101.4 were published in open court.)

14          MS. PASCHALL:  Stop it there, please.

15          THE WITNESS:  He's coming out right now.

16          MS. PASCHALL:  Do you want me to go back a little

17  bit?

18          MR. URSO:  Yeah.

19          (Whereupon, segments of Government's Exhibit

20  No. 101.4 were published in open court.)

21          MS. PASCHALL:  If we could stop.  Go forward just

22  one little bit, frame by frame.

23          (Whereupon, segments of Government's Exhibit

24  No. 101.4 were published in open court.)

25

1    BY MS. PASCHALL:

2    Q.  Do you see Mr. McCaughey?

3    A.  Yes, I do.  I was -- for the judge's reference, I was

4    attempting to circle him.  This is a bad stopping place.

5    He's partially obscured by the scaffolding.

6                MS. PASCHALL:  Mr. Clements, would we be able to

7    play this exhibit in slow motion maybe?

8                (Whereupon, segments of Government's Exhibit

9    No. 101.4 were published in open court.)

10               MS. PASCHALL:  We're going to go ahead to

11   timestamp 4:22:28 p.m.  Play from here in slow motion.

12   We're now at 4:22:25 p.m.

13               (Whereupon, segments of Government's Exhibit

14   No. 101.4 were published in open court.)

15               THE WITNESS:  Mr. McCaughey is passing the

16   individual in the red hat right now.  You can see his face

17   and glasses in the center of the screen.  I'll just

18   underline the person with the red hat.

19               MS. PASCHALL:  If we could continue.

20               (Whereupon, segments of Government's Exhibit

21   No. 101.4 were published in open court.)

22   BY MS. PASCHALL:

23   Q.  Where is --

24   A.  He is now right here (indicating).

25   Q.  So at 4:22:35 p.m., is it accurate to say he's near the

1    door of the scaffolding?

2    A.  Yes.

3            MS. PASCHALL:  If we could continue to play.

4            (Whereupon, segments of Government's Exhibit

5    No. 101.4 were published in open court.)

6            THE WITNESS:  If you stop it right now, there's a

7    better picture -- I'll circle it -- just to the left of

8    where I previously circled.

9            MS. PASCHALL:  And that's at 4:22:42 p.m.

10            And continue, please.

11            (Whereupon, segments of Government's Exhibit

12    No. 101.4 were published in open court.)

13            MS. PASCHALL:  And if we could stop.

14    BY MS. PASCHALL:

15    Q.  At 4:22:53 p.m., is it accurate to say Mr. McCaughey has

16    now left the view of this camera?

17    A.  Yes.

18            MS. PASCHALL:  Thank you.  I have no further

19    questions.

20            THE COURT:  Mr. Urso?

21            MR. URSO:  I'm sorry?

22            THE COURT:  Do you have any questions for this

23    witness?

24            MR. URSO:  Just one.

25                        CROSS-EXAMINATION

1    BY MR. URSO:

2    Q.  Good afternoon, Marshal.

3    A.  Good afternoon, sir.

4    Q.  The exhibit with the text messages, the times on there,

5    they're listed in UTC time.  Right?

6    A.  I believe so.  If we could pull it back up.

7            MR. URSO:  If we could pull it back up.

8            MS. PASCHALL:  602, Page 75.

9            MR. URSO:  If you could just blow up one of those

10   blue ones for me.

11           (Whereupon, Government's Exhibit No. 602 was

12   published in open court.)

13           THE WITNESS:  I believe it says UTC minus five, so

14   that would be Eastern Standard Time.

15   BY MR. URSO:

16   Q.  So is the time on here -- that's the accurate time?

17   They put UTC minus five to show you how they got there or --

18   A.  That's my understanding, sir.

19   Q.  It's not UTC time?

20   A.  No, sir.  My understanding is that time is UTC minus

21   five hours to correct it to Eastern Standard Time.

22   Q.  So it's the correct time.  Thank you.

23           MR. URSO:  Thank you.

24           THE COURT:  I had a question for you, Deputy.

25           So did I get this correctly?  You believe the

```
1    Defendant left the tunnel at 3:15, but didn't leave the
2    lower west terrace until 4:22?
3              THE WITNESS:  Yes, sir.
4              THE COURT:  And did you determine where he was in
5    that hour?
6              THE WITNESS:  At some point in camera 0682, we saw
7    him ascending the stairs again and then he came back down
8    and then went somewhere else -- we haven't seen him in any
9    footage -- but then came back into view on 682 and then left
10   that scene at 4:22.
11             THE COURT:  So he was basically milling around in
12   the west front, but didn't leave the area until 4:20?
13             THE WITNESS:  Yes, your Honor.
14             THE COURT:  Okay.  Ms. Cobb, did you have any
15   questions?
16             MS. COBB:  No, your Honor.
17             MR. SHIPLEY:  None, your Honor.
18             THE COURT:  Any redirect?
19             MS. PASCHALL:  No, your Honor.
20             THE COURT:  Thank you, Deputy.
21             THE WITNESS:  Thank you, your Honor.
22             THE COURT:  You may step down.
23             (Witness excused.)
24             THE COURT:  The Government may call its next
25   witness.
```

1          Ms. Paschall, Ms. Chaclan and I both have that

2     103.1 was never admitted.  Were you --

3          MS. PASCHALL:  At this point, if it has not been

4     admitted, we would move its admission.

5          THE COURT:  Seeing no objection --

6          MS. PASCHALL:  I hope.  I think we may have moved

7     103 in, which is the larger exhibit.  But at this time we

8     would move 103.1.

9          THE COURT:  Yes.  You had moved 103 in.  I don't

10    think we did the components there.

11         MS. PASCHALL:  Thank you.

12         THE COURT:  103.1 is in without objection.

13         (Whereupon, Government's Exhibit No. 103.1 was

14    entered into evidence.)

15         MS. BOND:  The Government now calls FBI Special

16    Agent Steve Weatherhead.

17         STEVEN WEATHERHEAD, GOVERNMENT WITNESS, SWORN.

18                        DIRECT EXAMINATION

19    BY MS. BOND:

20    Q.  Good afternoon, sir.

21    A.  Good afternoon.

22    Q.  Would you please say and spell your name for the record?

23    A.  Steven Weatherhead, with a V, W-E-A-T-H-E-R-H-E-A-D.

24    Q.  And where are you employed?

25    A.  With the FBI.

1    Q.  And what is your official title?

2    A.  Special agent.

3    Q.  What are your normal responsibilities?

4    A.  I'm assigned to the Washington field office and I work

5    on the drug squad.  So we do, you know, investigations of

6    drug distribution within D.C. or at least that have an

7    access to Washington, D.C.

8    Q.  How long have you been with the FBI?

9    A.  About 15 years.

10   Q.  How long have you been on the drug squad?

11   A.  Almost the whole time.

12   Q.  What did you do before you went to the FBI?

13   A.  I was in the military.

14   Q.  And how long were you in the military for?

15   A.  Eight years.

16   Q.  Were you -- did you become involved in an investigation

17   of an individual named Tristan Stevens as it relates to

18   January 6th, 2021?

19   A.  Yes.

20   Q.  How did you get involved in that investigation?

21   A.  So he -- a photograph of his face was taken from a

22   screenshot of some of the video we've already seen and

23   posted to the FBI website to solicit information from the

24   public to help identify him.  And he was given the

25   designation AFO-64, as in assault on federal officer 64.

1          Whenever they post someone's photograph, they need

2     an agent to be responsible for the investigation that will

3     ensue if and when information does come in from the public

4     about the individual.

5     Q.  How did you on the drug squad get a nondrug case?

6     A.  Well, we all had to chip in.  We all had a new job on

7     January 7, 2021.  My supervisor told me that this violent

8     crime squad that was posting -- that was taking the lead on

9     posting a lot of subjects' photographs needed volunteers to

10    take assignments.  So I just walked over there and they

11    assigned me AFO-64.

12    Q.  So would you be considered the lead case agent on

13    AFO-64?

14    A.  Yes.

15    Q.  At the time you got it, you didn't know who AFO-64 was,

16    did you?

17    A.  Correct.  No, we did not.

18    Q.  Did you eventually determine that that was Tristan

19    Stevens?

20    A.  Yes, we did.

21    Q.  What field office are you based out of?

22    A.  Washington field.

23    Q.  In the course of your investigation, did you learn that

24    Mr. Stevens did not live in the Washington, D.C., area?

25    A.  Yes.

1    Q.  Where did you learn that he lived?

2    A.  Pensacola, Florida.

3    Q.  And so did an agent from Florida assist you in that

4    investigation?

5    A.  A task force officer, yes, assigned to the FBI.

6    Q.  Who is that agent?

7    A.  Andrew Tokager.

8    Q.  Should I be saying special agent?  Is that the

9    appropriate way to say it?

10   A.  He works for a police -- I mean, he's a police officer.

11   But he is assigned to work at the resident agency in

12   Pensacola.

13   Q.  So did you work closely with Agent Tokager during the

14   course of the investigation?

15   A.  Yes.

16   Q.  And at some point, did you seek an arrest warrant for

17   Mr. Stevens?

18   A.  Yes.

19   Q.  Were you actually -- did you get that arrest warrant?

20   A.  Yes.  It was issued here in D.C.

21   Q.  Were you actually present for the arrest, though?

22   A.  No.  He was arrested in Pensacola.

23   Q.  So was Agent Tokager the boots on the ground for that

24   arrest?

25   A.  Yes, he was.

1    Q.  Okay.  Following Mr. Stevens's arrest, were several

2    items recovered from him?

3    A.  Two items were.

4    Q.  What were those two items?

5    A.  A tan hooded jacket with an emblem of Monterrey Bay,

6    California, on it and a Samsung Galaxy cell phone.

7              MS. BOND:  May I approach the witness, your Honor?

8              THE COURT:  You may.

9    BY MS. BOND:

10   Q.  I'm going to place some items in front of you.  I will

11   start with this larger one and then we'll move on to the

12   smaller one.

13   A.  Okay.

14   Q.  We'll be marking the larger one as Government's Exhibit

15   804.

16              Could you open that and tell me what is inside

17   that?

18   A.  A very thoroughly sealed -- we'll get in there.

19   Q.  Would you hold that up for us?

20   A.  (Witness complies.)

21   Q.  So what is that item?

22   A.  It's a tan hooded fleece jacket with the embroidery

23   Monterrey Bay, California, on the left chest area.

24   Q.  And why was it recovered from Mr. Stevens?

25   A.  Well, Mr. Stevens, I read in the report, asked for this

1    jacket on his way to the booking station.  And it was

2    maintained as evidence because it appears to be the jacket

3    he was wearing on January 6th.

4    Q.  And to the best of your knowledge, is this the

5    sweatshirt that -- is this sweatshirt in the same or

6    substantially the same condition as when it was recovered

7    from Mr. Stevens?

8    A.  Yes.

9              MS. BOND:  The Government moves to admit Exhibit

10   804.

11             THE COURT:  Seeing no objection, 804 is in.

12             (Whereupon, Government's Exhibit No. 804 was

13   entered into evidence.)

14   BY MS. BOND:

15   Q.  Now, did you also recover or did the FBI also recover a

16   cell phone?

17   A.  Yes.

18   Q.  And so I'll wait until you can put that back in the bag.

19   But then we'll be marking that smaller envelope that you

20   have in front of you as Government's Exhibit 607.  Once

21   you've had an opportunity to open it, will you please tell

22   me what Item 607 is.

23   A.  A cell phone.

24   Q.  Is that the cell phone recovered from Mr. Stevens at the

25   time of his arrest?

1    A.  Yes.

2    Q.  To your knowledge, is it in the same or substantially

3    the same condition as when it was recovered from him?

4    A.  Yes.  This is the first time the packaging has been

5    unsealed since it was -- since after it was downloaded.

6    Q.  Thank you.

7            Following the recovery of this phone, did Agent

8    Tokager seek a search warrant for the contents of that cell

9    phone?

10   A.  Yes, he did.

11   Q.  Was that warrant signed?

12   A.  Yes.

13   Q.  And in your work with Agent Tokager, what steps did he

14   take to execute that search warrant?

15   A.  Once the warrant was issued, he gave it to an agent that

16   had been trained to extract the contents of cell phones.

17   Q.  What was the name of that agent?

18   A.  Last name Canning, also an agent in the Jacksonville

19   division that Pensacola falls underneath.

20   Q.  Did Agent Canning then extract the full contents of that

21   phone?

22   A.  Yes, he did.

23   Q.  Did he send you a copy of the full contents of that

24   phone?

25   A.  Yes, he did.

1    Q.  Now, did you go through the full contents and create a

2    scoped copy of those contents?

3    A.  Yes.

4    Q.  What did you do to create that scoped copy?

5    A.  I reviewed all the contents of the phone.  I labeled the

6    items I thought were of interest to the investigation and

7    created a new report that contains only those items.

8          MS. BOND:  So pulling up Government's Exhibit 608,

9    Page 1, if you'd be willing to pull out the top summary

10   portion.

11   BY MS. BOND:

12   Q.  Do you recognize this document?

13   A.  Yes.  This is the report I generated that had only the

14   tagged items from the complete extraction of the cell phone.

15   Q.  In the fourth line down, it says Examiner Name.  Who's

16   the examiner?

17   A.  That is me, Steve Weatherhead.

18   Q.  And in the second line down, it says Report Creation

19   Time.  What is the date and time there?

20   A.  June 8, 2021, 4:47 p.m.

21   Q.  So is this document, Exhibit 608, a true and accurate

22   copy of what you extracted -- or the scoped contents of

23   Mr. Stevens's phone?

24   A.  Yes.

25   Q.  Moving through this document --

1           MS. BOND:  I may have failed to move in both the

2     cell phone and its contents.  So I'd ask to move in 607 and

3     608 at this time.

4           THE COURT:  Seeing no objection, 607 and 608 are

5     in.

6           (Whereupon, Government's Exhibit No. 607 and 608

7     were entered into evidence.)

8     BY MS. BOND:

9     Q.  During the course of your investigation, did you learn

10    that a particular phone number was associated with

11    Mr. Stevens?

12    A.  Yes.

13    Q.  What are the last four digits of that phone number?

14    A.  0890.

15    Q.  So I'd like to talk to you about some instant messages

16    that you flagged in this phone.

17          Going to Page 6, Line 21, now, in your review of

18    this phone, did you learn that Mr. Stevens's phone number,

19    at least the phone number that you had associated with him,

20    was added to a group chat?

21    A.  Yes.

22    Q.  And who is the sender of that group chat?

23    A.  Someone who was assigned the contact name Nick Woerner.

24    Q.  And are contact names assigned by the owner of the

25    phone?

```
1     A.  Yes.

2     Q.  So the person who has the phone decides what name

3     they're going to put in there?

4     A.  Right.

5     Q.  And the phone -- what are the last four digits of this

6     phone number associated with Nick Woerner?

7     A.  7685.

8     Q.  And how many other phone numbers in addition to Nick

9     Woerner are on that group chat?

10    A.  Three to include the phone, you know, whose contents

11    we're reviewing.

12    Q.  So if you look at Column 6 under the word Direction,

13    what does it say there?

14    A.  Incoming.

15    Q.  So this would have been a message received by

16    Mr. Stevens's phone?

17    A.  Correct.

18    Q.  Would you read to me the body of that message?

19            THE COURT:  I've read it.

20            MS. BOND:  Thank you.

21    BY MS. BOND:

22    Q.  Moving on to Page 7, Line 22, is this message from the

23    same Nick Woerner to the same group chat?

24    A.  Yes.

25    Q.  And what is the body of that message?
```

1    A.  "In case you're unfamiliar with the numbers showing up,

2    at this point I've got Sara, Jeremy and Tristan Stevens on

3    the chat here.  Four different travel paths/plans heading to

4    D.C. today.  I never would have ever dreamed I'd be a

5    marcher in my life.  This is going to be interesting,

6    folks."

7    Q.  Moving on to Line 24, the same page, now, the sender of

8    this message is no longer Nick Woerner, but is it still an

9    incoming message to Mr. Stevens's phone?

10   A.  Still an incoming message.

11   Q.  And does it still include both Nick Woerner and

12   Mr. Stevens?

13   A.  Yes.

14   Q.  Can you read to me the contents of that message?

15   A.  "Jeremy Strickland with my friend Tony De Falco.  We are

16   near Roanoke, Virginia.  Eric Strickland is driving up.

17   Location unknown currently.  There will be an intel brief as

18   the day progresses.  I want to be at Freedom Plaza tonight,

19   where Alex Jones is hosting an event."

20   Q.  Moving on to Page 8, Line 25, at that point, are we

21   seeing an outgoing message or an incoming message?

22   A.  Outgoing.

23   Q.  Is this to the same group chat?

24   A.  Same group chat.  Yes.

25   Q.  And what --

1          THE COURT:  Ms. Bond, I think Ms. Cobb has already

2     stipulated her client was there.  Is there anything other

3     than showing that the Defendant was there that this goes to?

4          MS. BOND:  No.  I will move on right from there.

5     BY MS. BOND:

6     Q.  Now, did you have an opportunity to review videos that

7     were found in Mr. Stevens's phone?

8     A.  Yes.

9          MS. BOND:  So I'd like to pull up Exhibit 419.1.

10     If you would pause it before playing it.

11     BY MS. BOND:

12     Q.  Now, the orientation of this one is sideways.  Have you

13     had an opportunity to view this particular video with the

14     monitor turned?

15     A.  Yes.

16     Q.  So the video that we're about to watch, where on it --

17     where in Washington, D.C., do you believe it was filmed?

18     A.  On or near the Ellipse.

19          MS. BOND:  So if we could play Exhibit 419.1.

20          (Whereupon, segments of Government's Exhibit

21     No. 419.1 were published in open court.)

22          MS. BOND:  We can stop it there.

23     BY MS. BOND:

24     Q.  Now, in your knowledge of the overall January 6th

25     investigation, have you been able to identify who was

1    speaking at this particular moment in time?

2    A.  Yes.  It was a gentleman called Professor Eastman, who

3    gave a short speech at the Ellipse at the Trump rally.

4    Q.  Moving on to 419.2, before you play it, again, it's

5    sideways.  So have you had an opportunity to view it in the

6    right direction?

7    A.  Yes.

8    Q.  Where -- based on your knowledge of the city, where was

9    this particular video filmed?

10   A.  Near the west front of the Capitol Building.

11            MS. BOND:  Please play the exhibit.

12            (Whereupon, segments of Government's Exhibit

13   No. 419.2 were published in open court.)

14            MS. BOND:  Stop the exhibit there.

15   BY MS. BOND:

16   Q.  This video is about three and a half more minutes.  Have

17   you had an opportunity to view that?

18   A.  Yes.

19   Q.  And what does it appear to be to you?

20   A.  It appears to be video taken by Mr. Stevens at the west

21   front of the Capitol.

22   Q.  Does it appear that the video no longer shows any video

23   because it was put in his pocket?

24   A.  The rest of the video seems like it was in his pocket.

25   Yeah.

1    Q.  Thank you.

2            MS. BOND:  Moving on to video Exhibit 419.3.

3            (Whereupon, segments of Government's Exhibit No.

4    419.3 were published in open court.)

5            MS. BOND:  And if you can pause that.

6    BY MS. BOND:

7    Q.  Based on your knowledge of the January 6th

8    investigation, where do you believe that this video was

9    filmed?

10   A.  This is the tunnel of the lower west terrace.  You can

11   see the gold framed glass doors there.

12   Q.  Please --

13   A.  And I recognize some of the subjects you can see in

14   here.

15           MS. BOND:  Please play the exhibit.

16           (Whereupon, segments of Government's Exhibit

17   No. 419.3 were published in open court.)

18   BY MS. BOND:

19   Q.  Now, in the course of your investigation, have you been

20   able to develop a timeline of where Mr. Stevens was at the

21   Capitol at different points that day?

22   A.  Yes.

23   Q.  And have you reviewed Capitol Police camera 74?

24   A.  Yes.

25   Q.  Body-worn camera footage?

1    A.  Yes.

2    Q.  Open-source videos?

3    A.  Yes.

4    Q.  As well as videos from other Defendants?

5    A.  Yes.

6    Q.  And you are aware that the U.S. Attorney's Office has

7    enhanced some of those videos to pull out Mr. Stevens.  Is

8    that correct?

9    A.  Right.

10   Q.  Now, going through some of Mr. Stevens's day, starting

11   with --

12          MS. BOND:  Let's pull up exhibit -- and my

13   colleague has helpfully reminded me that I should move

14   419.1, 2 and 3 into evidence.  The Government would like to

15   do that.

16          THE COURT:  Seeing no objection, 419.1 and 3 are

17   in.  419.2 is already in.

18          (Whereupon, Government's Exhibit Nos. 419.1 and

19   419.3 were entered into evidence.)

20          MS. BOND:  Pulling up Government's Exhibit 901.

21          (Whereupon, segments of Government's Exhibit

22   No. 901 were published in open court.)

23          MS. BOND:  If you could pause it there.

24   BY MS. BOND:

25   Q.  Now, on the right-hand side of the screen, are you

1    familiar with the clip there?

2    A.   Yes.   This is a clip taken from Officer Madison's

3    body-worn camera.

4    Q.   And have you watched the unenhanced version of that

5    clip?

6    A.   Yes.

7    Q.   That has been marked by the Government as Exhibit 225.

8              Now, the one on the left-hand side of the screen,

9    what is that clip from?

10   A.   That's from a news station clip that was taken by a news

11   station posted to the internet.   It seems to be from the

12   vantage point of the camera platform in the center of the

13   west front.

14   Q.   That unenhanced video has been marked by the Government

15   as Exhibit 307.

16             Now, this particular view that we have here on

17   901, is that those two clips married up, so 307 and 225

18   married up at that moment?

19   A.   Yes.

20   Q.   And the blue box -- who is in the blue box?

21   A.   Tristan Stevens.

22             MS. BOND:   So the Government moves to admit 901,

23   307 and 225.

24             THE COURT:   Seeing no objection, 901, 307 and 225

25   are admitted.

```
 1            (Whereupon, Government's Exhibit Nos. 225, 307 and
 2      901 were entered into evidence.)
 3            MS. BOND:  I'd ask you to play the exhibit.
 4            THE COURT REPORTER:  Sorry, counsel.  For the
 5      record, which exhibit are you publishing?
 6            MS. BOND:  This is 901.
 7            (Whereupon, segments of Government's Exhibit
 8      No. 901 were published in open court.)
 9      BY MS. BOND:
10      Q.  Just to make sure that I don't forget, would you take it
11      back to the beginning and just tell me the timestamp at the
12      very beginning.
13      A.  13:56, 1:56 p.m.
14      Q.  Okay.
15            MS. BOND:  Pulling up next Exhibit 214.1, which is
16      in evidence.
17            (Whereupon, segments of Government's Exhibit
18      No. 214.1 were published in open court.)
19            MS. BOND:  Go ahead and play it all.
20            (Whereupon, segments of Government's Exhibit
21      No. 214.1 were published in open court.)
22      BY MS. BOND:
23      Q.  Stopping it right there, what's the timestamp there?
24      A.  2:22 p.m.
25            MS. COBB:  It's not an objection.  I don't want to
```

1    make an objection.  But I just want to make sure it's clear

2    for the record that this video has already been played.

3              MS. BOND:  Yes.  This one is already admitted,

4    admitted and been played.

5              So moving on to Exhibit 303, which is in evidence

6    and has been played, if you can move it to timestamp 15:25,

7    please.  Play about ten seconds.

8              (Whereupon, segments of Government's Exhibit

9    No. 303 were published in open court.)

10             MS. BOND:  Please stop it there.

11   BY MS. BOND:

12   Q.  Do you see Mr. Stevens in that clip?

13   A.  Yes.

14   Q.  Could you please circle where you see Mr. Stevens?

15   A.  (Witness complies.)

16   Q.  Thank you.

17             MS. PASCHALL:  Moving on to Exhibit 927, please.

18             THE COURT:  Do you know what time this was?

19             THE WITNESS:  Not off the top of my head, your

20   Honor.

21             MS. BOND:  Let me clear this.

22   BY MS. BOND:

23   Q.  What is the timestamp for Exhibit 927?

24   A.  2:49 p.m.

25   Q.  And is 927 an enhanced view of camera 74 that's already

1    been admitted?

2    A.  Yes.  I can't tell by looking at this that it's

3    enhanced.  I can tell --

4    Q.  Have you viewed 927 previously?

5    A.  Yes.

6    Q.  You're aware it's enhanced?

7    A.  Okay.  Yes.

8    Q.  Thank you.

9              MS. BOND:  The Government moves to admit 927.

10             THE COURT:  Seeing no objection, 927 is in.

11             (Whereupon, Government's Exhibit No. 927 was

12    entered into evidence.)

13             MS. BOND:  Would you please play it.

14             (Whereupon, segments of Government's Exhibit

15    No. 927 were published in open court.)

16             MS. BOND:  That's the end of that.

17             Moving on to Exhibit 926.

18             (Whereupon, segments of Government's Exhibit

19    No. 926 were published in open court.)

20             MS. BOND:  If you can pause it there.

21    BY MS. BOND:

22    Q.  Now, in the course of your work on the Capitol, the

23    January 6th cases, have you become familiar with the

24    Defendant named Gina Bisignano?

25    A.  Yes, I have.

1    Q.  Have you viewed her unmodified videos as part of your

2    investigation?

3    A.  Yes.  Videos downloaded from her iCloud account.

4    Q.  And so this -- also pulling up or at least referencing

5    Exhibit 405, is Exhibit 405 the unmodified version of Gina

6    Bisignano's video that ends in 5064?

7    A.  Yes.

8    Q.  And is Exhibit 926 an enhanced version of that video?

9    A.  Yes.

10         MS. BOND:  The Government now moves to admit 405

11    and 906 [sic] into evidence.

12         THE COURT:  Seeing no objection, 405 and 926 are

13    admitted.

14         (Whereupon, Government's Exhibit Nos. 405 and 926

15    were entered into evidence.)

16         MS. BOND:  I'd like to play Exhibit 926.

17         (Whereupon, segments of Government's Exhibit

18    No. 926 were published in open court.)

19    BY MS. BOND:

20    Q.  Pulling up Exhibit 925, have you had an opportunity to

21    previously view 925?

22    A.  Yes.

23    Q.  So is 925 a side-by-side of 9 -- of 405 as well as

24    camera 74 at 2:49 p.m.?

25    A.  Yes.

1          MS. BOND:  The Government moves to move in Exhibit

2     925 into evidence.

3          THE COURT:  Seeing no objection, 925 is in.

4          (Whereupon, Government's Exhibit No. 925 was

5     entered into evidence.)

6          MS. BOND:  Play Exhibit 925.

7          (Whereupon, segments of Government's Exhibit

8     No. 925 were published in open court.)

9     BY MS. BOND:

10    Q.  The blue box we see here, who is that?

11    A.  Tristan Stevens.

12         MS. BOND:  Please continue on.

13         (Whereupon, segments of Government's Exhibit

14    No. 925 were published in open court.)

15         MS. BOND:  Thank you.

16    BY MS. BOND:

17    Q.  Moving to Exhibit 930, have you had an opportunity to

18    previously view Exhibit 930?

19    A.  Yes.

20    Q.  And is that exhibit an enhanced version of camera 74?

21    A.  Yes.

22    Q.  What's the timestamp here?

23    A.  2:51 p.m.

24         MS. BOND:  The Government moves to admit Exhibit

25    930 into evidence.

```
 1                THE COURT:  Seeing no objection, 930 in.
 2                (Whereupon, Government's Exhibit No. 930 was
 3      entered into evidence.)
 4                MS. BOND:  I'd play to play Exhibit 930.
 5                (Whereupon, segments of Government's Exhibit
 6      No. 930 were published in open court.)
 7      BY MS. BOND:
 8      Q.  And who is inside the blue box?
 9      A.  Tristan Stevens.
10                THE COURT:  If you can stop.  Let's do the same
11      thing.
12                Mr. Shipley, do you stipulate that that's your
13      client in the green box?
14                MR. SHIPLEY:  Yes, your Honor.  We'll stipulate
15      that that's Mr. Mehaffie in the blue or the green.  I don't
16      remember.
17                THE COURT:  It was the green.
18                Let's go.
19                MS. BOND:  So moving on to Exhibit 934.
20                (Whereupon, segments of Government's Exhibit
21      No. 934 were published in open court.)
22                MS. BOND:  Pause it there.
23      BY MS. BOND:
24      Q.  Have you viewed 934 previously?
25      A.  Yes.
```

```
1    Q.  Are you aware that 934 is an enhanced version of Exhibit
2    303 that's already been admitted?
3    A.  Yes.
4            MS. BOND:  The Government moves to admit Exhibit
5    934.
6            THE COURT:  Seeing no objection, 934 is in.
7            (Whereupon, Government's Exhibit No. 934 was
8    entered into evidence.)
9            MS. BOND:  Go ahead and play 934.
10           (Whereupon, segments of Government's Exhibit
11   No. 934 were published in open court.)
12   BY MS. BOND:
13   Q.  Who's in the blue box?
14   A.  Tristan Stevens.
15           MS. BOND:  Go ahead, please.
16           (Whereupon, segments of Government's Exhibit
17   No. 934 were published in open court.)
18           MS. BOND:  Thank you.
19   BY MS. BOND:
20   Q.  Moving on to Exhibit 935, have you previously had an
21   opportunity to view Exhibit 935?
22   A.  Yes.
23   Q.  Are you aware that it's an enhanced version of camera 74
24   that's already in evidence?
25   A.  Yes.
```

1    Q.  What's the timestamp for 935?

2    A.  2:55 p.m.

3    Q.  Who is in the blue box?

4    A.  Tristan Stevens.

5            MS. BOND:  The Government moves to admit Exhibit

6    935.

7            THE COURT:  Seeing no objection, 935 is in.

8            MS. BOND:  935.  Yes.

9            (Whereupon, Government's Exhibit No. 935 was

10   entered into evidence.)

11           MS. BOND:  Please play Exhibit 935.

12           (Whereupon, segments of Government's Exhibit

13   No. 935 were published in open court.)

14           MS. BOND:  Moving on to Exhibit 938, please.

15           (Whereupon, segments of Government's Exhibit

16   No. 938 were published in open court.)

17           MS. BOND:  Pausing there.

18   BY MS. BOND:

19   Q.  Have you previously viewed Exhibit 938?

20   A.  Yes.

21   Q.  Are you aware it's an enhanced version of camera 74,

22   which has already been admitted?

23   A.  Yes.

24   Q.  Who is in the blue box?

25   A.  Tristan Stevens.

```
1              MS. BOND:  The Government moves to admit Exhibit
2     938.
3              THE COURT:  938 is in.
4              (Whereupon, Government's Exhibit No. 938 was
5     entered into evidence.)
6              THE COURT:  Mr. Shipley, you agree it's your
7     client in the green box?
8              MR. SHIPLEY:  Yes, your Honor.
9              THE COURT:  Okay.
10    BY MS. BOND:
11    Q.  What's the timestamp there?
12    A.  2:56 p.m.
13             MS. BOND:  Please play the exhibit.
14             (Whereupon, segments of Government's Exhibit
15    No. 938 were published in open court.)
16             MS. BOND:  Now, stepping out of the 900 series,
17    I'd like to go back to Exhibit 101.2 at timestamp 2:56:35.
18    So if you can go ahead and play about one minute of this
19    clip.
20             (Whereupon, segments of Government's Exhibit
21    No. 101.2 were published in open court.)
22             MS. BOND:  Pause it there.  Thank you.
23    BY MS. BOND:
24    Q.  Special Agent, would you please circle Mr. Stevens if
25    you see him in this crowd.
```

1    A.   (Witness complies.)

2    Q.   Thank you.

3         MS. BOND:  Please continue playing.

4         (Whereupon, segments of Government's Exhibit

5    No. 101.2 were published in open court.)

6    BY MS. BOND:

7    Q.   What does Mr. Stevens appear to be doing there?

8    A.   He seems to be recording with his phone, recording

9    video.  I believe where we played the video, it was

10   recovered from his phone.

11        (Whereupon, segments of Government's Exhibit

12   No. 101.2 were published in open court.)

13        MS. BOND:  Stop it there.

14   BY MS. BOND:

15   Q.   Now, Special Agent, you just mentioned the video

16   recovered from his phone.  Are you referring to, I believe,

17   Exhibit 419.3 that we just saw a few moments ago?

18   A.   Yes.

19   Q.   And why do you believe that that is the same moment?

20   A.   He seemed to be -- from this perspective, you can see

21   that he was holding his phone behind a Trump flag, an

22   American flag and a tan or white cowboy hat.  And you can

23   see those in the video.  I think you can also see the orange

24   pylon too.

25   Q.   And if I didn't ask, what's the timestamp here?

1    A.  2:57 p.m.

2             MS. BOND:  Now would the Court like to resee

3    Exhibit 419.3 that we just saw a few minutes ago?

4             THE COURT:  No.  Thank you.

5             MS. BOND:  Moving on to Exhibit 947.

6             (Whereupon, segments of Government's Exhibit

7    No. 947 were published in open court.)

8    BY MS. BOND:

9    Q.  Have you had an opportunity to previously view 947?

10   A.  Yes.

11   Q.  What is the timestamp in the -- are you aware that 947

12   is a marrying-together of camera 74 plus Gina Bisignano's

13   camera, 5079?

14   A.  Yes.

15            MS. BOND:  Those have both already been admitted

16   into evidence.

17            The Government moves to admit 947.

18            THE COURT:  Seeing no objection, 947 is in.

19            (Whereupon, Government's Exhibit No. 947 was

20   entered into evidence.)

21            MS. BOND:  Go ahead and play 947.

22            (Whereupon, segments of Government's Exhibit

23   No. 947 were published in open court.)

24   BY MS. BOND:

25   Q.  Moving on to Exhibit No. 952, have you previously viewed

1    Exhibit 952?

2    A.  Yes.

3    Q.  You're aware that it's an enhanced version of camera 74

4    that's already in evidence?

5    A.  Yes.

6    Q.  What's the timestamp here?

7    A.  3:06 p.m.

8          MS. BOND:  The Government moves to admit Exhibit

9    952 into evidence.

10         THE COURT:  Seeing no objection, 952 is in.

11         (Whereupon, Government's Exhibit No. 952 was

12   entered into evidence.)

13         MS. BOND:  Would you please play that.

14         (Whereupon, segments of Government's Exhibit

15   No. 952 were published in open court.)

16   BY MS. BOND:

17   Q.  Moving on to Exhibit No. --

18         MR. SHIPLEY:  I'm sorry.  Your Honor, could we see

19   the first 15 seconds again?

20         THE COURT:  Sure.

21         (Whereupon, segments of Government's Exhibit

22   No. 952 were published in open court.)

23         MR. SHIPLEY:  That's fine.  Thank you.

24         MS. BOND:  Certainly.

25         Moving on to 953.

```
 1                  (Whereupon, segments of Government's Exhibit
 2       No. 953 were published in open court.)
 3       BY MS. BOND:
 4       Q.  Have you previously viewed Exhibit No. 953?
 5       A.  Yes.
 6       Q.  Are you aware that it is a side-by-side of camera 74 as
 7       well as a video from Defendant Cantwell that has already
 8       been moved into evidence?
 9       A.  Yes.
10              MS. BOND:  So the Government --
11       BY MS. BOND:
12       Q.  What's the timestamp here?
13       A.  3:07 p.m.
14              MS. BOND:  The Government moves --
15              THE COURT:  953 is already in.
16              MS. BOND:  Oh, thank you.
17              Go ahead and -- yes.  You're right.  If this has
18       already been played, would the Court like me skip it?
19              THE COURT:  Yes.
20              MS. BOND:  Move on to Exhibit No. 955.
21              (Whereupon, segments of Government's Exhibit
22       No. 955 were published in open court.)
23              MS. BOND:  Please pause it.
24       BY MS. BOND:
25       Q.  Now, have you previously viewed No. 955?
```

```
 1    A.  Yes.

 2    Q.  Are you aware that it is a side-by-side of a video taken

 3    by Defendant Cantwell and photojournalist Jon Farina?

 4    A.  Yes.

 5            MS. BOND:  The Government moves to admit Exhibit

 6    955.

 7            THE COURT:  Without objection, 955 is in.

 8            (Whereupon, Government's Exhibit No. 955 was

 9    entered into evidence.)

10            MS. BOND:  Would you please play 955.

11            (Whereupon, segments of Government's Exhibit

12    No. 955 were published in open court.)

13    BY MS. BOND:

14    Q.  Who was in the blue box in that exhibit?

15    A.  Mr. Stevens.

16            MS. BOND:  Moving on to Government's Exhibit 960.

17            (Whereupon, segments of Government's Exhibit

18    No. 960 were published in open court.)

19    BY MS. BOND:

20    Q.  Have you previously had an opportunity to view Exhibit

21    960?

22    A.  Yes.

23    Q.  Is that an enhanced version of camera 74, which is

24    already in evidence?

25    A.  Yes.
```

1          MS. BOND:  The Government moves to admit Exhibit

2     960.

3          THE COURT:  Seeing no objection, 960 is in.

4          (Whereupon, Government's Exhibit No. 960 was

5     entered into evidence.)

6     BY MS. BOND:

7     Q.  What is the timestamp of 960?

8     A.  3:11 p.m.

9          MS. BOND:  Please play the exhibit.

10          (Whereupon, segments of Government's Exhibit

11     No. 960 were published in open court.)

12     BY MS. BOND:

13     Q.  If I didn't ask you, who was in the blue box that we saw

14     earlier?

15     A.  Tristan Stevens.

16          MS. BOND:  Moving on to what has already been

17     admitted into evidence as camera 74, Exhibit 101.6.  If you

18     would move to timestamp 4:16 and 15 seconds.  If you would

19     play just a few seconds of the video.

20          (Whereupon, segments of Government's Exhibit

21     No. 101.6 were published in open court.)

22     BY MS. BOND:

23     Q.  Special Agent, if you see Mr. Stevens, would you ask to

24     stop and then circle Mr. Stevens for us.

25     A.  Okay.  Stop, please.

```
1    Q.  Thank you.

2             MS. BOND:  Please continue playing the video.

3             (Whereupon, segments of Government's Exhibit

4    No. 101.6 were published in open court.)

5             MS. BOND:  I will pause the video here

6    momentarily.

7             The Court has had an opportunity to see the

8    four-minute clip of this earlier today.  Would the Court

9    like me to skip past and show Mr. Stevens's exit?

10            THE COURT:  Please.

11            MS. BOND:  Moving on to timestamp 4:20:28.  If you

12   would just play it.

13            (Whereupon, segments of Government's Exhibit

14   No. 101.6 were published in open court.)

15   BY MS. BOND:

16   Q.  And, Special Agent, if you would just circle Mr. Stevens

17   if you see him.

18   A.  Okay.  So from having watched this previously, you can

19   see someone with a tan jacket and black gloves put their

20   hands up and wave their hands.  I know that to be

21   Mr. Stevens.  I'll circle the subject I'm talking about now.

22   You can't see his face.  But having viewed this several

23   times, I know it's Mr. Stevens.

24   Q.  And when you say several times, how many times would you

25   say?
```

Weatherhead - DIRECT - By Ms. Bond

1    A.  Three times in preparation for the trial.  But I watched

2    this camera a lot, you know, at the beginning of the

3    investigation.

4    Q.  Thank you.

5              MS. BOND:  Please continue playing it for just a

6    few more seconds.

7              (Whereupon, segments of Government's Exhibit

8    No. 101.6 were published in open court.)

9              MS. BOND:  Stop it there.

10             THE WITNESS:  You can see his backpack as well

11   there, the black backpack.

12   BY MS. BOND:

13   Q.  Thank you.  What is the timestamp there?

14   A.  4:20 p.m.

15   Q.  After 4:20 p.m., are you aware of any other videos or

16   photographs that depict Mr. Stevens?

17   A.  No.

18   Q.  So to your knowledge, you don't know where he went after

19   this point?

20   A.  Right.

21             MS. BOND:  Then I have no further questions.

22             THE COURT:  Thank you, Ms. Bond.

23             Probably this is a good place for us to stop for

24   the evening.

25             So, Agent Weatherhead, I'll just ask you not to

Weatherhead - DIRECT - By Ms. Bond

1    discuss the contents of your testimony with anyone over the

2    course of the evening and report back here at 9:30 tomorrow

3    for the continued trial.

4              Yes, Ms. Cobb.

5              MS. COBB:  Your Honor, I was just going to say, I

6    don't have any questions for Mr. Weatherhead and I don't

7    know that anyone else does.

8              MR. SHIPLEY:  I'll have a few.

9              MS. COBB:  Okay.

10             MR. SHIPLEY:  I apologize.

11             THE COURT:  You'll come back tomorrow morning and

12   we'll hear from Mr. Shipley.

13             (Witness excused.)

14             THE COURT:  Ms. Paschall, where do things stand

15   with the Government's case?

16             MS. PASCHALL:  We have one final witness.  That

17   would be Special Agent Kyle Metz, who is the lead agent for

18   Mr. Mehaffie.  Then we'll make sure that all of the evidence

19   has been moved in and stipulations and the like and then

20   we'll rest.

21             THE COURT:  Okay.

22             MS. PASCHALL:  I imagine Special Agent Metz's

23   testimony will be similar to the last two, approximately an

24   hour.

25             THE COURT:  So the Defendants should definitely be

1    prepared for the defense case tomorrow.  Obviously, I'm not

2    sure exactly how long it will go.  I'm not saying you all

3    need to have everyone here.  But you should talk amongst

4    yourselves and make sure that you've got a full day's worth

5    of evidence if in fact there is a full day's worth of

6    evidence.

7              MR. URSO:  We're not closing tomorrow, right?

8              THE COURT:  No.  I would not expect us to close

9    tomorrow unless you're telling me that there are no

10   witnesses.

11             MR. SHIPLEY:  No, no.  I think we'll go through

12   the full day.  But I just wanted to confirm also that plan

13   to close earlier than Tuesday.

14             THE COURT:  No earlier than Tuesday.  Yes.

15             MR. SHIPLEY:  Correct.  I think we'll go the full

16   day tomorrow with testimony or most of it.

17             THE COURT:  That sounds good.

18             Also, I'd expect to talk about the bench

19   instructions for tomorrow.  I'll just say, my initial

20   instinct would be to go with the Government's proposed

21   instructions.  So I'll be primarily looking to the defense

22   as to where, if at all, you think there's anything that is

23   incorrect with the Government's proposed elements of the

24   offense.

25             Also, my recollection is there wasn't anything

1    perhaps on the "corruptly" element of obstruction of an

2    official proceeding.

3              MS. PASCHALL:  If it's not in the instruction,

4    it's an oversight; and I'm happy to provide something to the

5    Court based on prior trials.

6              THE COURT:  Yes.  I'd suggest you to look to -- I

7    know Judge Friedrich has handled at least one obstruction

8    trial.  So she might be --

9              MS. PASCHALL:  As has your Honor.

10             THE COURT:  As have I.  I am the resident expert

11   on January 6th trials.

12             MS. PASCHALL:  I think that's correct, your Honor.

13             THE COURT:  But I have always looked to Judge

14   Friedrich as a great source of inspiration for many things.

15   So I think let's plan to talk about that.

16             Anything else for the Government, Ms. Paschall?

17             MS. PASCHALL:  No, your Honor.  Thank you.

18             THE COURT:  Mr. Shipley?

19             MR. SHIPLEY:  Nothing on behalf of Mr. Mehaffie,

20   your Honor.

21             THE COURT:  Ms. Cobb?

22             MS. COBB:  No, your Honor.

23             THE COURT:  Mr. Urso?

24             MR. URSO:  No, your Honor.

25             THE COURT:  I'll direct the Defendants to return

1    tomorrow at 9:30 for your continued trial.  My prior

2    admonitions stand.

3                Thanks, folks.

4                MR. SHIPLEY:  Thank you, your Honor.

5                (Proceedings concluded.)

1                          **CERTIFICATE**

2

3                I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10               Dated this 13th day of October, 2022.

11

12          /s/ Lisa Edwards, RDR, CRR
            Official Court Reporter
13          United States District Court for the
              District of Columbia
14          333 Constitution Avenue, Northwest
            Washington, D.C. 20001
15          (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 75:5

## /

**/s** [1] - 246:12

## 0

**0000** [1] - 192:4
**0074** [3] - 189:21, 195:3, 196:24
**0682** [4] - 187:21, 187:23, 203:2, 208:6
**06901** [1] - 1:21
**0890** [1] - 217:14

## 1

**1** [1] - 216:9
**10** [2] - 17:17, 177:22
**100** [1] - 182:8
**101** [5] - 141:4, 141:6, 189:22, 195:3, 195:24
**101.2** [4] - 233:17, 233:21, 234:5, 234:12
**101.4** [15] - 201:8, 201:10, 201:20, 202:3, 203:10, 203:14, 203:25, 204:13, 204:20, 204:24, 205:9, 205:14, 205:21, 206:5, 206:12
**101.6** [23] - 3:13, 141:5, 141:8, 141:10, 141:12, 141:13, 141:14, 141:17, 141:19, 142:9, 142:12, 143:1, 143:17, 144:6, 144:20, 145:6, 145:10, 145:19, 239:17, 239:21, 240:4, 240:14, 241:8
**102** [1] - 3:6
**103** [4] - 187:23, 187:25, 209:7, 209:9
**103.1** [7] - 3:18, 202:23, 202:25, 209:2, 209:8, 209:12, 209:13
**10:01** [1] - 181:25
**11** [1] - 64:25
**115** [1] - 3:6

**119** [1] - 3:7
**12** [4] - 17:17, 102:19, 175:5, 185:7
**120** [1] - 7:10
**124** [1] - 3:11
**12:23** [1] - 182:10
**12:30** [1] - 23:6
**12:33** [1] - 182:16
**12:50** [1] - 26:11
**12:54** [1] - 26:11
**13** [1] - 3:5
**133** [1] - 3:12
**135** [1] - 3:12
**13:56** [1] - 225:13
**13th** [1] - 246:10
**14** [1] - 192:20
**141** [1] - 3:13
**146** [1] - 3:7
**14:16:19** [1] - 143:4
**14:16:59** [3] - 143:20, 143:22, 144:1
**14:17:59** [2] - 144:9, 144:18
**14:19:06** [1] - 144:23
**14:30:43** [1] - 129:11
**15** [8] - 3:6, 64:20, 184:10, 184:16, 197:25, 210:9, 236:19, 239:18
**15:13** [1] - 200:25
**15:13:29** [2] - 126:9, 126:10
**15:13:30** [2] - 123:16, 124:4
**15:13:32** [1] - 125:9
**15:13:34** [1] - 124:9
**15:13:38** [2] - 126:10, 126:13
**15:13:40** [2] - 127:5, 128:6
**15:13:42** [2] - 128:12, 128:21
**15:13:43** [2] - 129:2, 129:6
**15:13:46** [1] - 129:17
**15:13:58** [1] - 129:21
**15:14:02** [1] - 125:12
**15:14:05** [2] - 129:25, 130:4
**15:25** [1] - 226:6
**16** [7] - 18:2, 20:20, 40:21, 67:25, 93:12, 195:10, 195:12
**16:08** [1] - 134:17
**16:09:11** [1] - 134:22
**16:14** [1] - 139:7
**16:14:00** [2] - 135:4, 136:6
**16:14:07** [1] - 135:9

**16:14:20** [2] - 136:9, 136:15
**16:16:15** [2] - 136:19, 137:2
**16:16:33** [2] - 137:5, 137:10
**16:17:01** [2] - 137:15, 137:20
**16:17:39** [2] - 137:24, 138:7
**16:18:09** [2] - 138:10, 139:1
**16:19:04** [2] - 139:6, 139:19
**16:19:37** [1] - 139:22
**16:20:43** [1] - 140:12
**16:21:02** [1] - 140:17
**16:45** [1] - 49:17
**16:46** [1] - 49:9
**17** [2] - 16:7, 109:15
**172** [1] - 3:7
**174** [1] - 3:8
**177** [1] - 3:13
**178** [1] - 3:14
**17:11** [1] - 85:13
**17:38** [1] - 56:18
**17:42** [1] - 86:7
**18** [5] - 2:5, 56:24, 93:12, 115:19, 115:20
**188** [1] - 3:14
**18:01** [1] - 57:13
**18:06** [1] - 57:23
**18:08** [1] - 58:4
**18:22** [2] - 115:25, 116:16
**18:30** [2] - 116:1, 116:16
**18:33** [2] - 60:9, 60:11
**18:36** [1] - 59:3
**18:44** [1] - 60:11
**18:50** [1] - 59:14
**190** [1] - 3:15
**194** [1] - 3:15
**196** [1] - 3:16
**197** [1] - 3:16
**199** [1] - 3:17
**1:00** [3] - 23:7, 26:8, 26:11
**1:26** [1] - 167:3
**1:28** [1] - 191:6
**1:38** [2] - 150:14, 168:8
**1:40** [1] - 101:10
**1:45** [1] - 169:10
**1:48** [1] - 152:3
**1:56** [1] - 225:13

## 2

**2** [2] - 48:14, 223:14
**20** [7] - 10:21, 27:13, 61:24, 62:4, 62:16, 105:19, 130:17
**200** [3] - 1:25, 3:17, 18:8
**2000** [1] - 8:11
**20001** [2] - 2:10, 246:14
**2001** [1] - 9:6
**2003** [4] - 8:11, 9:2, 9:3, 65:13
**2005** [1] - 69:10
**2007** [1] - 8:13
**2017** [1] - 110:13
**2018** [2] - 102:16, 175:2
**202** [2] - 2:11, 246:15
**2020** [2] - 17:9, 37:12
**2021** [40] - 14:2, 16:10, 17:1, 18:25, 67:4, 94:23, 120:7, 120:11, 122:2, 122:20, 123:21, 135:13, 175:7, 176:6, 180:21, 181:11, 181:15, 181:25, 182:10, 182:16, 183:10, 183:21, 184:10, 184:16, 184:25, 185:7, 185:18, 186:2, 186:12, 186:22, 187:6, 188:12, 190:1, 196:11, 197:25, 200:25, 202:18, 210:18, 211:7, 216:20
**2022** [2] - 1:6, 246:10
**20530** [1] - 1:18
**206** [1] - 3:8
**209** [2] - 3:9, 3:18
**21** [1] - 217:17
**21-00040** [1] - 1:3
**21-40** [1] - 4:3
**214** [1] - 3:18
**214.1** [3] - 225:15, 225:18, 225:21
**217** [1] - 3:19
**218** [43] - 3:11, 123:4, 123:6, 123:7, 123:10, 123:15, 123:24, 123:25, 124:1, 124:6, 124:18, 124:22, 125:11, 126:12, 127:7, 128:14, 128:24, 129:4, 129:14,

**129**:23, 130:2, 158:16, 158:19, 158:21, 159:10, 159:25, 160:7, 160:15, 160:25, 161:12, 161:23, 162:9, 162:16, 162:23, 163:7, 164:13, 164:21, 164:24, 165:5, 165:16, 166:7, 166:10, 170:21
**22** [4] - 115:19, 130:18, 182:16, 218:22
**220** [19] - 3:12, 134:5, 134:7, 134:13, 134:21, 135:6, 135:16, 135:17, 135:18, 136:6, 136:8, 136:17, 137:4, 137:12, 137:22, 138:9, 139:3, 139:21, 140:14
**223** [1] - 3:19
**225** [7] - 3:20, 224:7, 224:17, 224:23, 224:24, 225:1
**227** [1] - 3:20
**228** [1] - 3:21
**229** [1] - 3:21
**22:20** [2] - 131:6, 131:11
**22:33** [2] - 131:9, 131:12
**22:43** [1] - 131:21
**230** [1] - 3:22
**231** [1] - 3:22
**232** [1] - 3:23
**232.10** [3] - 32:20, 33:5, 33:15
**232.18** [2] - 45:24, 46:4
**232.22** [2] - 28:24, 107:20
**233** [1] - 3:23
**235** [1] - 3:24
**236** [1] - 3:24
**238** [1] - 3:25
**24** [1] - 219:7
**25** [3] - 10:22, 27:13, 219:20
**27** [2] - 7:17, 188:12
**2:17** [1] - 133:10
**2:22** [1] - 225:24
**2:33** [1] - 188:12
**2:38** [1] - 133:11
**2:49** [3] - 190:1, 226:24, 228:24
**2:50:35** [1] - 190:25

**2:51** [1] - 229:23
**2:55** [1] - 232:2
**2:56** [1] - 233:12
**2:56:35** [1] - 233:17
**2:57** [1] - 235:1

**3**

**3** [6] - 1:10, 1:21, 1:24, 48:14, 223:14, 223:16
**3-foot** [1] - 163:16
**30** [13] - 5:20, 17:16, 74:25, 75:1, 75:2, 75:7, 84:16, 115:20, 130:10, 186:2, 191:10, 200:25, 201:1
**30-day** [2] - 5:5, 5:11
**301** [34] - 49:10, 49:12, 49:21, 60:9, 60:13, 62:20, 84:21, 85:12, 85:15, 86:12, 86:25, 87:19, 88:8, 88:23, 90:1, 90:12, 91:2, 93:11, 96:18, 97:14, 97:24, 99:8, 99:11, 115:17, 116:3, 116:18, 130:14, 130:16, 130:20, 131:6, 131:8, 131:20, 133:19, 161:17
**301.1** [2] - 48:14, 48:20
**301.10** [2] - 56:19, 56:21
**301.11** [2] - 56:4, 57:13
**301.12** [3] - 57:16, 57:18, 57:23
**301.13** [2] - 58:4, 58:6
**301.14** [2] - 59:2, 59:5
**301.15** [2] - 59:13, 59:16
**301.6** [2] - 50:13, 50:14
**301.7** [1] - 52:3
**301.8** [1] - 55:24
**301.9** [3] - 55:25, 56:6, 56:11
**303** [3] - 226:5, 226:9, 231:2
**307** [6] - 3:20, 224:15, 224:17, 224:23, 224:24, 225:1
**31** [2] - 1:6, 180:21
**32** [1] - 186:22
**32502** [1] - 1:25

**333** [2] - 2:9, 246:14
**354-3269** [2] - 2:11, 246:15
**37** [1] - 196:11
**38** [1] - 202:18
**39** [1] - 184:25
**3:06** [2] - 196:11, 236:7
**3:07** [2] - 197:25, 237:13
**3:08** [1] - 183:10
**3:11** [2] - 79:1, 239:8
**3:13** [1] - 201:1
**3:15** [3] - 79:1, 202:18, 208:1
**3:15:32** [1] - 201:14
**3:45** [1] - 183:21
**3:46** [3] - 184:10, 184:16, 184:25

**4**

**4** [3] - 48:14, 102:25, 103:3
**4-foot** [1] - 104:1
**40** [5] - 17:16, 70:11, 70:14, 83:15, 164:22
**405** [7] - 3:21, 228:5, 228:10, 228:12, 228:14, 228:23
**407** [11] - 3:15, 191:16, 191:25, 192:6, 192:17, 193:2, 193:21, 194:7, 194:9, 194:10, 194:11
**414** [4] - 61:22, 62:2, 62:11, 62:22
**415** [6] - 3:12, 132:22, 132:24, 133:7, 133:9, 133:13
**419.1** [7] - 3:19, 220:9, 220:19, 220:21, 223:14, 223:16, 223:18
**419.2** [3] - 221:4, 221:13, 223:17
**419.3** [7] - 3:19, 222:2, 222:4, 222:17, 223:19, 234:17, 235:3
**42** [4] - 165:3, 165:10, 172:15, 181:11
**45** [1] - 61:24
**45373** [1] - 2:6
**45419** [1] - 7:10
**49** [1] - 181:15
**4:15** [2] - 141:5, 142:3
**4:15:01** [2] - 142:9,

142:10
**4:15:40** [2] - 142:15, 142:21
**4:16** [1] - 239:18
**4:20** [3] - 208:12, 241:14, 241:15
**4:20:27** [2] - 145:2, 145:3
**4:20:28** [2] - 145:14, 240:11
**4:20:32** [1] - 145:20
**4:22** [2] - 208:2, 208:10
**4:22:25** [1] - 205:12
**4:22:28** [2] - 203:7, 205:11
**4:22:32** [1] - 203:20
**4:22:35** [1] - 205:25
**4:22:42** [1] - 206:9
**4:22:53** [1] - 206:15
**4:30** [1] - 63:4
**4:47** [1] - 216:20

**5**

**5** [3] - 48:14, 181:11, 181:15
**504** [3] - 189:7, 189:9, 189:11
**5064** [1] - 228:6
**5079** [1] - 235:13
**51** [1] - 183:10
**555** [1] - 1:17
**59** [1] - 190:1
**5:00** [2] - 40:16, 63:4
**5:13** [1] - 180:21
**5:18** [2] - 181:11, 181:15
**5:50** [1] - 185:7
**5:51** [1] - 185:18
**5:53** [1] - 186:2
**5:53:30** [1] - 186:25
**5:54** [1] - 186:12
**5:55** [1] - 186:22
**5th** [1] - 180:21

**6**

**6** [5] - 3:5, 102:25, 103:3, 217:17, 218:12
**6-foot** [1] - 102:22
**600** [1] - 7:16
**601** [8] - 3:14, 177:19, 178:9, 178:10, 178:11, 178:14, 179:7
**602** [2] - 178:25, 179:1, 179:5, 180:4,

207:8, 207:11
**607** [6] - 3:19, 214:20, 214:22, 217:2, 217:4, 217:6
**608** [6] - 3:19, 216:8, 216:21, 217:3, 217:4, 217:6
**62** [1] - 175:14
**64** [1] - 210:25
**66** [1] - 3:6
**6706** [1] - 2:10
**682** [1] - 208:9
**6:00** [1] - 40:17
**6:10** [1] - 19:3
**6:35** [2] - 19:4, 21:18
**6th** [74] - 14:2, 16:10, 18:25, 67:4, 67:10, 67:20, 69:1, 69:6, 69:7, 69:15, 71:12, 71:19, 72:10, 72:14, 72:19, 73:5, 73:19, 76:25, 81:4, 81:10, 81:20, 83:5, 83:11, 83:22, 84:4, 84:7, 105:18, 110:10, 117:15, 118:4, 118:9, 120:7, 120:11, 122:2, 122:20, 123:21, 134:1, 135:13, 146:12, 175:7, 175:14, 175:17, 176:6, 181:25, 182:10, 182:16, 183:10, 183:21, 184:10, 184:16, 184:25, 185:7, 185:18, 186:2, 186:12, 186:22, 187:6, 188:12, 190:1, 191:20, 194:19, 196:11, 196:16, 197:25, 198:6, 200:25, 202:18, 210:18, 214:3, 220:24, 222:7, 227:23, 244:11

**7**

**7** [2] - 211:7, 218:22
**705** [1] - 120:1
**74** [17] - 120:6, 120:8, 120:17, 141:5, 146:1, 146:6, 222:23, 226:25, 228:24, 229:20, 231:23, 232:21, 235:12, 236:3, 237:6, 238:23, 239:17
**745** [1] - 2:3

**75** [4] - 180:3, 180:6, 180:17, 207:8
**7685** [1] - 218:7
**77** [2] - 181:16, 181:18
**78** [2] - 182:18, 182:22
**79** [1] - 183:13

**8**

**8** [2] - 216:20, 219:20
**8-foot** [1] - 102:22
**80** [1] - 183:23
**801** [4] - 25:1, 53:4, 102:24
**802** [7] - 3:13, 176:24, 176:25, 177:2, 177:12, 177:13, 177:14
**804** [5] - 3:18, 213:15, 214:10, 214:11, 214:12
**81** [1] - 185:9
**810** [1] - 1:20
**82** [1] - 186:13
**8:00** [1] - 21:21

**9**

**9** [1] - 228:23
**900** [1] - 233:16
**901** [9] - 3:20, 223:20, 223:22, 224:17, 224:22, 224:24, 225:2, 225:6, 225:8
**906** [1] - 228:11
**914** [9] - 3:14, 187:14, 187:24, 188:19, 188:20, 188:21, 188:24, 189:1, 189:3
**925** [10] - 3:21, 228:20, 228:21, 228:23, 229:2, 229:3, 229:4, 229:6, 229:8, 229:14
**926** [8] - 3:21, 227:17, 227:19, 228:8, 228:12, 228:14, 228:16, 228:18
**927** [9] - 3:20, 226:17, 226:23, 226:25, 227:4, 227:9, 227:10, 227:11, 227:15
**928** [13] - 3:15,

189:18, 189:24, 190:5, 190:15, 190:16, 190:17, 190:20, 190:22, 190:23, 191:5, 193:21, 193:23

**930** [8] - 3:22, 229:17, 229:18, 229:25, 230:1, 230:2, 230:4, 230:6

**934** [11] - 3:22, 230:19, 230:21, 230:24, 231:1, 231:5, 231:6, 231:7, 231:9, 231:11, 231:17

**935** [10] - 3:23, 231:20, 231:21, 232:1, 232:6, 232:7, 232:8, 232:9, 232:11, 232:13

**938** [8] - 3:23, 232:14, 232:16, 232:19, 233:2, 233:3, 233:4, 233:15

**941** [1] - 196:4

**947** [10] - 3:24, 235:5, 235:7, 235:9, 235:11, 235:17, 235:18, 235:19, 235:21, 235:23

**951** [11] - 3:16, 194:6, 194:13, 194:14, 194:21, 195:6, 195:8, 196:4, 196:5, 196:6, 196:10

**952** [8] - 3:24, 235:25, 236:1, 236:9, 236:10, 236:11, 236:15, 236:22

**953** [13] - 3:16, 196:13, 196:19, 196:23, 197:14, 197:15, 197:16, 197:19, 197:21, 236:25, 237:2, 237:4, 237:15

**955** [9] - 3:25, 237:20, 237:22, 237:25, 238:6, 238:7, 238:8, 238:10, 238:12

**957** [9] - 3:17, 198:2, 198:8, 198:16, 199:5, 199:6, 199:7, 199:10, 199:12

**960** [8] - 238:16, 238:18, 238:21, 239:2, 239:3, 239:4, 239:7, 239:11

**961** [13] - 3:17, 194:13, 199:18,

199:20, 199:23, 200:6, 200:15, 200:16, 200:17, 200:20, 201:3, 201:5, 201:6

**96734** [1] - 2:3

**9:30** [2] - 242:2, 245:1

**9:34** [1] - 1:7

## A

**a.m** [4] - 1:7, 181:25

**ability** [4] - 59:25, 60:3, 117:10, 246:7

**able** [33] - 5:22, 29:10, 30:22, 49:24, 50:9, 53:25, 54:1, 55:9, 65:2, 65:6, 65:13, 66:3, 68:10, 85:5, 128:18, 130:24, 135:9, 136:11, 136:21, 137:7, 138:2, 140:18, 144:23, 145:22, 157:7, 157:16, 189:11, 191:18, 198:5, 199:14, 205:6, 220:25, 222:20

**abrasions** [1] - 134:2

**academy** [1] - 102:9

**accelerate** [1] - 163:3

**access** [1] - 210:7

**accomplish** [1] - 138:16

**according** [2] - 100:16, 180:10

**account** [3] - 70:21, 194:18, 228:3

**accountability** [1] - 82:15

**accountable** [6] - 69:5, 69:25, 70:4, 72:2, 82:12, 82:18

**accurate** [17] - 75:11, 123:20, 126:15, 127:1, 133:18, 135:12, 139:8, 140:22, 142:21, 143:24, 196:1, 196:2, 205:25, 206:15, 207:16, 216:21, 246:4

**accurately** [1] - 126:2

**achieve** [1] - 45:16

**acquaintance** [1] - 11:22

**act** [1] - 13:13

**Action** [1] - 1:3

**actions** [1] - 57:1

**activate** [1] - 122:5

**activated** [1] - 122:16

**active** [3] - 20:1, 72:10, 72:14

**activity** [1] - 9:5

**actors** [1] - 138:22

**add** [1] - 5:19

**added** [1] - 217:20

**addition** [2] - 116:25, 218:8

**additional** [1] - 197:3

**address** [6] - 7:8, 7:10, 22:7, 55:10, 56:14, 177:23

**adjust** [3] - 7:1, 15:6, 119:9

**admission** [13] - 123:24, 135:16, 177:12, 178:9, 188:19, 190:15, 193:2, 194:9, 196:4, 197:14, 199:5, 200:15, 209:4

**admit** [12] - 214:9, 224:22, 227:9, 228:10, 229:24, 231:4, 232:5, 233:1, 235:17, 236:8, 238:5, 239:1

**admitted** [19] - 5:4, 28:25, 45:24, 61:23, 84:21, 141:3, 141:5, 141:6, 209:2, 209:4, 224:25, 226:3, 226:4, 227:1, 228:13, 231:2, 232:22, 235:15, 239:17

**admitting** [1] - 141:8

**admonitions** [1] - 245:2

**adrenaline** [1] - 32:17

**advancing** [1] - 148:12

**advantage** [2] - 41:14, 70:18

**AED** [1] - 63:22

**afford** [1] - 12:3

**AFO** [1] - 175:13

**AFO-62** [3] - 175:13, 175:18, 175:20

**AFO-64** [4] - 210:25, 211:11, 211:13, 211:15

**afternoon** [14] - 6:2, 29:12, 102:6, 102:7, 119:12, 146:20,

146:21, 174:4, 174:5, 174:8, 207:2, 207:3, 209:20, 209:21

**agencies** [2] - 25:13, 25:18

**agency** [1] - 212:11

**agent** [15] - 64:5, 64:8, 64:10, 149:14, 178:20, 210:2, 211:2, 211:12, 212:3, 212:6, 212:8, 215:15, 215:17, 215:18, 242:17

**Agent** [13] - 209:16, 212:13, 212:23, 215:7, 215:13, 215:20, 233:24, 234:15, 239:23, 240:16, 241:25, 242:17, 242:22

**agents** [4] - 63:20, 94:24, 178:14, 178:22

**aggravated** [1] - 64:20

**ago** [14] - 10:22, 16:7, 28:13, 52:19, 52:21, 56:12, 62:18, 72:22, 79:23, 93:19, 97:22, 172:18, 234:17, 235:3

**agree** [16] - 81:8, 85:2, 85:8, 85:20, 86:1, 88:14, 94:7, 97:6, 107:4, 108:9, 150:5, 152:5, 155:23, 160:11, 167:9, 233:6

**agreeing** [1] - 79:25

**agreement** [1] - 74:20

**ahead** [23] - 90:25, 129:12, 130:17, 133:10, 135:3, 140:12, 152:14, 154:15, 167:3, 174:16, 176:4, 181:16, 182:17, 185:8, 194:6, 203:6, 205:10, 225:19, 231:9, 231:15, 233:18, 235:21, 237:17

**aid** [2] - 63:15, 118:5

**aiming** [2] - 57:6, 57:9

**Air** [1] - 64:9

**air** [7] - 53:10, 145:23, 151:20, 151:21, 151:22, 151:24, 152:12

**AKERS** [1] - 1:15

**Akers** [1] - 4:9

**alarm** [1] - 45:5

**Alex** [1] - 219:19

**alive** [2] - 79:4, 154:14

**alleviate** [1] - 20:6

**alleviated** [1] - 20:7

**allow** [2] - 6:15, 132:18

**allowed** [3] - 80:16, 83:22, 112:5

**alluded** [1] - 74:14

**almost** [8] - 35:20, 44:5, 47:16, 64:20, 72:20, 83:14, 87:12, 210:11

**altercation** [1] - 122:10

**altogether** [2] - 51:12, 53:19

**Amendment** [7] - 17:25, 18:4, 20:12, 111:8, 146:2, 146:5, 146:9

**America** [1] - 4:3

**AMERICA** [1] - 1:3

**American** [3] - 69:17, 73:23, 234:22

**amount** [5] - 19:24, 25:14, 74:21, 74:24, 138:24

**Andrew** [1] - 212:7

**angle** [13] - 89:11, 92:2, 126:23, 155:12, 156:10, 158:12, 160:12, 161:4, 171:1, 171:4, 187:21, 196:24, 204:2

**angles** [1] - 153:10

**angry** [1] - 60:25

**annotate** [1] - 142:17

**annoyed** [1] - 163:20

**annual** [1] - 11:5

**answer** [13] - 12:9, 13:11, 13:20, 69:14, 74:7, 76:2, 80:20, 84:12, 104:8, 159:17, 172:11, 185:25, 186:25

**answered** [4] - 12:12, 22:7, 82:4, 82:5

**answers** [1] - 83:2

**anticipating** [1] - 72:21

**Antonio** [3] - 3:6, 15:15, 15:18

**ANTONIO** [1] - 15:3

**apologize** [10] - 30:10, 56:4, 62:8,

72:7, 74:11, 79:20, 103:5, 104:25, 194:8, 242:10

**appear** [18] - 124:13, 134:24, 143:8, 178:2, 179:5, 182:24, 184:7, 187:24, 189:14, 198:23, 199:23, 200:8, 200:12, 202:9, 202:14, 221:19, 221:22, 234:7

**appearances** [5] - 1:13, 69:2, 69:15, 70:14, 73:3

**APPEARANCES** [1] - 2:1

**appeared** [1] - 179:25

**Apple** [1] - 177:20

**applied** [2] - 107:12, 117:6

**applies** [1] - 47:17

**apply** [1] - 57:3

**applying** [3] - 56:17, 59:22, 89:17

**appreciate** [1] - 14:16

**approach** [4] - 4:25, 24:22, 176:15, 213:7

**appropriate** [1] - 212:9

**approval** [2] - 69:20, 70:13

**AQUILINO** [2] - 15:3, 15:18

**Aquilino** [3] - 3:6, 14:23, 15:15

**archway** [6] - 135:22, 136:2, 143:10, 143:11, 195:25, 201:16

**area** [32] - 8:8, 8:14, 9:1, 26:18, 29:3, 29:25, 30:4, 30:21, 34:17, 35:25, 40:21, 43:22, 47:23, 56:17, 57:5, 57:10, 57:12, 63:18, 78:1, 112:20, 117:5, 121:10, 121:12, 121:18, 131:1, 134:9, 141:24, 191:23, 208:12, 211:24, 213:23

**areas** [9] - 47:17, 47:18, 47:20, 47:24, 48:2, 48:4, 73:17, 78:12

**argument** [1] - 5:16

**arm** [10] - 24:5, 59:18, 89:12, 93:21,

93:23, 106:12, 132:11, 145:23, 159:15, 159:21

**arm's** [1] - 151:13

**armed** [1] - 37:18

**armor** [2] - 27:6, 120:23

**arms** [2] - 85:5, 151:20

**Army** [6] - 16:14, 16:15, 16:16, 16:18, 16:22, 69:8

**arrest** [20] - 65:17, 67:25, 68:2, 83:15, 84:16, 109:10, 109:16, 113:23, 176:8, 176:11, 177:5, 177:9, 177:23, 178:4, 212:16, 212:19, 212:21, 212:24, 213:1, 214:25

**arrested** [8] - 109:12, 109:20, 109:23, 110:7, 110:13, 110:25, 176:5, 212:22

**arrests** [4] - 67:19, 68:21, 109:13, 110:5

**arrival** [1] - 41:22

**arrived** [2] - 19:3, 30:22

**arrow** [2] - 195:17, 195:18

**arrows** [1] - 195:16

**articles** [1] - 73:3

**ascending** [2] - 189:4, 208:7

**Ashley** [1] - 4:9

**ASHLEY** [1] - 1:15

**aside** [2] - 111:12, 155:4

**asp** [5] - 127:25, 132:9, 132:12, 132:19, 148:9

**asp-strike** [1] - 148:9

**assault** [7] - 172:8, 172:18, 173:3, 173:7, 173:9, 175:14, 210:25

**assaulted** [4] - 32:14, 80:14, 82:25, 147:16

**assaulting** [1] - 33:24

**assaultive** [8] - 132:10, 132:14, 132:19, 147:17, 147:20, 147:21, 147:22, 148:4

**assaults** [1] - 174:24

**assemblies** [5] - 17:25, 18:4, 146:2,

146:5, 146:9

**assigned** [9] - 17:4, 175:13, 175:19, 210:4, 211:11, 212:5, 212:11, 217:23, 217:24

**assignment** [2] - 17:2, 119:24

**assignments** [1] - 211:10

**assist** [4] - 8:18, 55:15, 65:18, 212:3

**assistance** [7] - 26:9, 26:12, 44:14, 63:7, 63:11, 113:10, 178:22

**assisted** [1] - 113:5

**assisting** [1] - 112:22

**associated** [3] - 217:10, 217:19, 218:6

**assumed** [1] - 42:9

**assuming** [1] - 87:15

**asthmatic** [1] - 55:19

**attached** [2] - 24:4, 24:6

**attachment** [2] - 184:5, 184:7

**Attachments** [1] - 182:25

**attachments** [1] - 183:3

**attack** [2] - 36:18, 175:7

**attacked** [6] - 27:24, 28:14, 28:15, 36:17, 41:4, 41:24

**attacking** [8] - 30:2, 31:5, 34:1, 34:2, 79:7, 98:13, 118:7, 147:22

**attain** [1] - 8:22

**attempted** [1] - 156:25

**attempting** [1] - 205:4

**attempts** [1] - 173:8

**attending** [1] - 8:12

**attention** [5] - 20:2, 29:25, 32:18, 44:14, 102:24

**attest** [2] - 40:24, 114:23

**attorney** [1] - 81:18

**ATTORNEY'S** [1] - 1:16

**Attorney's** [1] - 223:6

**attribute** [1] - 96:5

**attributed** [1] - 95:17

**audio** [2] - 122:17,

135:2

**August** [1] - 1:6

**authority** [2] - 12:4, 17:18

**available** [4] - 25:12, 25:14, 107:14, 110:19

**Avenue** [3] - 2:9, 7:10, 246:14

**avenues** [1] - 39:17

**avoid** [2] - 47:19, 65:25

**avoiding** [1] - 58:2

**award** [1] - 83:24

**awards** [1] - 82:13

**aware** [15] - 21:11, 21:16, 26:5, 187:8, 196:25, 223:6, 227:6, 231:1, 231:23, 232:21, 235:11, 236:3, 237:6, 238:2, 241:15

## B

**backed** [1] - 166:1

**background** [2] - 159:12, 159:19

**backpack** [2] - 241:10, 241:11

**backpacking** [2] - 10:19, 11:2

**backs** [1] - 165:19

**backwards** [2] - 21:16, 100:1

**bad** [3] - 32:17, 138:22, 205:4

**bag** [4] - 176:23, 176:25, 177:25, 214:18

**baker** [1] - 9:17

**ballistic** [3] - 24:10, 120:24, 121:2

**bank** [1] - 174:22

**barrier** [1] - 45:20

**barriers** [2] - 30:1, 31:13

**base** [1] - 69:9

**based** [7] - 11:21, 57:6, 57:8, 211:21, 221:8, 222:7, 244:5

**basing** [1] - 173:6

**basis** [1] - 12:11

**bathroom** [1] - 44:1

**baton** [72] - 47:1, 47:2, 47:6, 47:16, 53:25, 54:22, 57:8, 58:10, 58:17, 58:22, 87:4, 87:9, 87:24, 88:1, 88:2, 88:13,

88:15, 89:3, 89:9, 89:13, 89:14, 90:5, 90:20, 90:24, 91:7, 91:13, 91:17, 91:22, 92:1, 92:5, 92:13, 92:15, 92:17, 93:1, 93:5, 125:21, 127:12, 127:20, 127:21, 127:24, 127:25, 128:3, 129:19, 131:15, 132:6, 132:7, 132:8, 132:9, 132:12, 132:19, 147:9, 147:11, 147:15, 148:3, 148:14, 150:4, 151:5, 151:15, 151:19, 152:11, 153:24, 154:9, 154:4, 159:22, 160:10, 160:20, 161:2, 161:5, 162:4, 170:6

**baton-striking** [1] - 147:11

**batons** [2] - 47:14, 128:2

**battalion** [1] - 120:5

**Bay** [2] - 213:5, 213:23

**be-ready** [1] - 151:11

**bear** [1] - 45:6

**bearable** [1] - 61:4

**beat** [2] - 28:11, 31:25

**beating** [1] - 31:5

**beatings** [1] - 171:11

**became** [3] - 16:21, 32:2, 113:23

**become** [9] - 8:25, 10:16, 31:11, 72:14, 122:7, 175:9, 175:12, 210:16, 227:23

**Bedford** [1] - 1:20

**BEFORE** [1] - 1:11

**before-and-after** [1] - 68:25

**began** [20] - 8:10, 16:7, 23:12, 29:18, 36:4, 38:7, 38:17, 38:24, 42:18, 43:5, 44:12, 45:12, 51:21, 53:7, 59:8, 60:5, 63:2, 63:20, 113:9, 114:10

**begin** [1] - 65:12

**beginning** [9] - 34:3, 50:25, 68:12, 68:15, 113:18, 150:12, 225:11, 225:12, 241:2

**behalf** [2] - 4:19, 244:19

**behind** [30] - 35:20,

36:18, 38:17, 38:19, 39:22, 40:2, 40:6, 42:11, 42:13, 42:15, 43:16, 55:14, 60:6, 77:21, 78:21, 86:1, 88:2, 89:3, 91:11, 93:21, 93:25, 97:5, 107:12, 114:5, 114:6, 151:4, 160:2, 169:20, 234:21

**bell** [1] - 62:13

**belligerent** [1] - 35:18

**Bellino** [7] - 180:1, 180:11, 181:21, 183:17, 184:21, 185:13, 186:7

**belonged** [1] - 127:22

**bench** [1] - 243:18

**BENCH** [1] - 1:10

**berate** [1] - 70:5

**berated** [1] - 70:1

**best** [6] - 6:4, 22:8, 29:16, 35:8, 214:4, 246:7

**better** [8] - 10:20, 24:16, 56:9, 92:10, 173:5, 204:2, 204:8, 206:7

**between** [8] - 10:4, 93:12, 125:8, 129:10, 132:2, 135:23, 150:23, 179:24

**beyond** [2] - 79:10, 97:9

**bicycle** [1] - 120:17

**bicycles** [1] - 120:16

**big** [8] - 6:3, 41:6, 41:13, 68:5, 108:5, 138:19, 182:7, 184:23

**bike** [11] - 17:5, 30:24, 31:15, 31:16, 65:5, 77:24, 102:13, 102:15, 120:18, 120:23

**Bill** [1] - 4:20

**Bisignano** [4] - 191:20, 192:1, 192:12, 227:24

**Bisignano's** [2] - 228:6, 235:12

**bit** [26] - 16:3, 38:8, 55:13, 57:25, 62:18, 67:17, 67:22, 95:25, 96:8, 107:24, 123:12, 124:15, 129:16, 134:18, 137:7, 138:2, 140:25, 150:10, 150:11, 150:19,

151:25, 162:13, 195:5, 203:19, 204:17, 204:22

**black** [6] - 10:3, 31:15, 77:23, 93:23, 240:19, 241:11

**bleeding** [7] - 32:19, 46:9, 46:13, 46:20, 52:5, 52:6, 64:19

**block** [2] - 39:4, 87:10

**blocked** [3] - 34:19, 85:9, 87:14

**blocking** [5] - 87:4, 87:8, 87:24, 118:4, 120:15

**blocks** [2] - 120:12, 120:21

**blood** [4] - 52:7, 56:1, 113:19, 113:20

**bloodbath** [2] - 37:20, 61:10

**blow** [4] - 87:4, 87:8, 179:1, 207:9

**blue** [22] - 180:9, 180:11, 181:17, 183:13, 184:20, 185:9, 186:4, 193:7, 194:1, 195:18, 197:9, 207:10, 224:20, 229:10, 230:8, 230:15, 231:13, 232:3, 232:24, 238:14, 239:13

**blurry** [1] - 129:16

**Board** [3] - 8:22, 8:25, 9:2

**board** [1] - 9:8

**Board-certified** [2] - 8:25, 9:2

**body** [35] - 26:1, 26:3, 26:5, 48:2, 54:9, 59:22, 60:22, 105:14, 122:2, 122:12, 122:20, 122:23, 122:25, 123:18, 125:17, 126:6, 126:19, 126:23, 128:7, 128:18, 131:13, 134:19, 134:24, 135:7, 139:11, 151:14, 153:7, 153:9, 158:12, 172:19, 200:23, 218:18, 218:25, 222:25, 224:3

**body-worn** [22] - 26:1, 26:3, 26:5, 122:2, 122:12, 122:20, 122:23,

122:25, 123:18, 125:17, 126:23, 131:13, 134:19, 134:24, 135:7, 139:11, 153:7, 153:9, 158:12, 200:23, 222:25, 224:3

**Boise** [1] - 7:19

**BOND** [184] - 1:15, 15:9, 18:24, 23:3, 24:22, 24:24, 27:11, 28:24, 29:1, 30:10, 30:15, 32:20, 32:23, 33:7, 33:12, 33:16, 33:17, 38:1, 46:6, 46:7, 47:12, 47:13, 48:13, 48:16, 49:8, 49:13, 49:14, 49:22, 50:12, 50:16, 52:3, 52:10, 55:23, 56:3, 56:10, 56:19, 56:22, 57:16, 58:4, 58:7, 59:2, 59:6, 59:13, 59:17, 60:8, 60:14, 61:22, 62:3, 62:12, 64:11, 66:5, 94:2, 114:19, 115:13, 115:15, 115:18, 115:21, 116:4, 116:5, 116:16, 116:20, 118:17, 209:15, 209:19, 213:7, 213:9, 214:9, 214:14, 216:8, 216:11, 217:1, 217:8, 218:20, 218:21, 220:4, 220:5, 220:9, 220:11, 220:19, 220:22, 220:23, 221:11, 221:14, 221:15, 222:2, 222:5, 222:6, 222:15, 222:18, 223:12, 223:20, 223:23, 223:24, 224:22, 225:3, 225:6, 225:9, 225:15, 225:19, 225:22, 226:3, 226:10, 226:11, 226:21, 226:22, 227:9, 227:13, 227:16, 227:20, 227:21, 228:10, 228:16, 228:19, 229:1, 229:6, 229:9, 229:12, 229:15, 229:16, 229:24, 230:4, 230:7, 230:19, 230:22, 230:23, 231:4, 231:9, 231:12, 231:15, 231:18, 231:19, 232:5, 232:8,

232:11, 232:14, 232:17, 232:18, 233:1, 233:10, 233:13, 233:16, 233:22, 233:23, 234:3, 234:6, 234:13, 234:14, 235:2, 235:5, 235:8, 235:15, 235:21, 235:24, 236:8, 236:13, 236:16, 236:24, 237:3, 237:10, 237:11, 237:14, 237:16, 237:20, 237:23, 237:24, 238:5, 238:10, 238:13, 238:16, 238:19, 239:1, 239:6, 239:9, 239:12, 239:16, 239:22, 240:2, 240:5, 240:11, 240:15, 241:5, 241:9, 241:12, 241:21

**Bond** [9] - 4:9, 92:12, 92:24, 93:8, 94:16, 98:3, 115:12, 220:1, 241:22

**book** [6] - 73:5, 73:7, 73:12, 74:9, 74:22, 76:4, 81:5, 117:21

**booking** [1] - 214:1

**books** [1] - 75:16

**boots** [1] - 212:23

**bottle** [1] - 114:7

**bottom** [14] - 22:20, 27:23, 47:5, 143:25, 144:13, 180:19, 182:19, 183:13, 183:14, 184:17, 191:11, 192:21, 199:15, 200:11

**box** [25] - 176:19, 176:20, 176:21, 177:18, 188:13, 188:16, 190:12, 191:1, 193:7, 194:1, 197:3, 197:6, 197:9, 200:20, 224:20, 229:10, 230:8, 230:13, 231:13, 232:3, 232:24, 233:7, 238:14, 239:13

**Box** [1] - 2:3

**boxes** [2] - 180:9, 195:20

**brace** [2] - 99:16, 99:17

**bracing** [1] - 98:4

**breach** [4] - 23:10, 23:13, 45:15, 63:2

**breached** [9] - 41:18, 43:5, 46:17, 63:3, 80:1, 80:4, 80:11, 80:14, 84:9

**breaches** [4] - 40:15, 40:16, 78:12, 78:14

**break** [8] - 42:18, 45:14, 66:8, 66:10, 95:24, 101:10, 101:13, 173:18

**breaking** [2] - 30:1, 31:12

**breath** [2] - 15:13, 44:13

**breathe** [4] - 50:25, 55:21, 106:11, 140:25

**breathe'** [1] - 51:17

**breathing** [2] - 105:24, 106:12

**brief** [3] - 45:25, 149:24, 219:17

**briefly** [4] - 63:11, 64:16, 166:24, 193:21

**bright** [1] - 77:23

**bring** [13] - 28:24, 49:10, 50:12, 55:23, 81:19, 112:1, 140:1, 157:10, 178:24, 182:18, 183:23, 186:3, 186:13

**bringing** [3] - 30:24, 81:9, 81:13

**brings** [1] - 166:22

**broke** [5] - 30:5, 32:11, 34:21, 35:14, 138:13

**broken** [7] - 30:8, 31:18, 45:18, 49:1, 49:3, 140:22, 162:12

**broom** [1] - 45:18

**brothers** [1] - 7:15

**brought** [3] - 83:4, 149:21, 178:5

**brown** [7] - 148:21, 149:3, 149:20, 176:23, 177:3, 202:9

**brown-in-color** [1] - 177:3

**bruises** [3] - 101:1, 101:4, 101:5

**brung** [1] - 157:11

**brutal** [1] - 45:4

**brutality** [1] - 37:10

**buffer** [2] - 122:15, 122:17

**building** [7] - 13:8, 27:20, 80:16, 111:20, 121:13, 121:15, 121:25

**Building** [9] - 77:18,

109:24, 111:3, 111:5,
111:12, 111:14,
144:16, 183:19,
221:10
 **buildings** [1] - 21:23
 **bummed** [1] - 180:23
 **Bureau** [1] - 174:17
 **burning** [4] - 52:9,
52:12, 53:11
 **Bush** [1] - 41:1
 **buttons** [1] - 42:14
 **BY** [248] - 2:7, 7:4,
13:23, 15:9, 18:24,
23:3, 24:24, 27:11,
29:1, 30:15, 32:23,
33:7, 33:17, 38:1,
46:7, 47:13, 48:16,
49:14, 49:22, 50:16,
52:10, 56:10, 56:22,
58:7, 59:6, 59:17,
60:14, 62:3, 62:12,
64:11, 66:20, 71:3,
76:12, 79:13, 79:21,
80:24, 82:6, 85:1,
85:18, 86:9, 86:15,
87:2, 87:13, 87:21,
88:10, 89:1, 90:3,
90:16, 91:5, 94:9,
96:14, 96:20, 97:16,
98:1, 99:14, 99:22,
102:5, 104:14,
107:21, 115:1,
115:15, 115:21,
116:5, 116:20,
119:11, 123:8,
123:17, 124:8,
124:23, 125:13,
126:14, 127:8,
127:19, 128:15,
129:5, 129:15, 130:3,
130:21, 131:10,
131:22, 133:14,
134:8, 134:23, 135:8,
135:20, 136:10,
136:20, 137:6,
137:14, 138:1,
138:11, 139:5,
139:23, 140:16,
141:21, 142:14,
143:3, 143:19, 144:8,
144:22, 145:12,
145:21, 146:19,
147:4, 150:22, 151:3,
152:4, 152:17, 153:2,
153:18, 153:23,
154:3, 154:13,
154:18, 154:24,
155:9, 155:15, 156:2,
156:20, 157:4,
157:15, 158:1, 158:8,

158:22, 159:11,
160:1, 160:8, 160:16,
161:1, 161:13,
161:18, 161:24,
162:10, 162:17,
162:24, 163:9, 164:1,
164:17, 165:2, 165:6,
165:17, 166:11,
167:6, 167:14, 168:3,
168:11, 168:19,
168:24, 169:4,
169:13, 169:19,
170:5, 170:24,
171:18, 172:6, 173:1,
174:7, 176:3, 176:18,
177:16, 178:13,
179:3, 179:12, 180:5,
181:3, 181:19, 182:3,
182:20, 183:15,
184:1, 184:19,
185:11, 185:21,
186:5, 186:16,
187:16, 189:2, 189:8,
189:19, 190:8,
190:24, 191:8,
191:17, 192:10,
192:19, 194:16,
195:11, 196:8,
196:14, 197:22,
198:3, 198:20,
199:13, 199:19,
200:7, 200:19,
201:13, 202:5, 203:1,
203:16, 205:1,
205:22, 206:14,
207:1, 207:15,
209:19, 213:9,
214:14, 216:11,
217:8, 218:21, 220:5,
220:11, 220:23,
221:15, 222:6,
222:18, 223:24,
225:9, 225:22,
226:11, 226:22,
227:21, 228:19,
229:9, 229:16, 230:7,
230:23, 231:12,
231:19, 232:18,
233:10, 233:23,
234:6, 234:14, 235:8,
235:24, 236:16,
237:3, 237:11,
237:24, 238:13,
238:19, 239:6,
239:12, 239:22,
240:15, 241:12

---

**C**

---

**C-O-N-N-E-R** [1] -

174:11
 **California** [2] -
213:6, 213:23
 **calm** [2] - 10:11,
185:4
 **Calvin** [3] - 3:5, 6:18,
7:9
 **CALVIN** [1] - 6:24
 **cam** [2] - 126:6,
128:18
 **camera** [51] - 26:3,
108:5, 108:12, 122:3,
122:12, 122:15,
122:20, 122:23,
123:1, 123:18,
125:17, 126:24,
131:13, 134:19,
134:24, 139:11,
141:5, 141:23, 153:7,
153:9, 158:12,
163:12, 171:5,
187:21, 189:21,
190:12, 195:3,
196:24, 198:23,
198:24, 200:24,
203:2, 206:16, 208:6,
222:23, 222:25,
224:3, 224:12,
226:25, 228:24,
229:20, 231:23,
232:21, 235:12,
235:13, 236:3, 237:6,
238:23, 239:17, 241:2
 **cameras** [4] - 26:1,
26:5, 187:18, 189:21
 **camping** [1] - 13:6
 **Canning** [2] -
215:18, 215:20
 **cannot** [4] - 22:7,
43:23, 46:21, 83:1
 **cans** [1] - 45:19
 **Cantwell** [6] -
196:17, 196:21,
198:11, 199:24,
237:7, 238:3
 **Cantwell's** [2] -
198:18, 199:2
 **capability** [1] - 68:17
 **capacity** [5] - 67:10,
106:1, 106:13, 120:8,
175:1
 **Capitol** [124] - 15:16,
15:22, 15:25, 16:6,
16:12, 16:18, 16:22,
17:10, 17:22, 17:23,
18:1, 18:11, 18:15,
19:3, 19:7, 19:12,
19:15, 20:10, 20:17,
20:21, 21:10, 21:23,
22:10, 22:16, 23:11,

23:13, 25:9, 26:1,
26:6, 26:13, 28:1,
28:18, 29:3, 31:9,
39:19, 39:20, 40:9,
40:15, 40:16, 41:4,
41:18, 43:1, 43:2,
43:4, 43:9, 43:17,
45:15, 46:17, 67:24,
68:2, 69:3, 69:21,
72:22, 75:16, 75:21,
76:18, 76:20, 77:8,
77:11, 77:17, 77:18,
77:21, 78:2, 78:3,
78:9, 78:10, 78:14,
78:16, 79:6, 80:1,
80:4, 80:5, 80:7,
80:11, 80:15, 80:17,
83:11, 83:20, 84:9,
93:7, 106:14, 108:10,
108:13, 109:21,
109:24, 110:5, 110:7,
111:3, 111:9, 111:12,
111:14, 111:25,
118:7, 120:12,
120:21, 121:7, 121:8,
121:10, 125:5, 125:6,
138:14, 138:20,
141:24, 144:16,
147:13, 175:7,
175:17, 183:19,
184:8, 187:10,
187:18, 188:4, 188:7,
203:4, 221:10,
221:21, 222:21,
222:23, 227:22
 **car** [4] - 10:3, 10:4,
16:14, 120:24
 **care** [2] - 40:17,
52:15
 **career** [6] - 67:20,
68:8, 68:12, 68:16,
110:5, 118:21
 **careful** [1] - 10:7
 **CART** [4] - 178:15,
178:22, 179:13,
179:19
 **Case** [1] - 4:2
 **case** [24] - 6:8,
14:20, 42:14, 44:17,
67:14, 71:13, 72:12,
74:3, 76:4, 79:19,
79:22, 79:25, 83:22,
84:7, 93:19, 120:24,
175:13, 175:19,
194:25, 211:5,
211:12, 219:1,
242:15, 243:1
 **cases** [6] - 6:6, 6:8,
67:8, 83:5, 117:19,
227:23

**catch** [1] - 150:12
 **catching** [2] - 15:13,
44:12
 **caught** [2] - 38:19,
159:5
 **caused** [2] - 100:17,
100:23
 **causing** [1] - 117:1
 **CDU** [26] - 17:5,
17:10, 17:15, 21:22,
22:21, 23:4, 23:9,
23:18, 25:15, 43:2,
65:5, 77:17, 102:8,
102:15, 120:6, 120:8,
120:17, 132:5, 132:7,
132:9, 140:4, 145:25,
146:6, 172:15, 173:5
 **CDU-style** [2] - 43:2,
77:17
 **cell** [15] - 178:18,
178:23, 179:15,
179:19, 179:23,
179:24, 181:8, 213:6,
214:16, 214:23,
214:24, 215:8,
215:16, 216:14, 217:2
 **center** [8] - 8:8,
50:17, 108:10,
129:18, 133:15,
142:4, 205:17, 224:12
 **Center** [6] - 20:10,
26:14, 26:20, 27:3,
27:10, 118:11
 **certain** [4] - 69:22,
73:12, 92:22, 122:7
 **certainly** [4] - 70:5,
80:21, 174:10, 236:24
 **CERTIFICATE** [1] -
246:1
 **certification** [3] -
8:22, 110:14, 110:21
 **certified** [2] - 8:25,
9:2
 **certify** [1] - 246:4
 **Chaclan** [1] - 209:1
 **chain** [1] - 19:11
 **chambers** [1] - 112:2
 **chance** [1] - 21:24
 **CHANDLER** [1] - 1:6
 **Chandler** [2] - 4:4,
66:23
 **change** [3] - 19:13,
59:24, 60:2
 **chanting** [1] - 45:5
 **chaos** [1] - 34:3
 **chapter** [1] - 118:21
 **character** [3] - 6:15,
11:18, 13:1
 **charge** [1] - 10:10
 **charged** [2] - 80:2,

80:12

**charges** [6] - 5:11, 81:22, 82:12, 82:24, 83:4, 84:1

**chat** [7] - 217:20, 217:22, 218:9, 218:23, 219:3, 219:23, 219:24

**cheek** [1] - 113:19

**chemical** [1] - 53:9

**chemicals** [1] - 31:12

**chest** [21] - 23:24, 47:23, 48:6, 54:10, 60:23, 61:12, 61:13, 94:19, 126:1, 132:11, 139:12, 139:13, 139:16, 140:23, 159:19, 165:8, 171:3, 213:23

**chief** [1] - 14:21

**chin** [3] - 22:19, 23:17, 23:23

**chip** [1] - 211:6

**choke** [1] - 138:23

**circle** [18] - 34:4, 124:10, 124:25, 129:7, 142:4, 192:21, 195:14, 201:15, 201:24, 202:4, 204:5, 205:4, 206:7, 226:14, 233:24, 239:24, 240:16, 240:21

**circled** [8] - 125:17, 129:8, 133:16, 192:22, 195:23, 203:17, 203:20, 206:8

**circling** [3] - 143:4, 145:13, 198:22

**circumstances** [2] - 41:7, 75:25

**citizen** [4] - 18:13, 18:20, 47:25, 48:3

**citizens** [3] - 20:15, 41:24, 79:7

**city** [1] - 221:8

**civil** [7] - 81:9, 81:13, 81:19, 82:7, 82:20, 120:2, 120:5

**civilian** [2] - 31:7, 65:25

**civilians** [1] - 21:8

**claiming** [1] - 50:23

**clarifications** [1] - 74:13

**clarify** [2] - 77:2, 82:7

**clarifying** [1] - 31:1

**clarity** [1] - 196:25

**class** [1] - 7:16

**classmates** [1] - 83:13

**claustrophobic** [1] - 45:4

**clear** [14] - 12:16, 49:13, 108:1, 148:16, 180:25, 182:1, 183:12, 183:22, 184:17, 188:5, 193:21, 201:25, 226:1, 226:21

**cleared** [1] - 149:16

**clearing** [1] - 149:16

**clearly** [3] - 94:16, 94:17, 97:17

**Clements** [5] - 49:15, 60:10, 84:20, 85:12, 86:6, 86:22, 88:6, 89:19, 115:18, 115:23, 126:8, 129:1, 180:18, 188:23, 205:6

**click** [1] - 152:9

**clicks** [1] - 165:11

**client** [7] - 74:15, 85:2, 176:1, 194:1, 220:2, 230:13, 233:7

**climb** [1] - 143:10

**climbed** [2] - 39:7, 109:9

**climbing** [1] - 189:16

**clinic** [1] - 9:7

**clinking** [1] - 31:18

**clip** [20] - 32:24, 33:18, 45:25, 46:1, 62:5, 86:10, 86:16, 86:18, 90:14, 91:24, 91:25, 92:7, 224:1, 224:2, 224:5, 224:9, 224:10, 226:12, 233:19, 240:8

**clips** [1] - 224:17

**clocked** [2] - 19:3, 21:18

**close** [18] - 10:5, 10:16, 26:10, 26:11, 36:12, 39:2, 39:12, 76:23, 129:9, 132:2, 147:12, 151:10, 154:8, 158:3, 169:14, 243:8, 243:13

**closed** [13] - 23:11, 23:12, 80:5, 80:7, 80:10, 80:15, 80:16, 83:11, 111:9, 111:15, 153:14, 163:1

**closely** [4] - 115:25, 124:16, 125:15, 212:13

**closer** [5] - 5:9, 16:3, 23:7, 135:21, 191:11

**closing** [3] - 152:23, 154:4, 243:7

**clothes** [1] - 31:7

**Co** [4] - 74:5, 193:7, 197:1, 197:4

**co** [1] - 13:17

**CO** [1] - 2:5

**co-counsel** [1] - 13:17

**Co-Defendant** [2] - 197:1, 197:4

**Co-Defendants** [2] - 74:5, 193:7

**coat** [5] - 30:19, 42:22, 76:16, 76:17, 195:25

**Cobb** [13] - 4:15, 4:17, 66:17, 66:23, 79:11, 101:9, 116:21, 172:1, 193:25, 208:14, 220:1, 242:4, 244:21

**COBB** [66] - 1:23, 4:15, 66:18, 66:20, 71:3, 76:10, 76:12, 79:12, 79:13, 79:21, 80:24, 82:6, 84:20, 85:1, 85:12, 85:16, 85:18, 86:6, 86:9, 86:13, 86:15, 86:22, 87:1, 87:2, 87:6, 87:8, 87:13, 87:16, 87:20, 87:21, 88:5, 88:9, 88:10, 88:20, 88:24, 89:1, 89:19, 90:2, 90:3, 90:16, 90:25, 91:3, 91:5, 94:5, 94:9, 96:11, 96:14, 96:19, 96:20, 97:11, 97:15, 97:16, 97:25, 98:1, 99:3, 99:6, 99:14, 99:22, 101:7, 172:2, 194:2, 208:16, 225:25, 242:5, 242:9, 244:22

**cocked** [1] - 151:5

**codes** [2] - 41:10, 41:16

**collapsible** [4] - 47:2, 47:3, 128:2, 128:3

**collapsible-style** [2] - 128:2, 128:3

**collateral** [1] - 65:4

**colleague** [1] - 223:13

**colleagues** [2] - 4:8, 113:21

**college** [2] - 7:17, 69:7

**College** [1] - 7:18

**color** [1] - 177:3

**colored** [2] - 195:19, 197:3

**Columbia** [4] - 2:9, 174:21, 176:9, 246:13

**COLUMBIA** [2] - 1:1, 1:16

**Column** [1] - 218:12

**combat** [1] - 22:14

**comfort** [1] - 7:2

**comfortable** [1] - 193:9

**coming** [13] - 22:6, 22:22, 34:18, 38:14, 39:5, 39:16, 41:21, 71:18, 79:2, 81:24, 88:3, 166:12, 204:15

**command** [1] - 19:11

**commander** [1] - 77:16

**Commander** [1] - 30:19

**commanders** [1] - 36:3

**commands** [1] - 42:25

**commit** [1] - 13:13

**committed** [1] - 84:9

**committing** [1] - 175:16

**common** [4] - 15:18, 67:24, 68:1, 73:17

**commotion** [1] - 29:23

**community** [7] - 7:17, 9:5, 11:23, 11:24, 12:7, 12:18, 12:22

**community's** [1] - 12:22

**compared** [3] - 70:16, 126:19, 128:7

**compensated** [1] - 70:15

**complete** [2] - 216:14, 246:6

**completed** [2] - 9:2, 26:14

**completely** [5] - 32:13, 33:23, 57:20, 60:19, 135:1

**completes** [1] - 5:12

**complies** [7] - 34:6, 66:16, 176:22, 177:1, 213:20, 226:15, 234:17

**components** [1] - 209:10

**compromised** [2] - 34:22, 35:7

**concentrate** [1] - 117:7

**concern** [1] - 19:10

**concerned** [1] - 12:24

**concerns** [6] - 19:18, 19:21, 20:6, 20:7, 22:3, 22:8

**concluded** [1] - 245:5

**conclusion** [2] - 5:21, 171:22

**condition** [4] - 177:7, 178:3, 214:6, 215:3

**cones** [1] - 45:17

**confers** [3] - 13:17, 146:25, 171:16

**confidence** [1] - 68:17

**confines** [1] - 79:18

**confirm** [2] - 192:3, 243:12

**confirmation** [1] - 111:1

**confrontation** [2] - 18:12, 18:20

**confuse** [2] - 149:6, 149:9

**confusing** [1] - 149:23

**confusion** [2] - 149:14, 149:19

**Congress** [4] - 40:20, 73:17, 112:4, 112:11

**congressmen** [1] - 80:18

**Connecticut** [1] - 1:21

**Conner** [3] - 3:8, 173:25, 174:10

**CONNER** [1] - 174:3

**conscious** [2] - 37:10, 78:15

**consider** [5] - 11:15, 78:5, 84:1, 98:13, 173:9

**considered** [5] - 81:11, 82:23, 172:7, 211:12

**considering** [2] - 81:13, 82:3

**consistent** [1] - 171:8

**constitute** [1] - 83:16

**constitutes** [1] - 246:4

**Constitution** [2] - 2:9, 246:14

**consult** [1] - 13:4

**consuming** [1] - 19:11

**CONT'D** [1] - 2:1

**contact** [13] - 9:13, 44:22, 54:9, 54:16, 60:22, 76:3, 81:10, 81:20, 153:19, 166:17, 166:21, 217:23, 217:24

**contained** [1] - 179:16

**contains** [1] - 216:7

**contents** [20] - 66:10, 178:16, 178:18, 178:19, 178:20, 179:6, 179:23, 187:5, 215:8, 215:16, 215:20, 215:23, 216:1, 216:2, 216:5, 216:22, 217:2, 218:10, 219:14, 242:1

**context** [1] - 77:12

**continue** [23] - 45:15, 70:2, 86:22, 87:6, 103:12, 127:4, 129:24, 131:17, 136:5, 139:19, 142:23, 190:19, 191:3, 192:14, 203:18, 203:22, 205:19, 206:3, 206:10, 229:12, 234:3, 240:2, 241:5

**continued** [13] - 20:13, 27:19, 31:11, 35:18, 36:8, 36:9, 36:17, 42:9, 54:4, 57:3, 64:20, 242:3, 245:1

**continuing** [3] - 53:17, 53:20, 59:11

**contract** [1] - 73:8

**control** [5] - 17:23, 25:15, 90:4, 127:24, 138:22

**contusions** [2] - 65:1, 101:4

**conversation** [2] - 179:24, 180:7

**convicted** [1] - 84:6

**cool** [1] - 10:13

**coordinate** [6] - 24:16, 28:7, 29:17, 44:14, 63:16, 113:9

**coordinated** [1] - 45:11

**coordinations** [1] - 43:15

**cops** [1] - 185:4

**copy** [6] - 73:13,

178:23, 215:23, 216:2, 216:4, 216:22

**cord** [1] - 33:10

**corner** [16] - 28:10, 30:20, 34:18, 35:17, 38:11, 98:23, 108:16, 108:17, 109:2, 142:1, 180:17, 180:20, 192:21, 200:8, 200:11

**cornered** [5] - 30:17, 30:21, 35:17, 54:5, 59:21

**corral** [1] - 38:7

**correct** [88] - 8:9, 12:19, 25:7, 25:8, 44:23, 48:1, 49:1, 51:25, 72:13, 72:25, 73:1, 73:5, 73:6, 82:9, 85:7, 85:24, 85:25, 87:5, 87:14, 88:1, 88:16, 89:5, 89:10, 92:5, 98:6, 98:7, 100:11, 100:14, 100:18, 100:21, 100:25, 103:5, 103:9, 103:23, 103:24, 104:15, 104:17, 105:8, 106:19, 106:20, 106:21, 106:22, 107:3, 108:11, 108:18, 108:19, 109:3, 109:8, 109:19, 109:21, 109:24, 110:4, 111:3, 111:20, 111:22, 112:15, 115:5, 117:16, 117:17, 117:18, 117:19, 125:24, 132:21, 147:6, 148:25, 149:1, 149:4, 150:2, 150:15, 150:16, 150:24, 151:5, 152:12, 153:6, 153:11, 153:25, 154:20, 156:4, 156:6, 178:17, 199:3, 207:21, 207:22, 211:17, 218:17, 223:8, 243:15, 244:12

**correctly** [7] - 23:6, 39:24, 56:25, 64:5, 75:6, 101:19, 207:25

**correspond** [2] - 48:24, 62:21

**corresponding** [1] - 195:19

**corruptly** [1] - 244:1

**counsel** [8] - 4:5, 13:17, 81:21, 94:2, 141:7, 146:25,

158:14, 225:4

**country** [2] - 79:5, 118:20

**counts** [1] - 67:15

**coup** [2] - 80:2, 80:12

**couple** [16] - 8:15, 11:18, 11:20, 28:13, 32:12, 40:5, 42:19, 44:19, 45:2, 70:11, 91:24, 124:19, 145:17, 164:10, 198:12, 201:20

**course** [19] - 10:1, 18:2, 47:8, 91:23, 92:20, 140:9, 187:17, 189:10, 189:20, 191:18, 194:17, 196:15, 198:4, 211:23, 212:14, 217:9, 222:19, 227:22, 242:2

**court** [189] - 6:12, 33:5, 33:15, 46:4, 49:12, 49:21, 50:15, 56:6, 56:21, 57:18, 58:6, 59:5, 59:16, 60:13, 62:2, 62:11, 82:12, 85:15, 86:12, 86:25, 87:19, 88:8, 88:23, 90:1, 90:12, 91:2, 96:18, 97:14, 97:24, 99:8, 99:11, 116:3, 116:18, 123:6, 123:15, 124:6, 124:18, 124:22, 125:11, 126:12, 127:7, 128:14, 128:24, 129:4, 129:14, 129:23, 130:2, 130:16, 130:20, 131:8, 131:20, 133:13, 134:7, 134:21, 135:6, 136:8, 136:17, 137:4, 137:12, 137:22, 138:9, 139:3, 139:21, 140:14, 141:19, 142:12, 143:1, 143:17, 144:6, 144:20, 145:6, 145:10, 145:19, 150:21, 151:2, 152:2, 152:16, 153:1, 153:17, 153:22, 154:2, 154:17, 154:23, 155:8, 155:14, 156:1, 156:19, 157:3, 157:14, 157:24,

158:7, 158:21, 159:10, 159:25, 160:7, 160:15, 160:25, 161:12, 161:17, 161:23, 162:9, 162:16, 162:23, 163:7, 164:13, 164:21, 164:24, 165:5, 165:16, 166:7, 166:10, 167:2, 167:5, 167:13, 168:2, 168:10, 168:18, 168:23, 169:3, 169:12, 169:18, 170:4, 170:21, 178:6, 189:1, 190:5, 190:22, 191:5, 192:6, 192:17, 193:23, 195:8, 197:21, 198:16, 199:12, 200:6, 201:5, 201:10, 202:3, 202:25, 203:10, 203:14, 203:25, 204:13, 204:20, 204:24, 205:9, 205:14, 205:21, 206:5, 206:12, 207:12, 220:21, 221:13, 222:4, 222:17, 223:22, 225:8, 225:18, 225:21, 226:9, 227:15, 227:19, 228:18, 229:8, 229:14, 230:6, 230:21, 231:11, 231:17, 232:13, 232:16, 233:15, 233:21, 234:5, 234:12, 235:7, 235:23, 236:15, 236:22, 237:2, 237:22, 238:12, 238:18, 239:11, 239:21, 240:4, 240:14, 241:8

**COURT** [169] - 1:1, 4:1, 4:10, 4:13, 4:17, 4:21, 5:3, 5:8, 5:10, 6:4, 6:10, 6:13, 6:19, 6:22, 6:25, 13:19, 14:13, 14:16, 14:19, 15:2, 15:5, 18:19, 18:22, 22:24, 24:23, 27:7, 30:8, 30:14, 37:7, 37:24, 47:10, 64:4, 66:8, 66:14, 66:17, 71:1, 76:8, 79:9, 80:19, 82:4, 87:7, 89:23, 94:3,

94:6, 99:2, 99:4, 99:20, 101:9, 101:18, 101:22, 102:1, 104:7, 114:20, 115:7, 115:9, 115:12, 116:14, 116:19, 118:18, 118:23, 119:3, 119:8, 123:25, 127:14, 127:18, 133:4, 135:17, 141:13, 146:16, 146:24, 147:3, 154:11, 156:16, 158:14, 163:25, 171:7, 171:11, 171:15, 171:23, 172:1, 172:3, 172:22, 173:11, 173:13, 173:16, 173:18, 173:21, 174:5, 175:24, 176:17, 177:13, 178:10, 179:11, 188:20, 190:16, 193:3, 193:6, 193:11, 193:16, 193:19, 193:25, 194:5, 194:7, 194:10, 196:5, 197:15, 199:6, 200:16, 201:21, 201:24, 202:21, 204:3, 206:20, 206:22, 207:24, 208:4, 208:11, 208:14, 208:18, 208:20, 208:22, 208:24, 209:5, 209:9, 209:12, 213:8, 214:11, 217:4, 218:19, 220:1, 223:16, 224:24, 225:4, 226:18, 227:10, 228:12, 229:3, 230:1, 230:10, 230:17, 231:6, 232:7, 233:3, 233:6, 233:9, 235:4, 235:18, 236:10, 236:20, 237:15, 237:19, 238:7, 239:3, 240:10, 241:22, 242:11, 242:14, 242:21, 242:25, 243:8, 243:14, 243:17, 244:6, 244:10, 244:13, 244:18, 244:21, 244:23, 244:25

**Court** [16] - 2:8, 2:8, 7:7, 7:12, 9:15, 11:18, 94:1, 119:13, 174:9, 235:2, 237:18, 240:7,

240:8, 244:5, 246:12, 246:13
**Court's** [2] - 5:19, 6:17
**courtesy** [1] - 6:15
**COURTROOM** [1] - 4:2
**courtroom** [6] - 6:20, 14:24, 115:24, 119:6, 172:17, 174:1
**cover** [1] - 163:14
**covered** [2] - 140:9, 140:11
**COVID** [3] - 111:12, 111:17, 111:19
**COVID-19** [1] - 111:10
**cowboy** [1] - 234:22
**cowriter** [1] - 75:4
**CPR** [3] - 63:16, 64:2, 113:8
**crack** [1] - 49:3
**cracked** [5] - 34:22, 35:1, 35:3, 35:11, 48:10
**create** [4] - 37:20, 179:14, 216:1, 216:4
**created** [4] - 29:23, 179:5, 179:21, 216:7
**creating** [1] - 55:20
**Creation** [1] - 216:18
**crew** [2] - 10:11, 10:12
**crime** [1] - 211:8
**crimes** [2] - 174:22, 175:16
**Criminal** [2] - 1:3, 4:2
**criminal** [3] - 67:7, 67:14, 110:2
**crisscrossed** [2] - 78:23, 78:25
**crooked** [1] - 51:3
**cross** [3] - 116:13, 116:21, 170:10
**CROSS** [6] - 13:22, 66:19, 102:4, 146:18, 172:5, 206:25
**Cross** [1] - 3:2
**cross-examination** [2] - 116:13, 116:21
**CROSS-EXAMINATION** [6] - 13:22, 66:19, 102:4, 146:18, 172:5, 206:25
**cross-strike** [1] - 170:10
**crossed** [1] - 163:16
**crowd** [23] - 17:23, 18:16, 27:21, 29:10,

31:4, 35:18, 37:18, 46:24, 51:2, 56:15, 78:18, 103:13, 114:3, 117:7, 130:23, 138:23, 182:7, 184:23, 187:9, 187:10, 191:9, 191:13, 233:25
**crowds** [1] - 18:9
**CRR** [3] - 2:7, 246:3, 246:12
**crushed** [1] - 78:19
**Crypt** [2] - 26:21
**cuff** [1] - 64:22
**current** [4] - 8:20, 16:8, 119:18, 119:24
**Cyr** [4] - 194:19, 194:25, 195:13, 195:21
**cyst** [1] - 64:18

# D

**D.C** [14] - 1:6, 1:18, 2:10, 14:2, 63:17, 180:24, 183:7, 210:6, 210:7, 211:24, 212:20, 219:4, 220:17, 246:14
**damage** [1] - 10:7
**damaged** [1] - 34:11
**dangling** [1] - 33:10
**data** [2] - 179:16, 179:17
**date** [7] - 180:17, 180:19, 181:24, 182:9, 182:15, 183:9, 216:19
**Dated** [1] - 246:10
**Dave** [9] - 9:18, 9:22, 10:9, 10:10, 10:16, 11:7, 11:15, 11:22, 13:4
**Dave's** [1] - 12:20
**David** [3] - 4:4, 9:14, 9:15
**DAVID** [1] - 1:7
**David's** [1] - 9:24
**DAY** [1] - 1:10
**day's** [2] - 243:4, 243:5
**days** [7] - 6:9, 11:12, 64:20, 83:15, 84:16, 93:19, 172:18
**days'** [1] - 5:21
**Dayton** [10] - 7:10, 8:2, 8:5, 8:8, 8:14, 8:17, 9:5, 11:24, 12:22, 13:7

**De** [1] - 219:15
**deactivate** [1] - 122:9
**deactivated** [1] - 122:7
**dead** [2] - 142:20, 171:10
**deadly** [1] - 171:20
**deal** [2] - 6:3, 17:23
**dealing** [1] - 63:23
**dealt** [1] - 18:9
**decide** [1] - 81:18
**decides** [1] - 218:2
**decision** [6] - 65:21, 65:22, 66:2, 78:15, 81:11, 121:4
**decisions** [1] - 66:3
**declaration** [1] - 111:15
**declare** [1] - 6:1
**deep** [4] - 105:19, 107:6, 167:18
**deescalate** [1] - 36:22
**defend** [13] - 39:19, 39:20, 40:12, 43:2, 43:3, 76:19, 77:17, 78:2, 78:9, 78:16, 106:13, 117:10
**DEFENDANT** [3] - 1:19, 1:23, 2:2
**Defendant** [56] - 78:18, 79:8, 95:9, 95:13, 96:6, 133:23, 150:20, 151:1, 152:1, 152:15, 152:25, 153:16, 153:21, 154:1, 154:16, 154:22, 155:7, 155:13, 155:25, 156:18, 157:2, 157:13, 157:23, 158:6, 167:1, 167:4, 167:12, 168:1, 168:9, 168:17, 168:22, 169:2, 169:11, 169:17, 170:3, 171:16, 175:21, 177:4, 191:20, 194:19, 194:25, 196:16, 196:20, 197:1, 197:4, 198:10, 198:11, 199:2, 199:14, 199:23, 200:21, 208:1, 220:3, 227:24, 237:7, 238:3
**Defendant's** [2] - 150:9, 166:25
**Defendants** [11] - 1:8, 44:21, 74:5,

193:4, 193:5, 193:7, 193:11, 193:15, 223:4, 242:25, 244:25
**DEFENDER** [1] - 1:23
**defending** [1] - 46:15
**DEFENSE** [1] - 6:24
**defense** [4] - 116:11, 141:7, 243:1, 243:21
**defensive** [4] - 25:4, 25:5, 103:8, 103:10
**defensively** [1] - 103:11
**definitely** [2] - 185:15, 242:25
**deflect** [1] - 166:23
**degree** [1] - 62:5
**delivered** [1] - 154:9
**Dellwood** [1] - 7:10
**demonize** [1] - 73:17
**demonstration** [1] - 20:12
**demonstrations** [2] - 21:3, 37:11
**Department** [4] - 28:21, 119:17, 119:19, 119:22
**department** [3] - 65:7, 132:17, 178:15
**department's** [1] - 70:13
**depict** [1] - 241:16
**depicted** [1] - 164:18
**deploy** [4] - 19:22, 21:1, 21:12, 36:17
**deployed** [5] - 21:9, 21:15, 37:19, 38:22, 52:8
**deploying** [1] - 31:12
**Deputy** [4] - 173:24, 174:5, 207:24, 208:20
**DEPUTY** [1] - 4:2
**deputy** [9] - 174:13, 175:3, 176:19, 192:20, 194:17, 196:9, 196:15, 201:17, 203:17
**descended** [1] - 185:5
**describe** [8] - 45:2, 45:20, 56:23, 61:3, 63:11, 64:16, 125:24, 143:24
**described** [5] - 11:9, 77:13, 126:20, 127:20, 203:3
**describing** [1] - 126:2
**description** [1] - 75:12

**design** [1] - 125:4
**designation** [1] - 210:25
**designed** [1] - 104:17
**desire** [1] - 68:18
**desk** [1] - 42:12
**desks** [1] - 41:17
**detail** [1] - 92:21
**detailed** [3] - 17:6, 174:17, 174:21
**details** [5] - 59:1, 75:5, 75:11, 75:13, 75:19
**Detective** [1] - 149:8
**detectives** [2] - 149:7, 149:9
**detector** [1] - 42:10
**determinations** [1] - 81:23
**determine** [3] - 189:11, 208:4, 211:18
**determined** [1] - 43:19
**deterrence** [1] - 83:16
**deterrent** [2] - 19:23, 84:10
**develop** [1] - 222:20
**device** [4] - 35:22, 37:2, 37:3, 63:21
**devolve** [1] - 146:9
**devolved** [1] - 18:16
**diagonal** [3] - 53:6, 55:6, 170:9
**diagonally** [1] - 129:18
**die** [1] - 52:16
**died** [2] - 115:3, 115:4
**difference** [2] - 37:15, 125:7
**different** [12] - 20:22, 39:17, 47:14, 53:24, 55:3, 81:4, 94:25, 95:18, 149:17, 149:22, 219:3, 222:21
**differently** [2] - 47:14, 103:12
**difficult** [3] - 36:22, 183:2, 203:19
**digits** [2] - 217:13, 218:5
**DIISEN** [1] - 111:5
**direct** [5] - 76:14, 88:11, 89:7, 92:4, 244:25
**DIRECT** [5] - 7:3, 15:8, 119:10, 174:6, 209:18

**Direct** [1] - 3:2
**Direction** [1] - 218:12
**direction** [4] - 20:9, 107:1, 144:14, 221:6
**directions** [1] - 20:16
**directly** [3] - 138:17, 139:16, 188:8
**director** [1] - 9:8
**Dirksen** [1] - 111:4
**disagree** [2] - 172:20, 173:4
**disappointed** [1] - 186:9
**disarm** [2] - 93:5, 155:5
**discourse** [1] - 69:19
**discretion** [1] - 110:1
**discuss** [3] - 66:9, 101:12, 242:1
**discussed** [1] - 14:7
**discussing** [1] - 191:23
**dismissed** [1] - 5:12
**disorganized** [1] - 45:12
**disposed** [1] - 34:24
**disputing** [1] - 193:25
**distance** [1] - 163:16
**distinctly** [1] - 153:13
**distress** [4] - 112:18, 113:12, 113:15, 114:12
**distribution** [1] - 210:6
**district** [4] - 13:2, 173:7, 173:9, 246:13
**District** [7] - 2:8, 2:9, 119:16, 119:25, 174:21, 176:8, 246:13
**DISTRICT** [5] - 1:1, 1:1, 1:11, 1:16, 1:24
**disturbance** [2] - 120:2, 120:5
**division** [1] - 215:19
**doctor** [1] - 7:15
**document** [3] - 216:12, 216:21, 216:25
**dodging** [1] - 169:7
**dollars** [1] - 70:16
**Donald** [3] - 185:25, 186:25, 187:5
**done** [10] - 6:9, 10:18, 20:20, 65:12, 69:15, 69:20, 70:8, 71:21, 74:18, 95:16
**door** [49] - 27:2,

38:13, 39:2, 39:3, 39:12, 42:8, 42:14, 42:15, 42:18, 43:5, 43:20, 54:6, 59:20, 59:24, 60:2, 98:3, 98:4, 98:11, 99:25, 129:9, 129:10, 132:2, 152:18, 152:23, 153:13, 154:4, 154:8, 155:2, 155:11, 158:3, 159:1, 162:11, 162:19, 163:1, 163:4, 163:12, 163:14, 163:19, 163:21, 164:9, 164:15, 165:1, 167:8, 169:14, 169:25, 170:1, 206:1
**doorjamb** [1] - 167:17
**doors** [12] - 26:16, 27:2, 42:4, 42:10, 42:16, 43:11, 63:3, 135:24, 191:12, 222:11
**doorway** [4] - 98:22, 152:22, 167:8, 169:15
**double** [9] - 26:16, 27:2, 42:3, 42:4, 42:10, 42:16, 43:11, 63:3, 135:24
**doubt** [1] - 193:11
**down** [44] - 22:6, 22:20, 26:22, 27:19, 28:5, 28:9, 28:13, 28:18, 30:1, 30:4, 31:18, 35:14, 38:14, 39:1, 39:12, 52:6, 63:18, 81:24, 83:8, 95:24, 109:11, 114:7, 118:18, 120:12, 121:14, 121:24, 129:18, 156:3, 156:7, 157:17, 160:5, 170:8, 171:3, 173:16, 180:23, 185:4, 192:21, 192:22, 199:22, 208:7, 208:22, 216:15, 216:18
**down-strike** [1] - 170:8
**downloaded** [2] - 215:5, 228:3
**dozen** [1] - 146:7
**Dr** [4] - 6:18, 13:20, 13:24, 14:16
**dragged** [1] - 78:18
**drank** [1] - 113:4
**draw** [2] - 143:20, 204:4

**drawn** [1] - 195:16
**dreamed** [1] - 219:4
**dressed** [2] - 22:18, 136:12
**drew** [1] - 195:13
**driving** [1] - 219:16
**dropped** [1] - 100:24
**drug** [6] - 115:4, 210:5, 210:6, 210:10, 211:5
**duck** [1] - 55:13, 57:25, 166:12
**dude** [1] - 181:6
**due** [1] - 55:20, 111:10
**during** [26] - 9:22, 10:1, 11:7, 17:5, 25:17, 29:12, 31:2, 41:4, 41:8, 50:20, 60:16, 67:20, 68:8, 72:9, 93:25, 106:24, 110:13, 110:25, 122:5, 122:7, 145:23, 150:5, 189:10, 191:23, 212:13, 217:9
**duties** [2] - 65:3, 65:4
**duty** [7] - 17:4, 88:17, 102:8, 112:8, 113:11, 119:24, 127:21

**E**

**early** [1] - 94:23
**ease** [1] - 20:8
**easier** [1] - 147:2
**East** [1] - 2:5
**east** [2] - 26:25, 43:10
**Eastern** [2] - 207:14, 207:21
**Eastman** [1] - 221:2
**Easton** [1] - 196:17
**easy** [2] - 25:23, 81:17
**edges** [1] - 104:11
**editor** [1] - 75:4
**editors** [1] - 75:10
**eds** [2] - 70:11, 70:15
**education** [1] - 7:23
**EDWARD** [1] - 1:6
**Edward** [1] - 4:3
**Edwards** [1] - 246:12
**EDWARDS** [2] - 2:7, 246:3
**effort** [1] - 60:6
**efforts** [1] - 193:17
**eight** [6] - 16:17,

24:18, 102:10, 105:19, 182:10, 210:15
**eight-foot** [1] - 24:18
**either** [13] - 38:21, 58:19, 64:9, 68:6, 69:9, 76:2, 93:1, 94:13, 103:17, 111:4, 113:3, 162:2, 167:7
**elaborating** [1] - 71:7
**elbow** [1] - 24:5
**elected** [1] - 110:16
**election** [2] - 110:14, 110:23
**electronics** [1] - 11:13
**element** [1] - 244:1
**elements** [1] - 243:23
**elevated** [1] - 195:24
**Eleventh** [1] - 1:17
**Ellipse** [2] - 220:18, 221:3
**elsewhere** [1] - 8:13
**email** [1] - 41:22
**emails** [1] - 19:12
**emblem** [1] - 213:5
**embroidery** [1] - 213:22
**emergency** [1] - 7:11
**emotional** [1] - 11:1
**employed** [4] - 15:21, 15:25, 174:13, 209:24
**encounter** [8] - 148:17, 148:25, 149:3, 149:25, 150:5, 150:12, 158:9, 165:19
**encountered** [1] - 18:16
**encountering** [2] - 47:25, 48:3
**end** [9] - 22:3, 22:15, 25:18, 32:25, 39:9, 44:8, 158:9, 165:18, 227:16
**ended** [2] - 115:2, 115:3
**ends** [1] - 228:6
**enforcement** [7] - 25:13, 25:18, 27:15, 29:6, 42:6, 44:7, 92:1
**English** [1] - 23:1
**enhanced** [12] - 187:25, 223:7, 226:25, 227:3, 227:6, 228:8, 229:20, 231:1, 231:23, 232:21, 236:3, 238:23

**ensue** [1] - 211:3
**entered** [33] - 6:20, 14:24, 119:5, 124:2, 133:8, 135:19, 141:15, 174:1, 177:15, 178:12, 188:22, 190:18, 194:12, 196:7, 197:17, 199:8, 200:18, 209:14, 214:13, 217:7, 223:19, 225:2, 227:12, 228:15, 229:5, 230:3, 231:8, 232:10, 236:12, 238:9, 239:5
**entering** [1] - 147:13
**entertain** [1] - 36:22
**entire** [6] - 10:11, 44:5, 44:6, 63:2, 111:16, 118:11
**entirely** [2] - 159:7, 186:9
**entirety** [1] - 141:7
**entrance** [13] - 20:10, 26:14, 27:3, 38:7, 38:9, 38:12, 39:4, 40:10, 40:12, 40:19, 51:12, 118:11
**envelope** [2] - 177:17, 214:19
**erected** [1] - 108:11
**Eric** [1] - 219:16
**escalate** [1] - 10:10
**escape** [1] - 38:12
**escaping** [1] - 38:13
**especially** [7] - 13:9, 68:5, 71:19, 198:6
**ESQ** [7] - 1:14, 1:15, 1:15, 1:19, 1:23, 2:2, 2:4
**essentially** [1] - 85:9
**establish** [1] - 31:3
**establishing** [1] - 30:23
**estimate** [4] - 18:3, 121:14, 146:4, 182:8
**evening** [2] - 241:24, 242:2
**event** [7] - 41:6, 41:13, 92:19, 95:4, 131:16, 147:6, 219:19
**events** [4] - 13:9, 68:5, 71:19, 198:6
**eventually** [2] - 38:5, 211:18
**EVIDENCE** [1] - 3:10
**Evidence** [2] - 177:18, 177:19
**evidence** [59] -

11:19, 124:2, 130:14, 133:1, 133:8, 135:19, 141:3, 141:15, 177:15, 177:25, 178:12, 179:1, 179:9, 179:10, 179:11, 187:13, 187:23, 188:22, 189:9, 189:22, 190:18, 194:12, 196:7, 197:17, 199:8, 200:18, 209:14, 214:2, 214:13, 217:7, 223:14, 223:19, 225:2, 225:16, 226:5, 227:12, 228:11, 228:15, 229:2, 229:5, 229:25, 230:3, 231:8, 231:24, 232:10, 233:5, 235:16, 235:20, 236:4, 236:9, 236:12, 237:8, 238:9, 238:24, 239:5, 239:17, 242:18, 243:5, 243:6

**exact** [1] - 43:18
**exactly** [3] - 179:13, 193:4, 243:2
**examination** [6] - 76:14, 88:11, 89:7, 92:4, 116:13, 116:21
**EXAMINATION** [12] - 7:3, 13:22, 15:8, 66:19, 102:4, 115:14, 119:10, 146:18, 172:5, 174:6, 206:25, 209:18
**Examiner** [1] - 216:15
**examiner** [3] - 115:4, 179:19, 216:16
**example** [1] - 105:2
**except** [1] - 100:5
**exchanged** [2] - 35:10, 140:10
**excursion** [1] - 11:5
**excuse** [1] - 99:3
**excused** [4] - 119:4, 173:17, 208:23, 242:13
**execute** [1] - 215:14
**Exhibit** [390] - 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 25:1, 32:20, 33:4, 33:14,

46:3, 48:20, 49:10, 49:11, 49:20, 50:13, 50:14, 52:3, 53:4, 55:24, 56:5, 56:20, 57:17, 58:5, 59:4, 59:15, 60:12, 61:22, 62:1, 62:10, 62:20, 62:22, 84:21, 85:14, 86:11, 86:24, 87:18, 88:7, 88:22, 89:25, 90:11, 91:1, 93:11, 96:17, 97:13, 97:23, 99:7, 99:10, 102:24, 107:19, 115:17, 116:2, 116:17, 123:3, 123:5, 123:7, 123:14, 123:24, 124:1, 124:5, 124:17, 124:21, 125:10, 126:11, 127:6, 128:13, 128:23, 129:3, 129:13, 129:22, 130:1, 130:14, 130:15, 130:19, 131:5, 131:7, 131:19, 132:22, 133:7, 133:9, 133:12, 133:19, 134:5, 134:6, 134:13, 134:20, 135:5, 135:16, 135:18, 136:5, 136:7, 136:16, 137:3, 137:11, 138:18, 139:2, 139:20, 140:13, 141:4, 141:6, 141:14, 141:17, 141:18, 142:9, 142:11, 142:25, 143:16, 144:5, 144:19, 145:5, 145:9, 145:18, 150:9, 150:21, 151:2, 152:2, 152:16, 153:1, 153:17, 153:22, 154:2, 154:17, 154:23, 155:8, 155:14, 156:1, 156:19, 157:3, 157:14, 157:24, 158:7, 158:16, 158:18, 158:20, 159:9, 159:24, 160:6, 160:14, 160:24, 161:11, 161:16, 161:22, 162:8, 162:15, 162:22, 163:6, 164:12, 164:20, 164:23, 165:4, 165:15, 166:6, 166:9, 166:25, 167:2, 167:5, 167:13, 168:2, 168:8, 168:10,

168:18, 168:23, 169:3, 169:12, 169:18, 170:4, 170:20, 176:24, 176:25, 177:2, 177:12, 177:14, 178:9, 178:11, 178:14, 178:25, 179:1, 179:4, 179:7, 180:4, 187:14, 187:23, 187:24, 187:25, 188:19, 188:21, 188:25, 189:3, 189:6, 189:9, 189:11, 189:16, 189:17, 189:22, 189:24, 190:4, 190:15, 190:17, 190:19, 190:21, 190:23, 191:4, 191:15, 191:25, 192:5, 192:16, 193:2, 193:21, 193:22, 194:6, 194:9, 194:11, 194:21, 195:3, 195:6, 195:7, 195:24, 196:4, 196:6, 196:10, 196:12, 196:19, 196:23, 197:14, 197:16, 197:18, 197:20, 198:1, 198:8, 198:15, 199:5, 199:7, 199:9, 199:11, 199:17, 199:20, 199:23, 200:5, 200:15, 200:17, 200:20, 201:2, 201:4, 201:6, 201:8, 201:9, 202:2, 202:23, 202:24, 203:9, 203:13, 203:24, 204:12, 204:19, 204:23, 205:8, 205:13, 205:20, 206:4, 206:11, 207:11, 209:13, 213:14, 214:9, 214:12, 214:20, 216:8, 216:21, 217:6, 220:9, 220:19, 220:20, 221:12, 222:2, 222:3, 222:16, 223:18, 223:20, 223:21, 224:7, 224:15, 225:1, 225:7, 225:15, 225:17, 225:20, 226:5, 226:8, 226:17, 226:23, 227:11, 227:14, 227:17, 227:18, 228:5, 228:8, 228:14,

228:16, 228:17, 228:20, 229:1, 229:4, 229:6, 229:7, 229:13, 229:17, 229:18, 229:24, 230:2, 230:4, 230:5, 230:19, 230:20, 231:1, 231:4, 231:7, 231:10, 231:16, 231:20, 231:21, 232:5, 232:9, 232:11, 232:12, 232:14, 232:15, 232:19, 233:1, 233:4, 233:14, 233:17, 233:20, 234:4, 234:11, 234:17, 235:3, 235:5, 235:6, 235:19, 235:22, 235:25, 236:1, 236:8, 236:14, 236:17, 236:21, 237:1, 237:4, 237:20, 237:21, 238:5, 238:8, 238:11, 238:16, 238:17, 238:20, 239:1, 239:4, 239:10, 239:17, 239:20, 240:3, 240:13, 241:7
**exhibit** [23] - 28:24, 45:23, 48:25, 60:8, 141:10, 158:15, 166:24, 188:14, 191:1, 197:24, 205:7, 207:4, 209:7, 221:11, 221:14, 222:15, 223:12, 225:3, 225:5, 229:20, 233:13, 238:14, 239:9
**exhibits** [4] - 48:13, 147:2, 149:25, 187:13
**EXHIBITS** [1] - 3:10
**exit** [1] - 240:9
**expect** [10] - 19:5, 19:17, 20:22, 74:21, 103:25, 105:6, 120:13, 120:14, 243:8, 243:18
**expected** [1] - 166:20
**expedient** [1] - 63:24
**experience** [7] - 25:17, 30:4, 45:3, 61:13, 68:11, 70:3, 75:25
**experienced** [3] - 114:23, 146:8, 146:11
**experiences** [2] - 10:25, 75:17
**experiencing** [2] - 33:20, 60:15

**expert** [1] - 244:10
**explain** [1] - 80:22
**explaining** [1] - 23:25
**exposing** [3] - 53:8, 57:21, 70:1
**express** [1] - 13:12
**expunge** [1] - 6:1
**extended** [1] - 6:15
**extent** [4] - 20:7, 38:23, 80:2, 80:12
**extinguisher** [1] - 38:22
**extract** [2] - 215:16, 215:20
**extracted** [4] - 178:17, 179:15, 179:16, 216:22
**extraction** [4] - 178:16, 178:23, 180:8, 216:14
**extremities** [1] - 48:5
**eye** [2] - 34:18, 55:9
**eyes** [1] - 56:14

## F

**F-O-U-L-D-S** [1] - 119:14
**face** [29] - 24:11, 49:25, 53:7, 53:8, 54:10, 54:11, 54:15, 55:6, 55:8, 56:8, 56:14, 56:17, 57:20, 60:23, 60:24, 61:3, 89:17, 94:20, 152:5, 152:6, 153:4, 153:5, 166:13, 190:12, 192:11, 204:8, 205:16, 210:21, 240:22
**faced** [1] - 128:7
**facial** [1] - 50:9
**facilities** [1] - 8:14
**facing** [6] - 55:10, 126:21, 128:10, 128:18, 168:5, 203:4
**fact** [11] - 5:20, 10:25, 12:16, 21:12, 36:14, 69:24, 99:16, 117:14, 139:15, 198:21, 243:5
**facts** [3] - 71:4, 71:11, 81:23
**failed** [1] - 217:1
**fair** [14] - 39:15, 72:12, 72:17, 72:18, 76:21, 77:11, 81:12, 83:12, 123:20,

132:18, 135:12, 142:20, 173:10, 193:18
**fairly** [3] - 10:5, 68:3
**faith** [1] - 11:8
**faking** [1] - 73:19
**Falco** [1] - 219:15
**fallen** [1] - 127:23
**falls** [1] - 215:19
**familiar** [6] - 11:23, 12:7, 158:25, 187:4, 224:1, 227:23
**family** [11] - 7:13, 8:6, 9:3, 9:14, 9:15, 9:18, 11:22, 33:25, 41:21, 79:3, 79:5
**Fanone** [2] - 44:2, 107:16
**far** [5] - 75:15, 83:5, 83:8, 163:11, 163:13
**Farina** [4] - 198:6, 198:9, 200:9, 238:3
**Farina's** [3] - 198:18, 198:24, 199:1
**fast** [1] - 86:6
**fast-forward** [1] - 86:6
**father** [2] - 7:15, 9:16
**fatigue** [1] - 63:20
**fatigues** [1] - 64:6
**FBI** [27] - 28:13, 63:19, 64:5, 64:7, 64:10, 76:25, 77:7, 77:15, 94:23, 95:1, 95:12, 95:15, 95:23, 96:1, 174:20, 174:21, 174:25, 175:15, 178:14, 187:19, 209:15, 209:25, 210:8, 210:12, 210:23, 212:5, 214:15
**fear** [3] - 32:17, 33:21, 37:19
**fearful** [1] - 38:18
**feasible** [2] - 21:14, 37:22
**feature** [1] - 152:10
**features** [1] - 50:9
**Federal** [1] - 174:17
**FEDERAL** [1] - 1:23
**federal** [3] - 174:24, 175:14, 210:25
**feelings** [2] - 5:17, 13:5
**feet** [5] - 102:25, 103:1, 103:3, 106:5
**fell** [2] - 10:2, 114:1
**fellow** [3] - 65:18, 65:23, 118:6
**felon** [1] - 174:23

**felony** [2] - 84:9, 110:2
**felt** [7] - 32:16, 40:24, 77:7, 77:10, 77:15, 77:19, 77:25
**few** [30] - 6:9, 8:19, 34:10, 38:23, 42:17, 45:22, 59:10, 60:16, 61:17, 66:24, 74:19, 84:23, 93:19, 96:13, 97:21, 97:22, 120:12, 120:21, 146:7, 160:22, 165:23, 190:3, 192:2, 202:1, 234:17, 235:3, 239:19, 241:6, 242:8
**field** [4] - 105:17, 210:4, 211:21, 211:22
**fight** [1] - 65:16
**fighting** [2] - 36:11, 65:17
**figure** [2] - 18:5, 25:23
**file** [2] - 179:21, 194:25
**filmed** [3] - 220:17, 221:9, 222:9
**filming** [1] - 195:14
**final** [2] - 115:2, 242:16
**finally** [2] - 59:13, 186:14
**fine** [19] - 5:23, 5:25, 6:6, 44:25, 68:22, 71:15, 72:8, 85:16, 86:7, 93:18, 126:9, 145:3, 145:11, 187:8, 193:16, 194:5, 201:12, 203:8, 236:23
**finger** [2] - 51:3, 142:16
**finish** [2] - 22:17, 104:24
**finished** [1] - 7:18
**fire** [3] - 38:22, 45:5, 52:8
**Fire** [1] - 63:17
**firecrackers** [1] - 45:7
**first** [29] - 7:9, 9:15, 9:16, 9:23, 11:21, 29:10, 47:4, 47:5, 49:23, 55:3, 63:3, 64:8, 68:2, 76:15, 102:9, 132:14, 132:20, 152:5, 179:4, 180:16, 181:4, 182:4, 184:2, 184:20, 185:9, 186:17, 195:12, 215:4, 236:19

**First** [7] - 17:25, 18:4, 20:12, 111:8, 146:2, 146:5, 146:9
**fists** [2] - 125:25, 126:1
**fit** [1] - 38:16
**Fitzsimons** [4] - 79:22, 80:25, 100:17, 113:1
**five** [13] - 11:12, 22:1, 48:13, 61:24, 87:16, 89:20, 119:23, 145:23, 181:25, 207:13, 207:17, 207:21
**flag** [5] - 153:3, 153:12, 169:20, 234:21, 234:22
**flagged** [1] - 217:16
**flagpole** [2] - 95:14, 96:2
**flagpoles** [1] - 45:8
**flags** [1] - 31:24
**flanked** [1] - 35:16
**flanks** [1] - 103:16
**fleece** [1] - 213:22
**flights** [1] - 26:21
**flinched** [1] - 156:12
**Floor** [1] - 1:17
**floor** [1] - 113:19
**florescent** [1] - 77:24
**FLORIDA** [1] - 1:24
**Florida** [3] - 1:25, 212:2, 212:3
**flowing** [1] - 168:25
**focus** [3] - 34:2, 45:22, 115:24
**focused** [2] - 21:7
**folks** [3] - 4:10, 219:6, 245:3
**follow** [4] - 20:14, 38:5, 182:2, 195:20
**following** [13] - 5:1, 6:11, 6:21, 14:25, 20:15, 66:13, 101:17, 119:6, 147:5, 173:20, 174:2, 213:1, 215:7
**follows** [1] - 138:15
**foot** [6] - 24:18, 24:19, 64:19, 100:20, 100:24, 163:2
**footage** [16] - 190:12, 198:5, 198:9, 198:10, 198:18, 198:21, 199:1, 199:2, 199:14, 200:1, 200:8, 200:9, 200:11, 200:12, 208:9, 222:25
**football** [1] - 41:11
**footing** [1] - 137:18

**FOR** [7] - 1:1, 1:14, 1:16, 1:19, 1:23, 2:2, 3:4
**Force** [1] - 64:9
**force** [16] - 36:13, 36:23, 37:13, 37:19, 46:23, 46:24, 56:16, 57:3, 60:7, 89:17, 105:22, 147:9, 151:20, 151:22, 174:22, 212:5
**forced** [1] - 151:14
**forceful** [1] - 35:18
**forcibly** [2] - 94:19, 147:19
**forcing** [2] - 56:15, 151:12
**forefront** [2] - 44:10, 50:23
**foregoing** [1] - 246:4
**foreground** [1] - 131:24
**forehead** [1] - 134:2
**forget** [1] - 225:10
**forgot** [1] - 81:2
**formation** [1] - 103:21
**formations** [1] - 103:15
**former** [2] - 9:17, 81:24
**forth** [4] - 45:9, 45:14, 103:21, 191:13
**fortunate** [1] - 68:8
**forward** [22] - 4:5, 33:12, 60:9, 71:18, 86:6, 114:4, 115:19, 117:6, 126:1, 128:9, 128:11, 128:18, 129:20, 137:8, 145:1, 156:17, 161:8, 162:7, 169:23, 204:21
**Foulds** [5] - 3:7, 119:1, 119:5, 119:14, 123:9, 130:22, 133:15, 133:22, 134:9, 139:6, 142:15, 145:25, 146:20, 172:7, 173:13, 200:12
**FOULDS** [1] - 119:7
**Foulds's** [1] - 200:23
**foundation** [1] - 133:1
**four** [13] - 8:15, 11:12, 17:21, 73:16, 95:19, 108:11, 145:8, 165:11, 217:13, 218:5, 219:3, 240:8
**four-minute** [1] - 240:8

**Fourth** [1] - 1:17
**fourth** [2] - 107:6, 216:15
**frame** [34] - 35:21, 54:6, 59:20, 59:22, 59:24, 60:2, 87:3, 90:21, 98:3, 98:4, 98:10, 98:11, 98:12, 99:25, 125:15, 131:24, 133:15, 150:11, 152:8, 161:14, 162:18, 165:9, 165:11, 165:13, 202:6, 204:22
**frame-by-frame** [2] - 165:9, 165:13
**framed** [1] - 222:11
**frames** [1] - 124:19
**frantic** [1] - 23:8
**frantically** [1] - 79:3
**free** [5] - 14:17, 15:5, 118:19, 119:8, 173:14
**Freedom** [1] - 219:18
**Friedrich** [2] - 244:7, 244:14
**friend** [2] - 11:15, 219:15
**friends** [2] - 10:16, 13:10
**front** [39] - 7:20, 10:24, 23:10, 26:9, 27:14, 36:16, 40:4, 43:5, 43:6, 43:14, 43:21, 50:4, 51:14, 93:20, 105:13, 107:5, 107:8, 107:13, 107:15, 107:16, 121:15, 126:16, 131:14, 138:17, 139:15, 139:16, 148:2, 150:14, 151:8, 151:12, 188:7, 203:3, 208:12, 213:10, 214:20, 221:10, 221:21, 224:13
**frozen** [1] - 45:18
**frustrated** [2] - 85:4, 116:22
**frustrating** [1] - 53:22
**frustration** [2] - 60:17, 117:1
**fuck** [2] - 53:19, 60:21
**fucking** [2] - 77:18, 138:4
**fugitive** [1] - 174:23
**full** [17] - 27:5, 27:6, 27:12, 31:6, 54:23, 92:6, 92:7, 119:13,

174:9, 215:20,
215:23, 216:1, 243:4,
243:5, 243:12,
243:15, 246:5
  **fullest** [2] - 80:2,
80:12
  **fully** [2] - 17:16, 35:3
  **fun** [1] - 70:6
  **functions** [1] - 65:13
  **furnitures** [1] - 45:18
  **future** [1] - 73:13

## G

  **gain** [2] - 70:20
  **gaining** [1] - 75:13
  **gains** [1] - 70:18
  **Galaxy** [1] - 213:6
  **galleries** [1] - 112:2
  **gallery** [3] - 111:22,
111:24, 112:3
  **Garden** [1] - 1:24
  **gas** [8] - 24:6, 24:12,
31:23, 36:6, 37:3,
54:12, 54:14, 57:21
  **gathered** [1] - 187:9
  **gathering** [1] - 19:7
  **gear** [13] - 22:19,
22:21, 23:5, 23:16,
23:19, 23:20, 24:3,
25:15, 27:6, 120:20,
120:23, 121:4, 140:4
  **gears** [1] - 84:17
  **general** [1] - 187:8
  **generally** [4] - 82:3,
111:13, 125:15, 187:8
  **generated** [1] -
216:13
  **gentleman** [4] -
113:25, 148:19,
149:7, 221:2
  **George** [2] - 41:1,
42:22
  **gestures** [1] - 58:18
  **ghostwriter** [1] -
75:10
  **giant** [1] - 35:21
  **Gina** [6] - 191:20,
191:25, 192:12,
227:24, 228:5, 235:12
  **girl** [1] - 85:21
  **given** [12] - 19:24,
36:11, 36:14, 37:9,
37:21, 44:19, 69:4,
81:23, 107:1, 178:19,
187:5, 210:24
  **glass** [5] - 24:11,
42:4, 152:20, 162:12,
222:11

  **glasses** [1] - 205:17
  **glove** [1] - 162:21
  **Glover** [1] - 30:19
  **gloves** [1] - 240:19
  **goal** [1] - 82:14
  **GoFundMe** [1] -
70:21
  **gold** [1] - 222:11
  **GONELL** [2] - 15:3,
15:18
  **Gonell** [35] - 3:6,
14:23, 15:15, 15:19,
29:2, 45:24, 48:15,
49:15, 49:23, 60:15,
62:4, 66:6, 66:9,
66:14, 66:21, 70:23,
84:24, 85:2, 85:19,
86:10, 86:16, 87:3,
88:11, 96:16, 96:21,
101:11, 101:18,
101:21, 101:22,
102:1, 102:6, 115:16,
115:22, 118:13,
118:18
  **gonna** [5] - 20:9,
77:16, 77:17, 78:6,
82:24
  **good-looking** [1] -
23:2
  **Government** [40] -
4:6, 5:15, 6:14, 14:22,
80:21, 118:23, 119:1,
123:23, 135:15,
173:21, 173:24,
177:11, 178:8,
188:18, 190:14,
193:2, 196:3, 199:5,
200:14, 208:24,
209:15, 214:9,
223:14, 224:7,
224:14, 224:22,
227:9, 228:10, 229:1,
229:24, 231:4, 232:5,
233:1, 235:17, 236:8,
237:10, 237:14,
238:5, 239:1, 244:16
  **GOVERNMENT** [6] -
1:14, 3:4, 15:3, 119:7,
174:3, 209:17
  **government's** [28] -
3:11, 3:12, 3:12, 3:13,
3:13, 3:14, 3:14, 3:15,
3:15, 3:16, 3:16, 3:17,
3:17, 3:18, 3:18, 3:19,
3:19, 3:20, 3:20, 3:21,
3:21, 3:22, 3:22, 3:23,
3:23, 3:24, 3:24, 3:25
  **Government's** [225] -
6:17, 14:20, 33:4,
33:14, 46:3, 49:11,

49:20, 50:13, 50:14,
56:5, 56:20, 57:17,
58:5, 59:4, 59:15,
60:12, 62:1, 62:10,
84:21, 85:14, 86:11,
86:24, 87:18, 88:7,
88:22, 89:25, 90:11,
91:1, 93:11, 96:17,
97:13, 97:23, 99:7,
99:10, 102:24,
107:19, 116:2,
116:17, 123:5,
123:14, 124:1, 124:5,
124:17, 124:21,
125:10, 126:11,
127:6, 128:13,
128:23, 129:3,
129:13, 129:22,
130:1, 130:15,
130:19, 131:5, 131:7,
131:19, 133:7,
133:12, 133:19,
134:6, 134:20, 135:5,
135:18, 136:7,
136:16, 137:3,
137:11, 137:21,
138:8, 139:2, 139:20,
140:13, 141:14,
141:18, 142:11,
142:25, 143:16,
144:5, 144:19, 145:5,
145:9, 145:18, 147:2,
158:16, 158:18,
158:20, 159:9,
159:24, 160:6,
160:14, 160:24,
161:11, 161:16,
161:22, 162:8,
162:15, 162:22,
163:6, 164:12,
164:20, 164:23,
165:4, 165:15, 166:6,
166:9, 170:20,
176:24, 176:25,
177:2, 177:14,
178:11, 178:25,
179:4, 179:6, 180:4,
188:21, 188:25,
189:9, 189:11, 190:4,
190:17, 190:21,
191:4, 192:5, 192:16,
193:22, 194:9,
194:11, 195:2, 195:7,
195:24, 196:6, 196:9,
196:19, 196:23,
197:14, 197:16,
197:20, 198:15,
199:7, 199:11,
199:23, 200:5,
200:15, 200:17,
201:4, 201:9, 202:2,

202:24, 203:9,
203:13, 203:24,
204:12, 204:19,
204:23, 205:8,
205:13, 205:20,
206:4, 206:11,
207:11, 209:13,
213:14, 214:12,
214:20, 216:8, 217:6,
220:20, 221:12,
222:3, 222:16,
223:18, 223:20,
223:21, 225:1, 225:7,
225:17, 225:20,
226:8, 227:11,
227:14, 227:18,
228:14, 228:17,
229:4, 229:7, 229:13,
230:2, 230:5, 230:20,
231:7, 231:10,
231:16, 232:9,
232:12, 232:15,
233:4, 233:14,
233:20, 234:4,
234:11, 235:6,
235:19, 235:22,
236:11, 236:14,
236:21, 237:1,
237:21, 238:8,
238:11, 238:16,
238:17, 239:4,
239:10, 239:20,
240:3, 240:13, 241:7,
242:15, 243:20,
243:23
  **grab** [10] - 33:11,
54:22, 58:16, 58:17,
58:19, 88:1, 91:17,
93:5, 153:13, 156:21
  **grabbed** [7] - 88:14,
89:4, 90:5, 90:14,
91:13, 98:21, 130:5
  **grabbing** [1] - 89:12
  **grabs** [1] - 91:18
  **graduated** [1] - 7:16
  **graduating** [1] - 8:1
  **graduation** [1] - 8:3
  **grand** [1] - 75:7
  **grands** [1] - 75:2
  **gray** [1] - 42:22
  **great** [1] - 244:14
  **green** [23] - 34:13,
47:17, 57:10, 130:25,
131:3, 133:16,
150:17, 180:12,
181:2, 182:2, 182:4,
182:19, 182:21,
183:23, 184:2, 185:1,
185:20, 186:14,
201:22, 230:13,

230:15, 230:17, 233:7
  **Greenfield** [1] - 8:16
  **GREGORY** [2] -
174:3, 174:10
  **Gregory** [3] - 3:8,
173:24, 174:10
  **grew** [2] - 7:13, 7:14
  **groin** [2] - 47:23,
48:5
  **ground** [17] - 26:18,
27:5, 27:8, 27:9,
27:25, 31:19, 35:19,
36:10, 39:23, 83:20,
114:2, 125:22,
127:23, 136:3,
147:24, 212:23
  **grounds** [12] - 18:1,
23:12, 80:1, 80:5,
80:7, 80:11, 80:15,
80:17, 84:10, 203:4
  **group** [10] - 25:16,
29:22, 40:4, 139:15,
217:20, 217:22,
218:9, 218:23,
219:23, 219:24
  **groups** [2] - 20:18,
132:3
  **grubber** [1] - 71:9
  **Guard** [1] - 64:9
  **guardrails** [1] -
45:17
  **guess** [24] - 5:14,
9:21, 12:23, 13:11,
21:5, 24:6, 37:9,
37:14, 38:12, 38:18,
40:5, 46:23, 53:22,
67:16, 68:8, 68:19,
70:9, 70:17, 91:9,
91:23, 95:24, 99:23,
109:25, 114:1
  **guidance** [1] - 19:21
  **guidelines** [1] -
69:22
  **gun** [1] - 78:24
  **guns** [4] - 19:23,
20:25, 21:1, 21:9
  **guy** [10] - 34:12,
39:12, 53:19, 59:11,
148:21, 149:12,
149:17, 149:21, 159:1
  **guys** [5] - 22:17,
31:2, 94:12, 112:9,
153:4

## H

  **hair** [5] - 85:24,
95:13, 168:12,
168:14, 168:25

**half** [3] - 93:12, 145:2, 221:16
**halfway** [2] - 22:18, 26:19
**hallway** [7] - 26:25, 42:11, 121:25, 122:1, 140:20, 140:21
**hand** [71] - 32:16, 32:19, 34:20, 36:4, 36:5, 36:18, 36:19, 37:5, 37:6, 38:2, 46:9, 46:19, 46:21, 47:12, 48:9, 48:22, 48:23, 48:25, 51:1, 52:8, 52:11, 53:25, 58:8, 58:22, 64:18, 65:18, 91:4, 91:14, 92:13, 96:22, 96:24, 97:6, 97:18, 98:21, 99:12, 99:16, 99:17, 99:18, 99:25, 100:11, 128:4, 129:9, 142:1, 143:11, 151:12, 151:13, 151:17, 152:11, 152:18, 155:17, 157:7, 160:5, 162:11, 162:18, 163:11, 164:8, 164:15, 166:19, 166:23, 180:16, 180:20, 190:9, 190:11, 192:21, 198:8, 198:10, 198:21, 200:11, 223:25, 224:8
**hand's** [1] - 46:13
**handed** [1] - 83:7
**handful** [2] - 112:9, 112:14
**handled** [2] - 39:10, 244:7
**handles** [1] - 25:23
**hands** [14] - 52:4, 52:6, 64:18, 78:23, 89:16, 90:6, 90:24, 92:15, 125:21, 125:25, 128:1, 151:8, 240:20
**handyman** [1] - 9:16
**happy** [2] - 133:1, 244:4
**hard** [13] - 19:6, 25:15, 34:2, 34:21, 45:20, 59:1, 65:21, 92:21, 95:3, 96:4, 165:9, 165:13, 166:16
**hard-gear** [1] - 25:15
**harder** [2] - 51:21, 60:4
**hardly** [4] - 27:18, 53:14, 60:20, 68:4

**harm** [3] - 103:22, 104:2, 106:18
**Hart** [1] - 111:5
**hat** [6] - 42:22, 52:20, 85:20, 205:16, 205:18, 234:22
**Hawaii** [1] - 2:3
**head** [29] - 18:5, 34:17, 47:22, 48:5, 53:9, 53:11, 53:15, 54:10, 54:17, 55:1, 55:4, 56:15, 57:2, 57:20, 60:21, 96:22, 96:25, 97:7, 97:8, 97:9, 97:18, 98:8, 98:21, 104:11, 136:12, 168:20, 169:5, 226:19
**heading** [1] - 219:3
**healing** [2] - 69:24, 74:1
**hear** [24] - 7:21, 11:19, 27:20, 31:18, 64:5, 67:1, 78:22, 94:5, 99:21, 115:24, 116:6, 116:9, 116:15, 134:25, 135:9, 136:21, 137:7, 138:2, 138:12, 139:24, 158:23, 185:15, 242:12
**heard** [15] - 5:15, 5:16, 13:12, 22:13, 22:21, 23:8, 37:4, 43:13, 43:16, 75:6, 94:10, 94:11, 137:15, 172:7, 183:19
**hearing** [2] - 5:22, 31:15
**hearings** [2] - 111:1, 111:7
**heart** [1] - 63:22
**heave** [1] - 45:8
**heave-ho** [1] - 45:8
**heavily** [1] - 138:21
**heavy** [2] - 26:16, 100:23
**held** [3] - 70:4, 82:18, 121:25
**helmet** [16] - 24:8, 24:9, 24:10, 53:8, 54:18, 54:19, 55:6, 57:2, 57:19, 58:2, 89:22, 93:21, 113:4, 134:3, 140:3
**helmets** [3] - 120:24, 121:2, 121:6
**help** [17] - 23:22, 29:9, 44:14, 51:1, 51:6, 53:16, 55:15,

63:21, 97:12, 113:20, 114:2, 114:11, 136:25, 175:20, 179:19, 210:24
**helped** [11] - 24:16, 30:9, 30:12, 31:2, 55:16, 57:22, 63:15, 69:24, 112:17, 114:14, 114:17
**helpful** [1] - 73:25
**helpfully** [1] - 223:13
**helping** [6] - 81:18, 112:20, 112:23, 113:12, 113:14, 113:23
**Henry** [5] - 3:7, 119:1, 119:5, 119:14, 200:12
**HENRY** [2] - 119:7, 119:14
**hereby** [1] - 246:3
**herself** [1] - 53:2
**high** [5] - 7:17, 19:20, 42:23, 69:7, 76:17
**high-ranking** [3] - 19:20, 42:23, 76:17
**higher** [5] - 19:20, 20:4, 39:16, 65:11, 133:20
**higher-ranking** [1] - 20:4
**higher-up** [1] - 133:20
**highest** [3] - 83:22, 84:7, 84:14
**highlighted** [1] - 179:20
**himself** [5] - 88:15, 97:4, 99:25, 157:5, 159:13
**hit** [32] - 31:19, 31:22, 32:15, 34:17, 34:21, 45:17, 53:22, 54:1, 60:24, 61:12, 82:25, 88:13, 88:14, 88:15, 89:16, 93:1, 94:20, 94:21, 95:14, 96:2, 97:8, 104:11, 113:18, 147:15, 155:4, 156:6, 157:18, 166:19, 168:13, 170:6, 170:8
**hitting** [9] - 89:4, 89:9, 89:12, 91:12, 91:18, 91:25, 92:4, 92:17, 155:6
**ho** [1] - 45:8
**Hodges** [6] - 46:16, 78:19, 112:15,

132:24, 158:23, 158:25
**hold** [10] - 29:17, 44:1, 46:18, 69:5, 72:2, 118:3, 138:23, 138:24, 163:5, 213:19
**holding** [17] - 46:20, 53:21, 59:20, 59:24, 60:2, 69:25, 82:11, 105:12, 124:13, 124:14, 151:13, 151:15, 151:17, 151:21, 152:11, 159:19, 234:21
**holy** [1] - 28:2
**home** [6] - 9:17, 9:18, 9:22, 61:7, 83:15, 84:16
**honestly** [1] - 61:16
**Honor** [43] - 4:7, 4:11, 4:15, 5:24, 6:14, 14:22, 24:22, 66:18, 101:25, 118:25, 132:23, 133:3, 141:2, 146:17, 146:23, 171:14, 173:23, 174:4, 176:15, 193:1, 194:2, 194:4, 199:4, 202:19, 204:4, 208:13, 208:16, 208:17, 208:19, 208:21, 213:7, 226:20, 230:14, 233:8, 236:18, 242:5, 244:9, 244:12, 244:17, 244:20, 244:22, 244:24, 245:4
**HONORABLE** [1] - 1:11
**hooded** [3] - 202:10, 213:5, 213:22
**hoodies** [1] - 149:20
**hook** [1] - 150:9
**hope** [3] - 51:11, 138:18, 209:6
**hopefully** [1] - 83:19
**horrific** [2] - 70:4, 83:14
**horse** [1] - 171:10
**Hospital** [4] - 8:6, 8:16, 8:21
**hospital** [1] - 8:20
**hospitals** [1] - 8:15
**hostile** [1] - 31:11
**hosting** [1] - 219:19
**hour** [4] - 121:16, 203:7, 208:5, 242:24
**hours** [2] - 95:19, 207:21
**hours-plus** [1] -

95:19
**House** [6] - 39:6, 41:9, 41:11, 111:13, 111:19, 112:3
**house** [1] - 10:15
**houses** [2] - 10:4
**Hoyt** [1] - 177:22
**hundreds** [3] - 18:6, 18:7, 138:19
**hunted** [1] - 42:1
**hunting** [1] - 118:7
**hurry** [1] - 26:18
**hurt** [5] - 105:21, 105:23, 118:6, 137:1
**hurting** [1] - 138:23
**hurts** [3] - 106:6, 106:9, 106:11

**I**

**iCloud** [3] - 191:19, 192:1, 228:3
**Idaho** [2] - 7:18, 7:19
**idea** [2] - 115:6, 160:18
**ideal** [1] - 52:16
**identified** [5] - 51:4, 51:10, 62:20, 175:18, 175:19
**identify** [7] - 4:5, 28:14, 33:1, 130:24, 175:20, 210:24, 220:25
**identifying** [1] - 175:16
**III** [2] - 1:6, 4:4
**image** [3] - 85:19, 85:20, 88:12
**imagine** [2] - 140:11, 242:22
**iMessage** [1] - 182:12
**immediately** [6] - 27:19, 28:6, 43:7, 43:14, 144:13, 149:13
**impact** [1] - 44:19
**impeded** [1] - 118:3
**implication** [2] - 77:10, 82:19
**imply** [5] - 68:20, 68:23, 71:5, 71:9, 71:10
**important** [1] - 71:13
**imposed** [2] - 5:20, 83:21
**impressed** [2] - 10:13, 10:25
**impression** [2] - 42:23, 78:4

**IN** [1] - 3:10
**inauguration** [11] -
26:23, 26:24, 31:17,
41:1, 108:8, 110:21,
110:22, 110:23,
121:22, 188:9, 189:5
**inaugurational** [1] -
121:18
**incident** [9] - 9:23,
10:12, 40:17, 44:13,
49:5, 93:25, 113:21,
113:24, 134:10
**include** [4] - 198:8,
198:10, 218:10,
219:11
**includes** [1] - 23:23
**including** [3] - 71:20,
73:17, 81:24
**incoming** [4] -
218:14, 219:9,
219:10, 219:21
**incorrect** [1] -
243:23
**indicated** [2] - 11:14,
108:15
**indicates** [2] -
142:19, 143:23
**indicating)** [1] -
205:24
**indicative** [1] - 5:15
**individual** [43] -
11:25, 44:11, 44:15,
44:16, 50:17, 51:20,
52:24, 53:1, 58:8,
59:18, 61:18, 63:13,
92:25, 109:9, 112:22,
113:7, 113:18,
113:20, 114:2,
124:10, 126:25,
136:12, 142:6, 143:5,
143:6, 143:8, 145:13,
145:14, 145:16,
145:22, 179:25,
195:23, 201:15,
202:6, 202:9, 203:17,
203:18, 203:20,
203:22, 205:16,
210:17, 211:4
**individuals** [7] -
12:1, 28:14, 95:18,
112:1, 114:11,
195:15, 195:20
**inflict** [2] - 103:22,
106:18
**information** [3] -
22:6, 210:23, 211:3
**initial** [1] - 243:19
**injured** [9] - 44:11,
64:12, 64:14, 65:15,
82:17, 82:25, 83:14,

113:1, 148:24
**injuries** [14] - 64:16,
64:17, 64:25, 65:1,
65:8, 70:17, 78:17,
82:10, 83:13, 96:9,
96:10, 100:10,
133:22, 133:25
**injuring** [1] - 54:15
**injury** [10] - 41:3,
58:3, 64:19, 64:22,
100:11, 100:15,
100:16, 100:20,
105:7, 110:24
**inlet** [1] - 138:19
**inside** [22] - 32:19,
38:20, 39:19, 39:24,
39:25, 40:7, 40:9,
41:8, 41:20, 41:21,
42:6, 52:7, 56:2,
109:23, 110:7, 111:3,
136:2, 177:18, 191:1,
213:16, 230:8
**insignias** [1] - 125:7
**insinuated** [1] -
74:14
**inspiration** [1] -
244:14
**instance** [2] -
132:15, 147:11
**instant** [1] - 217:15
**instead** [7] - 51:15,
51:18, 65:10, 77:3,
104:12, 113:23, 125:5
**instigating** [1] -
29:19
**instinct** [1] - 243:20
**instruction** [1] -
244:3
**instructions** [2] -
243:19, 243:21
**insurrection** [1] -
82:1
**intact** [3] - 29:13,
35:4, 42:4
**integrate** [1] - 102:15
**intel** [1] - 219:17
**intended** [1] - 104:12
**intending** [1] - 100:5
**intensity** [1] - 46:23
**intent** [6] - 51:1,
98:17, 100:2, 100:3,
100:4, 109:25
**intention** [2] -
157:12, 157:16
**interact** [1] - 60:3
**interacting** [2] -
53:9, 53:11
**interaction** [9] -
13:8, 47:5, 125:16,
130:10, 131:11,

131:13, 133:23,
133:24, 149:11
**interactions** [3] -
61:7, 68:4
**interest** [1] - 216:6
**interesting** [1] -
219:5
**interlock** [1] - 103:21
**internet** [1] - 224:11
**interrupt** [1] - 72:4
**interrupted** [1] -
69:12
**intervening** [2] -
144:10, 191:9
**interviewed** [2] -
69:9, 149:7
**interviews** [7] - 69:2,
69:4, 69:14, 69:16,
95:1, 95:2, 100:22
**inverse** [1] - 131:12
**invested** [1] - 77:11
**investigated** [1] -
132:16
**investigates** [1] -
174:22
**investigating** [4] -
81:9, 81:12, 81:14,
81:18
**Investigation** [1] -
174:18
**investigation** [25] -
175:9, 175:15,
179:17, 187:4,
187:17, 187:19,
189:10, 189:20,
191:18, 194:17,
196:15, 198:4,
210:16, 210:20,
211:2, 211:23, 212:4,
212:14, 216:6, 217:9,
220:25, 222:8,
222:19, 228:2, 241:3
**investigations** [2] -
175:6, 210:5
**involuntary** [1] -
151:16
**involved** [10] - 9:10,
12:3, 68:7, 72:3, 95:2,
175:6, 175:9, 175:12,
210:16, 210:20
**involvement** [2] -
10:21, 176:6
**iPhone** [4] - 177:20,
178:14, 179:6, 180:8
**Iraq** [4] - 16:21,
16:23, 55:20, 69:10
**issue** [1] - 132:7
**issued** [4] - 111:24,
132:8, 212:20, 215:15
**issues** [2] - 55:20,

60:5
**it'll** [4] - 48:13, 49:16,
90:23, 119:23
**item** [2] - 198:22,
213:21
**Item** [3] - 177:18,
177:19, 214:22
**items** [13] - 31:24,
176:11, 176:13,
176:20, 179:20,
179:22, 213:2, 213:3,
213:4, 213:10, 216:6,
216:7, 216:14
**itself** [5] - 39:19,
58:23, 68:2, 111:9,
112:6

# J

**jabbing** [2] - 94:18,
94:19
**jacket** [8] - 34:13,
177:3, 177:4, 213:5,
213:22, 214:1, 214:2,
240:19
**Jacksonville** [1] -
215:18
**jail** [2] - 82:10, 83:15
**jamming** [1] - 181:8
**January** [78] - 14:2,
16:10, 17:1, 18:25,
67:4, 67:10, 67:20,
68:25, 69:1, 69:6,
69:7, 69:15, 71:12,
71:19, 72:10, 72:14,
72:18, 73:5, 73:19,
76:25, 81:4, 81:10,
81:20, 83:5, 83:11,
83:22, 84:4, 84:7,
105:18, 110:10,
117:15, 118:4, 118:9,
120:7, 120:11, 122:2,
122:20, 123:21,
134:1, 135:13,
146:12, 175:7,
175:17, 176:6,
180:21, 181:11,
181:15, 181:25,
182:10, 182:16,
183:10, 183:21,
184:10, 184:16,
184:25, 185:7,
185:18, 186:2,
186:12, 186:22,
187:6, 188:12, 190:1,
191:20, 194:19,
196:11, 196:16,
197:25, 198:6,
200:25, 202:18,
210:18, 211:7, 214:3,

220:24, 222:7,
227:23, 244:11
**Jason** [2] - 93:16,
172:13
**jeopardy** [1] - 65:23
**Jeremy** [2] - 219:2,
219:15
**job** [11] - 10:15,
17:22, 22:4, 34:1,
54:25, 61:6, 93:5,
93:6, 106:13, 118:4,
211:6
**Jocelyn** [1] - 4:8
**JOCELYN** [1] - 1:15
**John** [6] - 3:5, 6:18,
7:9, 13:20, 13:24,
14:16
**JOHN** [1] - 6:24
**joined** [3] - 16:12,
21:21, 197:1
**Jon** [5] - 198:6,
198:9, 198:17, 200:9,
238:3
**Jones** [1] - 219:19
**JOSE** [1] - 2:4
**José** [1] - 4:19
**JR** [1] - 2:2
**JUDGE** [1] - 1:11
**judge** [5] - 5:8, 5:22,
82:8, 82:21, 84:1
**Judge** [4] - 79:20,
171:10, 244:7, 244:13
**judge's** [1] - 205:3
**judging** [1] - 178:7
**jump** [3] - 63:21,
63:22, 167:3
**jump-start** [2] -
63:21, 63:22
**June** [1] - 216:20
**jurisdiction** [1] -
14:1
**justifiable** [1] - 47:22
**justification** [1] -
37:16
**justified** [1] - 37:17

# K

**Kailua** [1] - 2:3
**Kavanaugh** [1] -
111:1
**keep** [16] - 7:20,
39:23, 51:19, 51:23,
52:24, 53:15, 55:9,
56:14, 79:16, 79:18,
96:13, 97:11, 139:1,
156:16, 156:17
**kept** [6] - 10:10,
10:13, 34:23, 35:13,

50:5, 85:5
**kicked** [1] - 28:5
**kidnappings** [1] - 174:23
**killed** [1] - 138:14
**killing** [1] - 138:23
**KIMBERLY** [1] - 1:14
**Kimberly** [1] - 4:7
**kind** [33] - 5:16, 5:17, 7:20, 9:16, 16:25, 19:14, 23:24, 24:10, 25:9, 27:22, 29:18, 37:20, 38:8, 42:22, 53:5, 53:23, 55:4, 55:6, 55:13, 58:2, 103:6, 105:7, 125:2, 125:25, 128:1, 128:2, 129:17, 131:24, 143:11, 145:22, 168:12, 169:22, 171:7
**kinds** [2] - 24:20, 27:21
**knocked** [1] - 96:25
**knowledge** [9] - 21:9, 75:18, 112:10, 214:4, 215:2, 220:24, 221:8, 222:7, 241:18
**known** [1] - 11:25
**knows** [2] - 98:8, 100:4
**Kyle** [3] - 4:9, 42:21, 242:17

**L**

**labeled** [1] - 216:5
**labrum** [1] - 64:21
**lacerations** [1] - 65:1
**lack** [2] - 50:24, 109:13
**ladders** [1] - 45:17
**language** [1] - 45:20
**large** [5] - 146:2, 146:4, 175:15, 176:23, 198:23
**large-scale** [1] - 175:15
**larger** [4] - 138:25, 209:7, 213:11, 213:14
**largest** [1] - 8:9
**last** [15] - 7:9, 10:18, 11:6, 15:19, 30:18, 39:25, 44:10, 65:18, 147:5, 186:14, 193:7, 215:18, 217:13, 218:5, 242:23
**late** [1] - 21:12
**launched** [1] - 175:15

**Lauren** [2] - 4:15, 66:23
**LAUREN** [1] - 1:23
**law** [13] - 13:3, 13:5, 25:12, 25:17, 27:15, 29:6, 42:6, 44:7, 80:3, 80:13, 83:23, 84:8, 91:25
**LAW** [2] - 1:20, 2:2
**lawmakers** [1] - 118:8
**lawsuit** [1] - 82:21
**lay** [1] - 133:1
**layers** [1] - 50:7
**lead** [5] - 109:4, 178:19, 211:8, 211:12, 242:17
**leadership** [1] - 71:21
**leaned** [1] - 160:17
**leans** [1] - 161:8
**learn** [5] - 114:16, 211:23, 212:1, 217:9, 217:18
**least** [7] - 44:17, 155:3, 176:13, 210:6, 217:19, 228:4, 244:7
**leather** [1] - 162:21
**leave** [9] - 6:4, 14:17, 26:18, 29:25, 39:13, 77:8, 96:7, 208:1, 208:12
**leaving** [5] - 43:22, 51:12, 53:16, 65:6, 202:14
**left** [62] - 10:6, 26:19, 27:9, 29:24, 30:20, 34:20, 38:19, 39:22, 40:2, 40:6, 43:24, 43:25, 44:9, 46:21, 48:9, 56:16, 64:21, 77:9, 77:20, 78:1, 78:11, 89:12, 91:4, 98:22, 103:17, 108:23, 109:1, 124:10, 127:1, 129:7, 142:1, 152:18, 161:9, 166:5, 168:15, 180:9, 180:16, 183:13, 185:4, 188:9, 189:25, 190:9, 190:11, 194:24, 195:16, 196:23, 196:24, 197:24, 198:8, 198:18, 199:1, 199:21, 199:23, 206:7, 206:16, 208:1, 208:9, 213:23, 224:8
**left-hand** [6] - 142:1, 180:16, 190:9,

190:11, 198:8, 224:8
**leg** [1] - 132:11
**legal** [2] - 82:12, 171:21
**length** [1] - 163:15
**lenient** [2] - 83:5, 83:8
**less** [3] - 75:5, 100:8, 165:10
**lethal** [2] - 36:23, 37:19
**letters** [1] - 31:10
**letting** [5] - 42:25, 43:17, 78:8, 91:18, 181:13
**level** [7] - 8:7, 38:3, 39:16, 46:23, 121:18, 121:21, 121:23
**level-one** [1] - 8:7
**Lewis** [1] - 196:16
**liberal** [1] - 150:4
**licensed** [1] - 9:6
**lieutenant** [1] - 65:10
**lieutenants** [1] - 22:1
**Life** [3] - 10:21, 11:9, 14:7
**life** [6] - 66:3, 68:14, 78:17, 81:4, 93:17, 219:5
**lift** [3] - 57:2, 57:21, 151:19
**lifted** [1] - 89:22
**lifting** [1] - 53:8
**likely** [2] - 100:8, 181:13
**LINDY** [2] - 1:19, 1:20
**Lindy** [1] - 4:11
**Line** [4] - 217:17, 218:22, 219:7, 219:20
**line** [50] - 21:14, 29:8, 29:13, 29:17, 30:5, 31:3, 32:1, 32:8, 32:11, 32:13, 33:23, 35:14, 41:15, 43:21, 45:13, 45:15, 46:24, 47:4, 49:1, 49:2, 63:14, 103:19, 104:21, 105:3, 107:15, 107:16, 108:21, 109:12, 112:25, 113:3, 113:7, 113:25, 114:5, 114:6, 114:9, 136:1, 139:15, 142:16, 142:17, 143:21, 143:24, 144:11, 144:14, 144:24, 148:1, 150:15, 172:19, 173:4, 216:15, 216:18

**lines** [3] - 43:1, 43:18, 54:4
**Lisa** [1] - 246:12
**LISA** [2] - 2:7, 246:3
**list** [1] - 141:10
**listed** [1] - 207:5
**listen** [1] - 115:25
**listened** [1] - 42:17
**literally** [1] - 54:5
**live** [1] - 211:24
**lived** [1] - 212:1
**livestreaming** [1] - 22:12
**living** [1] - 95:4
**located** [1] - 108:10
**location** [4] - 29:14, 40:12, 68:3, 219:17
**locations** [1] - 40:20
**lock** [3] - 42:14, 42:15
**locked** [2] - 42:8, 42:19
**locking** [1] - 39:13
**logo** [1] - 124:24
**look** [22] - 22:4, 24:9, 24:14, 41:19, 55:9, 71:21, 71:24, 77:19, 79:1, 99:2, 99:4, 124:16, 125:14, 131:12, 149:22, 153:5, 177:17, 182:1, 185:9, 186:14, 218:12, 244:6
**looked** [10] - 28:4, 39:1, 52:6, 77:20, 98:21, 136:12, 157:17, 168:13, 169:22, 244:13
**looking** [20] - 23:2, 29:6, 32:2, 52:23, 62:7, 88:12, 90:9, 108:3, 128:6, 165:11, 166:4, 171:6, 180:6, 188:3, 188:8, 194:7, 197:11, 203:2, 227:2, 243:21
**looks** [11] - 97:9, 102:25, 153:4, 154:19, 155:19, 156:5, 156:8, 156:24, 160:9, 162:25, 169:22
**Lopez** [2] - 4:19, 4:21
**LOPEZ** [8] - 2:4, 2:5, 4:19, 7:4, 13:16, 13:18, 14:15, 141:9
**losing** [1] - 39:23, 137:18
**lost** [9] - 32:13, 33:23, 35:19, 36:10,

91:21, 108:20, 113:25, 136:3, 200:1
**loud** [1] - 115:23
**lower** [13] - 29:4, 29:5, 29:11, 40:9, 48:5, 109:4, 121:12, 121:15, 191:12, 191:22, 202:15, 208:2, 222:10
**luck** [1] - 118:20
**luckier** [1] - 18:22
**luckily** [4] - 34:18, 54:14, 57:21, 60:5
**lunch** [2] - 99:5, 101:10
**luncheon** [1] - 101:16

**M**

**M4** [1] - 21:1
**ma'am** [54] - 16:20, 17:19, 17:24, 18:10, 18:14, 18:17, 18:21, 19:1, 22:13, 25:2, 25:11, 26:2, 26:4, 26:7, 27:16, 28:20, 33:19, 34:9, 38:4, 42:5, 44:18, 44:20, 47:11, 48:11, 50:2, 50:8, 50:10, 50:19, 52:22, 52:25, 58:12, 59:8, 61:21, 62:23, 64:7, 64:15, 65:4, 66:22, 67:9, 67:15, 71:2, 72:19, 74:23, 75:8, 77:12, 81:1, 85:22, 86:21, 93:15, 93:22, 96:23, 97:2, 100:12, 116:24
**machine** [2] - 27:1, 43:12
**Madison** [1] - 8:16
**Madison's** [1] - 224:2
**magnetometer** [2] - 27:1, 43:11
**main** [3] - 60:8, 144:16, 146:1
**maintain** [1] - 29:8
**maintained** [1] - 214:2
**man** [1] - 76:16
**maneuver** [2] - 24:16, 36:1
**manned** [1] - 146:5
**marcher** [1] - 219:5
**marches** [3] - 146:2, 146:4, 146:8

**mark** [6] - 10:3, 10:8, 32:7, 32:22, 176:23, 177:18

**marked** [5] - 24:25, 46:8, 150:9, 224:7, 224:14

**marker** [1] - 133:10

**marking** [1] - 33:2, 213:14, 214:19

**married** [2] - 224:17, 224:18

**marrying** [1] - 235:12

**marrying-together** [1] - 235:12

**Marshal** [3] - 173:24, 175:4, 207:2

**Marshall** [3] - 5:4, 5:22, 5:24

**Marshall's** [1] - 5:17

**Marshals** [1] - 174:13

**mask** [13] - 15:4, 24:6, 24:12, 36:6, 37:4, 54:12, 54:14, 57:21, 130:25, 131:3, 133:16, 150:17, 167:18

**masks** [1] - 31:23

**mass** [1] - 139:12

**Mastony** [5] - 91:11, 93:16, 94:10, 172:13, 172:17

**Mastony's** [1] - 173:2

**match** [2] - 46:23, 60:7

**matter** [3] - 69:24, 197:1, 197:4

**McCarthy** [1] - 149:8

**McCaughey** [65] - 1:6, 1:20, 4:4, 4:12, 4:14, 74:4, 147:12, 148:17, 149:4, 149:6, 149:15, 150:1, 150:5, 150:13, 150:23, 152:6, 152:22, 155:16, 156:22, 159:12, 159:18, 160:9, 160:20, 162:25, 167:7, 168:5, 170:6, 171:16, 171:19, 175:10, 175:18, 175:21, 176:5, 177:5, 177:8, 177:24, 179:25, 180:15, 182:5, 182:14, 182:23, 184:3, 184:12, 185:2, 185:23, 186:18, 186:24, 188:17,

189:4, 189:16, 190:13, 191:2, 191:11, 192:25, 195:17, 197:7, 199:15, 200:21, 201:18, 202:12, 204:1, 205:2, 205:15, 206:15

**McCaughey's** [31] - 150:20, 151:1, 152:1, 152:15, 152:25, 153:16, 153:21, 154:1, 154:16, 154:22, 155:7, 155:13, 155:25, 156:18, 157:2, 157:13, 157:23, 158:6, 167:1, 167:4, 167:12, 168:1, 168:9, 168:12, 168:17, 168:22, 169:2, 169:11, 169:17, 170:3, 180:8

**McFADDEN** [1] - 1:11

**mean** [30] - 17:13, 19:6, 21:21, 25:22, 35:7, 43:9, 44:6, 54:17, 68:1, 68:2, 73:10, 78:8, 81:14, 82:8, 89:8, 94:25, 104:3, 106:7, 108:19, 126:25, 151:21, 154:14, 155:5, 156:14, 157:19, 167:25, 169:9, 171:1, 193:6, 212:10

**meaning** [1] - 22:19

**means** [2] - 70:1, 82:11

**meant** [1] - 142:10

**mechanism** [1] - 75:20

**media** [8] - 20:2, 72:10, 72:15, 73:4, 81:4, 112:12, 117:17, 188:10

**medic** [2] - 114:3, 114:4

**medical** [12] - 7:24, 7:25, 8:3, 9:4, 9:8, 44:14, 63:7, 63:15, 63:21, 64:23, 65:7, 115:4

**Medical** [1] - 9:11

**Medicine** [1] - 8:1

**medicine** [1] - 9:1

**MEHAFFIE** [2] - 1:7, 2:2

**Mehaffie** [10] - 4:4,

4:19, 4:23, 9:13, 9:15, 11:15, 14:6, 230:15, 242:18, 244:19

**melee** [1] - 113:23

**member** [3] - 42:23, 81:25, 146:5

**members** [8] - 27:14, 40:20, 42:1, 61:11, 71:22, 112:4, 130:23, 187:10

**memorable** [1] - 149:12

**memory** [6] - 39:11, 63:5, 88:16, 94:13, 111:10

**mental** [3] - 64:24, 95:7

**mention** [1] - 132:24

**mentioned** [14] - 5:3, 20:24, 44:16, 49:6, 61:12, 72:22, 86:19, 112:11, 120:17, 129:19, 131:13, 186:24, 198:11, 234:15

**mentioning** [1] - 193:10

**merit** [1] - 84:1

**message** [41] - 180:22, 181:5, 181:10, 181:12, 181:17, 181:20, 182:4, 182:11, 182:13, 182:19, 182:21, 183:9, 183:10, 183:13, 183:16, 184:2, 184:4, 184:11, 184:20, 185:1, 185:9, 185:12, 185:20, 185:22, 185:24, 186:4, 186:6, 186:11, 186:14, 186:17, 186:24, 218:15, 218:18, 218:22, 218:25, 219:8, 219:9, 219:10, 219:14, 219:21

**messages** [12] - 79:2, 180:10, 180:11, 180:12, 181:1, 181:2, 182:2, 183:23, 184:18, 186:23, 207:4, 217:15

**met** [4] - 9:15, 9:16, 70:24, 93:17

**metal** [6] - 24:10, 31:19, 34:15, 42:10, 47:3, 131:24

**Metro** [2] - 75:15, 77:8

**Metropolitan** [12] - 28:21, 29:9, 30:12, 31:10, 42:24, 43:9, 72:23, 93:16, 119:16, 119:18, 119:22, 125:6

**Metz** [2] - 4:9, 242:17

**Metz's** [1] - 242:22

**Miami** [4] - 8:5, 8:7, 8:10, 8:21

**Michael** [9] - 44:2, 107:16, 180:1, 180:11, 181:21, 183:17, 184:21, 185:13, 186:7

**microphone** [6] - 5:9, 7:1, 7:20, 15:6, 16:3, 119:9

**middle** [12] - 7:9, 51:15, 108:20, 108:21, 108:22, 142:20, 143:5, 145:13, 181:18, 201:15, 202:6, 203:21

**midnights** [2] - 17:3, 17:6

**might** [4] - 71:10, 155:5, 167:16, 244:8

**military** [4] - 63:20, 64:6, 210:13, 210:14

**milling** [1] - 208:11

**millisecond** [3] - 161:25, 163:10, 163:16

**milliseconds** [1] - 169:20

**mind** [2] - 37:14, 101:18

**mine's** [1] - 50:5

**minus** [3] - 207:13, 207:17, 207:20

**minute** [16] - 28:1, 28:4, 28:9, 32:24, 38:6, 66:8, 84:17, 122:17, 133:10, 144:10, 145:2, 146:22, 159:6, 173:18, 233:18, 240:8

**minutes** [28] - 23:22, 27:5, 28:23, 33:13, 34:10, 35:25, 38:24, 42:18, 45:22, 51:13, 56:24, 61:24, 62:17, 93:12, 96:13, 97:22, 99:6, 115:19, 115:20, 122:16, 130:18, 140:24, 203:7, 221:16, 235:3

**miss** [1] - 169:20

**missed** [4] - 37:1, 37:8, 87:7, 153:3

**mistaken** [1] - 103:3

**mistaking** [1] - 54:23

**mob** [10] - 29:22, 30:1, 36:8, 38:23, 45:4, 47:5, 56:15, 113:22, 114:9, 139:16

**modification** [1] - 187:25

**mole** [1] - 29:18

**moment** [42] - 6:23, 13:16, 33:20, 48:7, 48:24, 50:22, 50:23, 51:23, 51:24, 52:19, 56:12, 56:24, 57:14, 57:24, 57:25, 58:14, 58:16, 63:3, 76:25, 77:23, 77:25, 87:11, 90:15, 126:23, 127:16, 128:4, 128:16, 138:3, 138:16, 140:2, 140:23, 143:9, 146:23, 148:10, 167:24, 171:13, 182:12, 203:19, 221:1, 224:18, 234:19

**momentarily** [1] - 240:6

**moments** [6] - 50:3, 59:10, 66:2, 126:5, 126:15, 234:17

**money** [7] - 71:9, 74:21, 82:9, 82:11, 82:14, 82:22, 117:25

**monitor** [1] - 220:14

**Monterrey** [2] - 213:5, 213:23

**month** [1] - 8:20

**months** [2] - 9:21, 16:7

**morning** [27] - 4:1, 4:7, 4:10, 4:11, 4:13, 4:14, 4:15, 4:17, 4:18, 4:21, 4:22, 4:23, 6:25, 7:5, 7:6, 13:24, 13:25, 15:1, 15:2, 15:10, 15:11, 66:21, 66:22, 72:11, 120:10, 181:23, 242:11

**most** [9] - 31:9, 64:17, 68:5, 83:9, 107:13, 111:6, 111:8, 120:15, 243:16

**mostly** [1] - 140:10

**motherfuckers** [2] - 43:1, 43:17

**motion** [5] - 60:10, 125:23, 165:13, 205:7, 205:11

**motivations** [1] -

82:20
  **mountain** [4] - 17:5,
65:5, 102:13, 102:15
  **Mountains** [1] - 11:3
  **mouth** [1] - 16:4
  **move** [51] - 23:15,
29:15, 47:21, 56:3,
56:19, 60:9, 85:5,
98:11, 99:25, 103:23,
106:21, 115:18,
123:24, 128:1, 132:2,
133:9, 135:3, 135:16,
136:25, 140:12,
145:1, 147:12, 148:1,
148:12, 156:21,
172:19, 173:4, 178:9,
179:10, 181:16,
185:8, 188:19,
190:15, 193:2, 194:7,
194:9, 196:3, 197:13,
199:5, 200:15, 209:4,
209:8, 213:11, 217:1,
217:2, 220:4, 223:13,
226:6, 229:1, 237:20,
239:18
  **moved** [11] - 29:16,
51:11, 126:1, 126:17,
132:25, 136:11,
204:6, 209:6, 209:9,
237:8, 242:19
  **movement** [3] - 45:9,
105:24, 153:6
  **moves** [16] - 52:1,
177:11, 214:9,
224:22, 227:9,
228:10, 229:1,
229:24, 231:4, 232:5,
233:1, 235:17, 236:8,
237:14, 238:5, 239:1
  **movie** [1] - 27:22
  **moving** [32] - 25:25,
57:13, 57:23, 59:2,
62:25, 98:10, 108:19,
140:19, 162:2, 162:3,
169:9, 170:22,
216:25, 218:22,
219:7, 219:20, 221:4,
222:2, 226:5, 226:17,
227:17, 229:17,
230:19, 231:20,
232:14, 235:5,
235:25, 236:17,
236:25, 238:16,
239:16, 240:11
  **MPD** [10] - 30:9,
30:22, 31:2, 36:2,
39:2, 42:21, 76:17,
76:18, 77:24, 146:6
  **MR** [115] - 4:11, 4:19,
5:19, 6:6, 6:14, 7:4,

13:16, 13:18, 14:15,
101:25, 102:5, 104:9,
104:14, 107:19,
107:21, 115:1, 115:8,
115:11, 133:3, 141:9,
146:17, 146:19,
146:23, 146:25,
147:4, 150:22, 151:3,
151:25, 152:3, 152:4,
152:17, 153:2,
153:18, 153:23,
154:3, 154:13,
154:18, 154:24,
155:9, 155:15, 156:2,
156:17, 156:20,
157:4, 157:15, 158:1,
158:8, 158:16,
158:22, 159:11,
160:1, 160:8, 160:16,
161:1, 161:13,
161:18, 161:24,
162:10, 162:17,
162:24, 163:9, 164:1,
164:17, 164:22,
165:2, 165:6, 165:17,
166:8, 166:11, 167:3,
167:6, 167:14, 168:3,
168:8, 168:11,
168:19, 168:24,
169:4, 169:13,
169:19, 170:5,
170:24, 171:10,
171:13, 171:16,
171:18, 171:24,
172:4, 172:6, 173:1,
176:2, 181:3, 194:13,
194:15, 204:18,
206:21, 206:24,
207:1, 207:7, 207:9,
207:15, 207:23,
208:17, 230:14,
233:8, 236:18,
236:23, 242:8,
242:10, 243:7,
243:11, 243:15,
244:19, 244:24, 245:4
  **MS** [508] - 4:7, 4:15,
13:23, 14:11, 14:22,
15:9, 18:24, 23:3,
24:22, 24:24, 27:11,
28:24, 29:1, 30:10,
30:15, 32:20, 32:23,
33:7, 33:12, 33:16,
33:17, 38:1, 46:6,
46:7, 47:12, 47:13,
48:13, 48:16, 49:8,
49:13, 49:14, 49:22,
50:12, 50:16, 52:3,
52:10, 55:23, 56:3,
56:10, 56:19, 56:22,
57:16, 58:4, 58:7,

59:2, 59:6, 59:13,
59:17, 60:8, 60:14,
61:22, 62:3, 62:12,
64:11, 66:5, 66:18,
66:20, 71:3, 76:10,
76:12, 79:12, 79:13,
79:21, 80:24, 82:6,
84:20, 85:1, 85:12,
85:16, 85:18, 86:6,
86:9, 86:13, 86:15,
86:22, 87:1, 87:2,
87:6, 87:8, 87:13,
87:16, 87:20, 87:21,
88:5, 88:9, 88:10,
88:20, 88:24, 89:1,
89:19, 90:2, 90:3,
90:16, 90:25, 91:3,
91:5, 94:2, 94:5, 94:9,
96:11, 96:14, 96:19,
96:20, 97:11, 97:15,
97:16, 97:25, 98:1,
99:3, 99:6, 99:14,
99:22, 101:7, 114:19,
115:13, 115:15,
115:18, 115:21,
116:4, 116:5, 116:16,
116:20, 118:17,
118:25, 119:11,
123:3, 123:7, 123:8,
123:12, 123:16,
123:17, 123:23,
124:3, 124:7, 124:8,
124:19, 124:23,
125:9, 125:12,
125:13, 126:8,
126:13, 126:14,
127:4, 127:8, 127:16,
127:19, 128:11,
128:15, 128:21,
128:25, 129:5,
129:11, 129:15,
129:20, 129:24,
130:3, 130:13,
130:17, 130:21,
131:5, 131:9, 131:10,
131:17, 131:21,
131:22, 132:22,
133:6, 133:9, 133:14,
134:4, 134:8, 134:22,
134:23, 135:3, 135:8,
135:15, 135:20,
136:5, 136:9, 136:10,
136:15, 136:18,
136:20, 137:2, 137:5,
137:6, 137:10,
137:13, 137:14,
137:19, 137:23,
138:1, 138:6, 138:10,
138:11, 139:1, 139:4,
139:5, 139:19,
139:22, 139:23,

140:12, 140:15,
140:16, 141:2,
141:11, 141:16,
141:20, 141:21,
142:8, 142:13,
142:14, 142:23,
143:2, 143:3, 143:14,
143:18, 143:19,
144:3, 144:7, 144:8,
144:17, 144:21,
144:22, 145:1, 145:7,
145:11, 145:12,
145:20, 145:21,
146:14, 156:15,
158:18, 163:24,
171:21, 172:2,
172:21, 173:12,
173:23, 174:7, 176:3,
176:15, 176:18,
177:11, 177:16,
178:8, 178:13,
178:24, 179:3, 179:9,
179:12, 180:3, 180:5,
180:25, 181:16,
181:19, 182:1, 182:3,
182:17, 182:20,
183:12, 183:15,
183:22, 184:1,
184:17, 184:19,
185:8, 185:11,
185:19, 185:21,
186:3, 186:5, 186:13,
186:16, 187:14,
187:16, 188:18,
188:23, 189:2, 189:6,
189:8, 189:17,
189:19, 190:2, 190:6,
190:8, 190:14,
190:19, 190:23,
190:24, 191:3, 191:6,
191:8, 191:15,
191:17, 192:4, 192:8,
192:10, 192:14,
192:18, 192:19,
193:1, 193:5, 193:9,
193:13, 193:17,
193:20, 193:24,
194:2, 194:3, 194:6,
194:8, 194:14,
194:16, 195:5, 195:9,
195:11, 196:3, 196:8,
196:12, 196:14,
197:13, 197:18,
197:22, 198:1, 198:3,
198:14, 198:20,
199:4, 199:9, 199:13,
199:17, 199:19,
200:3, 200:7, 200:14,
200:19, 201:2, 201:6,
201:11, 201:13,
201:19, 201:23,

201:25, 202:4, 202:5,
202:19, 202:22,
203:1, 203:6, 203:11,
203:15, 203:16,
204:6, 204:10,
204:14, 204:16,
204:21, 205:1, 205:6,
205:10, 205:19,
205:22, 206:3, 206:9,
206:13, 206:14,
206:18, 207:8,
208:16, 208:19,
209:3, 209:6, 209:11,
209:15, 209:19,
213:7, 213:9, 214:9,
214:14, 216:8,
216:11, 217:1, 217:8,
218:20, 218:21,
220:4, 220:5, 220:9,
220:11, 220:19,
220:22, 220:23,
221:11, 221:14,
221:15, 222:2, 222:5,
222:6, 222:15,
222:18, 223:12,
223:20, 223:23,
223:24, 224:22,
225:3, 225:6, 225:9,
225:15, 225:19,
225:22, 225:25,
226:3, 226:10,
226:11, 226:17,
226:21, 226:22,
227:9, 227:13,
227:16, 227:20,
227:21, 228:10,
228:16, 228:19,
229:1, 229:6, 229:9,
229:12, 229:15,
229:16, 229:24,
230:4, 230:7, 230:19,
230:22, 230:23,
231:4, 231:9, 231:12,
231:15, 231:18,
231:19, 232:5, 232:8,
232:11, 232:14,
232:17, 232:18,
233:1, 233:10,
233:13, 233:16,
233:22, 233:23,
234:3, 234:6, 234:13,
234:14, 235:2, 235:5,
235:8, 235:15,
235:21, 235:24,
236:8, 236:13,
236:16, 236:24,
237:3, 237:10,
237:11, 237:14,
237:16, 237:20,
237:23, 237:24,
238:5, 238:10,

238:13, 238:16,
238:19, 239:1, 239:6,
239:9, 239:12,
239:16, 239:22,
240:2, 240:5, 240:11,
240:15, 241:5, 241:9,
241:12, 241:21,
242:5, 242:9, 242:16,
242:22, 244:3, 244:9,
244:12, 244:17,
244:22
  **multiple** [21] - 18:2,
33:24, 39:17, 54:22,
55:3, 58:25, 64:17,
68:1, 69:4, 69:16,
70:8, 78:12, 78:17,
82:24, 83:12, 94:25,
95:18, 104:23,
106:25, 107:12, 134:3
  **muscle** [1] - 48:4
  **must** [3] - 140:11,
160:9, 169:7

## N

  **name** [19] - 7:7, 7:9,
15:12, 15:15, 15:19,
44:23, 101:19,
119:13, 119:14,
174:9, 191:20, 198:5,
209:22, 215:17,
215:18, 217:23, 218:2
  **Name** [1] - 216:15
  **name's** [2] - 66:23,
174:10
  **named** [3] - 175:10,
210:17, 227:24
  **names** [3] - 93:14,
158:25, 217:24
  **nation** [1] - 41:19
  **National** [1] - 64:9
  **national** [2] - 41:19,
41:25
  **near** [13] - 18:7,
22:15, 43:11, 46:15,
108:21, 113:6,
125:25, 163:14,
201:15, 205:25,
219:16, 220:18,
221:10
  **nearby** [1] - 114:8
  **necessarily** [2] -
47:15, 156:10
  **necessary** [1] - 45:1
  **neck** [4] - 34:17,
56:17, 58:3, 117:5
  **need** [16] - 20:11,
24:17, 55:18, 70:4,
77:2, 93:18, 112:3,

114:3, 116:12,
134:25, 193:13,
193:17, 194:3,
202:19, 211:1, 243:3
  **needed** [7] - 63:6,
63:14, 63:15, 120:24,
121:1, 121:17, 211:9
  **neighbors** [1] - 9:25
  **neon** [2] - 130:25,
131:3
  **never** [15] - 12:24,
18:19, 28:14, 67:14,
67:24, 70:24, 73:20,
87:11, 90:4, 91:18,
91:19, 93:17, 107:10,
209:2, 219:4
  **new** [3] - 35:10,
211:6, 216:7
  **New** [1] - 177:23
  **news** [8] - 19:6, 69:2,
69:8, 73:3, 81:4,
172:16, 224:10
  **next** [25] - 9:25,
12:11, 39:20, 41:15,
51:20, 67:19, 69:13,
72:21, 78:20, 83:19,
85:23, 90:21, 118:21,
118:23, 121:18,
121:21, 121:23,
127:16, 139:13,
145:17, 173:21,
181:1, 194:22,
208:24, 225:15
  **Nick** [6] - 217:23,
218:6, 218:8, 218:23,
219:8, 219:11
  **night** [1] - 181:23
  **nine** [2] - 9:21,
183:21
  **nobody** [4] - 41:4,
98:8, 100:4, 148:11
  **noncombativeness**
[1] - 12:21
  **nondrug** [1] - 211:5
  **none** [3] - 112:20,
173:12, 208:17
  **nonofficer** [1] -
114:13
  **nonpolice** [3] -
112:20, 113:14,
114:16
  **nonviolent** [3] - 9:24,
11:1, 12:25
  **noon** [1] - 181:7
  **normal** [4] - 17:22,
34:25, 41:7, 210:3
  **normally** [9] - 17:2,
20:17, 20:19, 22:5,
36:20, 38:15, 41:6,
103:14, 111:25

  **north** [7] - 20:10,
26:13, 27:3, 108:22,
118:11, 188:8, 203:4
  **northbound** [1] -
188:3
  **Northeast** [1] - 7:14
  **NORTHERN** [1] -
1:24
  **Northwest** [3] - 1:17,
2:9, 246:14
  **northwest** [2] -
108:13, 108:17
  **Nos** [7] - 3:19, 3:19,
3:20, 3:21, 223:18,
225:1, 228:14
  **note** [1] - 51:5
  **noted** [1] - 132:25
  **notes** [1] - 246:5
  **nothing** [7] - 19:13,
53:20, 115:11, 158:2,
158:4, 171:24, 244:19
  **notice** [3] - 29:19,
166:2
  **noticed** [3] - 32:19,
39:21, 165:25
  **nuclear** [3] - 41:10,
41:11, 41:16
  **number** [15] - 67:18,
67:23, 68:24, 70:7,
70:9, 134:2, 138:24,
138:25, 158:15,
217:10, 217:13,
217:18, 217:19, 218:6
  **numbers** [2] - 218:8,
219:1
  **nursing** [1] - 41:3

## O

  **oath** [3] - 67:5,
67:12, 102:2
  **Obama** [1] - 41:2
  **object** [2] - 100:23,
129:17
  **objection** [38] - 6:7,
94:2, 114:19, 123:25,
135:17, 141:7,
141:13, 156:15,
163:24, 171:21,
172:21, 177:13,
178:10, 188:20,
190:16, 194:10,
196:5, 197:15, 199:6,
200:16, 209:5,
209:12, 214:11,
217:4, 223:16,
224:24, 225:25,
226:1, 227:10,
228:12, 229:3, 230:1,

231:6, 232:7, 235:18,
236:10, 238:7, 239:3
  **objects** [1] - 103:16
  **obscured** [2] -
197:10, 205:5
  **obstruction** [2] -
244:1, 244:7
  **obtained** [1] - 179:18
  **obvious** [1] - 40:22
  **obviously** [3] -
71:11, 98:8, 243:1
  **occasion** [3] - 11:8,
109:16, 120:2
  **occasionally** [1] -
21:2
  **occupation** [1] - 7:8
  **occurred** [2] - 9:23,
100:13
  **October** [2] - 119:23,
246:10
  **OF** [8] - 1:1, 1:3,
1:10, 1:16, 1:20, 1:23,
1:24, 2:2
  **offense** [2] - 103:13,
243:24
  **offenses** [1] - 174:24
  **offensive** [1] - 25:5
  **offensively** [2] -
105:2, 105:3
  **Office** [2] - 2:3, 223:6
  **OFFICE** [2] - 1:16,
1:23
  **office** [2] - 210:4,
211:21
  **Officer** [14] - 46:15,
112:15, 119:1, 119:5,
130:22, 132:24,
135:21, 141:22,
146:20, 158:23,
171:25, 200:12,
200:23, 224:2
  **officer** [78] - 13:13,
16:22, 20:16, 23:22,
26:17, 29:24, 31:7,
39:2, 42:8, 42:21,
43:16, 55:14, 60:6,
66:1, 67:11, 68:9,
69:3, 76:17, 78:21,
80:14, 83:12, 83:19,
88:2, 89:3, 89:4, 89:9,
89:15, 89:18, 91:14,
91:16, 91:19, 93:6,
95:21, 98:18, 102:8,
106:2, 106:14, 110:4,
112:5, 113:5, 114:8,
114:14, 114:17,
119:20, 119:21,
120:1, 120:8, 123:9,
124:9, 124:24,
126:16, 130:5,

131:23, 133:2,
133:15, 133:22,
134:9, 134:24,
138:12, 139:6,
142:15, 143:4,
143:20, 145:13,
145:25, 150:23,
151:5, 160:3, 160:10,
168:4, 172:7, 173:13,
175:14, 178:6,
210:25, 212:5, 212:10
  **officer's** [2] - 159:16,
160:4
  **officers** [95] - 13:11,
17:15, 17:17, 19:10,
19:14, 20:24, 21:6,
21:13, 21:24, 22:11,
23:14, 24:17, 25:9,
25:15, 26:1, 26:6,
27:13, 27:23, 28:5,
28:8, 28:17, 29:8,
29:19, 30:2, 30:18,
30:21, 31:5, 31:6,
31:9, 31:21, 31:22,
31:25, 32:13, 33:25,
35:22, 36:4, 36:9,
38:3, 38:6, 38:17,
39:4, 39:9, 39:21,
40:5, 43:9, 43:10,
45:13, 54:7, 63:15,
65:18, 65:23, 66:4,
68:11, 71:20, 72:23,
73:15, 73:16, 73:22,
75:18, 76:18, 76:19,
77:8, 77:9, 77:21,
77:24, 78:7, 78:10,
80:17, 83:20, 88:13,
88:16, 91:10, 91:12,
92:4, 92:17, 107:1,
107:5, 107:6, 107:14,
107:17, 109:10,
112:7, 112:20,
112:22, 113:8,
113:12, 113:14,
114:17, 118:6,
127:23, 131:1, 174:24
  **OFFICES** [2] - 1:20,
2:2
  **official** [8] - 19:20,
20:5, 24:16, 106:1,
154:11, 210:1, 244:2,
246:12
  **Official** [1] - 2:8
  **often** [2] - 122:10,
151:7
  **Ohio** [6] - 2:6, 7:10,
8:2, 8:5, 14:4, 14:5
  **old** [1] - 77:17
  **older** [1] - 113:25
  **oldest** [1] - 8:9

**once** [17] - 22:12, 31:2, 32:11, 36:21, 39:1, 39:15, 43:5, 43:13, 53:2, 54:22, 115:6, 128:6, 155:3, 200:20, 203:2, 214:20, 215:15

**one** [118] - 6:23, 8:7, 9:12, 9:25, 10:8, 16:24, 17:21, 22:11, 24:18, 24:19, 26:17, 29:14, 29:20, 34:2, 35:10, 36:2, 36:16, 36:17, 38:15, 39:9, 39:24, 41:2, 44:1, 44:17, 47:2, 47:3, 47:10, 47:12, 47:16, 48:10, 51:4, 53:3, 53:18, 53:21, 53:23, 56:2, 59:9, 63:7, 63:19, 65:14, 65:18, 67:6, 67:8, 72:6, 73:2, 73:14, 77:19, 78:20, 79:7, 81:5, 81:17, 82:7, 82:16, 84:5, 85:3, 87:17, 90:17, 90:19, 91:10, 91:12, 91:23, 92:24, 96:12, 97:6, 100:22, 102:13, 103:25, 107:1, 107:9, 107:17, 109:9, 112:14, 112:17, 114:13, 114:16, 114:17, 115:2, 120:17, 121:5, 124:14, 127:14, 127:22, 127:24, 128:2, 128:3, 129:1, 130:8, 136:24, 141:11, 146:1, 147:1, 155:17, 164:14, 166:17, 168:15, 172:4, 183:12, 184:4, 189:20, 191:25, 193:6, 203:12, 204:22, 206:24, 207:9, 213:11, 213:12, 213:14, 220:12, 224:8, 226:3, 233:18, 242:16, 244:7

**one-minute-and-50 -second** [1] - 32:21

**ones** [2] - 88:17, 207:10

**online** [3] - 19:10, 19:25, 22:5

**onwards** [1] - 141:6

**op** [2] - 70:11, 70:15

**op-eds** [2] - 70:11, 70:15

**opaque** [1] - 171:5

**open** [194] - 6:12, 26:17, 33:5, 33:15, 46:4, 49:12, 49:21, 50:15, 56:6, 56:21, 57:18, 58:6, 59:5, 59:16, 60:13, 62:2, 62:11, 85:15, 86:12, 86:25, 87:19, 88:8, 88:23, 90:1, 90:12, 91:2, 96:18, 97:14, 97:24, 99:8, 99:11, 105:17, 111:14, 111:20, 116:3, 116:18, 123:6, 123:15, 124:6, 124:18, 124:22, 125:11, 126:12, 127:7, 128:14, 128:24, 129:4, 129:14, 129:23, 130:2, 130:16, 130:20, 131:8, 131:20, 133:13, 134:7, 134:21, 135:6, 136:8, 136:17, 137:4, 137:12, 137:22, 138:9, 139:3, 139:21, 140:14, 141:19, 142:12, 143:1, 143:17, 144:6, 144:20, 145:6, 145:10, 145:19, 150:21, 151:2, 152:2, 152:16, 153:1, 153:17, 153:22, 154:2, 154:17, 154:23, 155:8, 155:14, 156:1, 156:9, 157:14, 157:24, 158:7, 158:21, 159:10, 159:25, 160:7, 160:15, 160:25, 161:12, 161:17, 161:23, 162:9, 162:16, 162:23, 163:7, 164:13, 164:21, 164:24, 165:5, 165:16, 166:7, 166:10, 167:2, 167:5, 167:13, 168:2, 168:10, 168:18, 168:23, 169:3, 169:12, 169:18, 170:4, 170:21, 189:1, 190:5, 190:22, 191:5, 192:6, 192:17, 193:23, 195:8, 197:21, 198:16,

199:12, 200:6, 201:5, 201:10, 202:3, 202:25, 203:10, 203:14, 203:25, 204:13, 204:20, 204:24, 205:9, 205:14, 205:21, 206:5, 206:12, 207:12, 213:16, 214:21, 220:21, 221:13, 222:4, 222:17, 223:2, 223:22, 225:8, 225:18, 225:21, 226:9, 227:15, 227:19, 228:18, 229:8, 229:14, 230:6, 230:21, 231:11, 231:17, 232:13, 232:16, 233:15, 233:21, 234:5, 234:12, 235:7, 235:23, 236:15, 236:22, 237:2, 237:22, 238:12, 238:18, 239:11, 239:21, 240:4, 240:14, 241:8

**open-source** [1] - 223:2

**opened** [1] - 26:16

**opinion** [5] - 12:12, 12:20, 13:12, 83:21, 84:6

**opportunity** [18] - 9:24, 13:4, 21:24, 34:14, 68:19, 77:2, 109:17, 214:21, 220:6, 220:13, 221:5, 221:17, 228:20, 229:17, 231:21, 235:9, 238:20, 240:7

**opposed** [1] - 135:22

**orange** [8] - 188:13, 188:16, 190:12, 191:1, 195:17, 197:6, 200:20, 234:23

**orchestrated** [1] - 82:1

**order** [11] - 6:16, 12:15, 13:2, 13:3, 13:5, 55:7, 55:8, 55:12, 78:4, 82:8, 82:21

**orders** [1] - 19:14

**Oregon** [1] - 7:14

**organization** [1] - 9:9

**orientation** [1] - 220:12

**original** [1] - 99:23

**originally** [4] - 45:11, 120:10, 120:21, 120:22

**otherwise** [2] - 55:9, 71:20

**ourselves** [1] - 61:10

**outer** [3] - 135:22, 136:2, 143:11

**outgoing** [2] - 219:21, 219:22

**outnumbered** [2] - 37:21, 138:21

**outside** [5] - 12:1, 167:8, 176:8, 176:21, 191:13

**outspoken** [2] - 72:24, 117:15

**overall** [2] - 45:3, 220:24

**overdose** [1] - 115:5

**overheard** [2] - 36:2, 42:20

**overlap** [3] - 62:5, 62:17, 62:19

**overnight** [1] - 8:19

**overpowered** [1] - 21:5

**overruled** [3] - 114:20, 163:25, 172:24

**overseas** [1] - 68:15

**oversight** [1] - 244:4

**overwhelmed** [6] - 28:10, 28:17, 32:2, 32:8, 32:12, 33:23

**overwhelming** [2] - 28:8, 28:16

**own** [6] - 12:20, 41:24, 76:7, 79:7, 135:10, 136:21

**owner** [5] - 179:24, 180:14, 180:15, 182:5, 217:24

**owns** [1] - 13:7

**oxygen** [1] - 50:24

---

# P

**p.m** [54] - 26:8, 40:17, 142:3, 142:10, 142:15, 143:4, 143:20, 145:2, 145:3, 145:14, 180:21, 181:11, 181:15, 182:10, 182:16, 183:11, 183:21, 184:10, 184:16, 184:25, 185:7,

185:18, 186:2, 186:12, 186:22, 188:12, 190:1, 190:25, 191:7, 196:11, 197:25, 201:1, 201:14, 202:18, 203:7, 205:11, 205:12, 205:25, 206:9, 206:15, 216:20, 225:13, 225:24, 226:24, 228:24, 229:23, 232:2, 233:12, 235:1, 236:7, 237:13, 239:8, 241:14, 241:15

**packaging** [1] - 215:4

**packed** [1] - 151:7

**PAGE** [1] - 3:10

**page** [3] - 72:11, 179:4, 219:7

**Page** [16] - 180:3, 180:6, 180:17, 181:16, 181:18, 182:17, 182:22, 183:13, 183:23, 185:9, 186:13, 207:8, 216:9, 217:17, 218:22, 219:20

**paid** [4] - 70:12, 73:7, 74:10, 74:21

**pain** [9] - 32:16, 50:24, 52:14, 61:1, 61:3, 61:4, 61:13, 117:2

**pain-wise** [1] - 61:1

**painful** [1] - 52:14

**pandemic** [2] - 111:15, 111:23

**panels** [1] - 194:22

**panicking** [1] - 38:8

**paper** [2] - 73:11, 176:23

**parade** [3] - 83:10, 83:15, 84:2

**parading** [1] - 83:10

**paralegal** [1] - 4:9

**paraphrase** [3] - 76:21, 77:1, 77:6

**paraphrasing** [1] - 22:14

**park** [1] - 10:4

**part** [10] - 16:15, 17:22, 25:15, 62:14, 83:9, 114:9, 140:4, 176:11, 182:24, 228:1

**partially** [1] - 205:5

**participation** [1] - 71:11

**particular** [18] - 30:11, 38:15, 43:16, 49:8, 49:9, 50:22, 58:14, 62:9, 77:23, 77:25, 96:5, 112:21, 133:24, 217:10, 220:13, 221:1, 221:9, 224:16

**particularly** [3] - 72:17, 74:18, 98:9

**partly** [1] - 62:17

**PASCHALL** [262] - 1:14, 4:7, 13:23, 14:11, 14:22, 118:25, 119:11, 123:3, 123:7, 123:8, 123:12, 123:16, 123:17, 123:23, 124:3, 124:7, 124:8, 124:19, 124:23, 125:9, 125:12, 125:13, 126:8, 126:13, 126:14, 127:4, 127:8, 127:16, 127:19, 128:11, 128:15, 128:21, 128:25, 129:5, 129:11, 129:15, 129:20, 129:24, 130:3, 130:13, 130:17, 130:21, 131:5, 131:9, 131:10, 131:17, 131:21, 131:22, 132:22, 133:6, 133:9, 133:14, 134:4, 134:8, 134:22, 134:23, 135:3, 135:8, 135:15, 135:20, 136:5, 136:9, 136:10, 136:15, 136:18, 136:20, 137:2, 137:5, 137:6, 137:10, 137:13, 137:14, 137:19, 137:23, 138:1, 138:6, 138:10, 138:11, 139:1, 139:4, 139:5, 139:19, 139:22, 139:23, 140:12, 140:15, 140:16, 141:2, 141:11, 141:16, 141:20, 141:21, 142:8, 142:13, 142:14, 142:23, 143:2, 143:3, 143:14, 143:18, 143:19, 144:3, 144:7, 144:8, 144:17, 144:21, 144:22, 145:1, 145:7, 145:11, 145:12, 145:20, 145:21, 146:14,

156:15, 158:18, 163:24, 171:21, 172:21, 173:12, 173:23, 174:7, 176:3, 176:15, 176:18, 177:11, 177:16, 178:8, 178:13, 178:24, 179:3, 179:9, 179:12, 180:3, 180:5, 180:25, 181:3, 181:16, 181:19, 182:1, 182:3, 182:17, 182:20, 183:12, 183:15, 183:22, 184:1, 184:17, 184:19, 185:8, 185:11, 185:19, 185:21, 186:3, 186:5, 186:13, 186:16, 187:14, 187:16, 188:18, 188:23, 189:2, 189:6, 189:8, 189:17, 189:19, 190:2, 190:6, 190:8, 190:14, 190:19, 190:23, 190:24, 191:3, 191:6, 191:8, 191:15, 191:17, 192:4, 192:8, 192:10, 192:14, 192:18, 192:19, 193:1, 193:5, 193:9, 193:13, 193:17, 193:20, 193:24, 194:3, 194:6, 194:8, 194:14, 194:16, 195:5, 195:9, 195:11, 196:3, 196:8, 196:12, 196:14, 197:13, 197:18, 197:22, 198:1, 198:3, 198:14, 198:20, 199:4, 199:9, 199:13, 199:17, 199:19, 200:3, 200:7, 200:14, 200:19, 201:2, 201:6, 201:11, 201:13, 201:19, 201:23, 201:25, 202:4, 202:5, 202:19, 202:22, 203:1, 203:6, 203:11, 203:15, 203:16, 204:6, 204:10, 204:14, 204:16, 204:21, 205:1, 205:6, 205:10, 205:19, 205:22, 206:3, 206:9, 206:13, 206:14, 206:18, 207:8, 208:19, 209:3, 209:6, 209:11, 226:17, 242:16, 242:22,

244:3, 244:9, 244:12, 244:17

**Paschall** [5] - 4:8, 4:24, 13:19, 242:14, 244:16

**paschall** [1] - 209:1

**pass** [2] - 107:16, 112:3

**passed** [4] - 42:9, 64:2, 65:10, 93:4

**passes** [1] - 111:24

**passing** [3] - 91:7, 115:3, 205:15

**past** [6] - 42:9, 42:10, 113:3, 148:8, 163:13, 240:9

**paths/plans** [1] - 219:3

**Patrick** [24] - 4:3, 74:4, 175:10, 175:21, 176:5, 179:25, 180:15, 182:5, 182:14, 182:23, 184:3, 184:12, 185:2, 185:23, 186:18, 188:17, 189:4, 190:13, 191:2, 192:25, 195:17, 201:18, 202:12, 204:1

**PATRICK** [1] - 1:6

**patrol** [3] - 120:1, 120:22, 132:10

**Patton** [1] - 42:22

**pause** [23] - 28:4, 86:13, 86:14, 87:1, 87:20, 88:9, 88:24, 90:2, 91:3, 96:19, 97:15, 97:25, 192:18, 200:4, 203:11, 220:10, 222:5, 223:23, 227:20, 230:22, 233:22, 237:23, 240:5

**paused** [1] - 92:12

**pausing** [1] - 232:17

**pay** [6] - 5:23, 5:25, 20:2, 32:18, 82:8, 82:21

**pdf** [9] - 179:2, 179:5, 179:14, 179:22, 180:6, 180:7, 180:14, 181:17, 182:18

**peace** [1] - 13:2

**peaceful** [5] - 11:25, 12:5, 41:5, 41:7, 61:8

**peacefully** [1] - 148:15

**peacefulness** [3] - 11:24, 12:17, 12:21

**pending** [3] - 17:3, 76:8, 89:24

**Pensacola** [5] - 1:25, 212:2, 212:12, 212:22, 215:19

**people** [72] - 7:16, 19:7, 22:22, 23:12, 27:21, 28:12, 29:4, 29:5, 33:24, 36:15, 36:25, 37:18, 39:5, 39:25, 40:10, 40:19, 41:15, 43:19, 46:18, 61:9, 68:1, 69:5, 69:17, 69:25, 70:4, 70:17, 71:17, 72:2, 73:17, 73:23, 74:6, 76:5, 76:7, 78:9, 80:16, 81:10, 81:19, 82:12, 82:15, 82:17, 82:25, 84:10, 95:16, 103:19, 103:23, 104:21, 105:3, 105:13, 106:17, 106:18, 109:8, 109:20, 109:23, 112:14, 113:12, 113:22, 118:5, 118:6, 137:1, 138:14, 138:17, 138:18, 138:19, 138:23, 139:12, 140:19, 140:20, 147:11, 148:2, 175:16

**pepper** [5] - 45:6, 53:10, 97:4, 114:1, 140:10

**per** [1] - 17:17

**perform** [1] - 65:6

**perhaps** [3] - 32:17, 73:14, 244:1

**perimeter** [3] - 23:10, 30:23, 80:1

**period** [6] - 29:13, 49:16, 50:20, 62:22, 110:18, 134:10

**permission** [2] - 6:17

**permitted** [1] - 11:19

**person** [30] - 10:9, 34:2, 36:21, 37:12, 38:15, 44:2, 50:18, 51:16, 52:2, 82:8, 104:1, 105:7, 112:23, 115:2, 118:3, 118:5, 124:11, 124:13, 124:14, 125:16, 126:4, 126:19, 128:7, 128:19, 131:14, 149:3, 149:17, 201:21, 205:18, 218:2

**person's** [1] - 192:11

**personally** [4] - 23:18, 71:6, 78:13, 172:14

**personnel** [1] - 23:9

**persons** [1] - 52:1

**perspective** [4] - 157:19, 158:10, 160:18, 234:20

**pertinent** [2] - 11:18, 13:1

**Peter** [2] - 3:5, 7:9

**PETER** [1] - 6:24

**phone** [44] - 22:12, 178:16, 178:18, 178:23, 179:15, 179:16, 179:19, 179:23, 179:25, 180:1, 180:15, 182:5, 183:4, 213:6, 214:16, 214:23, 214:24, 215:7, 215:9, 215:21, 215:24, 216:5, 216:14, 216:23, 217:2, 217:10, 217:13, 217:16, 217:18, 217:19, 217:25, 218:2, 218:5, 218:6, 218:8, 218:10, 218:16, 219:9, 220:7, 234:8, 234:10, 234:16, 234:21

**phones** [2] - 181:8, 215:16

**photo** [2] - 107:22, 184:14

**photograph** [8] - 142:5, 142:18, 143:6, 183:6, 184:8, 203:21, 210:21, 211:1

**photographs** [2] - 211:9, 241:16

**photojournalist** [4] - 198:5, 198:9, 200:9, 238:3

**physical** [3] - 18:12, 18:20, 117:1

**physically** [1] - 147:22

**physician** [3] - 7:11, 8:12, 9:6

**picked** [3] - 24:15, 125:22, 127:23

**picketing** [2] - 83:10, 83:15

**picking** [1] - 25:18

**picture** [12] - 29:2, 40:3, 108:1, 108:3, 108:4, 108:5, 108:16, 109:1, 183:1, 188:8, 188:10, 206:7

**pictures** [1] - 183:3
**piece** [2] - 34:15, 73:11
**pieces** [1] - 31:20
**pike** [1] - 22:6
**place** [11] - 17:8, 31:16, 39:18, 52:1, 75:20, 99:2, 99:4, 176:8, 205:4, 213:10, 241:23
**placed** [1] - 188:13
**plain** [1] - 58:22
**Plaintiff** [1] - 1:4
**plan** [2] - 243:12, 244:15
**planning** [1] - 193:15
**plastic** [1] - 163:3
**plate** [2] - 23:23, 23:24
**platform** [5] - 73:25, 121:19, 121:22, 195:25, 224:12
**platoon** [5] - 17:15, 17:17, 17:20, 27:12
**platoons** [2] - 17:12, 21:22
**play** [78] - 33:12, 34:13, 49:10, 49:15, 54:21, 61:23, 62:6, 65:24, 84:20, 84:22, 85:12, 85:17, 86:7, 86:23, 87:6, 87:12, 87:17, 88:5, 89:20, 90:17, 90:18, 90:19, 94:15, 98:25, 115:19, 116:14, 123:12, 124:15, 125:9, 129:24, 133:10, 134:18, 137:19, 142:8, 145:17, 150:10, 150:19, 151:25, 160:13, 164:10, 188:24, 190:2, 190:19, 194:3, 195:5, 197:18, 198:14, 199:9, 201:2, 201:19, 202:1, 203:8, 203:12, 205:7, 205:11, 206:3, 220:19, 221:4, 221:11, 222:15, 225:3, 225:19, 226:7, 227:13, 228:16, 229:6, 230:4, 231:9, 232:11, 233:13, 233:18, 235:21, 236:13, 238:10, 239:9, 239:19, 240:12
**played** [9] - 98:19, 132:24, 149:2,

198:12, 226:2, 226:4, 226:6, 234:9, 237:18
**playing** [9] - 96:13, 97:11, 139:7, 142:23, 192:4, 220:10, 234:3, 240:2, 241:5
**plays** [1] - 32:25
**Plaza** [1] - 219:18
**plaza** [4] - 29:4, 29:5, 30:4, 30:13
**pleasant** [1] - 10:1
**plenty** [1] - 68:14
**plus** [4] - 40:21, 64:24, 95:19, 235:12
**pocket** [2] - 221:23, 221:24
**podium** [5] - 26:25, 42:11, 42:13, 113:6
**point** [64] - 19:22, 21:17, 21:19, 22:9, 28:19, 28:21, 29:18, 32:1, 35:19, 40:2, 40:18, 44:12, 45:12, 45:14, 45:25, 50:9, 53:8, 53:14, 53:18, 53:23, 54:2, 54:5, 59:7, 60:4, 60:20, 63:6, 63:16, 67:1, 77:19, 78:17, 78:24, 81:25, 100:4, 108:4, 108:15, 109:7, 133:2, 133:20, 135:21, 138:24, 139:8, 140:11, 140:17, 142:24, 147:5, 148:14, 150:24, 151:4, 154:19, 167:7, 169:8, 188:18, 193:1, 195:14, 197:13, 202:14, 208:6, 209:3, 212:16, 219:2, 219:20, 224:12, 241:19
**pointing** [1] - 102:24
**points** [3] - 122:5, 122:7, 222:21
**police** [67] - 13:5, 13:8, 13:11, 13:13, 20:16, 23:14, 29:8, 29:13, 30:2, 30:5, 31:3, 31:5, 31:6, 31:7, 31:8, 32:1, 32:11, 33:23, 33:24, 35:14, 37:10, 37:13, 45:13, 45:14, 46:24, 47:4, 58:10, 63:14, 65:13, 66:1, 67:10, 75:16, 80:14, 80:17, 93:6, 98:17, 105:19, 106:1, 107:1, 107:4, 108:21,

112:5, 112:25, 113:3, 113:4, 113:5, 113:7, 113:24, 114:5, 114:6, 114:8, 114:14, 119:20, 119:21, 121:11, 136:1, 142:16, 142:17, 143:21, 144:10, 144:14, 144:23, 148:11, 197:11, 212:10
**Police** [44] - 15:16, 15:22, 15:25, 16:6, 16:13, 16:19, 16:22, 17:11, 17:23, 18:11, 18:15, 19:13, 21:10, 25:9, 26:1, 26:6, 28:18, 28:21, 29:9, 30:12, 31:10, 42:24, 43:9, 67:24, 69:3, 72:23, 75:21, 76:18, 77:8, 77:9, 77:21, 78:2, 78:10, 93:16, 106:14, 109:21, 119:16, 119:18, 119:22, 125:5, 125:6, 187:18, 222:23
**policy** [1] - 147:9, 148:1, 148:4, 148:14
**political** [1] - 69:19
**politics** [1] - 72:18
**portion** [6] - 49:10, 122:13, 188:13, 195:2, 202:20, 216:10
**position** [6] - 17:18, 54:24, 55:1, 65:11, 69:3, 151:11
**positive** [2] - 68:5, 68:16
**possession** [1] - 107:7
**possessions** [1] - 174:23
**possibility** [1] - 52:17
**possible** [25] - 29:16, 47:19, 53:16, 71:25, 84:8, 84:13, 84:15, 91:10, 91:15, 91:20, 91:21, 92:3, 94:13, 94:15, 96:4, 96:24, 98:7, 98:9, 98:10, 98:14, 98:15, 99:24, 100:6, 163:20, 164:2
**possibly** [3] - 63:25, 115:23, 148:15
**Post** [1] - 2:3
**post** [1] - 211:1
**posted** [2] - 210:23, 224:11

**posting** [2] - 211:8, 211:9
**posts** [1] - 81:5
**posture** [1] - 19:13
**potential** [1] - 19:23
**potentially** [1] - 81:22
**power** [4] - 17:3, 19:9, 41:5, 41:6
**PR-24** [1] - 47:16
**practice** [3] - 8:6, 9:1, 9:3
**PRATT** [1] - 2:5
**preparation** [2] - 122:19, 241:1
**prepared** [2] - 20:12, 243:1
**preparing** [1] - 141:22
**present** [2] - 14:1, 212:21
**presidency** [1] - 41:15
**president** [6] - 9:9, 26:22, 41:9, 41:10, 81:24, 187:9
**President** [2] - 110:14, 187:5
**president's** [1] - 41:21
**press** [6] - 36:8, 53:7, 54:4, 59:9, 81:22, 82:24
**pressed** [9] - 55:2, 59:21, 60:4, 86:17, 104:1, 105:20, 105:22, 137:17, 151:9
**pressing** [4] - 53:12, 55:7, 57:1, 105:14
**pressure** [3] - 58:1, 59:23, 117:5
**pretend** [1] - 97:1
**pretty** [12] - 11:13, 25:23, 27:22, 40:21, 53:18, 58:3, 59:10, 65:17, 150:4, 182:7, 184:23, 186:9
**prevent** [8] - 38:22, 75:21, 88:15, 105:24, 106:1, 106:9, 117:10, 138:22
**prevented** [3] - 54:14, 106:6, 106:10
**preventing** [3] - 53:17, 93:6, 118:4
**prevents** [2] - 106:11, 106:12
**previous** [5] - 48:25, 56:2, 127:9, 189:16, 195:19

**previously** [14] - 125:17, 206:8, 227:4, 228:21, 229:18, 230:24, 231:20, 232:19, 235:9, 235:25, 237:4, 237:25, 238:20, 240:18
**primarily** [2] - 174:22, 243:21
**principle** [2] - 73:9, 74:20
**print** [1] - 73:13
**privately** [2] - 13:17, 171:17
**pro** [2] - 20:18, 41:9
**probation** [2] - 5:5, 5:11
**problem** [5] - 37:1, 37:7, 37:23, 90:10, 181:6
**problems** [1] - 12:4
**procedure** [1] - 20:20
**procedures** [1] - 111:8
**proceeded** [1] - 10:4
**proceeding** [1] - 244:2
**proceedings** [10] - 5:1, 6:11, 6:21, 14:25, 66:13, 101:17, 119:6, 173:20, 174:2, 246:6
**Proceedings** [1] - 245:5
**process** [9] - 17:7, 23:20, 41:8, 65:6, 65:9, 74:18, 75:20, 81:9, 110:14
**produced** [1] - 246:6
**profession** [1] - 12:3
**Professor** [1] - 221:2
**program** [1] - 102:10
**progresses** [1] - 219:18
**project** [1] - 9:19
**projectile** [1] - 31:21
**promotion** [1] - 102:12
**pronouncing** [1] - 101:19
**properly** [2] - 77:13, 106:12
**property** [2] - 21:8, 35:9
**proposed** [2] - 243:20, 243:23
**prosecuted** [2] - 80:2, 80:12
**prosecutor** [1] -

89:13
  **prosecutor's** [1] - 13:20
  **protect** [5] - 25:20, 57:22, 83:20, 103:15, 157:5
  **protecting** [5] - 21:7, 77:11, 97:4, 103:20, 159:13
  **protections** [1] - 31:23
  **protective** [1] - 22:18
  **protector** [6] - 22:19, 22:25, 23:17, 23:18
  **protest** [1] - 10:21
  **protester** [2] - 86:2, 112:21
  **protesters** [18] - 40:4, 105:20, 107:2, 110:7, 110:8, 110:13, 110:25, 112:18, 112:23, 114:14, 114:17, 129:10, 136:25, 138:25, 139:14, 140:19, 140:24, 148:11
  **protests** [4] - 11:1, 11:9, 11:10, 14:7
  **protocol** [1] - 111:10
  **provide** [4] - 19:20, 63:6, 73:12, 244:4
  **provided** [2] - 63:12, 187:18
  **prying** [1] - 132:8
  **PSA** [1] - 120:1
  **public** [7] - 111:10, 111:14, 111:20, 111:22, 112:6, 210:24, 211:3
  **publicity** [1] - 117:23
  **publish** [1] - 41:16
  **published** [186] - 33:5, 33:15, 46:4, 49:12, 49:21, 50:15, 56:6, 56:21, 57:18, 58:6, 59:5, 59:16, 60:13, 62:2, 62:11, 85:15, 86:12, 86:25, 87:19, 88:8, 88:23, 90:1, 90:12, 91:2, 96:18, 97:14, 97:24, 99:8, 99:11, 116:3, 116:18, 123:6, 123:15, 124:6, 124:18, 124:22, 125:11, 126:12, 127:7, 128:14, 128:24, 129:4, 129:14, 129:23, 130:2, 130:16,

130:20, 131:8, 131:20, 133:13, 134:7, 134:21, 135:6, 136:8, 136:17, 137:4, 137:12, 137:22, 138:9, 139:3, 139:21, 140:14, 141:19, 142:12, 143:1, 143:17, 144:6, 144:20, 145:6, 145:10, 145:19, 150:21, 151:2, 152:2, 152:16, 153:1, 153:17, 153:22, 154:2, 154:17, 154:23, 155:8, 155:14, 156:1, 156:19, 157:3, 157:14, 157:24, 158:7, 158:21, 159:10, 159:25, 160:7, 160:15, 160:25, 161:12, 161:17, 161:23, 162:9, 162:16, 162:23, 163:7, 164:13, 164:21, 164:24, 165:5, 165:16, 166:7, 166:10, 167:2, 167:5, 167:13, 168:2, 168:10, 168:18, 168:23, 169:3, 169:12, 169:18, 170:4, 170:21, 189:1, 190:5, 190:22, 191:5, 192:6, 192:17, 193:23, 195:8, 197:21, 198:16, 199:12, 200:6, 201:5, 201:10, 202:3, 202:25, 203:10, 203:14, 203:25, 204:13, 204:20, 204:24, 205:9, 205:14, 205:21, 206:5, 206:12, 207:12, 220:21, 221:13, 222:4, 222:17, 223:22, 225:8, 225:18, 225:21, 226:9, 227:15, 227:19, 228:18, 229:8, 229:14, 230:6, 230:21, 231:11, 231:17, 232:13, 232:16, 233:15, 233:21, 234:5, 234:12, 235:7, 235:23, 236:15,

236:22, 237:2, 237:22, 238:12, 238:18, 239:11, 239:21, 240:4, 240:14, 241:8
  **publishing** [1] - 225:5
  **pull** [35] - 16:3, 32:20, 45:23, 52:3, 61:22, 84:22, 97:21, 107:19, 123:3, 130:13, 130:17, 132:22, 134:4, 141:16, 153:13, 154:20, 155:3, 181:1, 185:19, 187:14, 189:6, 189:17, 191:15, 196:12, 198:1, 199:17, 201:8, 202:22, 203:6, 207:6, 207:7, 216:9, 220:9, 223:7, 223:12
  **pulled** [8] - 63:13, 72:11, 113:7, 134:13, 165:12, 179:4, 187:24, 194:21
  **pulling** [9] - 21:13, 30:2, 48:13, 180:18, 216:8, 223:20, 225:15, 228:4, 228:20
  **pulls** [1] - 91:19
  **punch** [2] - 95:14, 147:24
  **punched** [1] - 96:2
  **purpose** [3] - 31:17, 104:13, 151:19
  **pursuant** [1] - 178:17
  **push** [29] - 29:10, 30:9, 30:22, 35:22, 38:17, 45:8, 46:18, 51:21, 55:13, 55:16, 59:8, 88:5, 98:17, 98:18, 103:13, 103:18, 103:19, 104:21, 105:1, 105:3, 105:13, 106:17, 126:5, 138:18, 140:20, 147:19, 148:8
  **pushed** [24] - 27:24, 28:11, 55:19, 83:1, 103:25, 104:2, 122:10, 131:14, 136:2, 139:11, 144:12, 144:14, 144:15, 144:16, 148:4, 148:5, 148:6, 155:16, 162:1, 163:19, 167:8, 170:12, 170:17

**pushing** [30] - 35:18, 38:8, 45:13, 46:22, 48:23, 51:19, 51:24, 52:5, 52:24, 54:6, 54:8, 55:4, 55:5, 55:21, 60:7, 86:2, 98:13, 105:6, 107:1, 114:10, 117:6, 122:9, 126:20, 139:14, 147:24, 161:20, 172:8, 172:19, 173:3
  **pussies** [1] - 138:4
  **pussy** [5] - 54:2, 94:18, 116:10, 185:25, 187:1
  **put** [33] - 19:19, 23:22, 26:14, 55:17, 59:25, 60:3, 60:10, 63:20, 65:22, 66:3, 75:20, 87:11, 98:21, 109:12, 120:25, 121:1, 121:4, 129:10, 132:2, 140:3, 151:22, 151:24, 162:11, 163:2, 164:15, 176:19, 200:3, 202:4, 207:17, 214:18, 218:3, 221:23, 240:19
  **puts** [1] - 157:5
  **putting** [9] - 23:4, 23:20, 26:14, 41:24, 96:24, 99:25, 121:6, 157:7, 166:22
  **pylon** [1] - 234:24

## Q

  **quarters** [1] - 36:12
  **questioning** [2] - 162:4, 193:12
  **questions** [26] - 13:21, 14:12, 21:25, 22:3, 22:7, 66:5, 66:24, 71:4, 71:14, 72:21, 74:7, 74:14, 84:18, 84:23, 92:12, 101:7, 101:23, 117:14, 146:15, 172:2, 206:19, 206:22, 208:15, 241:21, 242:6
  **quickly** [4] - 26:14, 100:10, 120:25, 175:24
  **quiet** [2] - 118:12, 182:7
  **quote** [1] - 22:13
  **quoting** [1] - 95:20

## R

  **rack** [2] - 31:16
  **racks** [2] - 30:24, 31:15
  **radio** [4] - 23:8, 23:9, 33:9, 42:17
  **rails** [2] - 31:16
  **raise** [4] - 36:17, 36:19, 71:25, 72:13
  **raised** [4] - 51:1, 52:9, 159:16, 159:21
  **raising** [2] - 69:20, 155:16
  **rallies** [3] - 146:2, 146:4, 146:8
  **rally** [1] - 221:3
  **rallying** [1] - 43:3
  **Ramey** [1] - 42:20
  **ramming** [1] - 35:22
  **ramp** [1] - 27:2
  **ranges** [1] - 17:16
  **rank** [3] - 16:8, 16:10, 119:18
  **ranking** [5] - 17:13, 19:20, 20:4, 42:23, 76:17
  **ray** [2] - 27:1, 43:11
  **RDR** [3] - 2:7, 246:3, 246:12
  **Reach** [2] - 9:8, 9:10
  **reached** [5] - 114:5, 154:19, 155:17, 161:25, 169:25
  **reaching** [6] - 78:24, 91:16, 97:20, 97:21, 155:10, 164:25
  **react** [2] - 29:20, 29:21
  **reactivate** [2] - 122:12, 122:25
  **read** [7] - 77:4, 81:6, 100:22, 213:25, 218:18, 218:19, 219:14
  **ready** [5] - 22:17, 22:22, 23:7, 65:11, 151:11
  **real** [2] - 52:18
  **realized** [3] - 21:19, 35:25, 40:18
  **really** [3] - 151:7, 166:16, 180:23
  **rear** [1] - 103:17
  **reason** [9] - 5:13, 37:13, 43:24, 43:25, 51:2, 65:14, 68:10, 73:14, 94:20
  **receive** [2] - 84:7,

84:14
**received** [1] - 218:15
**RECEIVED** [1] - 3:10
**receiving** [1] -
133:25
**recently** [1] - 28:12
**recess** [3] - 66:12,
101:16, 173:19
**recognize** [9] - 25:1,
50:18, 123:9, 123:18,
125:4, 134:19,
203:23, 216:12,
222:13
**recognized** [1] - 13:2
**recoil** [1] - 164:5
**recollection** [5] -
100:2, 107:8, 107:11,
108:24, 243:25
**record** [14] - 4:6, 5:3,
6:1, 12:16, 15:12,
53:4, 56:18, 64:5,
125:24, 158:15,
195:23, 209:22,
225:5, 226:2
**recording** [3] -
122:13, 234:8
**records** [1] - 122:15
**recover** [2] - 214:15
**recovered** [12] -
176:11, 176:13,
177:21, 177:22,
196:20, 213:2,
213:24, 214:6,
214:24, 215:3,
234:10, 234:16
**recovering** [2] -
110:16, 110:24
**recovery** [2] - 65:9,
215:7
**red** [7] - 47:17,
57:12, 136:13, 142:6,
205:16, 205:18
**Red** [1] - 3:2
**reddish** [1] - 148:21
**reddish-brown** [1] -
148:21
**REDIRECT** [1] -
115:14
**redirect** [5] - 14:14,
80:21, 115:12,
173:11, 208:18
**redo** [1] - 193:13
**redouble** [1] - 193:17
**reference** [1] - 205:3
**referencing** [1] -
228:4
**referring** [3] - 44:21,
204:3, 234:16
**regard** [2] - 31:22,
33:25

**regardless** [1] - 72:2
**regards** [2] - 7:23,
11:17
**regular** [1] - 120:22
**reinforcement** [2] -
68:17, 113:2
**reinforcements** [1] -
43:25
**reiterate** [1] - 11:14
**related** [2] - 69:3,
72:18
**relates** [1] - 210:17
**relationship** [3] -
13:10, 69:4, 69:16
**release** [1] - 89:16
**relevant** [4] - 149:22,
178:21, 179:17,
179:20
**relieve** [1] - 58:1
**relieved** [1] - 44:2
**remain** [4] - 6:22,
78:16, 83:13, 134:9
**remember** [34] -
23:6, 31:14, 32:4,
32:11, 39:24, 43:18,
43:22, 43:24, 50:21,
53:1, 56:25, 61:14,
61:18, 61:19, 64:22,
67:6, 92:11, 92:21,
94:17, 95:3, 95:5,
95:12, 95:14, 96:1,
96:6, 116:23, 125:16,
125:19, 125:20,
140:5, 149:10,
153:13, 230:16
**remembered** [2] -
94:1, 94:24
**remind** [2] - 95:9,
102:1
**reminded** [1] -
223:13
**remodel** [3] - 9:18,
10:2, 10:15
**remodeled** [1] - 9:17
**remodeling** [1] -
9:22
**remove** [2] - 15:4,
33:2
**removed** [1] - 53:2
**rendering** [2] -
113:8, 118:5
**reorient** [3] - 53:24,
55:16, 55:18
**repeat** [2] - 30:6,
92:9
**rephrase** [4] - 81:15,
94:4, 94:6, 188:4
**replay** [1] - 90:7
**replayed** [1] - 127:15
**report** [4] - 213:25,

216:7, 216:13, 242:2
**Report** [1] - 216:18
**REPORTED** [1] - 2:7
**REPORTER** [7] - 5:8,
22:24, 27:7, 64:4,
71:1, 158:14, 225:4
**Reporter** [2] - 2:8,
246:12
**reports** [1] - 19:7
**represent** [1] - 66:23
**representation** [1] -
123:20
**reputation** [4] -
11:23, 12:7, 12:17,
12:21
**request** [1] - 43:6
**required** [1] - 44:13
**requirements** [1] -
102:14
**resecured** [1] - 44:7
**resee** [1] - 235:2
**residency** [4] - 8:4,
8:5, 8:11, 9:2
**resident** [2] - 212:11,
244:10
**resources** [2] -
63:24, 109:13
**respect** [1] - 13:3
**respectful** [1] - 79:14
**respecting** [1] -
20:14
**respond** [5] - 10:14,
23:9, 26:12, 37:20,
72:6
**responding** [2] -
63:22, 64:3
**response** [5] - 71:7,
98:2, 102:15, 157:1,
181:4
**responsibilities** [2] -
16:25, 210:3
**responsibility** [1] -
54:24
**responsible** [2] -
73:12, 211:2
**responsive** [1] -
113:9
**rest** [4] - 10:11,
35:11, 221:24, 242:20
**restrained** [1] -
69:22
**result** [1] - 148:24
**resume** [1] - 101:10
**resuming** [1] - 14:20
**resuscitations** [1] -
63:16
**retain** [1] - 33:10
**retake** [1] - 66:14
**retaking** [1] - 101:19
**retention** [1] - 91:21

**retirement** [1] - 65:7
**retreat** [5] - 32:12,
35:23, 36:3, 105:15,
121:17
**retreated** [2] - 121:24
**return** [2] - 65:2,
244:25
**returned** [3] - 8:12,
8:20, 16:20
**returning** [1] - 16:21
**review** [9] - 122:20,
178:20, 179:23,
179:24, 187:21,
191:19, 198:5,
217:17, 220:6
**reviewed** [7] - 183:3,
189:21, 194:18,
194:25, 196:16,
216:5, 222:23
**reviewing** [1] -
218:11
**revised** [1] - 141:9
**rewind** [2] - 88:20,
89:19
**ribs** [3] - 54:1, 57:5,
57:12
**ridicule** [1] - 70:1
**rifle** [1] - 19:23
**rifles** [1] - 21:1
**right-hand** [6] -
180:20, 192:21,
198:10, 198:21,
200:11, 223:25
**rights** [1] - 20:14
**ring** [1] - 62:13
**rinsed** [1] - 113:4
**riot** [4] - 18:16,
124:14, 130:8, 138:15
**rioter** [2] - 32:15,
52:5
**rioters** [6] - 33:24,
36:8, 39:16, 63:7,
81:25, 114:17
**ripped** [1] - 90:6
**risk** [2] - 41:25, 66:4
**risking** [1] - 78:17
**Roanoke** [1] - 219:16
**roaring** [1] - 27:21
**robberies** [1] -
174:23
**rod** [1] - 34:15
**rods** [1] - 31:20
**roll** [5] - 20:5, 20:11,
21:21, 21:22, 21:23
**roof** [2] - 10:2, 10:6
**roofing** [1] - 10:11
**room** [8] - 26:15,
36:1, 42:2, 46:18,
118:7, 140:25
**Room** [1] - 2:10

**rotated** [1] - 17:6
**rotation** [1] - 17:8
**rotator** [1] - 64:21
**roughly** [5] - 27:13,
44:9, 63:2, 64:25,
102:18
**round** [8] - 24:15,
24:19, 33:9, 34:7,
34:8, 50:5, 102:22,
103:4
**route** [1] - 38:12
**routine** [1] - 132:10
**row** [6] - 48:14,
107:5, 107:6, 107:10
**rows** [5] - 105:19,
106:25, 107:4, 107:12
**rude** [1] - 72:4
**ruling** [1] - 5:15
**running** [2] - 27:5,
71:23
**runs** [1] - 166:15
**Russell** [1] - 111:5
**résumé** [1] - 65:12

**S**

**safe** [1] - 35:3
**safety** [1] - 65:23
**Salem** [1] - 177:22
**Samsung** [1] - 213:6
**Sara** [1] - 219:2
**sat** [2] - 28:12, 114:6
**saw** [25] - 10:8, 28:5,
39:2, 48:25, 52:6,
62:5, 62:18, 77:22,
79:2, 89:13, 98:20,
98:24, 109:7, 113:6,
125:23, 125:25,
127:15, 168:12,
189:15, 193:6,
195:15, 208:6,
234:17, 235:3, 239:13
**Sawtooth** [1] - 11:3
**scaffolding** [7] -
109:1, 109:8, 188:9,
189:5, 189:15, 205:5,
206:1
**scaffoldings** [1] -
39:8
**scale** [1] - 175:15
**scared** [1] - 71:23
**scary** [1] - 79:4
**scene** [1] - 208:10
**school** [4] - 7:17,
7:25, 8:3, 69:7
**School** [1] - 8:1
**scope** [1] - 178:20
**scoped** [4] - 178:23,
216:2, 216:4, 216:22

**scoping** [1] - 179:6
**scrambling** [1] - 21:13
**scream** [2] - 50:25, 78:22
**screamed** [2] - 36:7, 158:24
**screaming** [5] - 10:9, 37:3, 45:5, 50:24, 137:8
**screen** [26] - 32:7, 34:4, 49:13, 93:20, 123:9, 129:18, 139:8, 142:16, 142:20, 143:21, 144:13, 145:14, 166:5, 168:15, 183:14, 190:10, 190:11, 191:12, 192:22, 195:13, 195:17, 198:22, 201:15, 205:17, 223:25, 224:8
**screens** [2] - 199:15, 199:20
**screenshot** [4] - 143:25, 157:9, 190:11, 210:22
**scuffle** [1] - 65:16
**seal** [1] - 178:7
**sealed** [1] - 213:18
**search** [5] - 178:17, 179:18, 179:20, 215:8, 215:14
**seat** [3] - 6:25, 15:6, 119:8
**second** [27] - 28:4, 41:2, 42:15, 43:10, 52:21, 53:23, 66:2, 69:12, 72:22, 86:8, 88:4, 107:6, 107:10, 129:1, 153:4, 154:21, 161:10, 161:19, 164:14, 165:10, 165:22, 181:12, 182:11, 184:11, 193:24, 203:12, 216:18
**secondary** [1] - 17:4
**seconds** [67] - 42:19, 59:10, 60:16, 61:24, 61:25, 62:4, 62:16, 87:17, 89:20, 115:19, 115:20, 127:5, 127:9, 128:12, 128:22, 129:12, 129:17, 130:11, 130:18, 131:18, 145:8, 145:17, 145:23, 164:10, 164:22, 167:10, 180:21,

181:11, 181:15, 181:25, 182:10, 182:16, 183:11, 183:21, 184:10, 184:16, 184:25, 185:7, 185:18, 186:2, 186:12, 186:22, 188:12, 190:1, 190:3, 190:7, 191:10, 192:2, 192:9, 192:15, 192:20, 195:10, 195:12, 196:11, 197:25, 198:12, 200:25, 201:1, 201:20, 202:1, 202:18, 204:11, 226:7, 236:19, 239:18, 239:19, 241:6
**section** [1] - 26:25
**secure** [4] - 30:12, 40:19, 42:9, 68:3
**security** [2] - 41:19, 41:25
**see** [148] - 19:13, 24:11, 28:10, 29:2, 30:18, 33:18, 34:18, 39:1, 39:9, 39:16, 45:25, 46:5, 46:21, 48:17, 48:19, 48:21, 49:1, 49:24, 50:7, 51:3, 53:9, 53:14, 53:15, 54:21, 56:1, 56:7, 56:8, 57:2, 57:20, 58:8, 59:18, 60:20, 62:8, 73:16, 77:3, 77:19, 77:20, 77:22, 82:15, 85:20, 85:23, 86:16, 86:20, 88:21, 89:15, 89:20, 89:22, 90:4, 90:18, 90:20, 91:4, 91:7, 91:16, 91:25, 93:3, 93:20, 96:21, 97:17, 98:18, 98:20, 98:23, 99:18, 107:11, 107:22, 109:1, 112:24, 113:11, 113:14, 113:18, 124:11, 124:24, 125:1, 125:2, 127:9, 128:18, 129:7, 129:17, 131:23, 134:13, 136:11, 139:25, 140:18, 142:5, 143:6, 143:21, 144:23, 145:14, 145:22, 150:1, 150:17, 153:3, 159:12, 159:15, 159:18, 160:12, 161:2, 161:8, 163:3,

163:5, 163:11, 163:12, 166:12, 166:18, 167:11, 167:18, 168:13, 168:20, 169:5, 170:12, 170:15, 171:2, 171:5, 171:19, 180:16, 183:2, 188:2, 191:1, 192:22, 193:7, 194:21, 194:24, 195:2, 197:12, 199:14, 202:6, 202:19, 203:19, 204:3, 205:2, 205:16, 222:11, 222:13, 226:12, 226:14, 229:10, 233:25, 234:20, 234:23, 236:18, 239:23, 240:7, 240:17, 240:19, 240:22, 241:10
**seeing** [30] - 31:14, 51:24, 68:14, 123:25, 135:17, 139:7, 164:4, 164:5, 166:16, 188:20, 190:16, 194:10, 197:15, 199:6, 200:16, 209:5, 214:11, 217:4, 219:21, 223:16, 224:24, 227:10, 228:12, 229:3, 230:1, 231:6, 232:7, 235:18, 236:10, 239:3
**seek** [3] - 8:22, 212:16, 215:8
**segments** [184] - 33:4, 33:14, 46:3, 49:11, 49:20, 56:5, 56:20, 57:17, 58:5, 59:4, 59:15, 60:12, 62:1, 62:10, 85:14, 86:11, 86:24, 87:18, 88:7, 88:22, 89:25, 90:11, 91:1, 96:17, 97:13, 97:23, 99:7, 99:10, 116:2, 116:17, 123:5, 123:14, 124:5, 124:17, 124:21, 125:10, 126:11, 127:6, 128:13, 128:23, 129:3, 129:13, 129:22, 130:1, 130:15, 130:19, 131:7, 131:19, 133:12, 134:6, 134:20, 135:5, 136:7, 136:16, 137:3, 137:11, 137:21, 138:8, 139:2, 139:20,

140:13, 141:18, 142:11, 142:25, 143:16, 144:5, 144:19, 145:5, 145:9, 145:18, 150:20, 151:1, 152:1, 152:15, 152:25, 153:16, 153:21, 154:1, 154:16, 154:22, 155:7, 155:13, 155:25, 156:18, 157:2, 157:13, 157:23, 158:6, 158:20, 159:9, 159:24, 160:6, 160:14, 160:24, 161:11, 161:16, 161:22, 162:8, 162:15, 162:22, 163:6, 164:12, 164:20, 164:23, 165:4, 165:15, 166:6, 166:9, 167:1, 167:4, 167:12, 168:1, 168:9, 168:17, 168:22, 169:2, 169:11, 169:17, 170:3, 170:20, 188:25, 190:4, 190:21, 191:4, 192:5, 192:16, 193:22, 195:7, 197:20, 198:15, 199:11, 200:5, 201:4, 201:9, 202:2, 202:24, 203:9, 203:13, 203:24, 204:12, 204:19, 204:23, 205:8, 205:13, 205:20, 206:4, 206:11, 220:20, 221:12, 222:3, 222:16, 223:21, 225:7, 225:17, 225:20, 226:8, 227:14, 227:18, 228:17, 229:7, 229:13, 230:5, 230:20, 231:10, 231:16, 232:12, 232:15, 233:14, 233:20, 234:4, 234:11, 235:6, 235:22, 236:14, 236:21, 237:1, 237:21, 238:11, 238:17, 239:10, 239:20, 240:3, 240:13, 241:7
**seizing** [1] - 178:6
**Senate** [6] - 40:20, 41:9, 41:11, 111:13,

111:19, 112:2
**senator** [1] - 41:17
**senators** [4] - 41:12, 71:22, 80:18, 118:8
**send** [2] - 38:2, 215:23
**sender** [16] - 181:20, 181:21, 182:4, 182:13, 182:21, 183:16, 184:2, 184:11, 184:20, 185:1, 185:12, 185:22, 186:6, 186:17, 217:22, 219:7
**sending** [1] - 182:12
**sense** [2] - 75:14, 198:25
**sent** [5] - 182:24, 183:3, 183:10, 184:9, 186:24
**sentence** [7] - 5:20, 5:21, 6:1, 83:21, 83:22, 84:7, 84:14
**sentences** [3] - 30:3, 45:2, 83:7
**separate** [2] - 20:18, 179:21
**Sergeant** [41] - 15:2, 29:2, 32:24, 45:24, 48:14, 49:15, 49:23, 60:15, 62:4, 66:6, 66:9, 66:14, 66:21, 70:23, 84:24, 85:2, 85:19, 86:10, 86:16, 87:3, 88:11, 91:11, 93:16, 94:10, 96:15, 96:21, 101:11, 101:18, 101:21, 102:1, 102:6, 107:22, 109:14, 115:8, 115:16, 115:22, 118:13, 118:18, 172:13, 172:17, 173:2
**sergeant** [12] - 15:15, 16:9, 16:25, 17:5, 17:18, 24:25, 33:18, 48:17, 48:20, 104:8, 172:15, 173:5
**sergeants** [4] - 17:13, 17:20, 22:2, 121:5
**series** [1] - 233:16
**serve** [1] - 9:8
**served** [2] - 6:1, 88:16
**serves** [3] - 39:11, 63:5, 111:11
**Service** [1] - 174:14
**service** [2] - 55:20, 118:20

**servicing** [1] - 9:5
**session** [2] - 111:13, 111:20
**set** [5] - 26:16, 42:16, 43:10, 63:3, 70:21
**sets** [3] - 26:15, 27:2, 135:23
**setup** [1] - 17:14
**seven** [1] - 203:7
**Seventh** [2] - 119:16, 119:24
**several** [8] - 70:14, 113:21, 117:19, 122:5, 140:24, 213:1, 240:22, 240:24
**severe** [1] - 64:17
**SEVERT** [1] - 2:5
**shaggy** [2] - 85:23, 95:13
**shaking** [1] - 60:21
**shared** [2] - 10:20, 10:24
**shield** [116] - 24:8, 24:11, 24:13, 24:14, 24:15, 24:18, 25:4, 25:10, 33:9, 34:7, 34:8, 34:11, 34:19, 34:22, 35:1, 35:4, 35:11, 46:21, 48:8, 48:22, 49:1, 49:2, 49:24, 49:25, 50:5, 52:7, 53:3, 53:7, 53:8, 54:6, 54:7, 54:8, 55:6, 55:8, 55:14, 55:16, 56:2, 56:8, 57:2, 57:20, 58:22, 60:18, 60:19, 60:22, 85:4, 85:9, 85:10, 86:2, 87:11, 87:14, 87:25, 89:16, 91:17, 94:19, 104:15, 105:7, 105:11, 105:20, 106:16, 107:17, 113:4, 116:22, 116:25, 117:4, 117:7, 117:10, 124:16, 124:25, 125:5, 125:6, 125:20, 126:5, 126:20, 127:11, 128:8, 128:19, 130:11, 131:14, 132:4, 140:7, 149:17, 154:19, 155:1, 155:3, 155:5, 155:11, 155:16, 155:18, 155:21, 156:3, 156:6, 156:21, 156:24, 156:25, 157:5, 157:8, 157:10, 157:11, 157:17, 159:13,

159:19, 161:9, 161:20, 162:3, 163:3, 163:13, 165:7, 165:12, 166:22, 170:16, 170:17, 171:2, 172:8
**shield's** [2] - 155:20, 170:22
**shields** [23] - 24:18, 24:21, 25:14, 27:6, 35:3, 43:6, 43:14, 50:4, 53:21, 86:17, 102:22, 103:6, 103:9, 104:1, 107:6, 107:8, 107:10, 107:11, 107:13, 124:14, 125:8, 130:8, 197:11
**shift** [1] - 29:24
**shifts** [1] - 8:19
**shingle** [1] - 10:2
**Shipley** [10] - 4:20, 4:22, 4:24, 6:13, 115:10, 172:3, 230:12, 233:6, 242:12, 244:18
**SHIPLEY** [22] - 2:2, 2:2, 5:19, 6:6, 6:14, 115:11, 172:4, 172:6, 173:1, 194:13, 194:15, 208:17, 230:14, 233:8, 236:18, 236:23, 242:8, 242:10, 243:11, 243:15, 244:19, 245:4
**shirking** [1] - 68:21
**shit** [1] - 28:2
**shocked** [2] - 67:18, 67:22
**shooting** [1] - 68:6
**short** [4] - 79:16, 185:25, 186:25, 221:3
**shortly** [2] - 121:23, 159:5
**shorts** [1] - 120:23
**shot** [3] - 129:16, 142:5, 204:8
**shoulder** [11] - 24:4, 41:3, 44:11, 48:4, 64:21, 100:16, 110:17, 110:24, 117:5, 127:1
**shove** [13] - 128:17, 153:20, 161:4, 163:5, 164:7, 164:8, 166:20, 167:11, 167:15, 167:21, 167:23, 173:8
**shoved** [12] - 27:24, 28:11, 125:20, 127:11, 132:3,

153:12, 154:8, 161:3, 161:19, 163:10, 164:6, 164:15
**shoves** [4] - 153:7, 153:14, 163:4, 170:16
**shoving** [1] - 164:18
**show** [15] - 28:21, 28:23, 29:22, 48:14, 62:14, 90:13, 90:23, 92:8, 158:12, 160:19, 170:18, 191:22, 193:14, 207:17, 240:9
**showed** [4] - 89:13, 90:14, 93:9, 157:9
**showing** [5] - 92:8, 92:25, 107:25, 219:1, 220:3
**shown** [1] - 131:11
**shows** [3] - 93:3, 108:16, 221:22
**shutting** [1] - 163:21
**sic** [3] - 49:16, 111:5, 228:11
**side** [43] - 24:6, 24:7, 26:20, 29:21, 39:5, 39:6, 51:5, 51:14, 55:4, 107:2, 108:10, 108:13, 109:1, 121:12, 121:25, 126:21, 126:24, 128:9, 128:10, 161:9, 163:12, 163:13, 163:14, 166:5, 168:15, 188:3, 188:4, 188:7, 190:9, 190:11, 195:16, 198:8, 198:10, 198:22, 203:3, 223:25, 224:8, 228:23, 237:6, 238:2
**side-by-side** [3] - 228:23, 237:6, 238:2
**sidebar** [1] - 5:2
**sides** [2] - 24:5, 140:11
**sideways** [3] - 53:6, 220:12, 221:5
**sign** [1] - 35:21
**signal** [1] - 36:5
**signals** [4] - 36:4, 37:5, 37:6, 38:2
**signed** [3] - 73:11, 73:13, 215:11
**signs** [2] - 23:14, 80:7
**silent** [1] - 122:14
**similar** [6] - 67:8, 127:25, 132:9, 133:18, 184:4, 242:23
**simple** [1] - 156:9
**simply** [1] - 149:21

**simultaneously** [1] - 34:1
**single** [2] - 31:19, 92:21
**sister** [1] - 7:15
**sit** [1] - 85:17
**situation** [3] - 7:13, 55:13, 70:22
**situations** [2] - 12:23, 36:24
**six** [5] - 11:6, 22:2, 24:19, 87:16, 190:6
**six-foot** [1] - 24:19
**skin** [1] - 52:9
**skip** [3] - 176:4, 237:18, 240:9
**skull** [1] - 54:17
**slamming** [1] - 106:4
**slang** [1] - 13:3
**slanted** [2] - 53:5, 55:4
**slightly** [5] - 51:25, 53:2, 108:23, 108:24, 197:10
**slow** [3] - 60:10, 205:7, 205:11
**small** [3] - 7:14, 138:24, 195:24
**smaller** [4] - 8:15, 177:17, 213:12, 214:19
**smoke** [1] - 38:20
**snippet** [4] - 151:16, 159:5, 159:18, 170:7
**snippets** [1] - 170:13
**so..** [3] - 21:8, 57:12, 95:23
**social** [4] - 20:2, 72:10, 72:15, 73:4
**soda** [1] - 45:19
**solicit** [1] - 210:23
**solid** [1] - 128:4
**solution** [1] - 37:22
**someone** [16] - 82:21, 84:6, 98:8, 116:6, 132:10, 132:19, 136:24, 147:17, 147:22, 147:24, 148:9, 151:12, 167:11, 173:8, 217:23, 240:19
**sometimes** [2] - 23:2, 105:2
**somewhat** [2] - 39:10, 187:7
**somewhere** [3] - 32:9, 108:21, 208:8
**soon** [2] - 27:20, 75:19
**Sorry** [1] - 225:4

**sorry** [46] - 12:10, 12:13, 14:10, 15:13, 16:21, 18:19, 22:24, 23:25, 24:1, 24:7, 27:7, 30:6, 41:6, 57:7, 62:6, 62:19, 64:4, 64:13, 69:12, 75:6, 87:7, 89:23, 94:5, 96:9, 101:22, 102:11, 104:7, 104:9, 106:8, 116:14, 127:14, 128:25, 142:9, 154:9, 154:10, 160:22, 162:14, 164:14, 174:16, 196:4, 201:21, 201:23, 203:12, 204:4, 206:21, 236:18
**sort** [21] - 5:5, 5:14, 7:13, 13:3, 13:6, 13:14, 68:25, 72:20, 79:9, 109:4, 126:25, 130:25, 131:24, 135:23, 148:21, 152:22, 158:2, 163:1, 167:8, 168:4
**sorts** [1] - 140:9
**sounded** [1] - 135:12
**sounds** [1] - 243:17
**source** [2] - 223:2, 244:14
**South** [1] - 177:22
**south** [4] - 39:5, 188:3, 188:7, 203:3
**southwest** [7] - 28:10, 30:17, 35:17, 38:11, 108:16, 108:17, 109:2
**space** [2] - 137:17, 151:8
**span** [1] - 95:19
**sparing** [1] - 5:17
**speaker** [2] - 41:9, 100:23
**speakers** [1] - 45:18
**speaking** [6] - 112:8, 112:11, 125:15, 171:11, 221:1
**Special** [7] - 209:15, 233:24, 234:15, 239:23, 240:16, 242:17, 242:22
**special** [2] - 210:2, 212:8
**specialty** [1] - 8:23
**specific** [10] - 29:14, 29:25, 45:22, 47:15, 70:9, 81:25, 84:18, 132:7, 147:23
**specifically** [6] -

9:14, 24:14, 25:6,
40:11, 82:11, 95:17
**speech** [4] - 22:12,
22:15, 187:5, 221:3
**spell** [4] - 15:12,
119:12, 174:8, 209:22
**spelling** [1] - 15:18
**spend** [2] - 11:12,
12:1
**spent** [1] - 11:7
**spine** [2] - 47:23,
48:6
**split** [4] - 66:2, 75:9,
153:4, 161:19
**split-second** [1] -
66:2
**spot** [4] - 46:15,
62:9, 92:13, 94:12
**spray** [6] - 45:6,
45:7, 53:10, 97:4,
140:10
**sprayed** [4] - 114:1,
165:20, 165:25, 166:2
**sprinklers** [2] - 45:6,
52:8
**squad** [5] - 17:21,
210:5, 210:10, 211:5,
211:8
**squads** [2] - 17:12,
17:16
**St** [4] - 194:19,
194:25, 195:13,
195:21
**staffed** [1] - 17:17
**staffer** [2] - 111:25,
112:6
**staffers** [1] - 80:17
**stage** [14] - 20:9,
26:24, 27:4, 27:18,
27:19, 35:17, 36:5,
38:11, 38:14, 39:4,
45:18, 118:12, 188:9,
189:5
**staged** [1] - 26:13
**staircase** [2] - 38:15,
38:20
**stairs** [4] - 38:25,
189:4, 204:9, 208:7
**stake** [4] - 40:22,
40:25, 41:14, 52:15
**stalemate** [1] -
148:10
**Stamford** [1] - 1:21
**stand** [11] - 42:15,
66:15, 83:20, 101:19,
108:7, 108:9, 118:14,
137:17, 176:19,
242:14, 245:2
**Standard** [2] -
207:14, 207:21

**standby** [1] - 120:24
**standing** [7] - 93:25,
148:15, 158:3,
159:13, 159:18,
165:7, 169:24
**start** [30] - 19:2,
22:22, 23:4, 30:1,
32:21, 63:21, 63:22,
115:16, 115:22,
121:11, 124:3,
126:10, 128:21,
129:11, 129:20,
131:5, 136:15, 137:2,
137:10, 138:6, 142:8,
143:14, 144:3,
144:17, 145:3,
175:15, 181:17,
192:4, 199:21, 213:11
**started** [9] - 10:9,
23:12, 55:3, 56:13,
136:9, 148:2, 148:14,
185:4, 191:13
**starting** [2] - 4:6,
223:10
**starts** [1] - 169:15
**State** [1] - 8:1
**state** [2] - 119:12,
174:8
**statement** [3] - 80:4,
92:18, 96:5
**statements** [1] -
44:19
**states** [1] - 94:16
**STATES** [4] - 1:1,
1:3, 1:11, 1:16
**States** [16] - 2:8, 4:3,
4:8, 15:16, 15:22,
67:24, 69:21, 74:4,
74:6, 79:6, 106:14,
173:24, 174:13,
175:3, 184:8, 246:13
**station** [4] - 69:8,
214:1, 224:10, 224:11
**stationed** [3] -
120:10, 120:12,
120:21
**stay** [7] - 29:14,
43:21, 62:25, 69:22,
78:6, 114:8
**stayed** [4] - 10:11,
35:24, 118:10, 170:2
**Steal** [1] - 19:8
**stenographic** [1] -
246:5
**step** [3] - 118:18,
173:16, 208:22
**stepped** [3] - 113:19,
114:4, 169:23
**stepping** [2] -
169:15, 233:16

**steps** [11] - 26:20,
26:21, 26:22, 29:10,
32:12, 39:5, 39:8,
51:25, 53:2, 175:23,
215:13
**Steve** [2] - 209:16,
216:17
**Steven** [2] - 3:9,
209:23
**STEVEN** [1] - 209:17
**Stevens** [61] - 4:4,
4:16, 4:18, 85:3, 86:1,
87:3, 87:8, 87:24,
88:12, 89:8, 90:4,
90:23, 91:13, 91:18,
91:25, 92:4, 92:16,
93:13, 94:10, 95:13,
96:2, 96:21, 98:4,
98:10, 100:19,
195:18, 197:9,
210:17, 211:19,
211:24, 212:17,
213:24, 213:25,
214:7, 214:24,
217:11, 219:2,
219:12, 221:20,
222:20, 223:7,
224:21, 226:12,
226:14, 229:11,
230:9, 231:14, 232:4,
232:25, 233:24,
234:7, 238:15,
239:15, 239:23,
239:24, 240:16,
240:21, 240:23,
241:16
**STEVENS** [2] - 1:6,
1:23
**Stevens's** [13] -
85:23, 86:3, 86:18,
91:14, 92:13, 213:1,
216:23, 217:18,
218:16, 219:9, 220:7,
223:10, 240:9
**still** [28] - 15:22,
15:25, 16:22, 17:7,
29:13, 42:4, 47:22,
48:7, 49:9, 50:5, 61:5,
83:13, 95:2, 95:8,
102:2, 142:5, 151:4,
154:14, 160:2, 165:7,
165:10, 165:12,
167:18, 197:6, 197:9,
219:8, 219:10, 219:11
**stipulate** [3] - 133:3,
230:12, 230:14
**stipulated** [1] - 220:2
**stipulating** [1] -
176:1
**stipulations** [1] -

242:19
**stole** [2] - 89:3,
89:15
**stolen** [6] - 54:7,
58:10, 85:10, 88:13,
89:9, 92:5
**stomach** [2] - 54:1,
57:5
**Stop** [1] - 19:8
**stop** [61] - 15:17,
19:8, 33:16, 46:6,
51:2, 52:14, 53:19,
57:1, 74:2, 116:4,
118:13, 123:7,
123:16, 124:7,
125:12, 126:10,
126:13, 131:9,
131:21, 134:22,
136:9, 136:18, 137:5,
137:13, 137:23,
138:10, 139:4,
139:22, 140:15,
141:20, 142:13,
143:2, 143:18, 144:7,
144:21, 145:7,
145:20, 152:3, 190:6,
190:23, 191:6, 192:8,
193:24, 195:9, 201:6,
201:11, 202:4,
203:15, 204:14,
204:21, 206:6,
206:13, 220:22,
221:14, 226:10,
230:10, 234:13,
239:24, 239:25,
241:9, 241:23
**stopped** [14] - 124:9,
129:6, 129:16, 130:4,
135:9, 140:17,
142:15, 143:4,
143:20, 144:9,
190:25, 192:20,
201:14, 203:20
**stopping** [2] - 205:4,
225:23
**stops** [1] - 141:10
**stormed** [1] - 183:19
**storming** [1] -
138:20
**straight** [8] - 16:18,
28:6, 53:15, 56:14,
126:21, 128:8,
164:10, 199:22
**straight-on** [1] -
128:8
**strange** [1] - 74:17
**straps** [1] - 24:5
**strategy** [1] - 36:16
**strayed** [1] - 79:9
**Street** [5] - 1:17,

1:20, 1:24, 2:5,
177:22
**street** [2] - 173:7,
173:8
**streets** [1] - 120:15
**Strickland** [2] -
219:15, 219:16
**strike** [31] - 34:16,
56:25, 57:4, 58:19,
58:20, 58:21, 85:5,
87:11, 87:12, 87:24,
104:4, 128:8, 132:11,
132:13, 148:9, 154:9,
154:20, 156:3, 156:7,
156:22, 156:25,
157:8, 162:2, 162:3,
170:6, 170:8, 170:9,
170:10
**strikes** [3] - 147:9,
147:15, 161:9
**striking** [4] - 30:2,
58:15, 93:1, 147:11
**strong** [1] - 24:6
**struck** [21] - 10:3,
94:18, 125:21,
127:11, 131:15,
134:3, 156:11,
156:13, 156:14,
156:24, 156:25,
160:10, 160:20,
161:3, 161:4, 161:25,
162:25, 164:5,
170:16, 170:17,
171:20
**structure** [3] - 17:10,
108:5, 188:9
**structure's** [1] - 35:7
**struggle** [2] - 65:16,
95:8
**struggling** [2] -
55:15, 56:13
**stuck** [2] - 159:1,
171:8
**student** [1] - 16:14
**stuff** [8] - 19:12,
20:2, 20:13, 27:21,
28:6, 28:11, 37:11,
140:10
**style** [4] - 43:2,
77:17, 128:2, 128:3
**subcomponent** [1] -
141:8
**subcomponents** [1]
- 141:4
**subject** [3] - 5:21,
175:10, 240:21
**subjects** [1] - 222:13
**subjects'** [1] - 211:9
**subsequent** [4] - 8:3,
185:1, 185:19, 186:4

**substance** [1] - 101:12

**substantially** [4] - 177:7, 178:2, 214:6, 215:2

**successfully** [1] - 5:12

**sue** [1] - 82:14

**suffering** [1] - 70:16

**suggest** [1] - 244:6

**suggesting** [1] - 5:6

**suit** [5] - 38:5, 81:9, 81:13, 82:8, 82:20

**Suite** [2] - 1:21, 1:25

**suits** [1] - 81:19

**sum** [2] - 30:3, 31:3

**summary** [1] - 216:9

**summer** [3] - 9:3, 17:9, 37:12

**supervisor** [2] - 68:9, 211:7

**supply** [1] - 16:14

**supporting** [1] - 121:11

**supposed** [1] - 47:18

**supposedly** [1] - 19:8

**surface** [1] - 91:22

**surgery** [1] - 110:17

**surprise** [4] - 113:17, 114:13, 114:16, 114:22

**surprised** [1] - 186:10

**surrender** [1] - 138:3

**surrounded** [2] - 36:14, 39:18

**surrounding** [1] - 188:16, 197:6, 197:9

**surveillance** [1] - 141:23

**surviving** [2] - 52:18, 95:4

**suspended** [1] - 5:21

**sustain** [1] - 36:11

**sustained** [7] - 64:19, 64:21, 70:17, 82:10, 83:12, 156:16, 171:23

**sustaining** [3] - 58:2, 78:17, 133:22

**swaying** [1] - 191:13

**sweat** [1] - 53:11

**sweatshirt** [5] - 148:22, 149:4, 202:10, 214:5

**swing** [1] - 157:21

**swinging** [1] - 157:20

**switch** [1] - 84:17

**SWORN** [5] - 6:24, 15:3, 119:7, 174:3, 209:17

**swung** [4] - 90:5, 153:24, 156:5, 156:8

**system** [1] - 82:13

## T

**T-U-R-T-L-E-S** [1] - 24:1

**tackled** [3] - 27:25, 32:14, 109:11

**tactically** [2] - 45:12, 103:13

**tactics** [3] - 30:24, 43:15, 103:15

**tagged** [1] - 216:14

**tan** [4] - 213:5, 213:22, 234:22, 240:19

**target** [3] - 47:22, 47:24, 48:2

**targeted** [1] - 42:1

**targeting** [2] - 47:19, 47:21

**task** [3] - 17:2, 174:22, 212:5

**taught** [3] - 47:8, 47:24, 48:2

**team** [1] - 132:25

**tear** [1] - 64:21

**teargas** [1] - 38:22

**tech** [1] - 16:14

**technical** [1] - 154:12

**Telemundo** [1] - 69:10

**temporarily** [1] - 31:17

**temporary** [1] - 31:15

**tempore** [1] - 41:9

**ten** [12] - 10:18, 23:22, 28:23, 51:13, 64:25, 66:8, 131:18, 173:18, 192:8, 192:15, 204:10, 226:7

**ten-minute** [2] - 66:8, 173:18

**tendency** [1] - 9:24

**term** [4] - 64:22, 64:23, 154:11, 154:12

**terms** [5] - 5:16, 9:5, 11:9, 17:13, 103:12

**terrace** [10] - 29:4, 29:5, 29:11, 40:9, 109:5, 191:12, 191:22, 202:15,

208:2, 222:10

**terribly** [1] - 41:18

**test** [1] - 65:10

**testified** [28] - 44:16, 49:25, 61:19, 67:5, 67:11, 67:14, 70:8, 73:16, 76:21, 88:11, 92:3, 92:16, 93:24, 94:8, 97:21, 98:2, 100:11, 100:15, 100:20, 103:8, 107:24, 109:7, 109:15, 112:7, 117:19, 147:8, 148:18, 172:17

**testify** [3] - 94:7, 148:17, 172:7

**testifying** [11] - 79:22, 85:3, 92:11, 93:19, 94:2, 117:23, 117:25, 118:2, 118:3, 172:21, 172:22

**testimony** [17] - 14:16, 66:10, 72:9, 99:15, 101:12, 118:19, 122:19, 141:23, 147:8, 147:10, 147:14, 171:8, 173:2, 173:14, 242:1, 242:23, 243:16

**text** [20] - 77:3, 77:5, 180:7, 180:16, 180:22, 181:4, 181:7, 181:12, 181:22, 182:6, 183:18, 184:13, 184:22, 185:3, 185:14, 185:24, 186:8, 186:19, 207:4

**texting** [1] - 79:3

**texts** [1] - 180:10

**THE** [240] - 1:1, 1:11, 1:14, 1:16, 1:19, 1:23, 1:23, 2:2, 3:4, 4:1, 4:2, 4:10, 4:13, 4:17, 4:21, 5:3, 5:8, 5:10, 6:4, 6:10, 6:13, 6:19, 6:22, 6:25, 13:19, 14:13, 14:16, 14:18, 14:19, 15:1, 15:2, 15:4, 15:5, 15:7, 18:19, 18:21, 18:22, 18:23, 22:24, 23:1, 24:23, 27:7, 27:9, 30:8, 30:11, 30:14, 33:6, 37:7, 37:9, 37:24, 46:5, 47:10, 52:4, 56:1, 56:7, 57:19, 64:4, 64:7, 66:7, 66:8, 66:11,

66:14, 66:16, 66:17, 71:1, 71:2, 76:8, 76:11, 79:9, 79:20, 80:19, 80:23, 82:4, 82:5, 87:7, 87:10, 88:21, 89:22, 89:23, 90:13, 91:4, 94:3, 94:6, 99:2, 99:4, 99:9, 99:12, 99:20, 101:9, 101:15, 101:18, 101:21, 101:22, 102:1, 102:3, 104:7, 104:10, 114:20, 114:22, 115:7, 115:9, 115:12, 116:14, 116:19, 118:18, 118:22, 118:23, 119:2, 119:3, 119:8, 123:25, 127:14, 127:18, 133:4, 135:7, 135:17, 141:13, 146:16, 146:24, 147:3, 154:11, 154:12, 156:16, 158:14, 163:8, 163:25, 164:14, 164:25, 170:22, 171:7, 171:11, 171:15, 171:23, 172:1, 172:3, 172:22, 173:11, 173:13, 173:15, 173:16, 173:18, 173:21, 174:4, 174:5, 175:24, 176:17, 177:13, 178:10, 179:11, 188:20, 190:16, 192:7, 193:3, 193:6, 193:11, 193:16, 193:19, 193:25, 194:5, 194:7, 194:10, 196:5, 197:15, 198:17, 199:6, 200:16, 201:21, 201:24, 202:21, 204:1, 204:3, 204:4, 204:7, 204:15, 205:15, 206:6, 206:20, 206:22, 207:13, 207:24, 208:3, 208:4, 208:6, 208:11, 208:13, 208:14, 208:18, 208:20, 208:21, 208:22, 208:24, 209:5, 209:9, 209:12, 213:8, 214:11, 217:4, 218:19, 220:1, 223:16, 224:24, 225:4, 226:18, 226:19, 227:10,

228:12, 229:3, 230:1, 230:10, 230:17, 231:6, 232:7, 233:3, 233:6, 233:9, 235:4, 235:18, 236:10, 236:20, 237:15, 237:19, 238:7, 239:3, 240:10, 241:10, 241:22, 242:11, 242:14, 242:21, 242:25, 243:8, 243:14, 243:17, 244:6, 244:10, 244:13, 244:18, 244:21, 244:23, 244:25

**themselves** [5] - 25:20, 27:23, 61:11, 71:22, 82:16

**then-President** [1] - 187:5

**therefore** [3] - 37:20, 113:9, 198:25

**therein** [1] - 178:16

**Thereupon** [7] - 6:20, 14:24, 66:12, 101:16, 119:5, 173:19, 174:1

**thigh** [4] - 22:19, 22:25, 23:1, 23:17

**thighs** [2] - 23:23, 48:4

**third** [4] - 67:6, 107:6, 107:10, 179:2

**thoroughly** [1] - 213:18

**thousand** [1] - 70:16

**thousands** [1] - 36:15

**threat** [3] - 22:10, 36:21, 41:19

**threats** [4] - 19:24, 21:2, 22:5, 55:10

**three** [20] - 11:12, 23:8, 24:17, 27:5, 30:3, 30:18, 35:25, 36:6, 39:25, 41:15, 43:22, 102:21, 109:10, 129:12, 145:8, 186:12, 199:20, 218:10, 221:16, 241:1

**threw** [1] - 93:4

**throat** [1] - 23:24

**throughout** [5] - 19:11, 20:17, 68:14, 110:5, 133:25

**throwing** [4] - 31:12, 31:21, 97:5, 103:15

**thrown** [3] - 27:24,

38:21, 45:7
**thumb** [1] - 64:18
**ticket** [1] - 111:23
**tickets** [1] - 111:24
**tie** [1] - 22:25
**tied** [1] - 65:18
**tier** [1] - 29:10
**tight** [1] - 151:7
**timeline** [4] - 51:22, 95:6, 95:8, 222:20
**timestamp** [52] - 49:8, 49:17, 56:18, 56:24, 57:13, 57:23, 58:4, 59:2, 59:14, 60:9, 61:23, 134:14, 142:1, 145:2, 180:18, 180:19, 181:9, 181:14, 181:24, 182:9, 183:9, 183:20, 184:15, 185:17, 186:1, 186:11, 186:21, 186:25, 188:11, 189:24, 196:9, 197:23, 200:23, 201:14, 202:17, 205:11, 225:11, 225:23, 226:6, 226:23, 229:22, 232:1, 233:11, 233:17, 234:25, 235:11, 236:6, 237:12, 239:7, 239:18, 240:11, 241:13
**timing** [1] - 73:12
**title** [1] - 210:1
**today** [15] - 5:23, 5:25, 14:17, 67:8, 70:24, 74:3, 117:23, 117:25, 118:2, 118:14, 118:15, 173:14, 178:6, 219:4, 240:8
**toe** [1] - 136:12
**together** [5] - 10:5, 10:19, 64:25, 102:16, 235:12
**Tokager** [5] - 212:7, 212:13, 212:23, 215:8, 215:13
**tomorrow** [9] - 181:7, 242:2, 242:11, 243:1, 243:7, 243:9, 243:16, 243:19, 245:1
**tonight** [1] - 219:18
**Tony** [1] - 219:15
**took** [12] - 10:2, 12:15, 27:4, 43:3, 65:9, 86:13, 97:17, 108:4, 108:5, 109:11,

114:6, 184:14
**tool** [1] - 132:8
**top** [18] - 18:5, 24:3, 27:9, 27:18, 38:25, 39:1, 97:18, 109:10, 179:2, 180:17, 186:15, 188:13, 189:5, 189:15, 200:2, 200:8, 216:9, 226:19
**topics** [2] - 72:16, 72:17
**torso** [2] - 155:20, 166:22
**total** [3] - 16:17, 27:3, 64:24
**totally** [2] - 72:8
**touching** [3] - 155:20, 155:21, 163:19
**tour** [3] - 61:8, 69:18, 84:4
**tourists** [1] - 112:1
**toward** [2] - 13:13, 39:3
**towards** [15] - 58:18, 59:23, 90:5, 126:5, 126:20, 128:19, 156:5, 156:8, 157:20, 157:21, 162:3, 163:4, 163:16, 170:22, 191:12
**tower** [3] - 108:23, 108:24, 188:10
**town** [4] - 6:16, 7:14, 7:15, 7:16
**train** [1] - 104:23
**trained** [19] - 25:21, 103:6, 103:11, 103:18, 103:22, 103:23, 104:15, 104:18, 104:20, 105:1, 105:11, 105:12, 106:16, 106:17, 106:18, 132:5, 132:7, 132:10, 215:16
**training** [16] - 7:24, 20:14, 21:7, 36:20, 46:25, 47:6, 47:8, 47:15, 57:6, 57:8, 67:15, 102:13, 103:14, 106:15, 132:5, 132:18
**trait** [1] - 13:1
**traits** [1] - 11:18
**transcript** [2] - 246:5, 246:6
**TRANSCRIPT** [1] - 1:10
**transfer** [4] - 17:3,

19:9, 41:5, 41:6
**trauma** [4] - 8:8, 64:24, 71:19, 95:7
**traumatic** [4] - 73:22, 75:13, 92:19, 95:4
**travel** [1] - 219:3
**treacherous** [1] - 41:13
**treated** [2] - 73:18, 95:7
**treatment** [1] - 95:8
**trench** [3] - 30:19, 42:22, 76:16
**TREVOR** [1] - 1:11
**trial** [7] - 22:14, 80:25, 191:23, 241:1, 242:3, 244:8, 245:1
**TRIAL** [1] - 1:10
**trials** [2] - 244:5, 244:11
**trick** [1] - 20:19
**tried** [11] - 33:11, 39:22, 51:6, 53:24, 55:14, 56:25, 64:2, 109:10, 113:20, 114:2, 155:5
**tripping** [1] - 35:20
**trips** [2] - 10:19, 13:6
**TRISTAN** [1] - 1:6
**Tristan** [14] - 4:4, 4:16, 66:23, 95:13, 210:17, 211:18, 219:2, 224:21, 229:11, 230:9, 231:14, 232:4, 232:25, 239:15
**Troy** [1] - 2:6
**true** [6] - 77:6, 81:7, 81:8, 216:21, 246:4, 246:5
**truly** [3] - 67:23, 68:23, 76:2
**Trump** [4] - 41:2, 187:5, 221:3, 234:21
**Trump's** [2] - 22:15, 110:14
**trust** [1] - 12:2
**truth** [2] - 67:17, 118:15
**try** [19] - 18:23, 19:19, 20:18, 28:17, 36:21, 39:2, 54:25, 55:10, 58:1, 79:16, 92:10, 114:11, 126:10, 150:11, 152:8, 154:20, 155:3, 161:14, 166:17
**trying** [63] - 10:10, 19:8, 29:8, 29:16, 35:23, 38:18, 39:4,

39:12, 45:14, 45:16, 46:17, 46:22, 53:14, 54:20, 54:21, 56:8, 56:14, 58:16, 58:17, 58:18, 58:20, 60:7, 63:21, 65:17, 65:18, 68:20, 68:23, 69:5, 69:14, 69:17, 70:18, 70:20, 71:4, 71:9, 71:10, 79:3, 80:9, 82:19, 88:1, 88:12, 89:16, 93:1, 93:5, 100:8, 102:14, 110:6, 113:22, 114:4, 129:9, 132:1, 132:2, 138:16, 140:20, 147:19, 148:1, 148:8, 150:12, 153:9, 157:17, 157:20, 158:3, 162:18, 169:14
**Tuesday** [2] - 243:13, 243:14
**tunnel** [35] - 32:19, 40:10, 42:3, 42:6, 44:7, 45:3, 45:23, 51:12, 62:25, 63:8, 76:16, 78:15, 85:4, 98:12, 100:1, 100:13, 105:19, 106:24, 109:5, 122:22, 131:1, 134:9, 135:22, 136:2, 141:24, 148:1, 148:12, 158:24, 166:1, 166:3, 191:22, 198:6, 202:15, 208:1, 222:10
**turn** [7] - 48:15, 55:8, 56:15, 96:11, 99:17, 115:23, 134:25
**turned** [9] - 34:19, 35:9, 77:8, 98:22, 122:23, 126:19, 126:21, 126:24, 220:14
**turtle** [2] - 23:24, 24:3
**TV** [2] - 108:7, 108:9
**twenty** [1] - 9:12
**twenty-one** [1] - 9:12
**twice** [1] - 155:3
**Twitter** [2] - 72:11, 81:5
**two** [66] - 7:14, 7:17, 16:7, 22:1, 23:8, 26:15, 26:21, 27:1, 27:4, 27:5, 30:3, 32:24, 33:12, 35:24, 36:5, 38:6, 38:16, 39:9, 43:22, 43:25, 53:20, 62:17, 67:7,

70:11, 79:23, 81:21, 83:14, 86:17, 99:6, 103:14, 109:10, 110:22, 122:16, 122:17, 125:8, 127:4, 127:9, 128:11, 128:22, 132:2, 135:23, 149:9, 149:22, 149:23, 154:21, 159:6, 161:10, 167:10, 167:18, 169:20, 172:18, 176:11, 176:13, 181:1, 182:2, 183:23, 184:17, 185:18, 186:23, 194:22, 195:20, 213:3, 213:4, 224:17, 242:23
**two-minute** [2] - 32:24, 122:17
**two-minute-and-15 -minute** [1] - 49:16
**two-minute-and-15 -second** [1] - 50:20
**type** [4] - 37:12, 76:16, 120:20, 130:9
**types** [2] - 24:18, 102:21

## U

**U.S** [5] - 109:20, 141:24, 187:18, 203:4, 223:6
**ultimately** [4] - 7:25, 121:8, 122:25, 176:5
**unclick** [1] - 152:9
**under** [10] - 41:7, 65:7, 67:5, 67:12, 83:23, 84:8, 102:2, 121:16, 204:8, 218:12
**undergoing** [1] - 5:5
**undergraduate** [1] - 7:18
**underground** [1] - 27:8
**underinsured** [1] - 9:7
**underline** [1] - 205:18
**underlying** [1] - 179:17
**underneath** [1] - 215:19
**understood** [7] - 37:24, 41:25, 66:11, 70:5, 76:2, 82:2, 100:9

**unenhanced** [2] - 224:4, 224:14
**unfair** [1] - 74:15
**unfamiliar** [1] - 219:1
**unfortunately** [1] - 74:5
**uniform** [8] - 23:20, 26:15, 31:6, 54:23, 65:15, 77:22, 77:24, 88:21
**uniforms** [1] - 31:10
**unison** [3] - 45:13, 126:1, 191:14
**unit** [5] - 65:5, 102:16, 120:3, 120:5, 121:8
**United** [15] - 4:3, 4:8, 15:16, 15:22, 67:24, 69:21, 74:4, 74:6, 79:6, 106:13, 173:24, 174:13, 175:3, 184:8, 246:13
**united** [1] - 2:8
**UNITED** [4] - 1:1, 1:3, 1:11, 1:16
**units** [3] - 120:18, 121:7, 146:1
**University** [1] - 8:1
**Univision** [1] - 69:9
**unjustifiably** [1] - 37:13
**unjustified** [1] - 147:11
**unknown** [1] - 219:17
**unless** [4] - 90:18, 110:1, 132:19, 243:9
**unmodified** [2] - 228:1, 228:5
**unpack** [1] - 49:18
**unprecedented** [1] - 147:6
**unresponsive** [1] - 63:14
**unruly** [2] - 18:9, 18:16
**unsealed** [1] - 215:5
**unusual** [6] - 21:20, 109:20, 109:23, 110:3, 110:4, 110:6
**up** [142] - 7:1, 7:13, 7:14, 10:23, 20:14, 22:17, 25:18, 26:20, 26:21, 28:11, 28:22, 28:23, 28:24, 30:3, 31:3, 31:25, 32:20, 35:23, 36:5, 36:6, 37:2, 38:3, 38:19, 38:21, 38:23, 38:24, 39:5, 39:13, 39:16,

45:23, 46:19, 48:13, 49:10, 50:12, 52:3, 53:23, 55:16, 55:23, 56:14, 57:2, 57:21, 59:10, 61:22, 69:23, 70:21, 72:11, 84:22, 86:17, 87:16, 88:3, 99:2, 99:4, 104:1, 105:20, 107:19, 115:3, 115:23, 121:6, 121:18, 121:21, 121:23, 123:3, 125:22, 127:23, 130:13, 132:22, 133:20, 134:5, 137:18, 139:11, 139:16, 140:1, 141:16, 142:1, 143:10, 147:5, 149:16, 149:21, 150:10, 151:9, 151:15, 151:19, 155:17, 157:5, 157:10, 157:11, 159:13, 159:16, 159:19, 163:14, 165:7, 165:12, 165:19, 166:12, 171:2, 178:24, 179:1, 179:4, 180:16, 180:18, 181:1, 182:18, 183:23, 185:19, 186:3, 186:13, 187:14, 187:24, 189:6, 189:17, 191:15, 194:21, 195:25, 196:12, 198:1, 199:17, 199:22, 200:3, 201:8, 202:22, 204:7, 207:6, 207:7, 207:9, 213:19, 216:8, 219:1, 219:16, 220:9, 223:12, 223:20, 224:17, 224:18, 225:15, 228:4, 228:20, 240:20
**upload** [1] - 179:13
**upper** [4] - 38:3, 129:7, 142:1, 189:25
**Urso** [8] - 4:11, 4:13, 101:23, 146:16, 171:7, 176:1, 206:20, 244:23
**URSO** [90] - 1:19, 1:20, 4:11, 101:25, 102:5, 104:9, 104:14, 107:19, 107:21, 115:1, 115:8, 133:3, 146:17, 146:19, 146:23, 146:25,

147:4, 150:22, 151:3, 151:25, 152:3, 152:4, 152:17, 153:2, 153:18, 153:23, 154:3, 154:13, 154:18, 154:24, 155:9, 155:15, 156:2, 156:17, 156:20, 157:4, 157:15, 158:1, 158:8, 158:16, 158:22, 159:11, 160:1, 160:8, 160:16, 161:1, 161:13, 161:18, 161:24, 162:10, 162:17, 162:24, 163:9, 164:1, 164:17, 164:22, 165:2, 165:6, 165:17, 166:8, 166:11, 167:3, 167:6, 167:14, 168:3, 168:8, 168:11, 168:19, 168:24, 169:4, 169:13, 169:19, 170:5, 170:24, 171:10, 171:13, 171:16, 171:18, 171:24, 176:2, 204:18, 206:21, 206:24, 207:1, 207:7, 207:9, 207:15, 207:23, 243:7, 244:24
**USCP** [1] - 189:21
**use-of-force** [1] - 147:9
**UTC** [5] - 207:5, 207:13, 207:17, 207:19, 207:20

---

**V**

**VA** [2] - 8:17, 8:18
**vaguely** [1] - 125:4
**Valley** [4] - 8:5, 8:7, 8:10, 8:21
**vantage** [4] - 108:4, 133:20, 195:14, 224:12
**variety** [1] - 11:11
**various** [3] - 12:23, 13:9, 50:4
**vein** [1] - 193:20
**verbally** [1] - 10:14
**verbatim** [1] - 95:21
**version** [1] - 23:21, 147:1, 224:4, 228:5, 228:8, 229:20, 231:1, 231:23, 232:21, 236:3, 238:23
**versus** [2] - 4:3, 74:4

**vetted** [1] - 69:21
**vice** [3] - 41:8, 41:10, 41:20
**victim** [1] - 44:19
**video** [98] - 28:12, 30:12, 33:13, 40:3, 49:9, 51:3, 51:24, 54:21, 58:18, 90:13, 92:6, 92:7, 93:3, 93:8, 93:12, 94:15, 94:16, 96:12, 98:18, 98:25, 99:18, 122:16, 122:18, 124:3, 124:9, 124:11, 126:4, 130:4, 136:9, 136:18, 137:5, 137:13, 137:19, 137:23, 138:6, 138:10, 139:4, 139:7, 140:15, 140:17, 141:24, 142:13, 143:2, 143:14, 143:18, 144:3, 144:7, 144:9, 144:17, 144:21, 144:24, 145:4, 145:7, 145:17, 149:2, 164:18, 165:23, 190:6, 191:6, 192:8, 192:11, 194:4, 194:22, 194:24, 195:9, 195:15, 195:20, 196:20, 198:18, 198:25, 199:1, 199:22, 203:11, 204:7, 210:22, 220:13, 220:16, 221:9, 221:16, 221:20, 221:22, 221:24, 222:2, 222:8, 224:14, 226:2, 228:6, 228:8, 234:9, 234:15, 234:23, 237:7, 238:2, 239:19, 240:2, 240:5
**videos** [19] - 84:19, 92:24, 130:22, 130:24, 171:19, 191:19, 191:22, 191:25, 193:4, 194:18, 195:19, 196:16, 220:6, 223:2, 223:4, 223:7, 228:1, 228:3, 241:15
**view** [16] - 9:24, 133:19, 189:21, 197:10, 206:16, 208:9, 220:13, 221:5, 221:17, 224:16, 226:25, 228:21, 229:18, 231:21, 235:9, 238:20

**viewed** [9] - 135:23, 227:4, 228:1, 230:24, 232:19, 235:25, 237:4, 237:25, 240:22
**viewing** [2] - 190:9, 196:20
**violated** [1] - 148:13
**violating** [2] - 147:25, 148:3
**violence** [6] - 19:24, 20:23, 36:24, 36:25, 63:18, 146:9
**violent** [4] - 13:13, 20:15, 174:22, 211:7
**Virginia** [1] - 219:16
**Visitor** [6] - 20:10, 26:13, 26:20, 27:3, 27:10, 118:11
**vocal** [1] - 73:15
**voice** [11] - 69:17, 69:20, 70:3, 71:17, 71:25, 72:13, 135:10, 136:21, 138:2, 138:12, 139:24
**volunteered** [1] - 9:7
**volunteers** [1] - 211:9
**vs** [1] - 1:5
**vulnerable** [1] - 30:1

---

**W**

**W-E-A-T-H-E-R-H-E -A-D** [1] - 209:23
**waist** [1] - 22:20
**wait** [2] - 96:9, 214:18
**waited** [1] - 63:17
**waiting** [1] - 40:5
**walk** [3] - 27:20, 28:1, 100:1
**walked** [2] - 42:3, 211:10
**wall** [9] - 46:19, 46:22, 48:23, 48:25, 54:5, 55:21, 59:9, 59:21, 59:22
**walls** [1] - 39:7
**warrant** [10] - 178:17, 178:21, 179:18, 179:21, 212:16, 212:19, 215:8, 215:11, 215:14, 215:15
**washer** [1] - 16:14
**Washington** [11] - 1:6, 1:18, 2:10, 14:1, 183:7, 210:4, 210:7, 211:22, 211:24,

220:17, 246:14
**watch** [19] - 32:24, 45:24, 49:17, 79:2, 86:10, 88:18, 90:20, 97:22, 99:12, 136:5, 141:23, 145:16, 165:22, 166:4, 187:17, 192:2, 203:18, 203:21, 220:16
**watched** [14] - 62:5, 62:16, 84:19, 91:24, 98:20, 99:24, 126:6, 128:1, 130:10, 130:22, 131:12, 224:4, 240:18, 241:1
**watching** [10] - 10:12, 22:11, 50:21, 62:22, 79:5, 88:13, 93:12, 98:7, 134:11, 159:5
**water** [3] - 113:4, 113:5, 114:7
**Water** [1] - 2:5
**wave** [2] - 145:22, 240:20
**ways** [1] - 104:23
**WD-40** [1] - 45:7
**weapon** [7] - 21:6, 25:19, 34:14, 104:12, 171:20
**weapons** [2] - 36:16, 45:8
**wear** [1] - 26:1
**wearing** [9] - 23:16, 23:18, 77:24, 120:20, 120:22, 122:2, 130:25, 202:9, 214:3
**WEATHERHEAD** [1] - 209:17
**Weatherhead** [6] - 3:9, 209:16, 209:23, 216:17, 241:25, 242:6
**website** [1] - 210:23
**week** [3] - 10:6, 28:13, 79:23
**weeks** [2] - 103:14, 110:22
**weight** [5] - 59:22, 59:25, 60:3, 117:7, 172:19
**welcome** [1] - 66:7
**west** [26] - 23:10, 26:9, 27:14, 29:4, 29:5, 29:11, 30:4, 40:9, 108:10, 109:4, 121:12, 121:15, 121:25, 188:4, 188:7, 191:12, 191:22, 202:15, 203:3, 208:2,

208:12, 221:10, 221:20, 222:10, 224:13
**West** [1] - 1:24
**wet** [1] - 91:22
**whack** [2] - 29:18, 154:11
**whack-a-mole** [1] - 29:18
**whacked** [2] - 154:7, 154:9
**whacking** [1] - 148:2
**whackings** [1] - 171:12
**whichever** [1] - 24:7
**white** [2] - 195:25, 234:22
**whole** [16] - 10:12, 23:11, 23:20, 23:21, 29:14, 35:13, 50:6, 71:23, 75:13, 78:16, 100:4, 108:1, 110:5, 110:18, 118:10, 210:11
**wife** [1] - 51:4
**WILLIAM** [2] - 2:2, 2:2
**willing** [3] - 52:16, 60:10, 216:9
**wise** [1] - 61:1
**witness** [19] - 6:16, 6:20, 14:24, 24:22, 76:3, 101:24, 118:24, 142:19, 143:23, 172:2, 173:22, 174:1, 176:16, 176:19, 189:3, 206:23, 208:25, 213:7, 242:16
**Witness** [10] - 34:6, 119:4, 173:17, 176:22, 177:1, 208:23, 213:20, 226:15, 234:1, 242:13
**WITNESS** [67] - 6:24, 14:18, 15:1, 15:3, 15:4, 15:7, 18:21, 18:23, 23:1, 27:9, 30:11, 33:6, 37:9, 46:5, 52:4, 56:1, 56:7, 57:19, 64:7, 66:7, 66:11, 66:16, 71:2, 76:11, 79:20, 80:23, 82:5, 87:10, 88:21, 89:22, 90:13, 91:4, 99:9, 99:12, 101:15, 101:21, 102:3, 104:10, 114:22, 118:22, 119:2, 119:7, 135:7, 154:12, 163:8, 164:14, 164:25,

170:22, 173:15, 174:3, 174:4, 192:7, 198:17, 204:1, 204:4, 204:7, 204:15, 205:15, 206:6, 207:13, 208:3, 208:6, 208:13, 208:21, 209:17, 226:19, 241:10
**witnessed** [2] - 114:23, 149:25
**WITNESSES** [1] - 3:4
**witnesses** [1] - 243:10
**witnessing** [1] - 123:21
**Woerner** [6] - 217:23, 218:6, 218:9, 218:23, 219:8, 219:11
**woman** [4] - 52:19, 52:20, 64:1, 115:3
**wood** [1] - 34:15
**wooden** [4] - 125:21, 127:24, 128:4, 129:19
**word** [2] - 101:5, 218:12
**words** [1] - 43:18
**works** [1] - 212:10
**worn** [23] - 26:1, 26:3, 26:5, 122:2, 122:12, 122:20, 122:23, 122:25, 123:18, 125:17, 126:23, 131:13, 134:19, 134:24, 135:7, 139:11, 153:7, 153:9, 158:12, 200:23, 222:25, 224:3
**worry** [2] - 43:15, 65:19
**worse** [1] - 34:23
**worth** [2] - 243:4, 243:5
**wrap** [2] - 99:2, 99:4
**Wright** [1] - 8:1
**write** [1] - 73:7
**writing** [6] - 19:19, 73:4, 74:9, 76:4, 76:5, 117:21
**written** [1] - 70:14
**wrote** [1] - 95:22

# X

**x-ray** [2] - 27:1, 43:11

# Y

**yanked** [2] - 90:20, 91:14
**year** [2] - 16:7, 16:24
**years** [24] - 7:17, 8:16, 9:12, 10:17, 10:18, 10:22, 11:6, 16:17, 18:2, 18:11, 18:15, 20:20, 40:21, 67:25, 83:14, 102:8, 102:10, 102:19, 108:11, 109:15, 119:23, 175:5, 210:9, 210:15
**years-plus** [1] - 40:21
**yelling** [3] - 27:21, 45:5, 50:24
**yellow** [2] - 77:23, 197:3
**yes-or-no** [1] - 114:21
**yesterday** [2] - 5:3, 132:24
**York** [1] - 177:23
**yourself** [17] - 33:1, 33:18, 34:4, 38:25, 45:25, 48:17, 48:21, 55:18, 62:8, 62:20, 103:15, 117:11, 130:24, 131:3, 131:23, 151:22
**yourselves** [2] - 4:6, 243:4
**Yvonne** [2] - 194:19, 194:25

# Z

**zero** [2] - 67:13, 67:21