UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00040-TNM |
| | ) | |
| PATRICK MCCAUGHEY, III, et. al., | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT DAVID MEHAFFIE'S EMERGENCY MOTION TO MODIFY THE CONDITIONS OF HIS SUPERVISED RELEASE TO ALLOW OUT-OF-DISTRICT TRAVEL FOR MEDICAL PURPOSES**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES, Defendant David Mehaffie, by and through his undersigned counsel or record, William L. Shipley, and on an **EMERGENCY BASIS** request that this Honorable Court modify the terms and conditions of supervised release imposed by this Court and allow for travel to the District of Minnesota – specifically the City of Minneapolis – to accompany his daughter/granddaughter for emergency surgery *in utero*.

On February 24, 2023, Defendant Mehaffie was sentenced to a term of 14 months of imprisonment, to be followed by 24 months of supervised release. *See* Minute Entry 02/24/2023.

On December 31, 2023, Defendant Mehaffie was released from Bureau of Prisons custody to begin his term of supervised release.

While Defendant Mehaffie's conditions do not prohibit travel outside the federal district where he resides, they do obligate him to seek the permission of either his Probation Officer or the Court for such travel.

Defendant Mehaffie's daughter is 24 weeks pregnant. On February 23, 2024, his unborn granddaughter was diagnosed with a serious medical condition that can be treated by *in-utero* surgery -- but not after 26 weeks. Surgery has been scheduled for Children's Minnesota Hospital in Minneapolis for Wednesday, February 28, 2024.

Defendant Mehaffie requests permission from this Court to travel with his wife and daughter to Minneapolis to be present while the surgery takes place. At this point, Defendant Mehaffie expects to remain in Minneapolis from February 27 to March 2, 2024. Defendant Mehaffie will provide his Probation

Officer with the details of where he and his wife will stay while in Minneapolis as soon as those arrangements are made.

Defendant Mehaffie has previously obtained permission from his Probation Office to travel outside the district of his residence but has not been able to make contact with his Probation Officer throughout the day on February 26, 2024, despite several attempts to do so.

## CONCLUSION

Based on the foregoing, Defendant Mehaffie respectfully requests this Honorable Court modify the conditions of supervised release as set forth above, and issue an order allowing him to travel to Minneapolis from February 27, 2024, until March 2, 2024, for the purpose of being with his daughter and granddaughter for emergency surgery, and with directions to provide further details regarding his travel to his Probation Officer at the earliest opportunity.

Dated: February 27, 2024,	Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*