UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-40 (TNM) |
| v. : | |
| : | |
| DAVID MEHAFFIE, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION

The government submits this response to defendant's emergency motion, ECF No. 756. The defendant requests permission to travel to Minnesota to accompany his daughter for emergency surgery. The defense offers that the defendant will remain in Minneapolis, MN from February 27 to March 2, 2024, and will provide his probation officer with the details of his lodging and travel.

The government does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney (Detailed)
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20001
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

1