UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00040-TNM |
| ) | |
| PATRICK MCCAUGHEY, III, et. al., ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**MOTION TO WITHDRAW APPEARANCE**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES, William L. Shipley, as counsel of record for David Mehaffie and respectfully files this Motion to Withdraw Appearance.

This basis for this motion is there is no longer any pending matter before this Court as related to Mr. Mehaffie. Mr. Mehaffie was sentenced and no appeal was filed.

Wherefore, this Court should grant undersigned's Motion to Withdraw Appearance as there is no longer a pending matter before this Court as it related to Mr. Mehaffie.

Dated: November 26, 2024    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*